UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

Joyce Leslie, Inc.,

                      Debtor.

------------------------------------------------------------x

                            Chapter 11

                            Case No. 16-22035 (RDD)

## APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

      William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Joyce Leslie, Inc., debtor-in-possession:

1.     The CIT Group/Commercial Services, Inc.
      11 West 42nd Street
      New York, NY  10036
      Attention:    Kevin Ritter
                        Director
      Telephone:    (212) 461-5447
      Fax:            (212) 461-5420

2.     International Intimates, Inc.
      31 West 34th Street, 9th Fl.
      New York, NY  10001
      Attention:    Allen Siler
                        Corp. Controller
      Telephone:    (212) 213-4848
      Fax:            (646) 935-2217

3.     GGP Limited Partnership
      110 N. Wacker Drive
      Chicago, IL  60606
      Attention:    Julie Minnick Bowden
                        National Bankruptcy Manager
      Telephone:    (312) 960-2707
      Fax:            (312) 442-6374

4.     National Retirement Fund
       8 Blackstone Valley Place
       Lincoln, RI  02865
         Attention:  Richard Rust
                        Fund Manager
         Telephone:  (401) 334-4155
         Fax:  (401) 334-5133

5.     Brixmor Property Group, Inc.
       450 Lexington Avenue, 13th Fl.
       New York, NY  10017
         Attention:  Patrick Bennison
                        VP, Associate General Counsel
         Telephone:  (646) 344-8848
         Fax:  (212) 302-4776

Dated: New York, New York
       January 22, 2016

                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE
                                        Region 2

                      By:  /s/ Richard C. Morrissey
                               Richard C. Morrissey
                               Trial Attorney
                               U.S. Federal Office Building
                               201 Varick Street, Room 1006
                               New York, New York  10014
                               Telephone: (212) 510-0500