Jay R. Indyke
Seth Van Aalten
COOLEY LLP
1114 Avenue of the Americas
New York, NY 10036
Tel. (212) 479-6000
Email: jindyke@cooley.com
        svanaalten@cooley.com

*Proposed Counsel for the Official
Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Joyce Leslie, Inc.,<br><br>           Debtor. | Case No.: 16-22035 (RDD)<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE,** that Cooley LLP hereby appears as proposed counsel for the Official Committee of Unsecured Creditors of Joyce Leslie, Inc. in the above-captioned case and, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010 of Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

      COOLEY LLP
      1114 Avenue of the Americas
      New York, NY 10036
      Attn:   Jay R. Indyke
               Seth Van Aalten
      Tel.:   (212) 479-6000
      Fax:   (212) 479-6275
      Email: jindyke@cooley.com
                svanaalten@cooley.com

126784745 v1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notices of any application, motion, petition, pleadings, plan, disclosure statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, e-mail, internet, or otherwise filed of made with regard to the above captioned case, that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of Papers (the "<u>Notice</u>") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of New York (the "<u>District Court</u>"), (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, and (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[Remainder of page intentionally left blank]*

Dated:   January 22, 2016
         New York, NY

      /s/ Jay R. Indyke
Jay R. Indyke
Seth Van Aalten
COOLEY LLP
1114 Avenue of the Americas
New York, NY 10036
Tel.:   (212) 479-6000
Email: jindyke@cooley.com
       svanaalten@cooley.com

*Proposed Counsel for the Official
Committee of Unsecured Creditors*