UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Joyce Leslie, Inc.<br><br>Debtor. | Chapter 11<br><br>Case No. 16- 22035 (RDD) |

**ORDER APPROVING MOTION TO SHORTEN TIME**

Following the hearing held on January 12, 2016, and the filing of a written Motion to Shorten Time[1] by Joyce Leslie, Inc. for entry of an order pursuant to Bankruptcy Rule 9006(c) shortening the notice period and fixing the date and time for an expedited hearing on the Debtor's Motion, as bifurcated, seeking, inter alia, Authorization to Enter Into Stalking Horse Agreements, Authorizing Bidding Procedures and an Auction, Scheduling a Sale Hearing, and Granting Related Relief [Dkt. No. 43] (the "Bidding Procedures Motion"); and upon the record of the hearing held by the Court on the Motion on January 26, 2016; and it appearing that the relief requested by the Motion to Shorten Time is in the best interests of the Debtor's estate, its creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED that**:

1. The Motion to Shorten Time is granted.

2. The Debtor's prior service of the Bidding Procedures Motion on January 14, 2016, on (a) the Office of the United States Trustee; (b) the Debtor's twenty (20) largest unsecured creditors, (c) counsel to SB Capital LLC, (d) counsel to 618 Main Street Corp., (e) all the Debtor's landlords, (e) all applicable state attorneys general, (f) any potentially interested

---

[1] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

parties and (g) parties entitled to notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties"), as well as notice of the Motion to counsel to the Creditors' Committee, is deemed good and valid notice and service hereof.

3.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: White Plains, New York
       January 26, 2016

                                                /s/Robert D. Drain
                                                ROBERT D. DRAIN
                                                UNITED STATES BANKRUPTCY JUDGE