Kevin J. Nash
Evan M. Lazerowitz
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Floor
New York, New York 10036
Telephone: (212) 221-5700
Facsimile: (212) 335-4501

*Proposed Counsel for the Debtor*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Joyce Leslie, Inc. | Case No. 16- 22035 (RDD) |
| Debtor. | |

## NOTICE OF SUCCESSFUL BIDDERS AND
## BACK-UP BIDDERS FOR STORE CLOSING SALES

**PLEASE TAKE NOTICE THAT:**

1.      Joyce Leslie, Inc. (the "Debtor")[1] conducted a marketing and bid process for the liquidation of the Debtor's store inventory and furniture, fixtures, and equipment.

2.      The Successful Bidder at the Auction held on February 2, 2016, was Gordon Brothers Retail Partners, LLC ("Gordon Brothers") and the Successful Back-Up Bidder was Hilco Merchant Resources, LLC.

3.      On February 3, 2016, at 2:00 P.M., the Debtor will seek entry of an Order approving a revised Agency Agreement with Gordon Brothers substantially in the form annexed hereto as **Exhibit A**.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bidding Guidelines or the Bidding Procedures Motion.

Dated:    New York, New York
   February 2, 2016

       Respectfully submitted,

       /s/ Kevin J. Nash
       Kevin J. Nash
       Evan M. Lazerowitz
       Goldberg Weprin Finkel Goldstein LLP
       Proposed Counsel for the Debtor
       1501 Broadway – 22nd Floor
       New York, New York 10036
       Telephone: (212) 221-5700
       KNash@gwfglaw.com

x:\gwfg\new data\yen\word\joyce leslie\second day motions\notice of successful bidders.docx