| Debtor Name | **Joyce Leslie, Inc.** |
|---|---|
| **United States Bankruptcy Court for the Southern District of New York** | |
| Case number (if known): | **16-22035** |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................

$0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*............................................................................

$7,248,818.86

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*...............................................................................

$7,248,818.86

---

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D...........................

$105,000.00

3.    *Schedule E/F: Creditors Who Have Unsecured Claims*    (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*..............................................................

$1,608,766.30

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*.................................................

**+**    $5,630,204.33

4.    **Total liabilities** ........................................................................................................
Lines 2 + 3a + 3b

$7,343,970.63

| | |
|---|---|
| Debtor Name | **Joyce Leslie, Inc.** |
| **United States Bankruptcy Court for the Southern District of New York** | |
| Case number (if known): | **16-22035** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206G).

Be complete and accurate as possible. If more space is needed, attach a separate spreadsheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| **All cash of cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. **Cash on hand** | | | $21,065.95 |

3. **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Bank of America | Depository Account | 4826 | $41,584.46 |
| 3.2 | Bank of America | Prior Refund acct - Inactive | 0387 | $908.14 |
| 3.3 | Chase Manhattan Bank | Store Depository - Inactive | 2250 | $972.47 |
| 3.4 | Everbank | Cash on Deposit (Restricted) | 1801 | $1,445,266.78 |
| 3.5 | Sterling National Bank | Operating Account | 9101 | $200,258.32 |
| 3.6 | TD Bank | Store Depository | 3507 | $60,921.52 |
| 3.7 | Valley National Bank | Petty Cash | 5632 | $5,275.75 |
| 3.8 | Wells Fargo | Prior general disbursement acct - Inactive | 8650 | $5,278.29 |
| 3.9 | Wells Fargo | Prior payroll disbursement acct - Inactive | 9811 | $1,410.81 |
| 3.10 | Wells Fargo | Store Depository | 9116 | $136,509.55 |

Debtor  Joyce Leslie, Inc.                                    Case Number (if known) 16-22035

4.    **Other cash equivalents**

5.    **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | **$1,919,452.04** |

**Part 2:**    **Deposits and prepayments**

6.    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 7.    **Deposits, including security deposits and utility deposits** Description, including name of holder of deposit | | |
| 7.1   ConEdison | Utility Deposit | $300.00 |
| 7.2   ConEdison | Utility Deposit | $540.00 |
| 7.3   ConEdison | Utility Deposit | $2,940.00 |
| 7.4   Freeport Electric | Utility Deposit | $4,000.00 |
| 7.5    NJ American Water | Utility Deposit | $30.00 |
| 7.6   PECO | Utility Deposit | $396.00 |
| 7.7   South Jersey Gas | Utility Deposit | $480.00 |
| 7.8   Southern Connecticut Gas | Utility Deposit | $350.00 |
| 7.9   Southern Connecticut Gas | Utility Deposit | $175.00 |
| 7.10 UGI | Utility Deposit | $380.00 |
| 7.11 East Cedarbrook Plaza, LLC | Landlord Deposit | $13,500.00 |
| 7.12 Nassimi Realty, LLC | Landlord Deposit | $13,500.00 |
| 8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** Description, including name of holder of prepayment | | |
| 8.1   Prepaid G/L Insurance | | $176,808.00 |

Debtor  Joyce Leslie, Inc.                                          Case Number (if known) 16-22035

| | | |
|---|---|---|
| 8.2 | Prepaid Medical/Benefits Insurance | $165,862.00 |
| 8.3 | Unapplied Factor Payments | $234,003.00 |
| 8.4 | Prepaid R/E Tax - landlords | $89,591.00 |

9. **Total of Part 2**
   Add lines 7 through 8.  Copy the total to line 81.                 **$702,855.00**

**Part 3:**    **Accounts Receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes. Fill in the information below.

                                                                 **Current value of**
                                                                 **debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:    _____ - _____ =            $242,144.02
                                face amount            doubtful or collectible accounts
   11b. Over 90 days old:       _____ - _____ =
                                face amount            doubtful or collectible accounts

12. **Total of Part 3**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      **$242,144.02**

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

                                              **Valuation method**      **Current value of**
                                              **used for current value**  **debtor's interest**

14. **Mutual funds of publicly traded stocks not included in Part 1**
   Name of fund or stock:

Debtor  Joyce Leslie, Inc.                                                    Case Number (if known) 16-22035

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses,**
     **including any interest in an LLC, partnership, or joint venture**

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable**
     **instruments not included in Part 1**

17.  **Total of Part 4**
     Add lines 14 through 16. Copy the total to line 83.

**Part 5:**    **Inventory, excluding agricultural assets**

18.  **Does the debtor own any inventory (excluding agricultual assets)?**

     ☐  No. Go to Part 6.
     ☑  Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw Materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 21.1 See Exhibit 21 | 01/10/2015 | | | $3,884,757.80 |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5**
     Add lines 19 through 22. Copy the total to line 84.                                    **$3,884,757.80**

24.  **Is any of the property listed in Part 5 perishable?**

Debtor  Joyce Leslie, Inc.                                          Case Number (if known) 16-22035

☐ No.

☐ Yes.

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☑ Yes.    Book Value $ 42,658.50         Valuation Method Invoiced Cost         Current Value $ 42,658.50

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.

☑ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops - either planted of harvested** | | | |
| 29. **Farm animals**<br>Examples: Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**<br>(Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

Debtor  Joyce Leslie, Inc.                                        Case Number (if known) 16-22035

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.
☐ Yes.

**Is any of the debtor's property stored at the cooperative?**

☐ No.
☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.
☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |

Debtor  Joyce Leslie, Inc.                                                    Case Number (if known) 16-22035

| 39. | **Office furniture** | | | |
|---|---|---|---|---|
| | 39.1 Furniture & Fixtures | $1,255,186.17 | Estimated Recovery Value | $400,000.00 |

| 40. | **Office fixtures** | | | |
|---|---|---|---|---|
| | 40.1 Leasehold Improvements | $691,737.70 | Estimated Recovery Value | $0.00 |

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

41.1 Included in Question 39

42.  **Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$400,000.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☑ Yes.

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No.
☑ Yes.

**Part 8:**      Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor  Joyce Leslie, Inc.                                        Case Number (if known) 16-22035

47.  **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

    47.1 Vehicles                                $99,610.00                              $99,610.00

48.  **Watercraft, trailers, motors, and related accessories**
    Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                          | **$99,610.00** |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No.
    ☑ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No.
    ☑ Yes.

**Part 9:**     **Real property**

54.  **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor  Joyce Leslie, Inc.                                    Case Number (if known) 16-22035

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☐ No.
    ☐ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☐ No.
    ☐ Yes.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 60.1 JL & Design (w/Heart Logo) | | | Unknown |
| 60.2 JL & Design (w/Heart Logo) | | | Unknown |
| 60.3 JL (w/ Heart Logo) | | | Unknown |
| 60.4 JOYCE LESLIE | | | Unknown |
| 60.5 JOYCE LESLIE | | | Unknown |
| 60.6 KOJI YOHUI | | | Unknown |

Debtor  Joyce Leslie, Inc.                                                    Case Number (if known) 16-22035

| | |
|---|---|
| 60.7 TAXI | Unknown |
| 60.8 TAXI & Design (w/Taxi Logo) | Unknown |
| **61.  Internet domain names and websites** | |
| 61.1 Joyceleslie.com | Unknown |
| 61.2 Joyceleslie.net | Unknown |
| 61.3 Joyceleslie.stores.com | Unknown |
| 61.4 Shopjoyceleslie.com | Unknown |
| **62.  Licenses, franchises, and royalties** | |
| **63.  Customer lists, mailing lists, or other compilations** | |
| 63.1 Postal Mailing List - 11k addresses | Unknown |
| 63.2 Email List - 97k email addresses | Unknown |
| **64.  Other intangibles, or intellectual property** | |
| **65.  Goodwill** | |

**66.  Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

**67.  Do your lists or records include personally identifiable information of customers?**

☐ No.
☑ Yes.

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Debtor  Joyce Leslie, Inc.                                                    Case Number (if known) 16-22035

☑ No.

☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 11: | All other assets |
| --- | --- |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

                                                                            **Current value of
                                                                            debtor's interest**

71.  **Notes receivable**
     Description (include name of obligor)

                                             - _____ =

                           _____         _____
                           Total face amount       Doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

       **Nature of claim**

       **Amount Requested**

75.  **Other contingent and unliquidated claims or causes of action of every
     nature, including counterclaims of the debtor and rights to set off**

       **Nature of claim**

       **Amount Requested**

76.  **Trusts, equitable or future interests in property**

Debtor  Joyce Leslie, Inc.                                                    Case Number (if known) 16-22035

77.  **Other property of any kind not already listed**
      Examples: Season tickets, country club membership

78.  **Total of Part 11.**
      Add lines 71 through 77.  Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ☐ No.

      ☐ Yes.

Debtor  Joyce Leslie, Inc.                                                Case Number (if known) 16-22035

| Part 12: | Summary |
| --- | --- |

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.**  *Copy line 5, Part 1.* | $1,919,452.04 | |
| 81. **Deposits and prepayments.**  *Copy line 9, Part 2.* | $702,855.00 | |
| 82. **Accounts receivable.**  *Copy line 12, Part 3.* | $242,144.02 | |
| 83. **Investments.**  *Copy line 17, Part 4.* | | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $3,884,757.80 | |
| 85. **Farming and fishing-related assets.**  *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.**  *Copy line 43, Part 7.* | $400,000.00 | |
| 87. **Machinery, equipment, and vehicles.**  *Copy line 51, Part 8.* | $99,610.00 | |
| 88. **Real Property.**  *Copy line 56, Part 9.* | | |
| 89. **Intangibles and intellectual property.**  *Copy line 66, Part 10.* | | |
| 90. **All other assets.**  *Copy line 78, Part 11.* | | |
| 91. **Total.**  Add lines 80 through 90 for each column. | 91a. $7,248,818.86 | **+** 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ............................................................ | | $7,248,818.86 |

**Joyce Leslie, Inc.**
**Case No. 16-22035**
**Schedule AB - Q2 - Cash on Hand**

| ACCOUNT | LOCATION | PETTY CASH |
|---|---|---|
| Store # 06 | Morris Plains, NJ | $          300.00 |
| Store # 07 | Carle Place, NY | $          350.00 |
| Store # 08 | Farmingdale, NY | $          300.00 |
| Store # 09 | Commack, NY | $          350.00 |
| Store # 12 | Jersey City, NJ | $          460.00 |
| Store # 18 | Bayonne, NJ | $          300.00 |
| Store # 19 | Port Chester, NY | $          450.00 |
| Store # 23 | Trumbull, CT | $          645.00 |
| Store # 24 | Rockaway, NJ | $          300.00 |
| Store # 25 | Watchung, NJ | $          380.00 |
| Store # 26 | White Plains, NY | $          670.00 |
| Store # 27 | Glassboro, NJ | $          200.00 |
| Store # 28 | N Babylon, NY | $          400.00 |
| Store # 30 | Wyncote, PA | $          450.00 |
| Store # 31 | Edgewater, NJ | $          825.00 |
| Store # 32 | Freehold, NJ | $          650.00 |
| Store # 33 | Brooklyn, NY | $          450.00 |
| Store # 35 | South Plainfield, NJ | $          300.00 |
| Store # 36 | Coram, NY | $          400.00 |
| Store # 37 | Philadelphia, PA | $          400.00 |
| Store # 38 | Philadelphia, PA | $          400.00 |
| Store # 39 | East Meadow, NY | $          405.00 |
| Store # 41 | Brooklyn, NY | $          454.30 |
| Store # 43 | Voorhees, NJ | $          467.87 |
| Store # 45 | Paramus, NJ | $          650.00 |
| Store # 46 | East Brunswick, NJ | $          530.00 |
| Store # 48 | Marlton, NJ | $          300.00 |
| Store # 49 | Deptford, NJ | $          525.00 |
| Store # 51 | Passaic, NJ | $          375.00 |
| Store # 58 | Philadelphia, PA | $          400.00 |
| Store # 59 | Freeport, NY | $          525.00 |
| Store # 61 | Philadelphia, PA | $          600.00 |
| Store # 63 | Woodbridge, NJ | $          500.00 |
| Store # 66 | Toms River, NJ | $          387.00 |
| Store # 67 | Mays Landing, NJ | $          300.00 |
| Store # 68 | Middletown, NJ | $          325.00 |
| Store # 75 | Wall Township, NJ | $          275.00 |
| Store # 78 | North Haven , CT | $          375.00 |
| Store # 79 | Pelham, NY | $          600.00 |
| Store # 82 | Flushing, NY | $          310.00 |
| Store # 84 | Woodland Park, NJ | $          531.78 |
| Store # 85 | Cherry Hill, NJ | $          450.00 |
| Store # 87 | Ridgewood, NY | $          275.00 |
| Store # 88 | Milford, CT | $          625.00 |
| Store # 93 | Middletown, NY | $          600.00 |
| Store # 95 | Whitehall, PA | $          300.00 |
| HQ # 99 | Moonachie , NJ | $        1,000.00 |
| **Total:** | | **$      21,065.95** |

**Joyce Leslie, Inc.**
**Case No. 16-22035**
**Schedule AB - Q21 - Finished goods, including goods held for resale**

| Store # | Store Name | Cost Value |
|---|---|---|
| 6 | Morris Plains | $ 72,640.00 |
| 7 | Carle Place | $ 83,848.00 |
| 8 | Farmingdale | $ 138,084.00 |
| 9 | Commack | $ 103,050.00 |
| 12 | Jersey City | $ 116,231.00 |
| 18 | Bayonne | $ 86,490.00 |
| 19 | Portchester | $ 135,778.00 |
| 23 | Trumbull | $ 83,757.00 |
| 24 | Rockaway | $ 77,961.00 |
| 25 | Blue Star | $ 80,993.00 |
| 26 | White Plains | $ 189,535.00 |
| 27 | Glassboro | $ 63,752.00 |
| 28 | No. Babylon | $ 70,222.00 |
| 30 | Cedarbrook | $ 143,657.00 |
| 31 | Edgewater | $ 75,451.00 |
| 32 | Freehold | $ 83,253.00 |
| 33 | Ralph Ave. | $ 165,700.00 |
| 35 | Hadley | $ 80,786.00 |
| 36 | Coram | $ 96,341.00 |
| 37 | Philadelphia | $ 161,446.00 |
| 38 | Aramingo Ave. | $ 127,529.00 |
| 39 | East Meadow | $ 78,315.00 |
| 41 | 86th Street | $ 106,962.00 |
| 43 | Echelon | $ 49,640.00 |
| 45 | Paramus | $ 185,316.00 |
| 46 | E. Brunswick | $ 77,364.00 |
| 48 | Marlton Crossing | $ 71,709.00 |
| 49 | Deptford | $ 92,041.00 |
| 51 | Passaic | $ 136,304.00 |
| 56 | Bricktown | $ 118,944.00 |
| 58 | Columbus Crossing | $ 113,587.00 |
| 59 | Freeport | $ 142,933.00 |
| 61 | Bakers Center | $ 115,356.00 |
| 63 | Woodbridge | $ 119,568.00 |
| 66 | Toms River | $ 58,193.00 |
| 67 | Atlantic City | $ 84,394.00 |
| 68 | Middletown  plaza NJ | $ 83,307.00 |
| 75 | Wall Township | $ 63,210.00 |
| 78 | North Haven | $ 158,926.00 |
| 79 | Pelham | $ 166,428.00 |
| 82 | Flushing | $ 108,458.00 |

**Joyce Leslie, Inc.**
**Case No. 16-22035**
**Schedule AB - Q21 - Finished goods, including goods held for resale**

| Store # | Store Name | Cost Value | |
|---------|-----------|:--|--:|
| 84 | Woodland Park | $ | 203,128.00 |
| 85 | Cherry Hill | $ | 91,209.00 |
| 87 | Myrtle Ave. | $ | 72,854.00 |
| 88 | Milford Crossing | $ | 66,031.00 |
| 93 | Middletown NY | $ | 117,265.00 |
| 95 | Allentown | $ | 88,262.00 |
| | Estimated Shrink | $ | (1,121,450.20) |
| | **Total Inventory** | **$** | **3,884,757.80** |

Note: Inventory amount is an estimate based on stock ledger inventory at the time of filing and an estimate of shrinkage that is consistent with the Company's historical shrink levels.  This amount differs from the Company's month end balance sheet at 1/9/16 due to the fact that the Company accrues a shrink allowance in excess of actual shrinkage throughout the year and then reconciles once the physical inventory is conducted each year which would represent a significant variance to the stock ledger balance at the time of filing.

**B6C (Official Form 6C) (04/13)**

In re  **Joyce Leslie, Inc.**                                                                 Case No.  **16-22035**
                              Debtor                                                                                   (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522 (b)(2)                    ☐  Check if debtor claims a homestead exemption that exceeds $155,675.*
☐ 11 U.S.C. § 522 (b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF THE PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **NONE** | | | |

| Debtor Name | **Joyce Leslie, Inc.** | |
|---|---|---|
| **United States Bankruptcy Court for the Southern District of New York** | | |
| Case number (if known): | **16-22035** | ☐ Check if this is an amended filing |

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | | Amount of Claim<br>Do not deduct the value of collateral | Value of collateral that supports this claim |
|---|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Everbank | SEE NOTE BELOW | $105,000.00 | $105,000.00 |

**Creditor's mailing address**

**ATTN: MARK FAGNANI**
**10 WATERVIEW BOULEVARD**
**PARSIPPANY, NJ 07054**

**Describe the lien**

SEE NOTE BELOW

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Creditor's email address, if known**

**Date debt was incurred**

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes.  Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

☒ Contingent

☐ Unliquidated

☐ Disputed

Everbank, the Debtor's former ABL lender, was paid off in full on January 6, 2016 at which time all liens on the Debtor's assets were released.  Everbank does hold $355,000 of cash deposits.  The only residual obligation owed to Everbank is a letter of credit standing as security for the Company's headquarters lease.  This letter of credit is separately collateralized by a separate cash collateral account of $105,000.  Everbank also holds a $250,000 cash deposit for subsequent liabilities or expenses, which will be released in its discretion or upon receipt of a general release from the Company.

| **3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $105,000.00 |
|---|---|

| | |
|---|---|
| Debtor Name | **Joyce Leslie, Inc.** |

**United States Bankruptcy Court for the Southern District of New York**

Case number (if known):    **16-22035**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F - Creditors Who Have Claims Unsecured Claims                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditor who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
ABDUL KARIM, NALIJAH
8509 FORREST AVE
PHILADELPHIA, PA 19150

As of the petition filing date, the claim is:        **$144.00**        **$144.00**
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

**2.2** Priority creditor's name and mailing address
ABDUL KARIM, NALIJAH
8509 FORREST AVE
PHILADELPHIA, PA 19150

As of the petition filing date, the claim is:        **$129.69**        **$129.69**
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

**2.3** Priority creditor's name and mailing address
ABRAMS, DAISHA
803 CENTRAL AVE
ASBURY PARK, NJ 7712

As of the petition filing date, the claim is:        **$148.05**        **$148.05**
☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.4** **Priority creditor's name and mailing address**
ABRAMS, DAISHA
803 CENTRAL AVE
ASBURY PARK, NJ 07712

**As of the petition filing date, the claim is:**    $103.44    $103.44
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.5** **Priority creditor's name and mailing address**
ACEVEDO, NATASHA
417 POPLAR ST UNIT 3
NEW HAVEN, CT 6513

**As of the petition filing date, the claim is:**    $99.17    $99.17
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.6** **Priority creditor's name and mailing address**
ACEVEDO, NATASHA
417 POPLAR ST UNIT 3
NEW HAVEN, CT 06513

**As of the petition filing date, the claim is:**    $155.47    $155.47
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.7** **Priority creditor's name and mailing address**
ADAMS, KELSEY
119 ESSEX ST APT 2C
HACKENSACK, NJ 7601

**As of the petition filing date, the claim is:**    $420.00    $420.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.8** | **Priority creditor's name and mailing address**
ADAMS, KELSEY
119 ESSEX ST APT 2C
HACKENSACK, NJ 07601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $242.45   Priority amount: $242.45

---

**2.9** | **Priority creditor's name and mailing address**
ADEBIYI, ADEBOBOLA
233 SHERMAN ST
PASSAIC, NJ 7055

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $2,800.00   Priority amount: $2,800.00

---

**2.10** | **Priority creditor's name and mailing address**
ADEBIYI, OLUSHOLA
233 SHERMAN ST
PASSAIC, NJ 7055

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $380.00   Priority amount: $380.00

---

**2.11** | **Priority creditor's name and mailing address**
ADEBIYI, OLUSHOLA
233 SHERMAN ST
PASSAIC, NJ 07055

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $275.43   Priority amount: $275.43

---

| **Part 1:** | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.12**  **Priority creditor's name and mailing address**

ADEBIYI, OLUSHOLA
233 SHERMAN ST
PASSAIC, NJ 07055

**As of the petition filing date, the claim is:**   $557.87   $557.87

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.13**  **Priority creditor's name and mailing address**

AFLAC
1932 WYNNTON RD.
COLUMBUS, GA 31999-0797

**As of the petition filing date, the claim is:**   $1,506.10   $1,506.10

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
VOLUNTARY SUPPLEMENTAL HEALTH/DISABILITY BENEFITS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.14**  **Priority creditor's name and mailing address**

AGGI, MONSERRATH
38 LINCOLN PLACE
CLIFTON, NJ 7011

**As of the petition filing date, the claim is:**   $571.46   $571.46

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.15**  **Priority creditor's name and mailing address**

AGUDELO, KAROLAY
272 LAKEVIEW AVE APT 13C
PATERSON, NJ 7503

**As of the petition filing date, the claim is:**   $485.78   $485.78

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.16** | **Priority creditor's name and mailing address**
AGUDELO, KAROLAY
272 LAKEVIEW AVE APT 13C
PATERSON, NJ 07503

**As of the petition filing date, the claim is:**  $182.87   $182.87
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.17** | **Priority creditor's name and mailing address**
AGUILAR, ELIZABETH
22 PEBBLE LANE
LEVITTOWN, NY 11756

**As of the petition filing date, the claim is:**  $0.00   $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.18** | **Priority creditor's name and mailing address**
AGUILAR, ELIZABETH
22 PEBBLE LANE
LEVITTOWN, NY 11756

**As of the petition filing date, the claim is:**  $591.16   $591.16
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.19** | **Priority creditor's name and mailing address**
AKUMUO, JULIET
7 BERKSHIRE DRIVE
SEWELL, NJ 8080

**As of the petition filing date, the claim is:**  $612.90   $612.90
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.20** | **Priority creditor's name and mailing address**
AKUMUO, JULIET
7 BERKSHIRE DRIVE
SEWELL, NJ 08080

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$685.67**    Priority amount: **$685.67**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.21** | **Priority creditor's name and mailing address**
AL-AMIN, SAFIYYAH
2732 WOLF ST
PHILADELPHIA, PA 19145

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$463.52**    Priority amount: **$463.52**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.22** | **Priority creditor's name and mailing address**
AL-AMIN, SAFIYYAH
2732 WOLF ST
PHILADELPHIA, PA 19145

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$213.99**    Priority amount: **$213.99**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.23** | **Priority creditor's name and mailing address**
ALARCON, EDITH
291 W CLINTON ST APT B
DOVER, NJ 7801

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$485.45**    Priority amount: **$485.45**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Debtor Name   **Joyce Leslie, Inc.**                     Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.24** **Priority creditor's name and mailing address**
ALARCON, EDITH
291 W CLINTON ST APT B
DOVER, NJ 07801

**As of the petition filing date, the claim is:**   **$279.49**   **$279.49**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.25** **Priority creditor's name and mailing address**
ALBRIGHT, THERESA
146 SOUTH 13 ST
CATASAUQUA, PA 18032

**As of the petition filing date, the claim is:**   **$2,200.00**   **$2,200.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.26** **Priority creditor's name and mailing address**
ALBRIGHT, THERESA
146 SOUTH 13 ST
CATASAUQUA, PA 18032

**As of the petition filing date, the claim is:**   **$396.58**   **$396.58**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.27** **Priority creditor's name and mailing address**
ALBRIGHT, THERESA
146 SOUTH 13 ST
CATASAUQUA, PA 18032

**As of the petition filing date, the claim is:**   **$477.13**   **$477.13**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**                              Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.28** Priority creditor's name and mailing address
ALBRIGHT, THERESA
146 SOUTH 13 ST
CATASAUQUA, PA 18032

As of the petition filing date, the claim is:          $472.69          $472.69
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.29** Priority creditor's name and mailing address
ALCIN, JOANE
87 MAPLE ST APT 1C
WHITE PLAINS, NY 10603

As of the petition filing date, the claim is:          $612.45          $612.45
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.30** Priority creditor's name and mailing address
ALCIN, JOANE
87 MAPLE ST APT 1C
WHITE PLAINS, NY 10603

As of the petition filing date, the claim is:          $211.48          $211.48
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.31** Priority creditor's name and mailing address
ALCIN, JOANE
87 MAPLE ST APT 1C
WHITE PLAINS, NY 10603

As of the petition filing date, the claim is:          $183.73          $183.73
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.32** | **Priority creditor's name and mailing address**
ALCIN, JOANE
87 MAPLE ST APT 1C
WHITE PLAINS, NY 10603

**As of the petition filing date, the claim is:**    **$116.93**    **$116.93**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.33** | **Priority creditor's name and mailing address**
ALFARO, GIOVANNA
633 KENNEDY BLVD APT 1
BAYONNE, NJ 7002

**As of the petition filing date, the claim is:**    **$368.43**    **$368.43**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.34** | **Priority creditor's name and mailing address**
ALFARO, GIOVANNA
633 KENNEDY BLVD
BAYONNE, NJ 07002

**As of the petition filing date, the claim is:**    **$0.70**    **$0.70**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.35** | **Priority creditor's name and mailing address**
ALFONSO, ALEXANDRA
120 PRINCETON PLACE
PALISADES PARK, NJ 7650

**As of the petition filing date, the claim is:**    **$0.00**    **$0.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

| **Part 1:** | **Additional Page** |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.36** **Priority creditor's name and mailing address**
ALLEN, NARDEJA
3500 OLD YORK RD
PHILADELPHIA, PA 19140

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $236.40  Priority amount: $236.40

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.37** **Priority creditor's name and mailing address**
ALLEN, NARDEJA
3500 OLD YORK RD
PHILADELPHIA, PA 19140

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $139.05  Priority amount: $139.05

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.38** **Priority creditor's name and mailing address**
ALMANZAR, VALENTINA
8115 FERNDALE ST
PHILADELPHIA, PA 19111

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $40.75  Priority amount: $40.75

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.39** **Priority creditor's name and mailing address**
ALMONTE, YUDELKA
220 E 21ST ST
PATERSON, NJ 7513

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $3,700.00  Priority amount: $3,700.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.40**   **Priority creditor's name and mailing address**
ALMONTE, YUDELKA
220 E 21ST ST
PATERSON, NJ 07513

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $748.62    Priority amount: $748.62

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.41**   **Priority creditor's name and mailing address**
ALVARADO, SANDRA
24 PUTNAM AVE APT 1
PORTCHESTER, NY 10573

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $359.94    Priority amount: $359.94

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.42**   **Priority creditor's name and mailing address**
ALVARADO, SANDRA
24 PUTNAM AVE APT 1
PORTCHESTER, NY 10573

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $179.27    Priority amount: $179.27

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.43**   **Priority creditor's name and mailing address**
ALVARENGA, RUTH
3 HILLAIRY AVE
MORRISTOWN, NJ 7960

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $108.21    Priority amount: $108.21

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**Part 1:** | Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.44** | **Priority creditor's name and mailing address**
ALVARENGA, RUTH
3 HILLAIRY AVE
MORRISTOWN, NJ 07960

**As of the petition filing date, the claim is:**  Total claim $211.78   Priority amount $211.78
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.45** | **Priority creditor's name and mailing address**
ALVAREZ, DAYAMI
411-21TH ST APT 1
UNION CITY, NJ 7087

**As of the petition filing date, the claim is:**  Total claim $664.19   Priority amount $664.19
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.46** | **Priority creditor's name and mailing address**
ALVAREZ, DAYAMI
411-21TH ST APT 1
UNION CITY, NJ 07087

**As of the petition filing date, the claim is:**  Total claim $688.91   Priority amount $688.91
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.47** | **Priority creditor's name and mailing address**
ALVAREZ, ROSA
375 STATE ST APT# 804
PERTH AMBOY, NJ 8861

**As of the petition filing date, the claim is:**  Total claim $396.12   Priority amount $396.12
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.48** | **Priority creditor's name and mailing address**
ALVAREZ, ROSA
375 STATE ST APT# 804
PERTH AMBOY, NJ 08861

**As of the petition filing date, the claim is:**                    $178.46          $178.46
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.49** | **Priority creditor's name and mailing address**
ANDERSON, KAITLYN
1131 ALTON PL
PHILADELPHIA, PA 19115

**As of the petition filing date, the claim is:**                    $0.00            $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.50** | **Priority creditor's name and mailing address**
ANDERSON, KAITLYN
1131 ALTON PL
PHILADELPHIA, PA 19115

**As of the petition filing date, the claim is:**                    $194.02          $194.02
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.51** | **Priority creditor's name and mailing address**
ANDERSON, TAFARA
864 EAST 222ST ST 1ST FL
BRONX, NY 10467

**As of the petition filing date, the claim is:**                    $415.29          $415.29
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**                         Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.52** | **Priority creditor's name and mailing address**
ANDERSON, TAFARA
864 EAST 222ST ST 1ST FL
BRONX, NY 10467

**As of the petition filing date, the claim is:**                    $113.99              $113.99
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.53** | **Priority creditor's name and mailing address**
ANTENOR, ARSHLEY
408 KELLER AVENUE
ELMONT, NY 11003

**As of the petition filing date, the claim is:**                    $642.35              $642.35
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.54** | **Priority creditor's name and mailing address**
ANTENOR, ARSHLEY
408 KELLER AVENUE
ELMONT, NY 11003

**As of the petition filing date, the claim is:**                    $220.12              $220.12
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.55** | **Priority creditor's name and mailing address**
ANTENOR, ARSHLEY
408 KELLER AVENUE
ELMONT, NY 11003

**As of the petition filing date, the claim is:**                    $263.17              $263.17
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.56** **Priority creditor's name and mailing address**
APANCO GAMBOA, JESSICA
106-05 37 AVE 1ST FLOOR
CORONA, NY 11368

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Total claim: **$619.06**  Priority amount: **$619.06**

---

**2.57** **Priority creditor's name and mailing address**
APANCO GAMBOA, JESSICA
106-05 37 AVE 1ST FL
CORONA, NY 11368

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Total claim: **$185.25**  Priority amount: **$185.25**

---

**2.58** **Priority creditor's name and mailing address**
APARICIO, ANTONIO
150-37 STREET APT B1
UNION CITY, NJ 7087

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Total claim: **$936.00**  Priority amount: **$936.00**

---

**2.59** **Priority creditor's name and mailing address**
APARICIO, ANTONIO
150-37 STREET
UNION CITY, NJ 07087

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Total claim: **$407.45**  Priority amount: **$407.45**

Debtor Name   **Joyce Leslie, Inc.**                                   Case number (if known): **16-22035**

| | |
|---|---|
| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.60**  **Priority creditor's name and mailing address**
APONTE, CHARISSE
420 PREAKNESS AVE APT. 1
PATERSON, NJ 7502

**As of the petition filing date, the claim is:**   $0.00   $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.61**  **Priority creditor's name and mailing address**
ARAUJO, JAZMIN
250 FIR TREE CT
MARLTON, NJ 8053

**As of the petition filing date, the claim is:**   $511.36   $511.36
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.62**  **Priority creditor's name and mailing address**
ARAUJO, JAZMIN
250 FIR TREE CT
MARLTON, NJ 08053

**As of the petition filing date, the claim is:**   $66.81   $66.81
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.63**  **Priority creditor's name and mailing address**
ARAUJO, ROCIO
211 JOHNSON AVENUE APT 6E
HACKENSACK, NJ 7601

**As of the petition filing date, the claim is:**   $1,214.37   $1,214.37
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Debtor Name   **Joyce Leslie, Inc.**                              Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.64** | **Priority creditor's name and mailing address**
ARAUJO, ROCIO
211 JOHNSON AVENUE APT 6E
HACKENSACK, NJ 07601

**As of the petition filing date, the claim is:**  $132.99   $132.99
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.65** | **Priority creditor's name and mailing address**
ARGENTO, MARISA
24 BRISTLERONE DR
HOWELL, NJ 7731

**As of the petition filing date, the claim is:**  $708.18   $708.18
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.66** | **Priority creditor's name and mailing address**
ARGENTO, MARISA
24 BRISTLERONE DR
HOWELL, NJ 07731

**As of the petition filing date, the claim is:**  $363.08   $363.08
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.67** | **Priority creditor's name and mailing address**
ARGIROPOULOS, JESSICA
92 SAYREVILLE BLVD
SAYREVILLE, NJ 8872

**As of the petition filing date, the claim is:**  $639.85   $639.85
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.68** **Priority creditor's name and mailing address**
ARGIROPOULOS, JESSICA
92 SAYREVILLE BLVD
SAYREVILLE, NJ 08872

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $172.63    **Priority amount** $172.63

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.69** **Priority creditor's name and mailing address**
ARGIROPOULOS, JESSICA
92 SAYREVILLE BLVD
SAYREVILLE, NJ 08872

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $109.99    **Priority amount** $109.99

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.70** **Priority creditor's name and mailing address**
ARIAS, ANDREA
10 GREGORY TERRACE
MORRISTOWN, NJ 7960

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $860.60    **Priority amount** $860.60

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.71** **Priority creditor's name and mailing address**
ARIAS, ANDREA
10 GREGORY TERRACE
MORRISTOWN, NJ 07960

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $356.69    **Priority amount** $356.69

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name   **Joyce Leslie, Inc.**                                        Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.72** | **Priority creditor's name and mailing address**
ARMOND, MOENEYA
506 COLIMBUS AVE
NEW HAVEN, CT 6519

**As of the petition filing date, the claim is:**   **$0.00**      **$0.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.73** | **Priority creditor's name and mailing address**
ARROYO, HERLINDA
4796 HEMPSTEAD TURNPIKE
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**   **$103.72**      **$103.72**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.74** | **Priority creditor's name and mailing address**
ARROYO, SAMANTHA
77 MADISON AVENUE APT 2
PATERSON, NJ 7524

**As of the petition filing date, the claim is:**   **$552.25**      **$552.25**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.75** | **Priority creditor's name and mailing address**
ARROYO, SAMANTHA
77 MADISON AVENUE APT 2
PATERSON, NJ 07524

**As of the petition filing date, the claim is:**   **$297.41**      **$297.41**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.76** | **Priority creditor's name and mailing address**
ASAINOVA, NADEJDA
30 ALICE CT
BETHAGE, NY 11714

**As of the petition filing date, the claim is:**   $146.25   $146.25
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.77** | **Priority creditor's name and mailing address**
ASAINOVA, NADEJDA
30 ALICE CT
BETHAGE, NY 11714

**As of the petition filing date, the claim is:**   $107.22   $107.22
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.78** | **Priority creditor's name and mailing address**
ATALLA, IREN
160 MERILINE AVE APT.F
WOODLAND PARK, NJ 7424

**As of the petition filing date, the claim is:**   $469.54   $469.54
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.79** | **Priority creditor's name and mailing address**
ATALLA, IREN
160 MERILINE AVE APT.F
WOODLAND PARK, NJ 07424

**As of the petition filing date, the claim is:**   $202.17   $202.17
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | Additional Page |

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.80** | **Priority creditor's name and mailing address**
AVALOS-FLORES, JENNIFER
2628 N. PALETHORP ST
PHILADELPHIA, PA 19133

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$429.53        $429.53

---

**2.81** | **Priority creditor's name and mailing address**
AVALOS-FLORES, JENNIFER
2628 N. PALETHORP ST
PHILADELPHIA, PA 19133

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$383.95        $383.95

---

**2.82** | **Priority creditor's name and mailing address**
AYALA, DANY
103-B GLENN CT
FARMINGDALE, NY 11735

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$190.62        $190.62

---

**2.83** | **Priority creditor's name and mailing address**
AYALA, DANY
103-B GLENN CT
FARMINGDALE, NY 11735

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$217.43        $217.43

---

Debtor Name   **Joyce Leslie, Inc.**                                      Case number (if known): **16-22035**

| | | Part 1: | Additional Page |

| | Total claim | Priority amount |
|---|---|---|

**2.84**

**Priority creditor's name and mailing address**
BACILE, DAWN
60-57 69TH PLACE
MASPETH, NY 11378

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$3,150.00          $3,150.00

---

**2.85**

**Priority creditor's name and mailing address**
BACILE, DAWN
60-57 69TH PLACE
MASPETH, NY 11378

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$221.15          $221.15

---

**2.86**

**Priority creditor's name and mailing address**
BADRIPERSAUD, OUDIT
129 FAIRVIEW AVE
BOGOTA, NJ 7603

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,900.00          $1,900.00

---

**2.87**

**Priority creditor's name and mailing address**
BADRIPERSAUD, OUDIT
129 FAIRVIEW AVE
BOGOTA, NJ 07603

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$222.87          $222.87

---

Debtor Name   **Joyce Leslie, Inc.**          Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.88** | **Priority creditor's name and mailing address**
BAEZ, BEATRICE
42 WEST LANE
MEDFORD, NY 11703

**As of the petition filing date, the claim is:**          $73.08          $73.08
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.89** | **Priority creditor's name and mailing address**
BAEZ, BEATRICE
42 WEST LANE
MEDFORD, NY 11703

**As of the petition filing date, the claim is:**          $109.12          $109.12
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.90** | **Priority creditor's name and mailing address**
BAEZ, MELANI
26 DONALD ST
WEST HAVEN, CT 6516

**As of the petition filing date, the claim is:**          $672.34          $672.34
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.91** | **Priority creditor's name and mailing address**
BAEZ, MELANI
26 DONALD ST
WEST HAVEN, CT 06516

**As of the petition filing date, the claim is:**          $227.43          $227.43
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.92**  **Priority creditor's name and mailing address**
BAKER, KAI
1610 BRUNELLA AVE
PISCATAWAY, NJ 8854

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $341.75    **Priority amount** $341.75

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.93**  **Priority creditor's name and mailing address**
BAKER, KAI
1610 BRUNELLA AVE
PISCATAWAY, NJ 08854

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $112.55    **Priority amount** $112.55

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.94**  **Priority creditor's name and mailing address**
BAKER, KAI
1610 BRUNELLA AVE
PISCATAWAY, NJ 08854

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $176.90    **Priority amount** $176.90

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.95**  **Priority creditor's name and mailing address**
BALDERAS, JUDITH
8 FRANKLIN PL
MORRIS PLAINS, NJ 7950

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $350.20    **Priority amount** $350.20

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

---

**2.96** | **Priority creditor's name and mailing address**
BALDERAS, JUDITH
8 FRANKLIN PL
MORRIS PLAINS, NJ 07950

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$174.63**    Priority amount: **$174.63**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.97** | **Priority creditor's name and mailing address**
BALTAZAR, ROSE
216 PRAIRIE DR
NORTH BABYLON, NY 11703

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$458.03**    Priority amount: **$458.03**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.98** | **Priority creditor's name and mailing address**
BALTAZAR, ROSE
216 PRAIRIE DR
NORTH BABYLON, NY 11703

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$534.87**    Priority amount: **$534.87**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.99** | **Priority creditor's name and mailing address**
BAPTISTE, KELLY
2 KILGOUR CT
MARLTON, NJ 8053

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$173.05**    Priority amount: **$173.05**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.100** | **Priority creditor's name and mailing address**
BAPTISTE, KELLY
2 KILGOUR CT
MARLTON, NJ 08053

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$177.16          $177.16

---

**2.101** | **Priority creditor's name and mailing address**
BARBER, HARLEY
3704 ELBERTA LN
MARLTON, NJ 8053

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$116.20          $116.20

---

**2.102** | **Priority creditor's name and mailing address**
BARBER, HARLEY
3704 ELBERTA LN
MARLTON, NJ 08053

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$124.57          $124.57

---

**2.103** | **Priority creditor's name and mailing address**
BARGFREDE, SAMANTHA
90 PARKS RD
DENVILLE, NJ 7834

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$183.77          $183.77

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| Part 1: | Additional Page |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.104** | Priority creditor's name and mailing address
BARGFREDE, SAMANTHA
90 PARKS RD
DENVILLE, NJ 07834

As of the petition filing date, the claim is: | **$191.06** | **$191.06**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.105** | Priority creditor's name and mailing address
BARR, BRIANNA
5814 FARRAGUT ROAD APT #2B
BROOKLYN, NY 11234

As of the petition filing date, the claim is: | **$628.17** | **$628.17**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.106** | Priority creditor's name and mailing address
BARR, BRIANNA
5814 FARRAGUT ROAD APT #2B
BROOKLYN, NY 11234

As of the petition filing date, the claim is: | **$164.07** | **$164.07**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.107** | Priority creditor's name and mailing address
BARRETO, EMILY
365 LEON AVE
PERTH AMBOY, NJ 8861

As of the petition filing date, the claim is: | **$0.00** | **$0.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

| **Part 1:** | **Additional Page** |

|  |  | **Total claim** | **Priority amount** |

**2.108** | Priority creditor's name and mailing address
BARRETO, EMILY
365 LEON AVE
PERTH AMBOY, NJ 08861

As of the petition filing date, the claim is:                $403.34                $403.34
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.109** | Priority creditor's name and mailing address
BARRETO, YALILY
11-K PARKWOOD DR
SOUTH AMBOY, NJ 8879

As of the petition filing date, the claim is:                $2,400.00                $2,400.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.110** | Priority creditor's name and mailing address
BARRETO, YALILY
11-K PARKWOOD DR
SOUTH AMBOY, NJ 08879

As of the petition filing date, the claim is:                $502.21                $502.21
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.111** | Priority creditor's name and mailing address
BARRY, SHIVONNE
1535 PARK PLACE APT 1
BROOKLYN, NY 11213

As of the petition filing date, the claim is:                $2,668.75                $2,668.75
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.112** **Priority creditor's name and mailing address**
BARRY, SHIVONNE
1535 PARK PLACE APT 1
BROOKLYN, NY 11213

**As of the petition filing date, the claim is:**    $182.69    $182.69
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.113** **Priority creditor's name and mailing address**
BARRY-HAZEL, COLLEEN
626 EAST 35TH STREET APT 1E
BROOKLYN, NY 11203

**As of the petition filing date, the claim is:**    $1,353.00    $1,353.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.114** **Priority creditor's name and mailing address**
BARRY-HAZEL, COLLEEN
626 EAST 35TH STREET APT 1E
BROOKLYN, NY 11203

**As of the petition filing date, the claim is:**    $265.97    $265.97
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.115** **Priority creditor's name and mailing address**
BARTLETT, KAYLA
22 NORTH STREET APT 3
WEST HAVEN, NJ 8318

**As of the petition filing date, the claim is:**    $836.00    $836.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.116**  **Priority creditor's name and mailing address**
BARTLETT, KAYLA
22 NORTH ST.
WEST HAVEN, CT 06516

**As of the petition filing date, the claim is:**    $369.45    $369.45
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.117**  **Priority creditor's name and mailing address**
BATTISTE, ANJELICA
3 BUCKS HILL ST
MEDFORD, NY 11763

**As of the petition filing date, the claim is:**    $574.77    $574.77
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.118**  **Priority creditor's name and mailing address**
BATTISTE, ANJELICA
3 BUCKS HILL ST
MEDFORD, NY 11763

**As of the petition filing date, the claim is:**    $239.00    $239.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.119**  **Priority creditor's name and mailing address**
BAWOH, FATIMA
95 MOUNT PROSPECT AVE APT 1
NEWARK, NJ 7104

**As of the petition filing date, the claim is:**    $2,596.14    $2,596.14
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

Debtor Name    **Joyce Leslie, Inc.**                                  Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.120**  **Priority creditor's name and mailing address**

BAWOH, FATIMA
95 MOUNT PROSPECT AVE APT 1
NEWARK, NJ 07104

**As of the petition filing date, the claim is:**                      $447.17                 $447.17

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.121**  **Priority creditor's name and mailing address**

BAXTER, ASHLEE
1724 DICKINSON ST
PHILADELPHIA, PA 19146

**As of the petition filing date, the claim is:**                      $0.00                   $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.122**  **Priority creditor's name and mailing address**

BEECHER, BEVERLY
3006 CLUBHOUSE DR
WEST DEPTFORD, NJ 8066

**As of the petition filing date, the claim is:**                      $592.47                 $592.47

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.123**  **Priority creditor's name and mailing address**

BEECHER, BEVERLY
3006 CLUBHOUSE DR
WEST DEPTFORD, NJ 08066

**As of the petition filing date, the claim is:**                      $191.71                 $191.71

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                31 of 483

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

**Part 1:**    **Additional Page**

| | | Total claim | Priority amount |
|---|---|---|---|

**2.124** | **Priority creditor's name and mailing address**
BEECHER, BEVERLY
3006 CLUBHOUSE DR
WEST DEPTFORD, NJ 08066

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$215.87**    Priority amount: **$215.87**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.125** | **Priority creditor's name and mailing address**
BEECHER, BEVERLY
3006 CLUBHOUSE DR
WEST DEPTFORD, NJ 08066

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$229.24**    Priority amount: **$229.24**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.126** | **Priority creditor's name and mailing address**
BELARDO, ASHANTIA
140 CASALA PLACE APT 31C
BRONX, NY 10475

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$151.92**    Priority amount: **$151.92**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.127** | **Priority creditor's name and mailing address**
BELARDO, ASHANTIA
140 CASALA PLACE APT 31C
BRONX, NY 10475

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$146.07**    Priority amount: **$146.07**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                                   Case number (if known): **16-22035**

| | | | |
|---|---|---|---|
| **Part 1:** | **Additional Page** | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.128**  **Priority creditor's name and mailing address**
BELLAMY, SHAUNTEL
245 DIVISION STREET
KEYPORT, NJ 7735

**As of the petition filing date, the claim is:**       $1,191.30       $1,191.30
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.129**  **Priority creditor's name and mailing address**
BELLAMY, SHAUNTEL
245 DIVISION STREET
KEYPORT, NJ 07735

**As of the petition filing date, the claim is:**       $128.40       $128.40
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.130**  **Priority creditor's name and mailing address**
BENTLEY, RENATE
190 WOOSTER ST #65
NEW HAVEN, CT 6511

**As of the petition filing date, the claim is:**       $942.60       $942.60
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.131**  **Priority creditor's name and mailing address**
BENTLEY, RENATE
190 WOOSTER ST #65
NEW HAVEN, CT 06511

**As of the petition filing date, the claim is:**       $926.11       $926.11
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          33 of 483

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.132** | **Priority creditor's name and mailing address**
BERES, CAROL
344 MORTON AVE.
W. BERLIN, NJ 8091

**As of the petition filing date, the claim is:**     $6,380.56     $6,380.56
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.133** | **Priority creditor's name and mailing address**
BICOFSKY, JENNIFER
19 SCOTT COURT
RIDGEFIELD PK, NJ 7660

**As of the petition filing date, the claim is:**     $2,442.07     $2,442.07
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.134** | **Priority creditor's name and mailing address**
BIERSACK, LAWREN
1740 PINEVIEW RD
FORKED RIVER, NJ 8731

**As of the petition filing date, the claim is:**     $775.40     $775.40
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.135** | **Priority creditor's name and mailing address**
BIERSACK, LAWREN
1740 PINEVIEW RD
FORKED RIVER, NJ 08731

**As of the petition filing date, the claim is:**     $264.28     $264.28
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name   **Joyce Leslie, Inc.**                    Case number (if known): **16-22035**

| | | Total claim | Priority amount |
|---|---|---|---|

**Part 1:**   Additional Page

---

**2.136**  **Priority creditor's name and mailing address**
BILLAK, CHERYLANN
150 EAST ATLANTIC AVE APT. M-3
HI-NELLA, NJ 8083

As of the petition filing date, the claim is:        **$1,760.00**        **$1,760.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.137**  **Priority creditor's name and mailing address**
BILLAK, CHERYLANN
150 EAST ATLANTIC AVE APT. M-3
HI-NELLA, NJ 08083

As of the petition filing date, the claim is:        **$451.69**        **$451.69**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.138**  **Priority creditor's name and mailing address**
BINDER, JORDAN
9 GUILFORD CT
MARLTON, NJ 8053

As of the petition filing date, the claim is:        **$1,575.00**        **$1,575.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.139**  **Priority creditor's name and mailing address**
BINDER, JORDAN
9 GUILFORD CT
MARLTON, NJ 08053

As of the petition filing date, the claim is:        **$155.32**        **$155.32**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.140** | **Priority creditor's name and mailing address**
BIRCHLER, HEATHER
11 ANCHORAGE BLVD
BAYVILLE, NJ 8721

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $673.10          Priority amount: $673.10

---

**2.141** | **Priority creditor's name and mailing address**
BIRCHLER, HEATHER
11 ANCHORAGE BLVD
BAYVILLE, NJ 08721

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $269.40          Priority amount: $269.40

---

**2.142** | **Priority creditor's name and mailing address**
BISWAS, ARPITA
168 BLUEBERRY LANE
HICKSVILLE, NY 11801

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $814.66          Priority amount: $814.66

---

**2.143** | **Priority creditor's name and mailing address**
BISWAS, ARPITA
168 BLUEBERRY LANE
HICKSVILLE, NY 11801

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $311.53          Priority amount: $311.53

---

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | | **Total claim** | **Priority amount** |

**2.144** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,400.00 | $2,400.00

BLAKE, KELLEY
566 ROSES MILL RD
MILFORD, CT 6460

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.145** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.00 | $528.00

BLAKE, KELLEY
566 ROSES MILL RD
MILFORD, CT 06460

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.146** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $859.47 | $859.47

BLANDON, AMPARO
3 JULIA TERR
DOVER, NJ 7801

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.147** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.92 | $322.92

BLANDON, AMPARO
3 JULIA TERR
DOVER, NJ 07801

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.148**   **Priority creditor's name and mailing address**
BONILLA, CESAR
27 BURGESS PLACE
PASSAIC, NJ 07055

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $379.18    **Priority amount** $379.18

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.149**   **Priority creditor's name and mailing address**
BONILLA, MA.THERESA
81 COUNTRYSIDE LN
MAYS LANDING, NJ 8330

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $489.98    **Priority amount** $489.98

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.150**   **Priority creditor's name and mailing address**
BONILLA, MA.THERESA
81 COUNTRYSIDE LN
MAYS LANDING, NJ 08330

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $179.41    **Priority amount** $179.41

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.151**   **Priority creditor's name and mailing address**
BORGES, KATIRIA
4255 BENNINGTON ST
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $320.00    **Priority amount** $320.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                   Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.152**  Priority creditor's name and mailing address

BORGES, KATIRIA
4255 BENNINGTON ST
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is:                    $138.46        $138.46

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.153**  Priority creditor's name and mailing address

BORIA, IVONNE
541 DEVON ST APT 2
KEARNY, NJ 7032

As of the petition filing date, the claim is:                    $459.06        $459.06

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.154**  Priority creditor's name and mailing address

BORIA, IVONNE
541 DEVON ST APT 2
KEARNY, NJ 07032

As of the petition filing date, the claim is:                    $36.71         $36.71

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.155**  Priority creditor's name and mailing address

BRACK, REGINA
947 MELROSE PLACE
PLAINFIELD, NJ 7063

As of the petition filing date, the claim is:                    $889.68        $889.68

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.156**  Priority creditor's name and mailing address

BRACK, REGINA
947 MELROSE PLACE
PLAINFIELD, NJ 07063

As of the petition filing date, the claim is:  $794.27  $794.27

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

---

**2.157**  Priority creditor's name and mailing address

BRADLEY, TIANA
1045 GROVE AVE APT 7A
EDISON, NJ 8820

As of the petition filing date, the claim is:  $469.82  $469.82

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

---

**2.158**  Priority creditor's name and mailing address

BRADLEY, TIANA
1045 GROVE AVE APT 7A
EDISON, NJ 08820

As of the petition filing date, the claim is:  $171.57  $171.57

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

---

**2.159**  Priority creditor's name and mailing address

BRION, ELISA
75 WEST 15TH ST
BAYONNE, NJ 7002

As of the petition filing date, the claim is:  $124.86  $124.86

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

| Part 1: | Additional Page |

**Part 1:**  Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.160** Priority creditor's name and mailing address
BRION, ELISA
75 WEST 15TH ST
BAYONNE, NJ 07002

As of the petition filing date, the claim is:          $62.26          $62.26
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.161** Priority creditor's name and mailing address
BRITO, FIORINA
352 N BROADWAY
YONKERS, NY 10701

As of the petition filing date, the claim is:          $411.27          $411.27
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.162** Priority creditor's name and mailing address
BRITO, FIORINA
352 N BROADWAY
YONKERS, NY 10701

As of the petition filing date, the claim is:          $146.96          $146.96
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.163** Priority creditor's name and mailing address
BROOKS, AMANDA
521 LAFAYETTE BLVD
BRIGANTINE, NJ 8203

As of the petition filing date, the claim is:          $0.00          $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                          Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  |  | **Total claim** | **Priority amount** |

**2.164**  **Priority creditor's name and mailing address**
BROWN, ANTOINETTE
4601 HIGH ST APT# D18
PENNSAUKEN, NJ 8110

As of the petition filing date, the claim is:    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.165**  **Priority creditor's name and mailing address**
BROWN, EBONY
106 READ ST
NEW HAVEN, CT 6511

As of the petition filing date, the claim is:    $642.03    $642.03
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.166**  **Priority creditor's name and mailing address**
BROWN, EBONY
106 READ ST
NEW HAVEN, CT 06511

As of the petition filing date, the claim is:    $270.97    $270.97
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.167**  **Priority creditor's name and mailing address**
BROWN, MIQUON
1382 NARRAGANSETT ST
PHILADELPHIA, PA 19138

As of the petition filing date, the claim is:    $1,130.90    $1,130.90
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.168**

**Priority creditor's name and mailing address**
BROWN, MIQUON
1382 NARRAGANSETT ST
PHILADELPHIA, PA 19138

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $326.36    **Priority amount** $326.36

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.169**

**Priority creditor's name and mailing address**
BROWN, RA'NASIA
417 E 31ST STREET
PATERSON, NJ 7504

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $1,504.72    **Priority amount** $1,504.72

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.170**

**Priority creditor's name and mailing address**
BROWN, RA'NASIA
417 E 31ST STREET
PATERSON, NJ 07504

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $406.33    **Priority amount** $406.33

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.171**

**Priority creditor's name and mailing address**
BROWN, SHANIKA
250 THOMPSON RD
JACKSON, NJ 8527

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $1,055.20    **Priority amount** $1,055.20

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---------|-----------------|

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.172** | Priority creditor's name and mailing address
BROWN, SHANIKA
250 THOMPSON RD
JACKSON, NJ 08527

As of the petition filing date, the claim is:  **$96.57**  **$96.57**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.173** | Priority creditor's name and mailing address
BRUZIO, BRITTANY
1537 S. HOLLYWOOD ST
PHILADELPHIA, PA 19146

As of the petition filing date, the claim is:  **$571.54**  **$571.54**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.174** | Priority creditor's name and mailing address
BRUZIO, BRITTANY
1537 S. HOLLYWOOD ST
PHILADELPHIA, PA 19146

As of the petition filing date, the claim is:  **$149.57**  **$149.57**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.175** | Priority creditor's name and mailing address
BURNS, AMYRA
125 PRESIDENTIAL BLVD APT 2F
PATERSON, NJ 7522

As of the petition filing date, the claim is:  **$83.21**  **$83.21**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name   **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.176** | **Priority creditor's name and mailing address**
BURNS, AMYRA
125 PRESIDENTIAL BLVD APT 2F
PATERSON, NJ 07522

As of the petition filing date, the claim is:    $162.89    $162.89
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.177** | **Priority creditor's name and mailing address**
BURROUGHS, IASHA
825 WEST 4TH ST
PLAINFIELD, NJ 07063

As of the petition filing date, the claim is:    $179.72    $179.72
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.178** | **Priority creditor's name and mailing address**
BUTLER, J'NELLE
54 RATHBUN AVE
WHITE PLAINS, NY 10606

As of the petition filing date, the claim is:    $2,416.20    $2,416.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.179** | **Priority creditor's name and mailing address**
BUTLER, J'NELLE
54 RATHBUN AVE
WHITE PLAINS, NY 10606

As of the petition filing date, the claim is:    $73.73    $73.73
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.180** Priority creditor's name and mailing address
BUTTEN, SABRINA
374 RIDGEWOOD AVE
BROOKLYN, NY 11208

As of the petition filing date, the claim is: $428.85 $428.85
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.181** Priority creditor's name and mailing address
BUTTEN, SABRINA
374 RIDGEWOOD AVE
BROOKLYN, NY 11208

As of the petition filing date, the claim is: $170.92 $170.92
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.182** Priority creditor's name and mailing address
BUTZ, TAYLLOR
5179 PENNSYLVANIA ST
WHITEHALL, PA 18052

As of the petition filing date, the claim is: $81.40 $81.40
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.183** Priority creditor's name and mailing address
BUTZ, TAYLLOR
5179 PENNSYLVANIA ST
WHITEHALL, PA 18052

As of the petition filing date, the claim is: $177.36 $177.36
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.184**  **Priority creditor's name and mailing address**
CABANAS, STACEY
2855 CROPSEY AVE APT 2R
BROOKLYN, NY 11214

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $611.38      Priority amount: $611.38

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.185**  **Priority creditor's name and mailing address**
CABANAS, STACEY
2855 CROPSEY AVE APT 2R
BROOKLYN, NY 11214

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $517.88      Priority amount: $517.88

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.186**  **Priority creditor's name and mailing address**
CABRERA, MILLIE
408 75TH ST.
NORTH BERGEN, NJ 7047

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $109.65      Priority amount: $109.65

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.187**  **Priority creditor's name and mailing address**
CABRERA, MILLIE
408  75TH ST.
NORTH BERGEN, NJ 07047

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $97.99      Priority amount: $97.99

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**      Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.188**   **Priority creditor's name and mailing address**
CACEVIC, ELIZABETH
1 HILLTOP DR
NORTH SALEM, NY 10560

**As of the petition filing date, the claim is:**    $3,480.80    $3,480.80
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.189**   **Priority creditor's name and mailing address**
CACEVIC, ELIZABETH
1 HILLTOP DR
NORTH SALEM, NY 10560

**As of the petition filing date, the claim is:**    $111.78    $111.78
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.190**   **Priority creditor's name and mailing address**
CALDERON GONZALEZ, KELLY
54 PRINCETON AVE APT A
DOVER, NJ 7801

**As of the petition filing date, the claim is:**    $376.82    $376.82
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.191**   **Priority creditor's name and mailing address**
CALO, MICHAEL
12 EAST 3RD STREET
BROOKLYN, NY 11214

**As of the petition filing date, the claim is:**    $909.17    $909.17
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.192** **Priority creditor's name and mailing address**
CALO, MICHAEL
12 EAST 3RD STREET
BROOKLYN, NY 11214

**As of the petition filing date, the claim is:**
☒ Contingent
☐ Unliquidated
☐ Disputed

Total claim $248.15    Priority amount $248.15

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.193** **Priority creditor's name and mailing address**
CALTON, GISELA
254 SHERMAN AVENUE
JERSEY CITY, NJ 7307

**As of the petition filing date, the claim is:**
☒ Contingent
☐ Unliquidated
☐ Disputed

Total claim $3,000.00    Priority amount $3,000.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.194** **Priority creditor's name and mailing address**
CALTON, GISELA
254 SHERMAN AVENUE
JERSEY CITY, NJ 07307

**As of the petition filing date, the claim is:**
☒ Contingent
☐ Unliquidated
☐ Disputed

Total claim $658.14    Priority amount $658.14

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.195** **Priority creditor's name and mailing address**
CAMARENA, CATI
25 ELIZABETH ST APT 3Q
NEW YORK, NY 11735

**As of the petition filing date, the claim is:**
☒ Contingent
☐ Unliquidated
☐ Disputed

Total claim $323.36    Priority amount $323.36

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.196**  **Priority creditor's name and mailing address**
CAMARENA, CATI
25 ELIZABETH ST APT 3Q
NEW YORK, NY 11735

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$1.29**    Priority amount: **$1.29**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.197**  **Priority creditor's name and mailing address**
CAMBRIDGE, DORIS
101 LINCOLN RD APT# 6B
BROOKLYN, NY 11225

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$832.41**    Priority amount: **$832.41**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.198**  **Priority creditor's name and mailing address**
CAMBRIDGE, DORIS
101 LINCOLN RD APT# 6B
BROOKLYN, NY 11225

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$181.51**    Priority amount: **$181.51**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.199**  **Priority creditor's name and mailing address**
CANGE, CIARAH
70 OAKLEY AVE
MASSAPEQUA, NY 11758

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$190.17**    Priority amount: **$190.17**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| | | | Total claim | Priority amount |
|---|---|---|---|---|

## Part 1:    Additional Page

**2.200**    **Priority creditor's name and mailing address**
CANGE, CIARAH
70 OAKLEY AVE
MASSAPEQUA, NY 11758

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**    $991.76    $991.76
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**2.201**    **Priority creditor's name and mailing address**
CANNONIER, EILEEN
2 OAK STREET APT 3H
WHITE PLAINS, NY 10603

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**    $1,154.60    $1,154.60
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**2.202**    **Priority creditor's name and mailing address**
CANNONIER, EILEEN
2 OAK STREET APT 3H
WHITE PLAINS, NY 10603

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**    $717.83    $717.83
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**2.203**    **Priority creditor's name and mailing address**
CARDONA, MELISSA
2301 GATHERMY DRIVE
HALEDON, NJ 7508

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**    $349.45    $349.45
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.204** | **Priority creditor's name and mailing address**
CARDONA, MELISSA
2301 GATHERMY DRIVE
HALEDON, NJ 07508

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$152.35        $152.35

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.205** | **Priority creditor's name and mailing address**
CARMONA, ENDELYS
266 CARROLL STREET APT 2
PATERSON, NJ 7501

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$0.00        $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.206** | **Priority creditor's name and mailing address**
CARPINO, ALYSSA
4469 GARDEN STREET
PHILADELPHIA, PA 19137

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$173.44        $173.44

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.207** | **Priority creditor's name and mailing address**
CARPINO, ALYSSA
4469 GARDEN STREET
PHILADELPHIA, PA 19137

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$180.68        $180.68

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                     Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.208** | **Priority creditor's name and mailing address**
CARRINGTON, RAQUEL
315 KING STREET
PORT CHESTER, NY 10573

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $192.79    Priority amount: $192.79

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.209** | **Priority creditor's name and mailing address**
CARRINGTON, RAQUEL
315 KING STREET
PORT CHESTER, NY 10573

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $695.29    Priority amount: $695.29

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.210** | **Priority creditor's name and mailing address**
CARTER, JASMINE
236 E ASHMEAD ST
PHILADELPHIA, PA 19144

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $325.73    Priority amount: $325.73

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.211** | **Priority creditor's name and mailing address**
CARTER, JASMINE
236 E ASHMEAD ST
PHILADELPHIA, PA 19144

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $215.65    Priority amount: $215.65

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.212**  **Priority creditor's name and mailing address**
CARTER, TENEVIA
375 NORTON ST APT# 1
NEW HAVEN, CT 6511

**As of the petition filing date, the claim is:**      $0.00      $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.213**  **Priority creditor's name and mailing address**
CARUSO, MARIA
61 PIKE DRIVE APT. 2B
WAYNE, NJ 7470

**As of the petition filing date, the claim is:**      $2,880.00      $2,880.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.214**  **Priority creditor's name and mailing address**
CARUTH, RANICE
120 HEMINGWAY ST APT 7
NEW HAVEN, CT 6513

**As of the petition filing date, the claim is:**      $130.75      $130.75
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.215**  **Priority creditor's name and mailing address**
CASQUETE, ALBA
18 HAMPTON CT
MAYWOOD, NJ 7607

**As of the petition filing date, the claim is:**      $888.45      $888.45
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.216** **Priority creditor's name and mailing address**
CASQUETE, ALBA
18 HAMPTON CT
MAYWOOD, NJ 07607

**As of the petition filing date, the claim is:**    $258.93    $258.93
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.217** **Priority creditor's name and mailing address**
CASTILLO, ABADESA
91 BIRCH ROAD 2ND FLOOR
STATEN ISLAND, NY 10303

**As of the petition filing date, the claim is:**    $3,150.00    $3,150.00
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.218** **Priority creditor's name and mailing address**
CASTILLO, ABADESA
91 BIRCH ROAD 2ND FLOOR
STATEN ISLAND, NY 10303

**As of the petition filing date, the claim is:**    $595.55    $595.55
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.219** **Priority creditor's name and mailing address**
CASTILLO, MEGAN
207 NORTH BEECH STREET
NORTH MASSAPEQUA, NY 11758

**As of the petition filing date, the claim is:**    $741.94    $741.94
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.220**  **Priority creditor's name and mailing address**
CASTILLO, MEGAN
207 NORTH BEECH STREET
NORTH MASSAPEQUA, NY 11758

**As of the petition filing date, the claim is:**    $179.28    $179.28

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.221**  **Priority creditor's name and mailing address**
CASTILLO, MEGAN
207 NORTH BEECH STREET
NORTH MASSAPEQUA, NY 11758

**As of the petition filing date, the claim is:**    $309.48    $309.48

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.222**  **Priority creditor's name and mailing address**
CASTILLO, MEGAN
207 NORTH BEECH STREET
NORTH MASSAPEQUA, NY 11758

**As of the petition filing date, the claim is:**    $289.03    $289.03

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.223**  **Priority creditor's name and mailing address**
CASTILLO, NAYDU
34 N SUSSEX ST APT# 3C
DOVER, NJ 7801

**As of the petition filing date, the claim is:**    $382.45    $382.45

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.224** | **Priority creditor's name and mailing address**
CASTILLO, NAYDU
34 N SUSSEX ST APT# 3C
DOVER, NJ 07801

**As of the petition filing date, the claim is:**    $168.21    $168.21
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.225** | **Priority creditor's name and mailing address**
CASTILLO, VICTOR
86 FRANKLIN AVE 1ST FLOOR
NEW ROCHELLE, NY 10805

**As of the petition filing date, the claim is:**    $161.82    $161.82
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.226** | **Priority creditor's name and mailing address**
CASTILLO, VICTOR
86 FRANKLIN AVE 1ST FLOOR
NEW ROCHELLE, NY 10805

**As of the petition filing date, the claim is:**    $191.97    $191.97
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.227** | **Priority creditor's name and mailing address**
CEBALLOS, YULISSA
1772 PEACH TREE CIR
WHITEHALL, PA 18052

**As of the petition filing date, the claim is:**    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.228** | **Priority creditor's name and mailing address**
CEBALLOS, YULISSA
1772 PEACH TREE CIR
WHITEHALL, PA 18052

**As of the petition filing date, the claim is:**                    $44.54                    $44.54
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.229** | **Priority creditor's name and mailing address**
CELI, ANDREA
44 JAMES STREET
DOVER, NJ 7801

**As of the petition filing date, the claim is:**                    $3,200.00                    $3,200.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.230** | **Priority creditor's name and mailing address**
CELI, ANDREA
44 JAMES STREET
DOVER, NJ 07801

**As of the petition filing date, the claim is:**                    $697.05                    $697.05
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.231** | **Priority creditor's name and mailing address**
CESPEDES, NICORANIS
306 OAK STREET
PASSAIC, NJ 07055

**As of the petition filing date, the claim is:**                    $149.44                    $149.44
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| | Total claim | Priority amount |

**2.232** Priority creditor's name and mailing address
CHANA, SHUBHA
52 STONEHURST BLVD APT B
FREEHOLD, NJ 7728

As of the petition filing date, the claim is:   **$540.51**   **$540.51**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

**2.233** Priority creditor's name and mailing address
CHANA, SHUBHA
52 STONEHURST BLVD APT B
FREEHOLD, NJ 07728

As of the petition filing date, the claim is:   **$249.06**   **$249.06**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

**2.234** Priority creditor's name and mailing address
CHASE, ROSLYN
20 N SPRING ST APT. 2
ANSONIA, CT 6401

As of the petition filing date, the claim is:   **$1,871.14**   **$1,871.14**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

**2.235** Priority creditor's name and mailing address
CHASE, ROSLYN
20 N SPRING ST APT. 2
ANSONIA, CT 06401

As of the petition filing date, the claim is:   **$171.11**   **$171.11**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

Debtor Name    **Joyce Leslie, Inc.**                                      Case number (if known): **16-22035**

| Part 1: | Additional Page |

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.236** | Priority creditor's name and mailing address
CHAVEZ, KEVIN
137-60 45 AVENUE # 4C
FLUSHING, NY 11355

As of the petition filing date, the claim is:    $506.27    $506.27
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.237** | Priority creditor's name and mailing address
CHAVEZ, KEVIN
137-60 45 AVENUE # 4C
FLUSHING, NY 11355

As of the petition filing date, the claim is:    $178.28    $178.28
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.238** | Priority creditor's name and mailing address
CHAVIANO, ASHLEY
70 WEST 23RD ST APT D2
BAYONNE, NJ 7002

As of the petition filing date, the claim is:    $130.73    $130.73
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.239** | Priority creditor's name and mailing address
CHAVIANO, ASHLEY
70 WEST 23RD ST APT D2
BAYONNE, NJ 07002

As of the petition filing date, the claim is:    $107.71    $107.71
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                              Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.240** **Priority creditor's name and mailing address**
CHEN, BIN LING
47-05 50TH AVE
WOODSIDE, NY 11377

**As of the petition filing date, the claim is:**                          $483.76          $483.76
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.241** **Priority creditor's name and mailing address**
CHEN, BIN LING
47-05 50TH AVE
WOODSIDE, NY 11377

**As of the petition filing date, the claim is:**                          $168.11          $168.11
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.242** **Priority creditor's name and mailing address**
CHEN, BIN LING
47-05 50TH AVE
WOODSIDE, NY 11377

**As of the petition filing date, the claim is:**                          $117.58          $117.58
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.243** **Priority creditor's name and mailing address**
CHEN, BIN LING
47-05 50TH AVE
WOODSIDE, NY 11377

**As of the petition filing date, the claim is:**                          $179.61          $179.61
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |

**Part 1:**   Additional Page

| | Total claim | Priority amount |

**2.244** Priority creditor's name and mailing address
CHEN, MICHAEL
144-43 71ST RD
KEW GARDENS HILLS, NY 11367

As of the petition filing date, the claim is:   **$200.00**   **$200.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

---

**2.245** Priority creditor's name and mailing address
CHEN, MICHAEL
144-43 71ST RD
KEW GARDENS HILLS, NY 11367

As of the petition filing date, the claim is:   **$181.86**   **$181.86**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

---

**2.246** Priority creditor's name and mailing address
CHEN, MICHAEL
144-43 71ST RD
KEW GARDENS HILLS, NY 11367

As of the petition filing date, the claim is:   **$181.86**   **$181.86**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

---

**2.247** Priority creditor's name and mailing address
CHICAS, RICARDO
145 HARTMAN AVE
GARFIELD, NJ 7026

As of the petition filing date, the claim is:   **$2,864.00**   **$2,864.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

| **Part 1:** | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.248** Priority creditor's name and mailing address
CHICHESTER, CHRISTINE
21219 94TH AVE
QUEENS VILLAGE, NY 11428

As of the petition filing date, the claim is:    $1,356.12    $1,356.12

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

---

**2.249** Priority creditor's name and mailing address
CHICHESTER, CHRISTINE
21219 94TH AVE
QUEENS VILLAGE, NY 11428

As of the petition filing date, the claim is:    $224.44    $224.44

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

---

**2.250** Priority creditor's name and mailing address
CHILDS, HARRY
1226 EAST SYDNEY ST
PHILADELPHIA, PA 19150

As of the petition filing date, the claim is:    $465.08    $465.08

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

---

**2.251** Priority creditor's name and mailing address
CHILDS, HARRY
1226 EAST SYDNEY ST
PHILADELPHIA, PA 19150

As of the petition filing date, the claim is:    $332.52    $332.52

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.252** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $505.52 | $505.52

CHINCHILLA, ISSELA
351 CHAPEL AVE
ALLENTOWN, PA 18103

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.253** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $231.10 | $231.10

CHINCHILLA, ISSELA
351 CHAPEL AVE
ALLENTOWN, PA 18103

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.254** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | $0.00

CHUNG, CHLOE
18 LACOSTA DRIVE
EGG HARBOR TOWNSHIP, NJ 8234

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.255** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.47 | $27.47

CHUNG, CHLOE
18 LACOSTA DRIVE
EGG HARBOR TOWNSHIP, NJ 08234

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

| **Part 1:** | Additional Page | | | |
|---|---|---|---|---|

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.256** | **Priority creditor's name and mailing address**
CHUNG, MEI
394 MCDONALD AVE APT 1F
BROOKLYN, NY 11218

**As of the petition filing date, the claim is:**     $1,038.84     $1,038.84
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

---

**2.257** | **Priority creditor's name and mailing address**
CHUNG, MEI
394 MCDONALD AVE APT 1F
BROOKLYN, NY 11218

**As of the petition filing date, the claim is:**     $242.52     $242.52
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

---

**2.258** | **Priority creditor's name and mailing address**
CLANCY, MARY
102 CLAYBROOK RD
DOVER, MA 2030

**As of the petition filing date, the claim is:**     $13,461.54     $12,475.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

---

**2.259** | **Priority creditor's name and mailing address**
CLARK, LARRY
969 PROSPECT AVE
PLAINFIELD, NJ 7060

**As of the petition filing date, the claim is:**     $6,211.48     $6,211.48
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.260**    **Priority creditor's name and mailing address**
CLARKE, ADRIANA
49 BRADFORD AVE
WHITE PLAINS, NY 10603

**As of the petition filing date, the claim is:**      $94.40      $94.40
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.261**    **Priority creditor's name and mailing address**
CLEARY, LAURIE
32 LIBERTY STREET
HAWTHORNE, NY 10532

**As of the petition filing date, the claim is:**      $9,807.69      $9,807.69
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.262**    **Priority creditor's name and mailing address**
CLOWERS, AMRI
156 HAMILTON BLVD
SOUTH PLAINFIELD, NJ 07080

**As of the petition filing date, the claim is:**      $3.97      $3.97
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.263**    **Priority creditor's name and mailing address**
COBY, TIFFANIE
127 EAST RD
BELFORD, NJ 7718

**As of the petition filing date, the claim is:**      $281.49      $281.49
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

Debtor Name    **Joyce Leslie, Inc.**                                        Case number (if known): **16-22035**

| | | Total claim | Priority amount |
|---|---|---|---|

## Part 1:    Additional Page

**2.264**  **Priority creditor's name and mailing address**
COBY, TIFFANIE
127 EAST RD
BELFORD, NJ 07718

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $137.54    **Priority amount** $137.54

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.265**  **Priority creditor's name and mailing address**
COBY, TIFFANIE
127 EAST RD
BELFORD, NJ 07718

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $160.13    **Priority amount** $160.13

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.266**  **Priority creditor's name and mailing address**
COHEN, SARAH
14 E HOLLY AVE
PITMAN, NJ 8071

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $350.62    **Priority amount** $350.62

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.267**  **Priority creditor's name and mailing address**
COHEN, SARAH
14 E HOLLY AVE
PITMAN, NJ 08071

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $156.85    **Priority amount** $156.85

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

| Part 1: | Additional Page |
|---|---|

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.268** Priority creditor's name and mailing address
COHEN, STEPHANIE
922 SCATTERGOOD ST
PHILADELPHIA, PA 19124

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

As of the petition filing date, the claim is:   $227.25   $227.25
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Is the claim subject to offset?
[✓] No
[ ] Yes

**2.269** Priority creditor's name and mailing address
COHEN, STEPHANIE
922 SCATTERGOOD ST
PHILADELPHIA, PA 19124

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

As of the petition filing date, the claim is:   $188.61   $188.61
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Is the claim subject to offset?
[✓] No
[ ] Yes

**2.270** Priority creditor's name and mailing address
COKU, DIKLEN
1854 PAULDING AVENUE
BRONX, NY 10462

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

As of the petition filing date, the claim is:   $2,228.08   $2,228.08
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Is the claim subject to offset?
[✓] No
[ ] Yes

**2.271** Priority creditor's name and mailing address
COKU, DIKLEN
1854 PAULDING AVENUE
BRONX, NY 10462

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

As of the petition filing date, the claim is:   $102.18   $102.18
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.272** Priority creditor's name and mailing address

COLEMAN, TRACY
39-06 TAYLOR RD
FAIR LAWN, NJ 7410

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**Is the claim subject to offset?**
[X] No
[ ] Yes

Total claim: $1,645.00
Priority amount: $1,645.00

---

**2.273** Priority creditor's name and mailing address

COLES-WOODS, MARLENE
430 WEST BROWNING RD H3
BELLMWAR, NJ 8031

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**Is the claim subject to offset?**
[X] No
[ ] Yes

Total claim: $540.34
Priority amount: $540.34

---

**2.274** Priority creditor's name and mailing address

COLES-WOODS, MARLENE
430 WEST BROWNING RD H3
BELLMWAR, NJ 08031

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**Is the claim subject to offset?**
[X] No
[ ] Yes

Total claim: $96.17
Priority amount: $96.17

---

**2.275** Priority creditor's name and mailing address

COLLAZO, MARISOL
254 PATERSON AVE 2ND FL
LITTLE FALLS, NJ 7424

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**Is the claim subject to offset?**
[X] No
[ ] Yes

Total claim: $2,800.00
Priority amount: $2,800.00

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

---

**2.276**  **Priority creditor's name and mailing address**
COLLAZO, MARISOL
254 PATERSON AVE 2ND FL
LITTLE FALLS, NJ 07424

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $704.20        Priority amount: $704.20

---

**2.277**  **Priority creditor's name and mailing address**
COLON, LYDIA
4122 N 6TH ST
PHILADELPHIA, PA 19140

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $282.23        Priority amount: $282.23

---

**2.278**  **Priority creditor's name and mailing address**
COLON, LYDIA
4122 N 6TH ST
PHILADELPHIA, PA 19140

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $147.48        Priority amount: $147.48

---

**2.279**  **Priority creditor's name and mailing address**
COMMONWEALTH OF PENNSYLVANIA
P.O. BOX 2890
HARRISBURG, PA 17105

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
SALES TAX

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $6,076.89        Priority amount: $6,076.89

---

Debtor Name    **Joyce Leslie, Inc.**                                          Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.280**  **Priority creditor's name and mailing address**

CONFUSIONE, MICHELLE
33 CROSSING LN
FREEHOLD, NJ 7728

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $100.73    **Priority amount** $100.73

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.281**  **Priority creditor's name and mailing address**

CONFUSIONE, MICHELLE
33 CROSSING LN
FREEHOLD, NJ 07728

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $113.09    **Priority amount** $113.09

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.282**  **Priority creditor's name and mailing address**

CONKLIN, AMY
113 HIRAM JONES ROAD
MONTICELLO, NY 12701

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $3,500.00    **Priority amount** $3,500.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.283**  **Priority creditor's name and mailing address**

CONKLIN, AMY
113 HIRAM JONES ROAD
MONTICELLO, NY 12701

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $782.36    **Priority amount** $782.36

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| **Part 1:** | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.284**  **Priority creditor's name and mailing address**
CONNECTICUT - DEPT. OF REVENUE SERVICES
P.O. BOX 5030
HARTFORD, CT 06102

**As of the petition filing date, the claim is:**    $26,400.43    $26,400.43
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
SALES TAX

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.285**  **Priority creditor's name and mailing address**
CONNOR, PAUL
300 GRAMATAN AVE APT A4
MT VERNON, NY 10552

**As of the petition filing date, the claim is:**    $0.00    $0.00
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.286**  **Priority creditor's name and mailing address**
COOK, AANYAH
290 RIVER ROAD
PISCATAWAY, NJ 08854

**As of the petition filing date, the claim is:**    $83.86    $83.86
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.287**  **Priority creditor's name and mailing address**
CORVALAN, MIGUEL
331 AVENUE E APT 3
BAYONNE, NJ 7002

**As of the petition filing date, the claim is:**    $2,493.47    $2,493.47
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.288** | **Priority creditor's name and mailing address**
CORVALAN, MIGUEL
331 AVENUE E APT 3
BAYONNE, NJ 07002

**As of the petition filing date, the claim is:**            **$528.35**            **$528.35**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.289** | **Priority creditor's name and mailing address**
COSTA, DAWN
22 SEWELL ST
GLASSBORO, NJ 8028

**As of the petition filing date, the claim is:**            **$0.00**            **$0.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.290** | **Priority creditor's name and mailing address**
CRUZ, ARNALDO
465 E 23RD ST
PATERSON, NJ 7514

**As of the petition filing date, the claim is:**            **$86.73**            **$86.73**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.291** | **Priority creditor's name and mailing address**
CRUZ, ARNALDO
465 E 23RD ST
PATERSON, NJ 07514

**As of the petition filing date, the claim is:**            **$105.36**            **$105.36**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                          Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.292**

**Priority creditor's name and mailing address**
CRUZ, CHELSEA
25 BLOOMFIELD AVE APT 2
PATERSON, NJ 7503

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $444.73   **Priority amount** $444.73

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.293**

**Priority creditor's name and mailing address**
CRUZ, CHELSEA
25 BLOOMFIELD AVE APT 2
PATERSON, NJ 07503

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $106.74   **Priority amount** $106.74

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.294**

**Priority creditor's name and mailing address**
CRUZ, RYAN
321 W CLINTON STREET
HALEDON, NJ 7508

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $360.09   **Priority amount** $360.09

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.295**

**Priority creditor's name and mailing address**
CRUZ, RYAN
321 W CLINTON STREET
HALEDON, NJ 07508

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $592.90   **Priority amount** $592.90

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.296** | **Priority creditor's name and mailing address**
CUBELO, EMILY
50 HEATHCOTE AVENUE
EDISON, NJ 8817

**As of the petition filing date, the claim is:**    $163.41    $163.41
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.297** | **Priority creditor's name and mailing address**
CUBELO, EMILY
50 HEATHCOTE AVENUE
EDISON, NJ 08817

**As of the petition filing date, the claim is:**    $163.44    $163.44
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.298** | **Priority creditor's name and mailing address**
CUELLAR, EDGAR
81 BELLAIR PLACE
NEWARK, NJ 7104

**As of the petition filing date, the claim is:**    $2,423.07    $2,423.07
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.299** | **Priority creditor's name and mailing address**
CUELLAR, EDGAR
81 BELLAIR PLACE
NEWARK, NJ 07104

**As of the petition filing date, the claim is:**    $991.16    $991.16
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**                                        Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.300** | **Priority creditor's name and mailing address**
CURIEL, ISABEL
1341 BRIGHTON ST
PHILADELPHIA, PA 19111

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Total claim: $408.38    Priority amount: $408.38

---

**2.301** | **Priority creditor's name and mailing address**
CURIEL, ISABEL
1341 BRIGHTON ST
PHILADELPHIA, PA 19111

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Total claim: $197.37    Priority amount: $197.37

---

**2.302** | **Priority creditor's name and mailing address**
CURTIS, KELLINA
4602 BIRCHWOOD COURT
NORTH BRUNSWICK, NJ 8902

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Total claim: $453.86    Priority amount: $453.86

---

**2.303** | **Priority creditor's name and mailing address**
CURTIS, KELLINA
4602 BIRCHWOOD COURT
NORTH BRUNSWICK, NJ 08902

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Total claim: $191.91    Priority amount: $191.91

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.304**  **Priority creditor's name and mailing address**

CUSANELLI, SUSAN
26 MATSUNAYE DRIVE
MEDFORD, NY 11763

**As of the petition filing date, the claim is:**        $2,599.56        $2,599.56

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.305**  **Priority creditor's name and mailing address**

CUSANELLI, SUSAN
26 MATSUNAYE DRIVE
MEDFORD, NY 11763

**As of the petition filing date, the claim is:**        $749.54        $749.54

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.306**  **Priority creditor's name and mailing address**

DABBENIGNO, PAIGE
29 DELAWARE AVE APT C
SOMERS POINT, NJ 8244

**As of the petition filing date, the claim is:**        $116.06        $116.06

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.307**  **Priority creditor's name and mailing address**

DABBENIGNO, PAIGE
29 DELAWARE AVE APT C
SOMERS POINT, NJ 08244

**As of the petition filing date, the claim is:**        $116.48        $116.48

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**Part 1:**    Additional Page

---

**2.308**   **Priority creditor's name and mailing address**

DALIPI, RABJE
134 WHITE RD
MINEOLA, NY 11501

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$655.98**    Priority amount: **$655.98**

---

**2.309**   **Priority creditor's name and mailing address**

DALIPI, RABJE
134 WHITE RD
MINEOLA, NY 11501

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$60.79**    Priority amount: **$60.79**

---

**2.310**   **Priority creditor's name and mailing address**

DALIPOSKI, ATIXHE
1686 KROLL ROAD
EAST MEADOW, NY 11554

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$1,013.05**    Priority amount: **$1,013.05**

---

**2.311**   **Priority creditor's name and mailing address**

DALIPOSKI, ATIXHE
1686 KROLL ROAD
EAST MEADOW, NY 11554

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: **$328.87**    Priority amount: **$328.87**

---

Debtor Name   **Joyce Leslie, Inc.**                                            Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.312**  **Priority creditor's name and mailing address**       As of the petition filing date, the claim is:     $0.00       $0.00

DAUBERT, OLENE
1233 VALLEY FORGE DR
WALNUT PORT, PA 18088

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.313**  **Priority creditor's name and mailing address**       As of the petition filing date, the claim is:     $371.79       $371.79

DAVIS, AJEE
2193 HARBOUR DRIVE
PALMYRA, NJ 8109

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.314**  **Priority creditor's name and mailing address**       As of the petition filing date, the claim is:     $291.39       $291.39

DAVIS, ANITA
1941 S. BEECHWOOD ST.
PHILADELPHIA, PA 19145

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.315**  **Priority creditor's name and mailing address**       As of the petition filing date, the claim is:     $160.15       $160.15

DAVIS, ANITA
1941 S. BEECHWOOD ST.
PHILADELPHIA, PA 19145

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.316** | **Priority creditor's name and mailing address**
DAWKINS, MICHELLE
885 N FARSON ST
PHILADELPHIA, PA 19139

**As of the petition filing date, the claim is:**    $7.97    $7.97
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.317** | **Priority creditor's name and mailing address**
DEJESUS, MARIEL
430 MAIN STREET 1ST FLOOR
LITTLE FALLS, NJ 7424

**As of the petition filing date, the claim is:**    $1,326.00    $1,326.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.318** | **Priority creditor's name and mailing address**
DEJESUS, MARIEL
430 MAIN STREET
LITTLE FALLS, NJ 07424

**As of the petition filing date, the claim is:**    $370.49    $370.49
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.319** | **Priority creditor's name and mailing address**
DEJESUS, NINA
42 ASHTON ROAD
MEDFORD, NY 11763

**As of the petition filing date, the claim is:**    $103.37    $103.37
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

| Part 1: | Additional Page |
| --- | --- |

|  | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.320** | **Priority creditor's name and mailing address**
DELGADO, ASHLEY
5435 N.MASCHER STREET
PHILADELPHIA, PA 19120

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$848.60**   **$848.60**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.321** | **Priority creditor's name and mailing address**
DELGADO, ASHLEY
5435 N.MASCHER STREET
PHILADELPHIA, PA 19120

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$281.72**   **$281.72**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.322** | **Priority creditor's name and mailing address**
DENIS, FRANCESCA
167 FINMOR DRIVE
WHITE PLAINS, NY 10607

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$602.68**   **$602.68**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.323** | **Priority creditor's name and mailing address**
DENIS, FRANCESCA
167 FINMOR DRIVE
WHITE PLAINS, NY 10607

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$680.80**   **$680.80**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |

|  | | | Total claim | Priority amount |

**2.324**  **Priority creditor's name and mailing address**
DENNIS, TAMIA
247 ROSEMAR STREET
PHILADELPHIA, PA 19120

**As of the petition filing date, the claim is:**      $79.42        $79.42
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.325**  **Priority creditor's name and mailing address**
DEORIO, SONIA
337 WEST CLINTON ST
HALEDON, NJ 7508

**As of the petition filing date, the claim is:**      $4,200.00      $4,200.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.326**  **Priority creditor's name and mailing address**
DEROSA, ERIN
340 LORILLARD AVE
UNION BEACH, NJ 7735

**As of the petition filing date, the claim is:**      $707.94        $707.94
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.327**  **Priority creditor's name and mailing address**
DEROSA, ERIN
340 LORILLARD AVE
UNION BEACH, NJ 07735

**As of the petition filing date, the claim is:**      $172.86        $172.86
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |

**2.328**  **Priority creditor's name and mailing address**
DESIR, FRANCESCA
39 FOUNTAIN PLACE APT 3B
NEW ROCHELLE, NY 10801

**As of the petition filing date, the claim is:**    $1,232.39    $1,232.39
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.329**  **Priority creditor's name and mailing address**
DESIR, FRANCESCA
39 FOUNTAIN PLACE APT 3B
NEW ROCHELLE, NY 10801

**As of the petition filing date, the claim is:**    $87.77    $87.77
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.330**  **Priority creditor's name and mailing address**
DESTEFANO, CLARA
86 ROSEWOOD DRIVE
TOMS RIVER, NJ 8753

**As of the petition filing date, the claim is:**    $1,187.12    $1,187.12
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.331**  **Priority creditor's name and mailing address**
DEVONE, CAITLIN
12 MORRISON PL
ERIAL, NJ 8081

**As of the petition filing date, the claim is:**    $83.21    $83.21
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**
Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.332**

**Priority creditor's name and mailing address**
DEVONE, CAITLIN
12 MORRISON PL
ERIAL, NJ 08081

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$118.21        $118.21

---

**2.333**

**Priority creditor's name and mailing address**
DEVONE, CAITLIN
12 MORRISON PL
ERIAL, NJ 08081

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$182.77        $182.77

---

**2.334**

**Priority creditor's name and mailing address**
DEVONE, CAITLIN
12 MORRISON PL
ERIAL, NJ 08081

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$657.06        $657.06

---

**2.335**

**Priority creditor's name and mailing address**
DEZA CHAVEZ, ROMINA
342 DELAWANNA AVENUE 2ND FLOOR
CLIFTON, NJ 7014

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$462.23        $462.23

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.336**  **Priority creditor's name and mailing address**
DEZA CHAVEZ, ROMINA
342 DELAWANNA AVENUE 2ND FLOOR
CLIFTON, NJ 07014

**As of the petition filing date, the claim is:**  — $210.00 — $210.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.337**  **Priority creditor's name and mailing address**
DI LORENZO, TANIA
1093 LYNWOOD AVE
NEW MILFORD, NJ 7646

**As of the petition filing date, the claim is:**  — $671.68 — $671.68
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.338**  **Priority creditor's name and mailing address**
DI LORENZO, TANIA
1093 LYNWOOD AVE
NEW MILFORD, NJ 07646

**As of the petition filing date, the claim is:**  — $171.14 — $171.14
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.339**  **Priority creditor's name and mailing address**
DI LORENZO, TANIA
1093 LYNWOOD AVE
NEW MILFORD, NJ 07646

**As of the petition filing date, the claim is:**  — $288.13 — $288.13
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.340**

**Priority creditor's name and mailing address**
DIBARTOLOMEO, ALISSA
2629 SOUTH ALDER ST
PHILADELPHIA, PA 19148

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,348.56          $1,348.56

---

**2.341**

**Priority creditor's name and mailing address**
DIBARTOLOMEO, ALISSA
2629 SOUTH ALDER ST
PHILADELPHIA, PA 19148

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$389.63          $389.63

---

**2.342**

**Priority creditor's name and mailing address**
DIDONATO, CATHERINE
2311 HAMILTON DR
VOORHEES, NJ 8043

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$4,200.00          $4,200.00

---

**2.343**

**Priority creditor's name and mailing address**
DIDONATO, CATHERINE
2311 HAMILTON DR
VOORHEES, NJ 08043

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$234.84          $234.84

---

Debtor Name   **Joyce Leslie, Inc.**                               Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.344** | **Priority creditor's name and mailing address**
DIDONATO, CATHERINE
2311 HAMILTON DR
VOORHEES, NJ 08043

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $79.86    **Priority amount** $79.86

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.345** | **Priority creditor's name and mailing address**
DIGIROLAMO, RAVEN
1588 E 53RD ST
BROOKLYN, NY 11234

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $202.39    **Priority amount** $202.39

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.346** | **Priority creditor's name and mailing address**
DINEVA, MARIA
10 MARLIN DRIVE
BAYVILLE, NJ 8721

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $2,000.00    **Priority amount** $2,000.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.347** | **Priority creditor's name and mailing address**
DINEVA, MARIA
10 MARLIN DRIVE
BAYVILLE, NJ 08721

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $585.74    **Priority amount** $585.74

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                                      Case number (if known): **16-22035**

| Part 1: | Additional Page |

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.348** | **Priority creditor's name and mailing address**
DIPIAZZA, JOSEPHINE
79 EASEDALE RD
WAYNE, NJ 7470

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $5,200.04    **Priority amount** $5,200.04

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.349** | **Priority creditor's name and mailing address**
DIPIAZZA, JOSEPHINE
79 EASEDALE RD
WAYNE, NJ 07470

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $190.38    **Priority amount** $190.38

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.350** | **Priority creditor's name and mailing address**
DONALDSON, JULIA
3176 SAUNDERS STREET
CAMDEN, NJ 8103

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $0.00    **Priority amount** $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.351** | **Priority creditor's name and mailing address**
DONAZAL, EMILY
27 KENNETH AVENUE
OLD BRIDGE, NJ 8857

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $715.70    **Priority amount** $715.70

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Debtor Name   **Joyce Leslie, Inc.**                                              Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | | | **Total claim** | **Priority amount** |

---

**2.352** | **Priority creditor's name and mailing address**
DONAZAL, EMILY
27 KENNETH AVENUE
OLD BRIDGE, NJ 08857

**As of the petition filing date, the claim is:**    $224.68    $224.68
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.353** | **Priority creditor's name and mailing address**
DONOVAN, CAITLIN
114 RIVERVIEW AVE APT C
NEPTUNE CITY, NJ 7753

**As of the petition filing date, the claim is:**    $35.03    $35.03
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.354** | **Priority creditor's name and mailing address**
DONOVAN, CAITLIN
114 RIVERVIEW AVE APT C
NEPTUNE CITY, NJ 07753

**As of the petition filing date, the claim is:**    $651.54    $651.54
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.355** | **Priority creditor's name and mailing address**
DORAN, ROBERT
1440 LEVICK STREET
PHILADELPHIA, PA 19149

**As of the petition filing date, the claim is:**    $391.73    $391.73
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**                                         Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.356**   **Priority creditor's name and mailing address**
DORAN, ROBERT
1440 LEVICK STREET
PHILADELPHIA, PA 19149

**As of the petition filing date, the claim is:**                 $410.67          $410.67

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.357**   **Priority creditor's name and mailing address**
DORVIL, GRISMELDY
384 E 27TH ST APT 2
PATERSON, NJ 7514

**As of the petition filing date, the claim is:**                 $557.47          $557.47

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.358**   **Priority creditor's name and mailing address**
DORVIL, GRISMELDY
384 E 27TH ST APT 2
PATERSON, NJ 07514

**As of the petition filing date, the claim is:**                 $97.26          $97.26

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.359**   **Priority creditor's name and mailing address**
DOWNING, MEGAN
145 RIDGE AVENUE
BELFORD, NJ 7718

**As of the petition filing date, the claim is:**                 $2,100.00          $2,100.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**                                        Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.360** | **Priority creditor's name and mailing address**
DOWNING, MEGAN
145 RIDGE AVENUE
BELFORD, NJ 07718

**As of the petition filing date, the claim is:**    $499.22    $499.22
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.361** | **Priority creditor's name and mailing address**
DRAKE, CRYSTAL
63 DRAKE RD
MIDDLETOWN, NY 10940

**As of the petition filing date, the claim is:**    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.362** | **Priority creditor's name and mailing address**
DRAKE, CRYSTAL
63 DRAKE RD
MIDDLETOWN, NY 10940

**As of the petition filing date, the claim is:**    $2.50    $2.50
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.363** | **Priority creditor's name and mailing address**
DRITSAS, ANNA
457 CECILIA AVE
CLIFFSIDE PARK, NJ 7010

**As of the petition filing date, the claim is:**    $1,040.00    $1,040.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name   **Joyce Leslie, Inc.**                                                          Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |

**2.364** | **Priority creditor's name and mailing address**
DRURY, JESSICA
2110 BOSTON AVE
BRIDGEPORT , CT 6516

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $134.32    **Priority amount** $134.32

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.365** | **Priority creditor's name and mailing address**
DRURY, JESSICA
30 HAWTHORNE RD
NEW HAVEN, CT 06513

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $195.29    **Priority amount** $195.29

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.366** | **Priority creditor's name and mailing address**
DUBLIN, LATEEK
179-39 143 RD
JAMAICA, NY 11434

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $435.97    **Priority amount** $435.97

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.367** | **Priority creditor's name and mailing address**
DUBLIN, LATEEK
179-39 143 RD
JAMAICA, NY 11434

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $194.08    **Priority amount** $194.08

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

| **Part 1:** | **Additional Page** |
|---|---|

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.368** | **Priority creditor's name and mailing address**
DUBOSE, AALIYAH
477E LOCUST AVE
PHILADELPHIA, PA 19144

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$114.47          $114.47

---

**2.369** | **Priority creditor's name and mailing address**
DUBOSE, AALIYAH
477E LOCUST AVE
PHILADELPHIA, PA 19144

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$143.71          $143.71

---

**2.370** | **Priority creditor's name and mailing address**
DUFFY, VICTORIA
PO BOX 633
OTISVILLE, NY 12771

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$366.52          $366.52

---

**2.371** | **Priority creditor's name and mailing address**
DUFFY, VICTORIA
PO BOX 633
OTISVILLE, NY 12771

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$187.38          $187.38

---

Debtor Name    **Joyce Leslie, Inc.**                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |

**2.372**  **Priority creditor's name and mailing address**
DUKES, TONETTE
1929 PENFIELD STREET
PHILADELPHIA, PA 19138

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $0.00    **Priority amount** $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.373**  **Priority creditor's name and mailing address**
DUNHAM, MAALIKA
360 BERWICK ST
ORANGE, NJ 7050

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$34.11    $34.11

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.374**  **Priority creditor's name and mailing address**
DUNHAM, MAALIKA
360 BERWICK ST
ORANGE, NJ 07050

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$140.54    $140.54

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.375**  **Priority creditor's name and mailing address**
DUQUE, LILIANA
799 TOTOWA ROAD
TOTOWA, NJ 7512

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$0.00    $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.376** **Priority creditor's name and mailing address**    As of the petition filing date, the claim is:    $529.72    $529.72
DURKIN, BRIANNA
833 LAWRENCE AVE
TOMS RIVER, NJ 8757

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.377** **Priority creditor's name and mailing address**    As of the petition filing date, the claim is:    $138.24    $138.24
DURKIN, BRIANNA
833 LAWRENCE AVE
TOMS RIVER, NJ 08757

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.378** **Priority creditor's name and mailing address**    As of the petition filing date, the claim is:    $136.14    $136.14
DURKIN, BRIANNA
833 LAWRENCE AVE
TOMS RIVER, NJ 08757

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.379** **Priority creditor's name and mailing address**    As of the petition filing date, the claim is:    $5,923.08    $5,923.08
DURST, CARL
210 TEAL ROAD
BRICK, NJ 8723

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**                                                                                 Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.380**  **Priority creditor's name and mailing address**
DZIKOWSKI, SAMANTHA
4561 E STILES STREET
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is:     **$0.00**                    **$0.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.381**  **Priority creditor's name and mailing address**
EASLEY, LEXIS
941 CARVER ST
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is:     **$113.81**                **$113.81**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.382**  **Priority creditor's name and mailing address**
EASLEY, LEXIS
941 CARVER ST
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is:     **$3.79**                    **$3.79**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.383**  **Priority creditor's name and mailing address**
EASTLAKE, CARL
725 7TH ST
CARLSTADT, NJ 7072

As of the petition filing date, the claim is:     **$1,730.78**             **$1,730.78**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.384**  **Priority creditor's name and mailing address**
EDELMAN, BRIELLE
1518 MARCY PLACE UNIT 3
PHILADELPHIA, PA 19115

**As of the petition filing date, the claim is:**   Total claim $93.23   Priority amount $93.23
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.385**  **Priority creditor's name and mailing address**
EDELMAN, BRIELLE
1518 MARCY PLACE UNIT 3
PHILADELPHIA, PA 19115

**As of the petition filing date, the claim is:**   Total claim $76.53   Priority amount $76.53
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.386**  **Priority creditor's name and mailing address**
EDELMAN, BRIELLE
1518 MARCY PLACE UNIT 3
PHILADELPHIA, PA 19115

**As of the petition filing date, the claim is:**   Total claim $187.75   Priority amount $187.75
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.387**  **Priority creditor's name and mailing address**
EDELMAN, BRIELLE
1518 MARCY PLACE UNIT 3
PHILADELPHIA, PA 19115

**As of the petition filing date, the claim is:**   Total claim $173.15   Priority amount $173.15
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

| | | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- | --- |

**2.388** | **Priority creditor's name and mailing address**
EDELMAN, BRIELLE
1518 MARCY PLACE UNIT 3
PHILADELPHIA, PA 19115

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $159.82    **Priority amount** $159.82

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.389** | **Priority creditor's name and mailing address**
EDELMAN, BRIELLE
1518 MARCY PLACE UNIT 3
PHILADELPHIA, PA 19115

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $111.22    **Priority amount** $111.22

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.390** | **Priority creditor's name and mailing address**
EDWARDS, JASMARIAH
79 LEVEY BLVD
WYANDANCH, NY 11798

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $456.10    **Priority amount** $456.10

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.391** | **Priority creditor's name and mailing address**
EDWARDS, JASMARIAH
79 LEVEY BLVD
WYANDANCH, NY 11798

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $474.80    **Priority amount** $474.80

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.392** | **Priority creditor's name and mailing address**
EISNAUGLE, HEIDI
125 LONG HILL RD APT 21-B
LITTLE FALLS, NJ 7424

As of the petition filing date, the claim is:                    $845.11          $845.11
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.393** | **Priority creditor's name and mailing address**
EISNAUGLE, HEIDI
125 LONG HILL RD APT 21-B
LITTLE FALLS, NJ 07424

As of the petition filing date, the claim is:                    $103.43          $103.43
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.394** | **Priority creditor's name and mailing address**
EISNAUGLE, HEIDI
125 LONG HILL RD APT 21-B
LITTLE FALLS, NJ 07424

As of the petition filing date, the claim is:                    $219.59          $219.59
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.395** | **Priority creditor's name and mailing address**
EJAZ, LUCY
2044 E 34TH ST
BROOKLYN, NY 11234

As of the petition filing date, the claim is:                    $1,318.93        $1,318.93
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.396**  **Priority creditor's name and mailing address**
EJAZ, LUCY
2044 E 34TH ST
BROOKLYN, NY 11234

**As of the petition filing date, the claim is:**    $86.20    $86.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.397**  **Priority creditor's name and mailing address**
EJAZ, LUCY
2044 E 34TH ST
BROOKLYN, NY 11234

**As of the petition filing date, the claim is:**    $302.33    $302.33
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.398**  **Priority creditor's name and mailing address**
ELMAZI, DASHURIJE
340 GLYNN STREET
NORTH BABYLON, NY 11703

**As of the petition filing date, the claim is:**    $589.76    $589.76
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.399**  **Priority creditor's name and mailing address**
ELMAZI, DASHURIJE
340 GLYNN STREET
NORTH BABYLON, NY 11703

**As of the petition filing date, the claim is:**    $231.21    $231.21
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

| | | |
|---|---|---|
| **Part 1:** | **Additional Page** | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.400** **Priority creditor's name and mailing address**
ENNIS, DANA
1501 OLD BLACK HORSE PIKE APT B3
BLACKWOOD, NJ 8012

As of the petition filing date, the claim is:    $878.38    $878.38
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.401** **Priority creditor's name and mailing address**
ENNIS, DANA
1501 OLD BLACK HORSE PIKE APT B3
BLACKWOOD, NJ 08012

As of the petition filing date, the claim is:    $57.21    $57.21
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.402** **Priority creditor's name and mailing address**
EPPS, SHYRENIQUE
219 COUNTY ST
NEW HAVEN, CT 6511

As of the petition filing date, the claim is:    $504.16    $504.16
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.403** **Priority creditor's name and mailing address**
EPPS, SHYRENIQUE
219 COUNTY ST
NEW HAVEN, CT 06511

As of the petition filing date, the claim is:    $165.70    $165.70
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.404**  **Priority creditor's name and mailing address**
ESCOBAR, SARAY
672 WARFIELD RD
NORTH PLAINFIELD, NJ 7063

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $405.10    **Priority amount** $405.10

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.405**  **Priority creditor's name and mailing address**
ESCOBAR, SARAY
672 WARFIELD RD
NORTH PLAINFIELD, NJ 07063

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $342.82    **Priority amount** $342.82

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.406**  **Priority creditor's name and mailing address**
ESPINAL, GABRIELA
376 KEAP ST
BROOKLYN, NY 11211

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $153.11    **Priority amount** $153.11

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.407**  **Priority creditor's name and mailing address**
ESPINAL, GABRIELA
376 KEAP ST
BROOKLYN, NY 11211

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $257.71    **Priority amount** $257.71

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.408**   **Priority creditor's name and mailing address**
ESPINAL, GABRIELA
376 KEAP ST
BROOKLYN, NY 11211

**Total claim** $269.52    **Priority amount** $269.52

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.409**   **Priority creditor's name and mailing address**
ESPINOSA, JUDITH
4 SICKLE ST
DOVER, NJ 7801

**Total claim** $378.95    **Priority amount** $378.95

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.410**   **Priority creditor's name and mailing address**
ESPINOSA, JUDITH
4 SICKLE ST
DOVER, NJ 07801

**Total claim** $357.50    **Priority amount** $357.50

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.411**   **Priority creditor's name and mailing address**
FAIR, ANGELICA
82 MANHATTAN AVENUE
ROOSEVELT, NY 11575

**Total claim** $70.65    **Priority amount** $70.65

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                           Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  |  | **Total claim** | **Priority amount** |

| 2.412 | **Priority creditor's name and mailing address**<br>FAIR, ANGELICA<br>82 MANHATTAN AVENUE<br>ROOSEVELT, NY 11575 | **As of the petition filing date, the claim is:**<br>[X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | $97.97 | $97.97 |

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

| 2.413 | **Priority creditor's name and mailing address**<br>FARIA, BRIANNA<br>26 CHARTER DRIVE<br>SOUTH RIVER, NJ 8882 | **As of the petition filing date, the claim is:**<br>[X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | $89.92 | $89.92 |

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

| 2.414 | **Priority creditor's name and mailing address**<br>FARIA, BRIANNA<br>26 CHARTER DRIVE<br>SOUTH RIVER, NJ 08882 | **As of the petition filing date, the claim is:**<br>[X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | $69.45 | $69.45 |

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

| 2.415 | **Priority creditor's name and mailing address**<br>FARLEY, AVA<br>204 A 5TH AVE<br>NEPTUNE CITY, NJ 7753 | **As of the petition filing date, the claim is:**<br>[X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | $474.47 | $474.47 |

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

Debtor Name    **Joyce Leslie, Inc.**                Case number (if known): **16-22035**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**Part 1:** Additional Page

---

**2.416** | Priority creditor's name and mailing address
FARLEY, AVA
204 A 5TH AVE
NEPTUNE CITY, NJ 07753

As of the petition filing date, the claim is:           $112.90           $112.90
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.417** | Priority creditor's name and mailing address
FARRAR, COURTNEY
561 BIRCH HOLLOW DRIVE
SHIRLEY, NY 11967

As of the petition filing date, the claim is:           $727.58           $727.58
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.418** | Priority creditor's name and mailing address
FARRAR, COURTNEY
561 BIRCH HOLLOW DRIVE
SHIRLEY, NY 11967

As of the petition filing date, the claim is:           $103.08           $103.08
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.419** | Priority creditor's name and mailing address
FARRAR, DEBORAH
21 NORTH YORK STREET
PATERSON, NJ 7514

As of the petition filing date, the claim is:           $1,100.18           $1,100.18
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

| **Part 1:** | **Additional Page** |
|---|---|

|  | | | **Total claim** | **Priority amount** |
|---|---|

**2.420**   **Priority creditor's name and mailing address**
FARRAR, DEBORAH
21 NORTH YORK STREET
PATERSON, NJ 07514

**As of the petition filing date, the claim is:**                    $791.77                    $791.77
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.421**   **Priority creditor's name and mailing address**
FAULLS, BRITTANY
1034 ALMONESSON RD
WESTVILLE, NJ 8093

**As of the petition filing date, the claim is:**                    $562.98                    $562.98
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.422**   **Priority creditor's name and mailing address**
FAULLS, BRITTANY
1034 ALMONESSON RD
WESTVILLE, NJ 08093

**As of the petition filing date, the claim is:**                    $176.81                    $176.81
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.423**   **Priority creditor's name and mailing address**
FAUTH, SUSAN
111 CHARLESON RD
BRICK, NJ 8724

**As of the petition filing date, the claim is:**                    $3,812.26                    $3,812.26
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| **Part 1:** | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |

**2.424** | **Priority creditor's name and mailing address**
FAUTH, SUSAN
111 CHARLESON RD
BRICK, NJ 08724

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $120.86   **Priority amount** $120.86

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.425** | **Priority creditor's name and mailing address**
FELDER, DIJON
5111 OXFORD AVENUE
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $0.00   **Priority amount** $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.426** | **Priority creditor's name and mailing address**
FELIX, IROSE
93 GRACE ST.
IRVINGTON, NJ 7111

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $0.00   **Priority amount** $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.427** | **Priority creditor's name and mailing address**
FELLS, KEANA
65 MONROE AVE
ROOSEVELT, NY 11575

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $141.30   **Priority amount** $141.30

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                   Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.428**  **Priority creditor's name and mailing address**
FELLS, KEANA
65 MONROE AVE
ROOSEVELT, NY 11575

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$34.55          $34.55

---

**2.429**  **Priority creditor's name and mailing address**
FELTON, JODIE
68 CUMBERLAND WALK APT. 9D
BROOKLYN, NY 11205

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$785.68          $785.68

---

**2.430**  **Priority creditor's name and mailing address**
FELTON, JODIE
68 CUMBERLAND WALK APT. 9D
BROOKLYN, NY 11205

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$51.71          $51.71

---

**2.431**  **Priority creditor's name and mailing address**
FEREBEE, DESIREE
37 E ACADEMY ST
CLAYTON, NJ 8312

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$0.00          $0.00

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.432**

Priority creditor's name and mailing address
FEREBEE, DESIREE
37 E ACADEMY ST
CLAYTON, NJ 08312

As of the petition filing date, the claim is:    $138.00    $138.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.433**

Priority creditor's name and mailing address
FEREBEE, SHAUNICEE
198 PARKWAY BLVD
WYANDANCH, NY 11798

As of the petition filing date, the claim is:    $468.57    $468.57
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.434**

Priority creditor's name and mailing address
FEREBEE, SHAUNICEE
198 PARKWAY BLVD
WYANDANCH, NY 11798

As of the petition filing date, the claim is:    $386.12    $386.12
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.435**

Priority creditor's name and mailing address
FERGUSON, ANAYA
6301 OLD YORK RD
PHILADELPHIA, PA 19141

As of the petition filing date, the claim is:    $163.60    $163.60
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.436** | Priority creditor's name and mailing address
FERGUSON, ERIC
3233 N ETTING ST
PHILADELPHIA, PA 19129

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim **$643.14**     Priority amount **$643.14**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.437** | Priority creditor's name and mailing address
FERGUSON, ERIC
3233 N ETTING ST
PHILADELPHIA, PA 19129

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim **$88.18**     Priority amount **$88.18**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.438** | Priority creditor's name and mailing address
FERNANDEZ, ALONDRA
984 E 26TH ST
PATERSON, NJ 7513

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim **$107.26**     Priority amount **$107.26**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.439** | Priority creditor's name and mailing address
FERNANDEZ, ALONDRA
984 E 26TH ST
PATERSON, NJ 07513

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim **$140.37**     Priority amount **$140.37**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.440**   Priority creditor's name and mailing address
FERNANDEZ, LISBETT
208 EAST 23RD ST APT 2
PATERSON, NJ 7514

As of the petition filing date, the claim is:    $122.60    $122.60
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.441**   Priority creditor's name and mailing address
FERNANDEZ, LISBETT
208 EAST 23RD ST APT 2
PATERSON, NJ 07514

As of the petition filing date, the claim is:    $127.54    $127.54
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.442**   Priority creditor's name and mailing address
FERREIRA, ZENIA
101 E. 17TH ST.
PATERSON, NJ 7524

As of the petition filing date, the claim is:    $3,780.00    $3,780.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.443**   Priority creditor's name and mailing address
FERREIRA, ZENIA
101 E. 17TH ST.
PATERSON, NJ 07524

As of the petition filing date, the claim is:    $777.62    $777.62
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**                                   Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

---

**2.444** | **Priority creditor's name and mailing address**
FILIPPELLI, THERESA
2442 S. ST MARKS AVENUE
BELLMORE, NY 11710

**As of the petition filing date, the claim is:**     $680.43     $680.43
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.445** | **Priority creditor's name and mailing address**
FILIPPELLI, THERESA
2442 S. ST MARKS AVENUE
BELLMORE, NY 11710

**As of the petition filing date, the claim is:**     $249.04     $249.04
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.446** | **Priority creditor's name and mailing address**
FINCH, DONNA
125 DELAFIELD AVE
LYNDHURST, NJ 7071

**As of the petition filing date, the claim is:**     $7,527.78     $7,527.78
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.447** | **Priority creditor's name and mailing address**
FINCH, DONNA
125 DELAFIELD AVE
LYNDHURST, NJ 07071

**As of the petition filing date, the claim is:**     $218.87     $218.87
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**Part 1:**    Additional Page

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.448**   Priority creditor's name and mailing address

FLORES, ANGEL
90 SARATOGA AVE APT 7
YONKERS, NY 10705

As of the petition filing date, the claim is:          **$2,192.31**          **$2,192.31**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.449**   Priority creditor's name and mailing address

FLORES, ANGEL
90 SARATOGA AVE APT 7
YONKERS, NY 10705

As of the petition filing date, the claim is:          **$701.18**          **$701.18**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.450**   Priority creditor's name and mailing address

FLORES, VANESSA
1 JAMAICA AVE FL 1
GREENLAWN, NY 11740

As of the petition filing date, the claim is:          **$0.00**          **$0.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.451**   Priority creditor's name and mailing address

FOLEY, EILEEN
43 VALLEY AVE
SMITHTOWN, NY 11787

As of the petition filing date, the claim is:          **$1,437.42**          **$1,437.42**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                           Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.452**   **Priority creditor's name and mailing address**
FOLEY, EILEEN
43 VALLEY AVE
SMITHTOWN, NY 11787

**As of the petition filing date, the claim is:**     $822.32        $822.32
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.453**   **Priority creditor's name and mailing address**
FOLKS, SHAVONNA
2294 W 8TH ST APT 3F
BROOKLYN, NY 11223

**As of the petition filing date, the claim is:**     $1,099.80      $1,099.80
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.454**   **Priority creditor's name and mailing address**
FOLKS, SHAVONNA
2294 W 8TH ST APT 3F
BROOKLYN, NY 11223

**As of the petition filing date, the claim is:**     $147.31        $147.31
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.455**   **Priority creditor's name and mailing address**
FRAME, CAMILLE
803 LAKESHORE DR
KEYPORT, NJ 7735

**As of the petition filing date, the claim is:**     $477.83        $477.83
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.456** | Priority creditor's name and mailing address

FRAME, CAMILLE
803 LAKESHORE DR
KEYPORT, NJ 07735

**As of the petition filing date, the claim is:**    $200.55    $200.55
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.457** | Priority creditor's name and mailing address

FRANCIS, KARRELL
136 OAKLAND STREET
ENGLEWOOD, NJ 7631

**As of the petition filing date, the claim is:**    $288.61    $288.61
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.458** | Priority creditor's name and mailing address

FRANCIS, KARRELL
136 OAKLAND STREET
ENGLEWOOD, NJ 07631

**As of the petition filing date, the claim is:**    $173.33    $173.33
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.459** | Priority creditor's name and mailing address

FRANKLIN, CAROL
70 SOUTH BURNETT STREET APT 2X
EAST ORANGE, NJ 7018

**As of the petition filing date, the claim is:**    $565.44    $565.44
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                                      Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.460**  **Priority creditor's name and mailing address**
FRANKLIN, CAROL
70 SOUTH BURNETT STREET APT 2X
EAST ORANGE, NJ 07018

**As of the petition filing date, the claim is:**    $150.90    $150.90
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.461**  **Priority creditor's name and mailing address**
FRANKLIN, CAROL
70 SOUTH BURNETT STREET APT 2X
EAST ORANGE, NJ 07018

**As of the petition filing date, the claim is:**    $127.54    $127.54
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.462**  **Priority creditor's name and mailing address**
FRANKO, LINDSAY
3345 ST JOHNS DR
WHITEHALL, PA 18052

**As of the petition filing date, the claim is:**    $283.89    $283.89
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.463**  **Priority creditor's name and mailing address**
FRANKO, LINDSAY
3345 ST JOHNS DR
WHITEHALL, PA 18052

**As of the petition filing date, the claim is:**    $164.31    $164.31
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.464**  **Priority creditor's name and mailing address**
FRAZZETTO, GINA
247 CONCORD DRIVE
FREEHOLD, NJ 7727

**As of the petition filing date, the claim is:**          $123.44          $123.44
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.465**  **Priority creditor's name and mailing address**
FRAZZETTO, GINA
247 CONCORD DRIVE
FREEHOLD, NJ 07727

**As of the petition filing date, the claim is:**          $310.23          $310.23
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.466**  **Priority creditor's name and mailing address**
FREDA, ASHLEY
1722 OLD MILL ROAD
WALL, NJ 7753

**As of the petition filing date, the claim is:**          $105.34          $105.34
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.467**  **Priority creditor's name and mailing address**
FREDA, ASHLEY
1722 OLD MILL ROAD
WALL, NJ 07753

**As of the petition filing date, the claim is:**          $125.11          $125.11
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.468**  **Priority creditor's name and mailing address**
FUENTES, DEISI
6 OAKDALE AVENUE
CENTRSL ISLIP, NY 11722

**As of the petition filing date, the claim is:**    $178.38    $178.38
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.469**  **Priority creditor's name and mailing address**
FUENTES, DEISI
6 OAKDALE AVENUE
CENTRSL ISLIP, NY 11722

**As of the petition filing date, the claim is:**    $207.68    $207.68
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.470**  **Priority creditor's name and mailing address**
GABEL, KIMBERLY
349 JACKSON RD
MANTUA, NJ 8051

**As of the petition filing date, the claim is:**    $627.46    $627.46
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.471**  **Priority creditor's name and mailing address**
GABEL, KIMBERLY
349 JACKSON RD
MANTUA, NJ 08051

**As of the petition filing date, the claim is:**    $213.95    $213.95
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Debtor Name    **Joyce Leslie, Inc.**                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.472**  **Priority creditor's name and mailing address**
GAFFNEY, TEKERA
32 ERNA DR
CORAM, NY 11727

**As of the petition filing date, the claim is:**                    $471.99                $471.99
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.473**  **Priority creditor's name and mailing address**
GAFFNEY, TEKERA
32 ERNA DR
CORAM, NY 11727

**As of the petition filing date, the claim is:**                    $131.35                $131.35
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.474**  **Priority creditor's name and mailing address**
GAINES, GABRIELLE
17 WEST PROSPECT
NEW HAVEN, CT 6515

**As of the petition filing date, the claim is:**                    $690.73                $690.73
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.475**  **Priority creditor's name and mailing address**
GAINES, GABRIELLE
17 WEST PROSPECT
NEW HAVEN, CT 06515

**As of the petition filing date, the claim is:**                    $90.86                $90.86
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| | |
|---|---|
| **Part 1:** | **Additional Page** |

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.476**  Priority creditor's name and mailing address
GAINES, GABRIELLE
17 WEST PROSPECT
NEW HAVEN, CT 06515

As of the petition filing date, the claim is:    $176.57    $176.57
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.477**  Priority creditor's name and mailing address
GAITHER, CHRISTINA
2427 HUNTINGDON ST
PHILADELPHIA, PA 19125

As of the petition filing date, the claim is:    $1,437.84    $1,437.84
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.478**  Priority creditor's name and mailing address
GAITHER, CHRISTINA
2427 HUNTINGDON ST
PHILADELPHIA, PA 19125

As of the petition filing date, the claim is:    $518.84    $518.84
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.479**  Priority creditor's name and mailing address
GAJEWSKI, ARLENE
120 IRVING STREET
JERSEY CITY, NJ 7307

As of the petition filing date, the claim is:    $4,625.00    $4,625.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**Part 1:**   Additional Page

|  | | | Total claim | Priority amount |
|--|--|--|--|--|

**2.480**   **Priority creditor's name and mailing address**

GAJILAN, ZENAIDA
204 FAIRVIEW AVE
JERSEY CITY, NJ 7304

**As of the petition filing date, the claim is:**          $1,785.24          $1,785.24
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.481**   **Priority creditor's name and mailing address**

GAJILAN, ZENAIDA
204 FAIRVIEW AVE
JERSEY CITY, NJ 07304

**As of the petition filing date, the claim is:**          $443.97          $443.97
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.482**   **Priority creditor's name and mailing address**

GALLOWAY, KEELEI
251 BOYER AVE
WEST BERLIN, NJ 8091

**As of the petition filing date, the claim is:**          $119.58          $119.58
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.483**   **Priority creditor's name and mailing address**

GALLOWAY, KEELEI
251 BOYER AVE
WEST BERLIN, NJ 08091

**As of the petition filing date, the claim is:**          $106.98          $106.98
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.484**    **Priority creditor's name and mailing address**

GANDHI, PRAKASH
269 PAULISON AVE APT. 2
PASSAIC, NJ 7055

**As of the petition filing date, the claim is:**      $1,808.00      $1,808.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.485**    **Priority creditor's name and mailing address**

GANDHI, PRAKASH
269 PAULISON AVE APT. 2
PASSAIC, NJ 07055

**As of the petition filing date, the claim is:**      $738.24      $738.24

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.486**    **Priority creditor's name and mailing address**

GANDHI, RITABEN
269 PAULISON AVE APT #2
PASSAIC, NJ 7055

**As of the petition filing date, the claim is:**      $1,816.52      $1,816.52

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.487**    **Priority creditor's name and mailing address**

GANDHI, RITABEN
269 PAULISON AVE APT #2
PASSAIC, NJ 07055

**As of the petition filing date, the claim is:**      $138.03      $138.03

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

Debtor Name   **Joyce Leslie, Inc.**     Case number (if known): **16-22035**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |

**2.488** Priority creditor's name and mailing address
GAROFALO, JOSEPH
68 15TH STREET
WEST BABYLON, NY 11704

As of the petition filing date, the claim is:     $3,184.59     $3,184.59
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

**2.489** Priority creditor's name and mailing address
GAROFALO, JOSEPH
68 15TH STREET
WEST BABYLON, NY 11704

As of the petition filing date, the claim is:     $917.73     $917.73
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

**2.490** Priority creditor's name and mailing address
GAVILLAN, TANIA
39 LINDEN AVE
MIDDLETOWN, NY 10940

As of the petition filing date, the claim is:     $0.00     $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

**2.491** Priority creditor's name and mailing address
GAYLE, JULIETTE
905 TROY AVENUE
BROOKLYN, NY 11203

As of the petition filing date, the claim is:     $3,461.56     $3,461.56
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.492**  Priority creditor's name and mailing address

GAYLE, JULIETTE
905 TROY AVENUE
BROOKLYN, NY 11203

As of the petition filing date, the claim is:    **$84.15**    **$84.15**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.493**  Priority creditor's name and mailing address

GAYNOR, DONNA
40 LORING AVE.
EDISON, NJ 8817

As of the petition filing date, the claim is:    **$3,600.00**    **$3,600.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.494**  Priority creditor's name and mailing address

GAYNOR, DONNA
40 LORING AVE.
EDISON, NJ 08817

As of the petition filing date, the claim is:    **$396.84**    **$396.84**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.495**  Priority creditor's name and mailing address

GAYRON CHAVEZ, TZITLALY
126 CAMINO ROBLE
TOMS RIVER, NJ 08755

As of the petition filing date, the claim is:    **$193.44**    **$193.44**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.496**    **Priority creditor's name and mailing address**
GAYTAN CHAVEZ, TZITLALY
126 CAMINO ROBLE
TOMS RIVER, NJ 8755

**As of the petition filing date, the claim is:**    $99.72    $99.72
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.497**    **Priority creditor's name and mailing address**
GEAMES, NINA
24 FLOYD ST
DEER PARK, NY 11729

**As of the petition filing date, the claim is:**    $741.63    $741.63
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.498**    **Priority creditor's name and mailing address**
GEAMES, NINA
24 FLOYD ST
DEER PARK, NY 11729

**As of the petition filing date, the claim is:**    $252.77    $252.77
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.499**    **Priority creditor's name and mailing address**
GERACE, SANTOLA
151 WEST 18TH ST
BAYONNE, NJ 7002

**As of the petition filing date, the claim is:**    $549.05    $549.05
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| **Part 1:** | **Additional Page** |

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.500**   **Priority creditor's name and mailing address**
GERACE, SANTOLA
151 WEST 18TH ST
BAYONNE, NJ 07002

**As of the petition filing date, the claim is:**     $52.54     $52.54
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.501**   **Priority creditor's name and mailing address**
GERMANO, MARGARET
584 WESTWOOD AVE
STATEN ISLAND, NY 10314

**As of the petition filing date, the claim is:**     $5,538.44     $5,538.44
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.502**   **Priority creditor's name and mailing address**
GERVASI, LAUREN
1000 KAYSER AVE
PINEHILL, NJ 8021

**As of the petition filing date, the claim is:**     $559.70     $559.70
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.503**   **Priority creditor's name and mailing address**
GERVASI, LAUREN
1000 KAYSER AVE
PINEHILL, NJ 08021

**As of the petition filing date, the claim is:**     $199.63     $199.63
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                      Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.504** | **Priority creditor's name and mailing address**
GEWIRTZ SEGAL, JOYCE
4 HORIZON ROAD
FT. LEE, NJ 7024

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Total claim** $460.58     **Priority amount** $460.58

---

**2.505** | **Priority creditor's name and mailing address**
GEWIRTZ SEGAL, JOYCE
4 HORIZON ROAD
FT. LEE, NJ 07024

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Total claim** $5.61     **Priority amount** $5.61

---

**2.506** | **Priority creditor's name and mailing address**
GEWIRTZ SEGAL, JOYCE
4 HORIZON ROAD
FT. LEE, NJ 07024

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Total claim** $65.33     **Priority amount** $65.33

---

**2.507** | **Priority creditor's name and mailing address**
GEWIRTZ, HERMINE
150 E 69TH ST APT 28H
NEW YORK, NY 10021

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Total claim** $421.88     **Priority amount** $421.88

---

| Debtor Name | **Joyce Leslie, Inc.** | Case number (if known): **16-22035** |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.508** Priority creditor's name and mailing address
GIFT CARDS

As of the petition filing date, the claim is:    $479,640.86    $479,640.86

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/31/2015

Basis for the claim:
GIFT CARDS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.509** Priority creditor's name and mailing address
GINES CLASS, STEPHANIE
104 COVENTRY LN
SOMERSET, NJ 08873

As of the petition filing date, the claim is:    $581.41    $581.41

☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.510** Priority creditor's name and mailing address
GOCK, VICTORIA
25 SOUTH FRANKLIN AVE
BERLIN, NJ 08009

As of the petition filing date, the claim is:    $121.66    $121.66

☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.511** Priority creditor's name and mailing address
GOCK, VICTORIA
25 SOUTH FRANKLIN AVE
BERLIN, NJ 08009

As of the petition filing date, the claim is:    $77.36    $77.36

☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

| **Part 1:** | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.512**  **Priority creditor's name and mailing address**

GOLDEN, EILEEN
2528 E. NORRIS ST
PHILADELPHIA, PA 19125

**As of the petition filing date, the claim is:**    $3,600.00    $3,600.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.513**  **Priority creditor's name and mailing address**

GOLDEN, EILEEN
2528 E. NORRIS ST
PHILADELPHIA, PA 19125

**As of the petition filing date, the claim is:**    $30.13    $30.13

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.514**  **Priority creditor's name and mailing address**

GOLDEN, EILEEN
2528 E. NORRIS ST
PHILADELPHIA, PA 19125

**As of the petition filing date, the claim is:**    $194.56    $194.56

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.515**  **Priority creditor's name and mailing address**

GOLDEN, EILEEN
2528 E. NORRIS ST
PHILADELPHIA, PA 19125

**As of the petition filing date, the claim is:**    $168.64    $168.64

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.516** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $120.02 | $120.02

GONZALEZ, ALEXANDRA
532 NORTH AVE APT #3
DUNELLEN, NJ 8812

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.517** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $129.91 | $129.91

GONZALEZ, ALEXANDRA
532 NORTH AVE APT #3
DUNELLEN, NJ 08812

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.518** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $145.08 | $145.08

GONZALEZ, DIANA
1683 GATES AVENUE APT. 2L
RIDGEWOOD, NY 11385

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.519** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $617.41 | $617.41

GONZALEZ, DIANA
1683 GATES AVENUE APT. 2L
RIDGEWOOD, NY 11385

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

| **2.520** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$917.20** | **$917.20** |

**2.520**

**Priority creditor's name and mailing address**
GONZALEZ, IVELIS
5 W HOFFMAN AVE
CHERRY HILL, NJ 8002

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: **$917.20**  Priority amount: **$917.20**

---

**2.521**

**Priority creditor's name and mailing address**
GONZALEZ, IVELIS
5 W HOFFMAN AVE
CHERRY HILL, NJ 08002

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: **$131.79**  Priority amount: **$131.79**

---

**2.522**

**Priority creditor's name and mailing address**
GONZALEZ, KRYSTAL
1719 BERGEN ST
PHILADELPHIA, PA 19152

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: **$661.23**  Priority amount: **$661.23**

---

**2.523**

**Priority creditor's name and mailing address**
GONZALEZ, KRYSTAL
1719 BERGEN ST
PHILADELPHIA, PA 19152

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: **$156.53**  Priority amount: **$156.53**

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

---

**2.524**

**Priority creditor's name and mailing address**
GONZALEZ, KRYSTAL
1719 BERGEN ST
PHILADELPHIA, PA 19152

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $73.06    Priority amount: $73.06

---

**2.525**

**Priority creditor's name and mailing address**
GONZALEZ, KRYSTAL
1719 BERGEN ST
PHILADELPHIA, PA 19152

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $205.19    Priority amount: $205.19

---

**2.526**

**Priority creditor's name and mailing address**
GOODELL, TIFFANY
177 BALTIMORE AVENUE
MASSAPEQUA, NY 11758

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $799.55    Priority amount: $799.55

---

**2.527**

**Priority creditor's name and mailing address**
GOODELL, TIFFANY
177 BALTIMORE AVENUE
MASSAPEQUA, NY 11758

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $287.09    Priority amount: $287.09

---

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.528** | **Priority creditor's name and mailing address**
GORDON, ANDRENE
701 EAST 82ND STREET
BROOKLYN, NY 11236

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**Total claim** $392.89    **Priority amount** $392.89

---

**2.529** | **Priority creditor's name and mailing address**
GORDON, ANDRENE
701 EAST 82ND STREET
BROOKLYN, NY 11236

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**Total claim** $194.73    **Priority amount** $194.73

---

**2.530** | **Priority creditor's name and mailing address**
GORDON, DANIELLE
437 CLOVER RD
BELLMAWR, NJ 8031

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**Total claim** $128.88    **Priority amount** $128.88

---

**2.531** | **Priority creditor's name and mailing address**
GORDON, DANIELLE
437 CLOVER RD
BELLMAWR, NJ 08031

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**Total claim** $408.97    **Priority amount** $408.97

---

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.532** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $92.43 | $92.43

GOULD, RONDELL
1101 YELLOWWOOD TERRACE
MILLVILLE, NJ 9332

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.533** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $176.14 | $176.14

GOULD, RONDELL
1101 YELLOWWOOD TERRACE
MILLVILLE, NJ 09332

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.534** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,769.24 | $5,769.24

GOVIN, GEORGE
584 OAK AVENUE
SADDLE BROOK, NJ 7663

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.535** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $51.54 | $51.54

GRAHAM, AQUASIA
180 S DENNIS DR
CLAYTON, NJ 8012

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                                          Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.536**   **Priority creditor's name and mailing address**
GRAHAM, AQUASIA
180 S DENNIS DR
CLAYTON, NJ 08012

**As of the petition filing date, the claim is:**          $78.78          $78.78
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.537**   **Priority creditor's name and mailing address**
GRAHAM, SHANTEL
37 COVERT ST
HEMPSTEAD, NY 11550

**As of the petition filing date, the claim is:**          $734.15          $734.15
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.538**   **Priority creditor's name and mailing address**
GRAHAM, SHANTEL
37 COVERT ST
HEMPSTEAD, NY 11550

**As of the petition filing date, the claim is:**          $662.28          $662.28
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.539**   **Priority creditor's name and mailing address**
GRANT, IYANNA
818 SHERMAN AVE
PLAINFIELD, NJ 07063

**As of the petition filing date, the claim is:**          $294.36          $294.36
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.540** | **Priority creditor's name and mailing address**
GRANT, STEPHANIE
233 SHERMAN ST APT# 1
PASSAIC, NJ 7055

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $482.26   Priority amount: $482.26

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.541** | **Priority creditor's name and mailing address**
GRANT, STEPHANIE
233 SHERMAN ST APT# 1
PASSAIC, NJ 07055

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $157.58   Priority amount: $157.58

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.542** | **Priority creditor's name and mailing address**
GRATZEL, JOSIE
27 WIGWAM PATH
MANASQUAN, NJ 8736

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $489.64   Priority amount: $489.64

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.543** | **Priority creditor's name and mailing address**
GRATZEL, JOSIE
27 WIGWAM PATH
MANASQUAN, NJ 08736

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $16.85   Priority amount: $16.85

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.544**  **Priority creditor's name and mailing address**
GREENE, SHENISE
230 EAST GRAND AVE
RAHWAY, NJ 07065

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$215.06          $215.06

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.545**  **Priority creditor's name and mailing address**
GREFFIN PIERRE LOUIS, MARLY
14 VERMEER DRIVE APT# 9
SOUTH AMBOY, NJ 8879

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$562.68          $562.68

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.546**  **Priority creditor's name and mailing address**
GREY, SHAWNEE LYNN
744 E PARK AVE
LONG BEACH, NY 11561

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$708.00          $708.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.547**  **Priority creditor's name and mailing address**
GREY, SHAWNEE LYNN
744 E PARK AVE
LONG BEACH, NY 11561

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$84.80          $84.80

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Debtor Name    **Joyce Leslie, Inc.**                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.548**    **Priority creditor's name and mailing address**

GRULLON, ASHLEY
542 SEAMAN AVE
BALDWIN, NY 11510

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $351.48    **Priority amount** $351.48

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.549**    **Priority creditor's name and mailing address**

GRULLON, ASHLEY
542 SEAMAN AVE
BALDWIN, NY 11510

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $101.80    **Priority amount** $101.80

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.550**    **Priority creditor's name and mailing address**

GUADAGNINO, JOANN
58-05 81ST ST
MIDDLE VILLAGE, NY 11379

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $703.80    **Priority amount** $703.80

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.551**    **Priority creditor's name and mailing address**

GUADAGNINO, JOANN
58-05 81ST ST
MIDDLE VILLAGE, NY 11379

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $217.72    **Priority amount** $217.72

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                      Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.552**  **Priority creditor's name and mailing address**
GUADAGNINO, JOANN
58-05 81ST ST
MIDDLE VILLAGE, NY 11379

**As of the petition filing date, the claim is:**                        $257.46            $257.46
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.553**  **Priority creditor's name and mailing address**
GUAMAN CHANGOBALIN, LISSETTE
415 DARROW AVE APT# 1
PLAINFIELD, NJ 7060

**As of the petition filing date, the claim is:**                        $339.51            $339.51
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.554**  **Priority creditor's name and mailing address**
GUAMAN CHANGOBALIN, LISSETTE
415 DARROW AVE APT# 1
PLAINFIELD, NJ 07060

**As of the petition filing date, the claim is:**                        $106.87            $106.87
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.555**  **Priority creditor's name and mailing address**
GUERRA, MAYRA
124-67TH ST APT# 1
WEST NEW YORK, NJ 7093

**As of the petition filing date, the claim is:**                        $631.41            $631.41
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
|---------|-----------------|

|  | | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.556** | **Priority creditor's name and mailing address**
GUERRA, MAYRA
124-67TH ST APT# 1
WEST NEW YORK, NJ 07093

**As of the petition filing date, the claim is:**    $266.97    $266.97
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.557** | **Priority creditor's name and mailing address**
GUERRERO, NATASCHA
82 EDGEWATER
EDGEWATER, NJ 07020

**As of the petition filing date, the claim is:**    $152.20    $152.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.558** | **Priority creditor's name and mailing address**
GUIDA, NATALIE
92 CORAM MT.SINAI RD
CORAM, NY 11727

**As of the petition filing date, the claim is:**    $127.17    $127.17
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.559** | **Priority creditor's name and mailing address**
GUIDA, NATALIE
92 CORAM MT.SINAI RD
CORAM, NY 11727

**As of the petition filing date, the claim is:**    $116.33    $116.33
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.560** **Priority creditor's name and mailing address**
GUIDOS, ANABELLA
29 GREENE AVE APT 7-S
BROOKLYN, NY 11238

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $446.79   Priority amount: $446.79

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.561** **Priority creditor's name and mailing address**
GUIDOS, ANABELLA
29 GREENE AVE
BROOKLYN, NY 11238

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $200.14   Priority amount: $200.14

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.562** **Priority creditor's name and mailing address**
GUPTA, SWATI
140-07 32ND AVE
FLUSHING, NY 11354

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $157.32   Priority amount: $157.32

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.563** **Priority creditor's name and mailing address**
GUPTA, SWATI
140-07 32ND AVE
FLUSHING, NY 11354

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $133.84   Priority amount: $133.84

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | Additional Page | | | |
|---|---|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.564** | Priority creditor's name and mailing address
GUTIERREZ, DIANA
57 GARRISON AVE
DOVER, NJ 7801

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $122.18    **Priority amount** $122.18

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.565** | Priority creditor's name and mailing address
GUTIERREZ, DIANA
57 GARRISON AVE
DOVER, NJ 07801

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $100.67    **Priority amount** $100.67

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.566** | Priority creditor's name and mailing address
GUZMAN, MILAGRO
41-43 62ND ST APT 5
WEST NEW YORK, NJ 7093

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $302.18    **Priority amount** $302.18

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.567** | Priority creditor's name and mailing address
GUZMAN, MILAGRO
41-43 62ND ST APT 5
WEST NEW YORK, NJ 07093

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $199.53    **Priority amount** $199.53

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

Debtor Name    **Joyce Leslie, Inc.**                                                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.568** **Priority creditor's name and mailing address**
GUZMAN, THELMA
36 SHERMAN PLACE APT 303
JERSEY CITY, NJ 7307

**As of the petition filing date, the claim is:**  $1,184.80    $1,184.80
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.569** **Priority creditor's name and mailing address**
HADLEY, CHRISTINA
500 ELLENDALE
RYE BROOK, NY 10573

**As of the petition filing date, the claim is:**  $194.34    $194.34
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.570** **Priority creditor's name and mailing address**
HAHN, COURTNEY
576 BUCKINGHAM DRIVE
NORTHHAMPTON, PA 18067

**As of the petition filing date, the claim is:**  $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.571** **Priority creditor's name and mailing address**
HALL, CRYSTAL
45 NELSON TERRACE
BRIDGEPORT, CT 6610

**As of the petition filing date, the claim is:**  $1,336.20    $1,336.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.572** | **Priority creditor's name and mailing address**
HALL, KALLETTE
463 ORCHARD ST APT 2
NEW HAVEN, CT 6516

**As of the petition filing date, the claim is:**  $375.16  $375.16
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.573** | **Priority creditor's name and mailing address**
HALL, KALLETTE
463 ORCHARD ST APT 2
NEW HAVEN, CT 06516

**As of the petition filing date, the claim is:**  $118.53  $118.53
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.574** | **Priority creditor's name and mailing address**
HAMILTON, SHAWN
1413 KINGS PLACE
PHILADELPHIA, PA 19122

**As of the petition filing date, the claim is:**  $428.92  $428.92
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.575** | **Priority creditor's name and mailing address**
HAMILTON, SHAWN
1413 KINGS PLACE
PHILADELPHIA, PA 19122

**As of the petition filing date, the claim is:**  $349.69  $349.69
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| **Part 1:** | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.576** | **Priority creditor's name and mailing address**
HAMILTON, SHAWN
1413 KINGS PLACE
PHILADELPHIA, PA 19122

**As of the petition filing date, the claim is:**    $575.04        $575.04
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.577** | **Priority creditor's name and mailing address**
HANLEY, JENNIFER
70 RT 33
FREEHOLD, NJ 7728

**As of the petition filing date, the claim is:**    $0.00        $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.578** | **Priority creditor's name and mailing address**
HARRIS, AYANNA
1027 NEUMARK AVE
PLEASANTVILLE, NJ 8232

**As of the petition filing date, the claim is:**    $268.66        $268.66
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.579** | **Priority creditor's name and mailing address**
HARRIS, AYANNA
1027 NEUMARK AVE
PLEASANTVILLE, NJ 08232

**As of the petition filing date, the claim is:**    $162.29        $162.29
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.580**  **Priority creditor's name and mailing address**
HARVAT, KAPRICE
310 REDMOND STREET
NEW BRUNSWICK, NJ 8901

**As of the petition filing date, the claim is:**    $508.02    $508.02
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.581**  **Priority creditor's name and mailing address**
HARVAT, KAPRICE
310 REDMOND STREET
NEW BRUNSWICK, NJ 08901

**As of the petition filing date, the claim is:**    $138.59    $138.59
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.582**  **Priority creditor's name and mailing address**
HARVAT, KAPRICE
310 REDMOND STREET
NEW BRUNSWICK, NJ 08901

**As of the petition filing date, the claim is:**    $187.47    $187.47
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.583**  **Priority creditor's name and mailing address**
HAWKINS, TYMESHA
2880 HULL RD APT J6
CAMDEN, NJ 8104

**As of the petition filing date, the claim is:**    $574.00    $574.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.584**  **Priority creditor's name and mailing address**

HAWKINS, TYMESHA
2880 HULL RD APT J6
CAMDEN, NJ 08104

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $235.43     Priority amount $235.43

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.585**  **Priority creditor's name and mailing address**

HAYES, ALEASHA
3400 NORTH 17TH STREET
PHILA DELPHIA, PA 19140

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $136.13     Priority amount $136.13

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.586**  **Priority creditor's name and mailing address**

HAYNES, TARYN
257 SOUTH 10TH AVE APT A
MOUNT VERNON, NY 10550

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $222.92     Priority amount $222.92

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.587**  **Priority creditor's name and mailing address**

HAYNES, TARYN
257 SOUTH 10TH AVE APT A
MOUNT VERNON, NY 10550

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $173.82     Priority amount $173.82

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.588**   Priority creditor's name and mailing address
HAYWARD, VICKY
54 ISABELLA AVE
BAYONNE, NJ 7002

As of the petition filing date, the claim is:        **$4,075.00**        **$4,075.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a) (          )

---

**2.589**   Priority creditor's name and mailing address
HAZEL, AMANDA
41 OSBORN AVE APT 1
NEW HAVEN, CT 6511

As of the petition filing date, the claim is:        **$2,307.69**        **$2,307.69**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a) (          )

---

**2.590**   Priority creditor's name and mailing address
HAZEL, AMANDA
41 OSBORN AVE APT 1
NEW HAVEN, CT 06511

As of the petition filing date, the claim is:        **$769.66**        **$769.66**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a) (          )

---

**2.591**   Priority creditor's name and mailing address
HEBER, DORIS
111 COLUMBIA AVENUE 3RD FLOOR APT 4
PASSAIC, NJ 7055

As of the petition filing date, the claim is:        **$870.54**        **$870.54**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

| | | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- | --- |

**2.592** | **Priority creditor's name and mailing address**
HEBER, DORIS
111 COLUMBIA AVENUE 3RD FLOOR APT 4
PASSAIC, NJ 07055

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: $214.81    Priority amount: $214.81

---

**2.593** | **Priority creditor's name and mailing address**
HEBER, DORIS
111 COLUMBIA AVENUE 3RD FLOOR APT 4
PASSAIC, NJ 07055

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: $1.13    Priority amount: $1.13

---

**2.594** | **Priority creditor's name and mailing address**
HEMPHILL, SHANICE
6 WAVEY WILLOW LN
MONTGOMERY, NY 12549

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: $0.00    Priority amount: $0.00

---

**2.595** | **Priority creditor's name and mailing address**
HENDERSON, DONNA
4525 N GRATZ ST
PHILADELPHIA, PA 19140

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: $265.44    Priority amount: $265.44

| **Part 1:** | **Additional Page** |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.596** **Priority creditor's name and mailing address**
HENDERSON, DONNA
4525 N GRATZ ST
PHILADELPHIA, PA 19140

**As of the petition filing date, the claim is:**                    $213.43                    $213.43
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.597** **Priority creditor's name and mailing address**
HENNESSY, PAULETTE
70 MAHAR AVENUE
CLIFTON, NJ 7011

**As of the petition filing date, the claim is:**                    $4,615.36                    $4,615.36
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.598** **Priority creditor's name and mailing address**
HENNESSY, PAULETTE
70 MAHAR AVENUE
CLIFTON, NJ 07011

**As of the petition filing date, the claim is:**                    $171.88                    $171.88
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.599** **Priority creditor's name and mailing address**
HENNESSY, PAULETTE
70 MAHAR AVENUE
CLIFTON, NJ 07011

**As of the petition filing date, the claim is:**                    $160.74                    $160.74
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.600** | **Priority creditor's name and mailing address**
HENRIQUEZ, CELINA
28 QUAIL RIDGE
CLEMENTON, NJ 8021

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $64.53    Priority amount $64.53

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.601** | **Priority creditor's name and mailing address**
HENRIQUEZ, CELINA
28 QUAIL RIDGE
CLEMENTON, NJ 08021

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $143.30    Priority amount $143.30

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.602** | **Priority creditor's name and mailing address**
HENRY, KEIRA
211 ADMIRAL LANE UNIT #2211B
BRONX, NY 10478

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $128.25    Priority amount $128.25

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.603** | **Priority creditor's name and mailing address**
HENRY, KEIRA
211 ADMIRAL LANE UNIT #2211B
BRONX, NY 10478

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $107.52    Priority amount $107.52

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| **Part 1:** | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.604** | **Priority creditor's name and mailing address**
HEPBURN-RICHARDS, BRIGETTE
802 ALLWYN ST
BALDWIN, NY 11510

**As of the petition filing date, the claim is:**        $495.77        $495.77
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.605** | **Priority creditor's name and mailing address**
HEPBURN-RICHARDS, BRIGETTE
802 ALLWYN ST
BALDWIN, NY 11510

**As of the petition filing date, the claim is:**        $136.20        $136.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.606** | **Priority creditor's name and mailing address**
HERNANDEZ, KENYA
26 GARDEN ST
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**        $455.00        $455.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.607** | **Priority creditor's name and mailing address**
HERNANDEZ, KENYA
26 GARDEN ST
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**        $98.86        $98.86
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | | **Total claim** | **Priority amount** |

**2.608** | **Priority creditor's name and mailing address**
HERNANDEZ, KENYA
26 GARDEN ST
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**            $105.87            $105.87
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.609** | **Priority creditor's name and mailing address**
HERNANDEZ, NELY
24 HAMLIN AVE
WEST BABYLON, NY 11704

**As of the petition filing date, the claim is:**            $47.70            $47.70
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.610** | **Priority creditor's name and mailing address**
HERNANDEZ, NELY
24 HAMLIN AVE
WEST BABYLON, NY 11704

**As of the petition filing date, the claim is:**            $91.58            $91.58
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.611** | **Priority creditor's name and mailing address**
HERNANDEZ, NELY
24 HAMLIN AVE
WEST BABYLON, NY 11704

**As of the petition filing date, the claim is:**            $138.98            $138.98
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.612** Priority creditor's name and mailing address
HERON, ASHLEY
13 OLD MILL CT
MARLTON, NJ 8053

As of the petition filing date, the claim is:    $108.27    $108.27
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.613** Priority creditor's name and mailing address
HERON, ASHLEY
13 OLD MILL CT
MARLTON, NJ 08053

As of the petition filing date, the claim is:    $150.18    $150.18
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.614** Priority creditor's name and mailing address
HERRERA, CHELSEY
1789 E 93RD ST
BROOKLYN, NY 11236

As of the petition filing date, the claim is:    $615.84    $615.84
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.615** Priority creditor's name and mailing address
HERRERA, CHELSEY
1789 E 93RD ST
BROOKLYN, NY 11236

As of the petition filing date, the claim is:    $772.20    $772.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.616** | **Priority creditor's name and mailing address**
HERRERA, SHAKIRA
11 FLEETWOOD RD
WOODBRIDGE, NJ 7095

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Total claim: **$648.01**    Priority amount: **$648.01**

---

**2.617** | **Priority creditor's name and mailing address**
HERRERA, SHAKIRA
11 FLEETWOOD RD
WOODBRIDGE, NJ 07095

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Total claim: **$356.73**    Priority amount: **$356.73**

---

**2.618** | **Priority creditor's name and mailing address**
HERTZBERG, AARON
10 FOX LANE
COMMACK, NY 11725

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Total claim: **$88.38**    Priority amount: **$88.38**

---

**2.619** | **Priority creditor's name and mailing address**
HERTZBERG, AARON
10 FOX LANE
COMMACK, NY 11725

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✔] No
[ ] Yes

Total claim: **$59.07**    Priority amount: **$59.07**

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.620**

**Priority creditor's name and mailing address**
HERTZBERG, AARON
10 FOX LANE
COMMACK, NY 11725

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim $53.41      Priority amount $53.41

---

**2.621**

**Priority creditor's name and mailing address**
HILLER, LAURA
833 B MAIN ST
BELLEVILLE, NJ 7109

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim $504.00      Priority amount $504.00

---

**2.622**

**Priority creditor's name and mailing address**
HILLER, LAURA
833 B MAIN ST
BELLEVILLE, NJ 07109

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim $157.27      Priority amount $157.27

---

**2.623**

**Priority creditor's name and mailing address**
HILLER, LAURA
833 B MAIN ST
BELLEVILLE, NJ 07109

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim $100.28      Priority amount $100.28

---

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.624** Priority creditor's name and mailing address
HINES, ANISSA
6961 E WISTER ST
PHILADELPHIA, PA 19138

As of the petition filing date, the claim is:        $1.46        $1.46
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.625** Priority creditor's name and mailing address
HOELZEL, ALLISON
416 PULASKI STREET
SOUTH PLAINFIELD, NJ 7080

As of the petition filing date, the claim is:        $80.95        $80.95
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.626** Priority creditor's name and mailing address
HOELZEL, ALLISON
416 PULASKI STREET
SOUTH PLAINFIELD, NJ 07080

As of the petition filing date, the claim is:        $137.77        $137.77
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.627** Priority creditor's name and mailing address
HOFMANN, CARY
4217 LEVICK ST
PHILADELPHIA, PA 19135

As of the petition filing date, the claim is:        $205.90        $205.90
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.628** | **Priority creditor's name and mailing address**
HOLLOWAY, KHADIJAH
1435 HOPELAND RD
WYNCOTE, PA 19095

As of the petition filing date, the claim is:    $466.87    $466.87
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.629** | **Priority creditor's name and mailing address**
HOLLOWAY, KHADIJAH
1435 HOPELAND RD
WYNCOTE, PA 19095

As of the petition filing date, the claim is:    $157.13    $157.13
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.630** | **Priority creditor's name and mailing address**
HOLMES, SIARA
156 A RUTGERS RD
PISCATAWAY, NJ 08854

As of the petition filing date, the claim is:    $124.32    $124.32
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.631** | **Priority creditor's name and mailing address**
HOPKINS, LAURA
1088 LOCKSLEY COURT
WOODBURY, NJ 8096

As of the petition filing date, the claim is:    $2,640.00    $2,640.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                       Case number (if known): **16-22035**

| | | Total claim | Priority amount |
|---|---|---|---|

**Part 1:**  Additional Page

---

**2.632**  **Priority creditor's name and mailing address**
HOPKINS, LAURA
1088 LOCKSLEY COURT
WOODBURY, NJ 08096

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $600.52    Priority amount: $600.52

---

**2.633**  **Priority creditor's name and mailing address**
HOPPE, MELANIE
609 SUNNYVIEW OVAL APT 1
KEASBY, NJ 8832

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $34.94    Priority amount: $34.94

---

**2.634**  **Priority creditor's name and mailing address**
HORST, CAROLINE
36 LOCKE ST 2ND FLOOR
ANSONIA, CT 6401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $1,800.00    Priority amount: $1,800.00

---

**2.635**  **Priority creditor's name and mailing address**
HORST, CAROLINE
36 LOCKE ST 2ND FLOOR
ANSONIA, CT 06401

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $316.34    Priority amount: $316.34

---

Debtor Name   **Joyce Leslie, Inc.**                              Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | | **Total claim** | **Priority amount** |

**2.636** Priority creditor's name and mailing address
HUANG, HELENA
48-33 192 ST
FRESH MEADOWS, NY 11365

As of the petition filing date, the claim is:          $607.41          $607.41
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.637** Priority creditor's name and mailing address
HUANG, HELENA
48-33 192 ST
FRESH MEADOWS, NY 11365

As of the petition filing date, the claim is:          $89.78          $89.78
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.638** Priority creditor's name and mailing address
HUBBARD, RHONAE
898 ROUTE 109
LINDENHURST, NY 11757

As of the petition filing date, the claim is:          $196.82          $196.82
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.639** Priority creditor's name and mailing address
HUNT, NIA
121 W. DELPHINE STREET
PHILADELPHIA, PA 19120

As of the petition filing date, the claim is:          $303.03          $303.03
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                                          Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.640** | **Priority creditor's name and mailing address**
HUNT, NIA
121 W. DELPHINE STREET
PHILADELPHIA, PA 19120

**As of the petition filing date, the claim is:**        $125.86        $125.86
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.641** | **Priority creditor's name and mailing address**
HUNT, NIA
121 W. DELPHINE STREET
PHILADELPHIA, PA 19120

**As of the petition filing date, the claim is:**        $211.34        $211.34
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.642** | **Priority creditor's name and mailing address**
HUNTER, CELESTE
43 BENJAMIN AVE 1ST FLOOR
MIDDLETOWN, NY 10940

**As of the petition filing date, the claim is:**        $722.88        $722.88
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.643** | **Priority creditor's name and mailing address**
HUNTER, CELESTE
43 BENJAMIN AVE 1ST FLOOR
MIDDLETOWN, NY 10940

**As of the petition filing date, the claim is:**        $164.57        $164.57
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

Debtor Name   **Joyce Leslie, Inc.**                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---------|-----------------|

|  | | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.644** Priority creditor's name and mailing address
HUNTER, TANAYAH
253 DAVIS AVE
PISCATAWAY, NJ 8854

As of the petition filing date, the claim is:      $651.50      $651.50
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.645** Priority creditor's name and mailing address
HUNTER, TANAYAH
253 DAVIS AVE
PISCATAWAY, NJ 08854

As of the petition filing date, the claim is:      $229.13      $229.13
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.646** Priority creditor's name and mailing address
HURLER, MEGHAN
5 LONGVIEW AVE
FREEHOLD, NJ 7728

As of the petition filing date, the claim is:      $288.27      $288.27
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.647** Priority creditor's name and mailing address
HURLER, MEGHAN
5 LONGVIEW AVE
FREEHOLD, NJ 07728

As of the petition filing date, the claim is:      $133.84      $133.84
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---------|-----------------|

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.648**  **Priority creditor's name and mailing address**
HUTCHERSON, KIESHA
1219 MILLER AVE
NEW HYDE PARK, NY 11040

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $0.00    Priority amount: $0.00

---

**2.649**  **Priority creditor's name and mailing address**
IRVING, AKILAH
251 TEMPLE ST APT 1
PATERSON, NJ 7522

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $511.46    Priority amount: $511.46

---

**2.650**  **Priority creditor's name and mailing address**
IRVING, AKILAH
251 TEMPLE ST APT 1
PATERSON, NJ 07522

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $124.63    Priority amount: $124.63

---

**2.651**  **Priority creditor's name and mailing address**
JACKSON, EBONY
120 GARDENIA DRIVE APT B
MAPLE SHADE, NJ 8052

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $79.61    Priority amount: $79.61

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---------|-----------------|

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.652**    **Priority creditor's name and mailing address**
JACKSON, EBONY
120 GARDENIA DRIVE APT B
MAPLE SHADE, NJ 08052

**As of the petition filing date, the claim is:**    **$422.22**    **$422.22**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.653**    **Priority creditor's name and mailing address**
JACKSON, EBONY
120 GARDENIA DRIVE APT B
MAPLE SHADE, NJ 08052

**As of the petition filing date, the claim is:**    **$26.73**    **$26.73**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.654**    **Priority creditor's name and mailing address**
JACKSON, KELLI
25 MAPLE ST
WYANDANCH, NY 11798

**As of the petition filing date, the claim is:**    **$295.20**    **$295.20**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.655**    **Priority creditor's name and mailing address**
JACKSON, KELLI
25 MAPLE ST
WYANDANCH, NY 11798

**As of the petition filing date, the claim is:**    **$179.51**    **$179.51**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

Debtor Name   **Joyce Leslie, Inc.**                                          Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.656** **Priority creditor's name and mailing address**
JAMES, DENNIA
4036 N 5TH STREET
PHILADELPHIA, PA 19140

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$584.38          $584.38

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.657** **Priority creditor's name and mailing address**
JAMES, DENNIA
4036 N 5TH STREET
PHILADELPHIA, PA 19140

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$175.91          $175.91

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.658** **Priority creditor's name and mailing address**
JAMES, NATORI
132 TURNER STREET
CLAYTON, NJ 8312

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$335.45          $335.45

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.659** **Priority creditor's name and mailing address**
JAMES, NATORI
132 TURNER STREET
CLAYTON, NJ 08312

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$209.27          $209.27

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| **Part 1:** | Additional Page |
| --- | --- |

|  | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.660** | **Priority creditor's name and mailing address**
JANDOLA, JAYNE
345B CANTERBURY CT
LAKEWOOD, NJ 8701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,701.93    $1,701.93

---

**2.661** | **Priority creditor's name and mailing address**
JANDOLA, JAYNE
345B CANTERBURY CT
LAKEWOOD, NJ 08701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$154.87    $154.87

---

**2.662** | **Priority creditor's name and mailing address**
JAQUEZ, WILLY
250 LENOX AVE
PATERSON, NJ 7502

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$0.00    $0.00

---

**2.663** | **Priority creditor's name and mailing address**
JEAN-BAPTISTE, RENAUD
1435 FLATBUSH AVE APT 1
BROOKLYN, NY 11210

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$528.64    $528.64

---

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.664** **Priority creditor's name and mailing address**
JEAN-BAPTISTE, RENAUD
1435 FLATBUSH AVE APT 1
BROOKLYN, NY 11210

**As of the petition filing date, the claim is:**                    $568.72                    $568.72
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.665** **Priority creditor's name and mailing address**
JENKINS, SHAKERA
183 HAMILTON AVENUE
STRATFORD, CT 6615

**As of the petition filing date, the claim is:**                    $2,019.24                    $2,019.24
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.666** **Priority creditor's name and mailing address**
JENKINS, SHAKERA
183 HAMILTON AVENUE
STRATFORD, CT 06615

**As of the petition filing date, the claim is:**                    $179.64                    $179.64
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.667** **Priority creditor's name and mailing address**
JENKINS, SHAKERA
183 HAMILTON AVENUE
STRATFORD, CT 06615

**As of the petition filing date, the claim is:**                    $246.27                    $246.27
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.668** | **Priority creditor's name and mailing address**
JENNINGS, FAITH
5520 RUSSELL AVE
MERCHANTVILLE, NJ 8109

**As of the petition filing date, the claim is:**     $349.83          $349.83
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.669** | **Priority creditor's name and mailing address**
JENNINGS, FAITH
5520 RUSSELL AVE
MERCHANTVILLE, NJ 08109

**As of the petition filing date, the claim is:**     $689.41          $689.41
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.670** | **Priority creditor's name and mailing address**
JENNY, KIRI
257 9TH AVE
BETHLEHEM, PA 18018

**As of the petition filing date, the claim is:**     $3,100.00          $3,100.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.671** | **Priority creditor's name and mailing address**
JENNY, KIRI
257 9TH AVE
BETHLEHEM, PA 18018

**As of the petition filing date, the claim is:**     $718.13          $718.13
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                      Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.672** **Priority creditor's name and mailing address**
JIMENEZ, BRIANA
519 E 32ND ST
PATERSON, NJ 7507

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $133.24   **Priority amount** $133.24

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.673** **Priority creditor's name and mailing address**
JIMENEZ, BRIANA
519 E 32ND ST
PATERSON, NJ 07507

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $168.43   **Priority amount** $168.43

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.674** **Priority creditor's name and mailing address**
JOHNSON, CHASTITY
6727 AKRON ST
PHILADELPHIA, PA 19149

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $267.68   **Priority amount** $267.68

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.675** **Priority creditor's name and mailing address**
JOHNSON, CHASTITY
6727 AKRON ST
PHILADELPHIA, PA 19149

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $451.04   **Priority amount** $451.04

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.676**   **Priority creditor's name and mailing address**
JOHNSON, EBONY
4323 CARPENTER AVE
BRONX, NY 10466

**As of the petition filing date, the claim is:**   **$493.13**   **$493.13**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.677**   **Priority creditor's name and mailing address**
JOHNSON, EBONY
4323 CARPENTER AVE
BRONX, NY 10466

**As of the petition filing date, the claim is:**   **$80.66**   **$80.66**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.678**   **Priority creditor's name and mailing address**
JOHNSON, GENEVIEVE
2914 NORTH 24TH STREET
PHILADELPHIA, PA 19132

**As of the petition filing date, the claim is:**   **$383.48**   **$383.48**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.679**   **Priority creditor's name and mailing address**
JOHNSON, GENEVIEVE
2914 NORTH 24TH STREET
PHILADELPHIA, PA 19132

**As of the petition filing date, the claim is:**   **$84.67**   **$84.67**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**                                   Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.680** **Priority creditor's name and mailing address**
JOHNSON, LARRY
592 HARDING AVE
PERTH AMBOY, NJ 08861

**As of the petition filing date, the claim is:**    $116.20    $116.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.681** **Priority creditor's name and mailing address**
JOHNSON, LARRY
592 HARDING AVE
PERTH AMBOY, NJ 08861

**As of the petition filing date, the claim is:**    $100.21    $100.21
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.682** **Priority creditor's name and mailing address**
JOHNSON, SHANNON
74 B MARION PEPE DRIVE
LODI, NJ 7644

**As of the petition filing date, the claim is:**    $3,391.31    $3,391.31
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.683** **Priority creditor's name and mailing address**
JOHNSON, SHAREEF
711 HARRISON AVE
ROSELLE, NJ 7203

**As of the petition filing date, the claim is:**    $3,000.00    $3,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.684**    **Priority creditor's name and mailing address**
JOHNSON, SHAREEF
711 HARRISON AVE
ROSELLE, NJ 07203

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$331.73**    Priority amount: **$331.73**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.685**    **Priority creditor's name and mailing address**
JOHNSON, SHERRELL
205 VIRGINIA AVE
BRIDGEPORT, CT 06610

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$547.40**    Priority amount: **$547.40**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.686**    **Priority creditor's name and mailing address**
JONES, ZHANISE
18 LOCUST DR
BAYSHORE, NY 11706

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$519.25**    Priority amount: **$519.25**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.687**    **Priority creditor's name and mailing address**
JONES, ZHANISE
18 LOCUST DR
BAYSHORE, NY 11706

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$112.30**    Priority amount: **$112.30**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.688** | Priority creditor's name and mailing address
JONES, ZHANISE
18 LOCUST DR
BAYSHORE, NY 11706

As of the petition filing date, the claim is:          $101.29          $101.29
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

---

**2.689** | Priority creditor's name and mailing address
JONES, ZHANISE
18 LOCUST DR
BAYSHORE, NY 11706

As of the petition filing date, the claim is:          $109.06          $109.06
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

---

**2.690** | Priority creditor's name and mailing address
JORGE, JESUS
614-21ST STREET APT A-5
UNION CITY, NJ 7087

As of the petition filing date, the claim is:          $2,596.14          $2,596.14
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

---

**2.691** | Priority creditor's name and mailing address
JOSEPH, GEORGE
324 HIGHLAND AVE
MT VERNON, NY 10553

As of the petition filing date, the claim is:          $2,848.07          $2,848.07
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.692** **Priority creditor's name and mailing address**
JOSEPH, GEORGE
324 HIGHLAND AVE
MT VERNON, NY 10553

**As of the petition filing date, the claim is:**     $120.28          $120.28
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.693** **Priority creditor's name and mailing address**
JOYA, ALBA
89 WEST YAPHANK
CORAM, NY 11727

**As of the petition filing date, the claim is:**     $557.47          $557.47
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.694** **Priority creditor's name and mailing address**
JOYA, ALBA
89 WEST YAPHANK
CORAM, NY 11727

**As of the petition filing date, the claim is:**     $254.57          $254.57
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.695** **Priority creditor's name and mailing address**
JUSTINVIL, CASSANDRA
7 BYRON PLACE
HUNTINGTON STATION, NY 11746

**As of the petition filing date, the claim is:**     $853.52          $853.52
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.696**  **Priority creditor's name and mailing address**
JUSTINVIL, CASSANDRA
7 BYRON PLACE
HUNTINGTON STATION, NY 11746

**As of the petition filing date, the claim is:**       $971.72       $971.72
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.697**  **Priority creditor's name and mailing address**
KABIR, SAWDA
436 EDMUND AVE APT 2
PATERSON, NJ 7502

**As of the petition filing date, the claim is:**       $304.11       $304.11
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.698**  **Priority creditor's name and mailing address**
KABIR, SAWDA
436 EDMUND AVE APT 2
PATERSON, NJ 07502

**As of the petition filing date, the claim is:**       $99.10       $99.10
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.699**  **Priority creditor's name and mailing address**
KAESMANN, STEPHANIE
205 BULMER DRIVE
STRATFORD, CT 6614

**As of the petition filing date, the claim is:**       $0.00       $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.700** **Priority creditor's name and mailing address**
KAESMANN, STEPHANIE
205 BULMER DRIVE
STRATFORD, CT 06614

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $214.28    **Priority amount** $214.28

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.701** **Priority creditor's name and mailing address**
KAN, JACQUELYN
269 NEWKIRK AVE
BROOKLYN, NY 11230

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $174.87    **Priority amount** $174.87

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.702** **Priority creditor's name and mailing address**
KAN, JACQUELYN
269 NEWKIRK AVE
BROOKLYN, NY 11230

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $108.69    **Priority amount** $108.69

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.703** **Priority creditor's name and mailing address**
KATCHUK, LAUREN
324 ROSEBERRY ST
PHILADELPHIA, PA 19148

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $922.30    **Priority amount** $922.30

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.704** Priority creditor's name and mailing address
KATCHUK, LAUREN
324 ROSEBERRY ST
PHILADELPHIA, PA 19148

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$260.67**    **$260.67**

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.705** Priority creditor's name and mailing address
KATINDIG, JANN
1341 BRIGHTON ST
BRIARWOOD, NY 11435

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$166.17**    **$166.17**

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.706** Priority creditor's name and mailing address
KELLEY, SHANAYA
8214 EMILY LANE
CARTERET, NJ 7008

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$580.56**    **$580.56**

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.707** Priority creditor's name and mailing address
KELLEY, SHANAYA
8214 EMILY LANE
CARTERET, NJ 07008

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$201.28**    **$201.28**

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.708** | **Priority creditor's name and mailing address**
KEY, KAYLISA
3947 BENNINGTON ST
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**   $0.00   $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.709** | **Priority creditor's name and mailing address**
KEY, KAYLISA
3947 BENNINGTON ST
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**   $3.55   $3.55
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.710** | **Priority creditor's name and mailing address**
KING, JENNIFER
1556 OLD EGG HARBOR ROAD
MAYS LANDING, NJ 8330

**As of the petition filing date, the claim is:**   $1,317.48   $1,317.48
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.711** | **Priority creditor's name and mailing address**
KING, JENNIFER
1556 OLD EGG HARBOR ROAD
MAYS LANDING, NJ 08330

**As of the petition filing date, the claim is:**   $380.22   $380.22
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.712** | **Priority creditor's name and mailing address**
KIRKPATRICK, COLLEEN
2806 GREENSPIRE CT
TOMS RIVER, NJ 8755

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$110.36          $110.36

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.713** | **Priority creditor's name and mailing address**
KIRKPATRICK, COLLEEN
2806 GREENSPIRE CT
TOMS RIVER, NJ 08755

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$188.33          $188.33

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.714** | **Priority creditor's name and mailing address**
KIRSCH, STACEY
1617 BUTTONWOOD DR
WILLIAMSTOWN, NJ 8094

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$3,700.00        $3,700.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.715** | **Priority creditor's name and mailing address**
KIRSCH, STACEY
1617 BUTTONWOOD DR
WILLIAMSTOWN, NJ 08094

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$155.97          $155.97

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.716**   **Priority creditor's name and mailing address**
KOBIELNIK, BRITTANY
2434 S 4TH STREET
PHILADELPHIA, PA 19148

**As of the petition filing date, the claim is:**    $114.31      $114.31
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.717**   **Priority creditor's name and mailing address**
KOBIELNIK, BRITTANY
2434 S 4TH STREET
PHILADELPHIA, PA 19148

**As of the petition filing date, the claim is:**    $123.08      $123.08
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.718**   **Priority creditor's name and mailing address**
KORCA, ANILA
561 MAIN STREET APT 1
LITTLE FALLS, NJ 7426

**As of the petition filing date, the claim is:**    $748.00      $748.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.719**   **Priority creditor's name and mailing address**
KORCA, ANILA
561 MAIN STREET APT 1
LITTLE FALLS, NJ 07426

**As of the petition filing date, the claim is:**    $347.01      $347.01
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

Debtor Name    **Joyce Leslie, Inc.**                                        Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | | **Total claim** | **Priority amount** |

**2.720**    **Priority creditor's name and mailing address**
KOSTICK, CHRISTINE
204 MARSHALL AVENUE
BLACKWOOD, NJ 8012

**As of the petition filing date, the claim is:**                    $153.20            $153.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account
number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (          )

---

**2.721**    **Priority creditor's name and mailing address**
KOSTICK, CHRISTINE
204 MARSHALL AVENUE
BLACKWOOD, NJ 08012

**As of the petition filing date, the claim is:**                    $395.14            $395.14
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account
number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (          )

---

**2.722**    **Priority creditor's name and mailing address**
KOWALSKI, ALEXA
18 GARFIELD AVE
E BRUNSWICK, NJ 8816

**As of the petition filing date, the claim is:**                    $0.00              $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account
number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (          )

---

**2.723**    **Priority creditor's name and mailing address**
KOWALSKI, ALEXA
18 GARFIELD AVE
E BRUNSWICK, NJ 08816

**As of the petition filing date, the claim is:**                    $81.60             $81.60
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account
number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a) (          )

| **Part 1:** | **Additional Page** |
|---|---|

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.724** | Priority creditor's name and mailing address | | | |

**2.724**

**Priority creditor's name and mailing address**
KOWALSKI, ALEXA
18 GARFIELD AVE
E BRUNSWICK, NJ 08816

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $29.67    Priority amount $29.67

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.725**

**Priority creditor's name and mailing address**
KRUEGEL, BRIANNA
908 3RD ST
UNION BEACH, NJ 7735

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $2,200.00    Priority amount $2,200.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.726**

**Priority creditor's name and mailing address**
KRUEGEL, BRIANNA
908 3RD ST
UNION BEACH, NJ 07735

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $16.27    Priority amount $16.27

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.727**

**Priority creditor's name and mailing address**
KRUEGEL, BRIANNA
908 3RD ST
UNION BEACH, NJ 07735

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $533.16    Priority amount $533.16

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                  Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.728** | **Priority creditor's name and mailing address**
LA'TTIERE, ROSEMARIE
12 ADULT DRIVE
MOONACHIE, NJ 7074

**As of the petition filing date, the claim is:**                    **$2,925.00**        **$2,925.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.729** | **Priority creditor's name and mailing address**
LAARENDI, CONNIE
44 LUPUS LANE
SEWELL, NJ 8080

**As of the petition filing date, the claim is:**                    **$5,792.32**        **$5,792.32**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.730** | **Priority creditor's name and mailing address**
LAARENDI, CONNIE
44 LUPUS LANE
SEWELL, NJ 08080

**As of the petition filing date, the claim is:**                    **$481.60**        **$481.60**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.731** | **Priority creditor's name and mailing address**
LAFONTANT, EUGENE
4715 AVE M
BROOKLYN, NY 11234

**As of the petition filing date, the claim is:**                    **$750.92**        **$750.92**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

Debtor Name    **Joyce Leslie, Inc.**                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.732** | **Priority creditor's name and mailing address**
LAFONTANT, EUGENE
4715 AVE M
BROOKLYN, NY 11234

**As of the petition filing date, the claim is:**                    $101.11        $101.11
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.733** | **Priority creditor's name and mailing address**
LAFONTANT, EUGENE
4715 AVE M
BROOKLYN, NY 11234

**As of the petition filing date, the claim is:**                    $196.04        $196.04
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.734** | **Priority creditor's name and mailing address**
LAGRECA, JENNA
52 MELROSE AVE
E. NORTHPORT, NY 11731

**As of the petition filing date, the claim is:**                    $1,270.61        $1,270.61
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.735** | **Priority creditor's name and mailing address**
LAGRECA, JENNA
52 MELROSE AVE
E. NORTHPORT, NY 11731

**As of the petition filing date, the claim is:**                    $323.61        $323.61
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**                                                   Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.736** **Priority creditor's name and mailing address**
LAMANNA, JAIMIE
62 JAMESTOWN BLVD
HAMMONTON, NJ 08037

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$117.75**    Priority amount: **$117.75**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.737** **Priority creditor's name and mailing address**
LAPERSONERIE, DANIELLE
340 SOUTH MAIN ST
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$33.57**    Priority amount: **$33.57**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.738** **Priority creditor's name and mailing address**
LAPERSONERIE, DANIELLE
340 SOUTH MAIN ST
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$140.97**    Priority amount: **$140.97**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.739** **Priority creditor's name and mailing address**
LAPERSONERIE, DANIELLE
340 SOUTH MAIN ST
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$275.88**    Priority amount: **$275.88**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.740** | **Priority creditor's name and mailing address**
LARDIERI, EMILY
793 DOWNEY AVE
BRICK, NJ 8723

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim:** $92.23    **Priority amount:** $92.23

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.741** | **Priority creditor's name and mailing address**
LARDIERI, EMILY
793 DOWNEY AVE
BRICK, NJ 08723

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim:** $85.67    **Priority amount:** $85.67

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.742** | **Priority creditor's name and mailing address**
LAROCCA, JENNIE
461 LAKEVILLE LANE
EAST MEADOW, NY 11554

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim:** $1,099.47    **Priority amount:** $1,099.47

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.743** | **Priority creditor's name and mailing address**
LAROCCA, JENNIE
461 LAKEVILLE LANE
EAST MEADOW, NY 11554

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim:** $184.43    **Priority amount:** $184.43

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| **Part 1:** | **Additional Page** | | |

| | | **Total claim** | **Priority amount** |

**2.744** | **Priority creditor's name and mailing address**
LAROCCA, JENNIE
461 LAKEVILLE LANE
EAST MEADOW, NY 11554

**As of the petition filing date, the claim is:**    $220.81    $220.81
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.745** | **Priority creditor's name and mailing address**
LARR, BARBARA
32 WOODCREST LANE
DELRAN, NJ 8075

**As of the petition filing date, the claim is:**    $2,884.62    $2,884.62
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.746** | **Priority creditor's name and mailing address**
LARR, BARBARA
32 WOODCREST LANE
DELRAN, NJ 08075

**As of the petition filing date, the claim is:**    $816.98    $816.98
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.747** | **Priority creditor's name and mailing address**
LATORRE CORTES, DANISHA
72 WASHINGTON ST
PORT CHESTER, NY 10573

**As of the petition filing date, the claim is:**    $475.34    $475.34
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

---

**2.748** | **Priority creditor's name and mailing address**
LATTORE CORTES, DANISHA
166 FIFTH STREET
BRIDGEPORT, CT 06607

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $425.30    **Priority amount** $425.30

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.749** | **Priority creditor's name and mailing address**
LAWRENCE, CHARLENE
608 PARK AVE 2ND FL
LAUREL SPRINGS, NJ 8021

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $148.58    **Priority amount** $148.58

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.750** | **Priority creditor's name and mailing address**
LAWRENCE, CHARLENE
608 PARK AVE 2ND FL
LAUREL SPRINGS, NJ 08021

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $140.68    **Priority amount** $140.68

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.751** | **Priority creditor's name and mailing address**
LAWRENCE, SHAUNEESE
677 ORCHARD ST
NEW HAVEN, CT 06511

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $375.39    **Priority amount** $375.39

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

| **Part 1:** | **Additional Page** |

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.752** Priority creditor's name and mailing address
LAYAWAYS

As of the petition filing date, the claim is: $40,408.47   $40,408.47

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
LAYAWAYS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

---

**2.753** Priority creditor's name and mailing address
LEBRON, TYESHA
150-25 107TH AVE APT# 2
JAMAICA, NY 11433

As of the petition filing date, the claim is: $546.72   $546.72

☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

---

**2.754** Priority creditor's name and mailing address
LEBRON, TYESHA
150-25 107TH AVE APT# 2
JAMAICA, NY 11433

As of the petition filing date, the claim is: $155.76   $155.76

☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

---

**2.755** Priority creditor's name and mailing address
LEDDICK, STEFANIE
168 FREDRICK CT
THOROFARE, NJ 8086

As of the petition filing date, the claim is: $1,479.72   $1,479.72

☒ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

Debtor Name    **Joyce Leslie, Inc.**                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.756** | **Priority creditor's name and mailing address**
LEDDICK, STEFANIE
168 FREDRICK CT
THOROFARE, NJ 08086

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$106.93**    **$106.93**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.757** | **Priority creditor's name and mailing address**
LEE, RENE
27 SEAVIEW AVE
JERSEY CITY, NJ 7305

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$672.22**    **$672.22**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.758** | **Priority creditor's name and mailing address**
LEE, RENE
27 SEAVIEW AVE
JERSEY CITY, NJ 07305

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$386.13**    **$386.13**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.759** | **Priority creditor's name and mailing address**
LEE, RENE
27 SEAVIEW AVE
JERSEY CITY, NJ 07305

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$111.46**    **$111.46**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Debtor Name   **Joyce Leslie, Inc.**                         Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | | | **Total claim** | **Priority amount** |

**2.760** **Priority creditor's name and mailing address**
**LEFT, PETER**
**103 KOHOUT DRIVE**
**MAHWAH, NJ 7430**

As of the petition filing date, the claim is:      $14,230.80      $12,475.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.761** **Priority creditor's name and mailing address**
**LEINER, KAITLYN**
**309 SHERWOOD DRIVE NORTH**
**MIDDLETOWN, NY 10940**

As of the petition filing date, the claim is:      $394.56      $394.56

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.762** **Priority creditor's name and mailing address**
**LEINER, KAITLYN**
**309 SHERWOOD DRIVE NORTH**
**MIDDLETOWN, NY 10940**

As of the petition filing date, the claim is:      $157.09      $157.09

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.763** **Priority creditor's name and mailing address**
**LELAND, MEGAN**
**4445 LITTLE GAP ROAD**
**PALMERTON, PA 18071**

As of the petition filing date, the claim is:      $596.45      $596.45

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                          Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.764**  **Priority creditor's name and mailing address**
LELAND, MEGAN
4445 LITTLE GAP ROAD
PALMERTON, PA 18071

**As of the petition filing date, the claim is:**         $237.51         $237.51
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.765**  **Priority creditor's name and mailing address**
LEWANDOWSKI, MARLENA
733 GARLAND ST
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**         $1,950.00         $1,950.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.766**  **Priority creditor's name and mailing address**
LEWANDOWSKI, MARLENA
733 GARLAND ST
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**         $599.96         $599.96
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.767**  **Priority creditor's name and mailing address**
LEWARS, DANIELLE
145-82 224TH STREET
SPRINGFIELD GARDENS, NY 11413

**As of the petition filing date, the claim is:**         $1,339.44         $1,339.44
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

Debtor Name    **Joyce Leslie, Inc.**                                           Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | | | **Total claim** | **Priority amount** |

**2.768**  **Priority creditor's name and mailing address**
LEWARS, DANIELLE
145-82 224TH STREET
SPRINGFIELD GARDENS, NY 11413

As of the petition filing date, the claim is:          $135.66          $135.66

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.769**  **Priority creditor's name and mailing address**
LEWIS, SAKINA
30 EHBAR AVE
MOUNT VERNON, NY 10550

As of the petition filing date, the claim is:          $610.35          $610.35

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.770**  **Priority creditor's name and mailing address**
LEWIS, SAKINA
30 EHBAR AVE
MOUNT VERNON, NY 10550

As of the petition filing date, the claim is:          $212.95          $212.95

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.771**  **Priority creditor's name and mailing address**
LIGHTNER, NICOLE
205 SUMMER STREET
PASSAIC, NJ 7055

As of the petition filing date, the claim is:          $86.06          $86.06

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Part 1:** | **Additional Page**

**2.772** | Priority creditor's name and mailing address
LIGHTNER, NICOLE
205 SUMMER STREET
PASSAIC, NJ 07055

As of the petition filing date, the claim is:     $383.41     $383.41
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

**2.773** | Priority creditor's name and mailing address
LINDSAY, CHARLES
84 MAPLE STREET
WHITE PLAINS, NY 10603

As of the petition filing date, the claim is:     $1,591.52     $1,591.52
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

**2.774** | Priority creditor's name and mailing address
LINDSAY, CHARLES
84 MAPLE STREET
WHITE PLAINS, NY 10603

As of the petition filing date, the claim is:     $267.09     $267.09
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

**2.775** | Priority creditor's name and mailing address
LITTLE, KANIYAH
2318 CROSS ST
PHILADELPHIA, PA 19146

As of the petition filing date, the claim is:     $163.93     $163.93
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

Debtor Name    **Joyce Leslie, Inc.**                                          Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.776**  **Priority creditor's name and mailing address**
LITTLE, KANIYAH
2318 CROSS ST
PHILADELPHIA, PA 19146

**As of the petition filing date, the claim is:**                 $81.58                 $81.58
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.777**  **Priority creditor's name and mailing address**
LLESHI, JULIANA
39 COLUMBIA AVE
PITMAN, NJ 8071

**As of the petition filing date, the claim is:**                 $173.86                 $173.86
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.778**  **Priority creditor's name and mailing address**
LLESHI, JULIANA
39 COLUMBIA AVE
PITMAN, NJ 08071

**As of the petition filing date, the claim is:**                 $361.36                 $361.36
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.779**  **Priority creditor's name and mailing address**
LOBO, ROLDAN
219 NORTH 4TH STREET APT. #1
PATERSON, NJ 7522

**As of the petition filing date, the claim is:**                 $961.80                 $961.80
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name   **Joyce Leslie, Inc.**                                   Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
|---|---|

|  | | | | **Total claim** | **Priority amount** |
|---|---|

**2.780** **Priority creditor's name and mailing address**
LOCAL 124 R.A.I.S.E
157 SUMMERFIELD STREET
SCARSDALE, NY 10583

**As of the petition filing date, the claim is:**      $3,690.00      $3,690.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNION HEATH CONTRIBUTION, DUES AND INITIATION FEES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.781** **Priority creditor's name and mailing address**
LOCAL 340A
55 NORTHERN BLVD.
GREAT NECK, NY 11021

**As of the petition filing date, the claim is:**      $8,596.89      $8,596.89
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNION PENSION CONTRIBUTION, DUES AND INITIATION FEES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.782** **Priority creditor's name and mailing address**
LOGAN, SHANNON
4 DAYVIEW AVE
KEANSBURG, NJ 7734

**As of the petition filing date, the claim is:**      $135.09      $135.09
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.783** **Priority creditor's name and mailing address**
LOGAN, SHANNON
4 DAYVIEW AVE
KEANSBURG, NJ 07734

**As of the petition filing date, the claim is:**      $121.68      $121.68
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---------|-----------------|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.784** Priority creditor's name and mailing address
LOK, JEFFREY
31 LEONARD ST APT 8M
BROOKLYN, NY 11206

As of the petition filing date, the claim is:    $1,987.50    $1,987.50
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.785** Priority creditor's name and mailing address
LOK, JEFFREY
31 LEONARD ST APT 8M
BROOKLYN, NY 11206

As of the petition filing date, the claim is:    $448.70    $448.70
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.786** Priority creditor's name and mailing address
LONDONO, NATALIA
62 WILDWOOD AVE
MOUNT VERNON, NY 10550

As of the petition filing date, the claim is:    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.787** Priority creditor's name and mailing address
LOPANE, LIYAH-MARIE
88 SENIOR WAY APT C4
MIDDLETOWN, NY 10940

As of the petition filing date, the claim is:    $505.45    $505.45
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**                                   Case number (if known): **16-22035**

| Part 1: | Additional Page |

|  | | **Total claim** | **Priority amount** |

---

**2.788**

**Priority creditor's name and mailing address**
LOPANE, LIYAH-MARIE
88 SENIOR WAY APT C4
MIDDLETOWN, NY 10940

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$269.05          $269.05

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.789**

**Priority creditor's name and mailing address**
LOPEZ, NATALIE
1423 QUINNIPAC AVE APT 514
NEW HAVEN, CT 96513

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$196.63          $196.63

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.790**

**Priority creditor's name and mailing address**
LOPEZ, NATALIE
1423 QUINNIPAC AVE
NEW HAVEN, CT 06513

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$175.93          $175.93

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.791**

**Priority creditor's name and mailing address**
LOPEZ, NATALIE
1423 QUINNIPAC AVE
NEW HAVEN, CT 90513

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$147.96          $147.96

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**                                          Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.792** **Priority creditor's name and mailing address**
LOPEZ, SERENA
167 ENGLEWOOD AVE
BRIDGEPORT, CT 6606

As of the petition filing date, the claim is:    **$120.00**    **$120.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.793** **Priority creditor's name and mailing address**
LOPEZ, SERENA
167 ENGLEWOOD AVE
BRIDGEPORT, CT 06606

As of the petition filing date, the claim is:    **$619.83**    **$619.83**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.794** **Priority creditor's name and mailing address**
LORENZO, REBECCA
2029 PLUM ST
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is:    **$507.96**    **$507.96**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.795** **Priority creditor's name and mailing address**
LORENZO, REBECCA
2029 PLUM ST
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is:    **$807.03**    **$807.03**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.796** | **Priority creditor's name and mailing address**
LOUIS, JEAN-RIVKA
1120 OLD TOWN RD
CORAM, NY 11727

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim **$0.00**    Priority amount **$0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.797** | **Priority creditor's name and mailing address**
LOUIS, JEAN-RIVKA
1120 OLD TOWN RD
CORAM, NY 11727

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim **$595.03**    Priority amount **$595.03**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.798** | **Priority creditor's name and mailing address**
LOUIS, JEAN-RIVKA
1120 OLD TOWN RD
CORAM, NY 11727

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim **$175.60**    Priority amount **$175.60**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.799** | **Priority creditor's name and mailing address**
LOUISSAINT, MARGARITHA
225 DR MLK JR BLVD APT 5B
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim **$614.74**    Priority amount **$614.74**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name   **Joyce Leslie, Inc.**                                      Case number (if known): **16-22035**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.800**  **Priority creditor's name and mailing address**
LOUISSAINT, MARGARITHA
225 DR MLK JR BLVD APT 5B
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**          $206.05          $206.05
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.801**  **Priority creditor's name and mailing address**
LUBANI, FLORENTINA
61-44 MADISON ST APT 3R
RIDGEWOOD QUEENS, NY 11385

**As of the petition filing date, the claim is:**          $566.10          $566.10
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.802**  **Priority creditor's name and mailing address**
LUBANI, FLORENTINA
61-44 MADISON ST APT 3R
RIDGEWOOD QUEENS, NY 11385

**As of the petition filing date, the claim is:**          $140.63          $140.63
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.803**  **Priority creditor's name and mailing address**
LUCTAMAR, WALDOLPH
294 FISHER AVE APT #1
WHITE PLAINS, NY 10606

**As of the petition filing date, the claim is:**          $550.54          $550.54
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.804**  **Priority creditor's name and mailing address**
LUCTAMAR, WALDOLPH
294 FISHER AVE APT #1
WHITE PLAINS, NY 10606

**As of the petition filing date, the claim is:**   $252.63   $252.63
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.805**  **Priority creditor's name and mailing address**
LUMER, DENISE
94 MIRAMAR BLVD
LINDENHURST, NY 11757

**As of the petition filing date, the claim is:**   $4,046.12   $4,046.12
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.806**  **Priority creditor's name and mailing address**
LUMER, DENISE
94 MIRAMAR BLVD
LINDENHURST, NY 11757

**As of the petition filing date, the claim is:**   $133.28   $133.28
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.807**  **Priority creditor's name and mailing address**
LUNA, FAUSTO
65 MOUNT HOPE PLACE APT 5K
BRONX, NY 10453

**As of the petition filing date, the claim is:**   $1,168.80   $1,168.80
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| | Part 1: | Additional Page |
|---|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.808** | **Priority creditor's name and mailing address**
LUNA, FAUSTO
65 MOUNT HOPE PLACE
BRONX, NY 10453

**As of the petition filing date, the claim is:**    $183.38    $183.38
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.809** | **Priority creditor's name and mailing address**
LYNCH, RACHEL
1 SADDLE RIDGE RD
SPARTA, NJ 7871

**As of the petition filing date, the claim is:**    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.810** | **Priority creditor's name and mailing address**
MAIK, INGRID
10 HARDING AVENUE APT 2
N. ARLINGTON, NJ 7031

**As of the petition filing date, the claim is:**    $2,325.00    $2,325.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.811** | **Priority creditor's name and mailing address**
MAJETTE, EBONY
7408 GEORGIAN ROAD
PHILADELPHIA, PA 19138

**As of the petition filing date, the claim is:**    $2,064.00    $2,064.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.812**   **Priority creditor's name and mailing address**
MAJETTE, EBONY
7408 GEORGIAN ROAD
PHILADELPHIA, PA 19138

As of the petition filing date, the claim is:          $729.37          $729.37
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.813**   **Priority creditor's name and mailing address**
MALDONADO, CARLOS
68 MARCH CT
SELDEN, NY 11727

As of the petition filing date, the claim is:          $655.02          $655.02
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.814**   **Priority creditor's name and mailing address**
MALDONADO, CARLOS
68 MARCH CT
SELDEN, NY 11727

As of the petition filing date, the claim is:          $1,172.76          $1,172.76
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.815**   **Priority creditor's name and mailing address**
MALDONADO, CARLOS
68 MARCH CT
SELDEN, NY 11727

As of the petition filing date, the claim is:          $629.75          $629.75
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                              Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

---

**2.816**

**Priority creditor's name and mailing address**
MALDONADO, CARLOS
68 MARCH CT
SELDEN, NY 11727

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$242.78**    Priority amount: **$242.78**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.817**

**Priority creditor's name and mailing address**
MALLOY, DAJANELLE
8 BELMONT CT
SICKLERVILLE, NJ 8081

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$0.00**    Priority amount: **$0.00**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.818**

**Priority creditor's name and mailing address**
MANEGGIO, JUSTIN
3325 NEPTUNE AVE APT# 712
BROOKLYN, NY 11224

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$597.46**    Priority amount: **$597.46**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.819**

**Priority creditor's name and mailing address**
MANEGGIO, JUSTIN
3325 NEPTUNE AVE APT# 712
BROOKLYN, NY 11224

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$125.77**    Priority amount: **$125.77**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.820**   **Priority creditor's name and mailing address**
MANGINELLI, GIUSEPPE
399 NEW MILFORD AVE
DUMONT, NJ 7628

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$509.22**    Priority amount: **$509.22**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.821**   **Priority creditor's name and mailing address**
MANGINELLI, GIUSEPPE
399 NEW MILFORD AVE
DUMONT, NJ 07628

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$226.71**    Priority amount: **$226.71**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.822**   **Priority creditor's name and mailing address**
MANN, ATTALIA
2938 W CLEMENTINE ST
PHILADELPHIA, PA 19132

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$543.58**    Priority amount: **$543.58**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.823**   **Priority creditor's name and mailing address**
MANN, ATTALIA
2938 W CLEMENTINE ST
PHILADELPHIA, PA 19132

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$197.76**    Priority amount: **$197.76**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |

|  |  | **Total claim** | **Priority amount** |

**2.824** Priority creditor's name and mailing address
MANN, SHAKERRA
3438 GREAT NECK RD
AMITYVILLE, NY 11701

As of the petition filing date, the claim is:    $349.20    $349.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

**2.825** Priority creditor's name and mailing address
MANN, SHAKERRA
3438 GREAT NECK RD
AMITYVILLE, NY 11701

As of the petition filing date, the claim is:    $330.92    $330.92
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

**2.826** Priority creditor's name and mailing address
MANNE, JESSICA
7 BROOKDALE RD
EAST BRUNSWICK, NJ 8816

As of the petition filing date, the claim is:    $103.07    $103.07
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

**2.827** Priority creditor's name and mailing address
MANNE, JESSICA
7 BROOKDALE RD
EAST BRUNSWICK, NJ 08816

As of the petition filing date, the claim is:    $149.22    $149.22
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.828** | **Priority creditor's name and mailing address**
MANNESS, DESIREE
126 GREENWICH RD APT 7
RUNNEMEDE, NJ 8078

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $302.68    Priority amount: $302.68

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.829** | **Priority creditor's name and mailing address**
MANNESS, DESIREE
126 GREENWICH RD APT 7
RUNNEMEDE, NJ 08078

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $130.52    Priority amount: $130.52

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.830** | **Priority creditor's name and mailing address**
MANNESS, DESIREE
126 GREENWICH RD APT 7
RUNNEMEDE, NJ 08078

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $198.48    Priority amount: $198.48

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.831** | **Priority creditor's name and mailing address**
MANSON, AMY
16 NORTON STREET
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $592.12    Priority amount: $592.12

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

| Part 1: | Additional Page | | |
|---|---|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.832** **Priority creditor's name and mailing address**
MANSON, AMY
16 NORTON STREET
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $229.66   Priority amount $229.66

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.833** **Priority creditor's name and mailing address**
MAPP, SHONDA
6737 WOODSTOCK ST
PHILADELPHIA, PA 19138

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $464.10   Priority amount $464.10

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.834** **Priority creditor's name and mailing address**
MAPP, SHONDA
6737 WOODSTOCK ST
PHILADELPHIA, PA 19138

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $131.50   Priority amount $131.50

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.835** **Priority creditor's name and mailing address**
MARIA, GENESIS
478 E 25TH ST
PATERSON, NJ 7514

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim $517.14   Priority amount $517.14

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.836** **Priority creditor's name and mailing address**
MARIA, GENESIS
478 E 25TH ST
PATERSON, NJ 07514

**As of the petition filing date, the claim is:**     $155.35     $155.35
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.837** **Priority creditor's name and mailing address**
MARIN, NELLY
725 11TH ST
W BABYLON, NY 11704

**As of the petition filing date, the claim is:**     $377.03     $377.03
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.838** **Priority creditor's name and mailing address**
MARIN, NELLY
725 11TH ST
W BABYLON, NY 11704

**As of the petition filing date, the claim is:**     $95.73     $95.73
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.839** **Priority creditor's name and mailing address**
MARQUEZ-PASCO, ELAINE
56 CARLISLE AVE APT 1
PATERSON, NJ 7501

**As of the petition filing date, the claim is:**     $270.59     $270.59
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name     **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.840** | **Priority creditor's name and mailing address**
MARQUEZ-PASCO, ELAINE
56 CARLISLE AVE APT 1
PATERSON, NJ 07501

**As of the petition filing date, the claim is:**      $113.89      $113.89
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.841** | **Priority creditor's name and mailing address**
MARRERO, ROSEMARIE
1754 77 ST. APT# 2FR
BROOKLYN, NY 11214

**As of the petition filing date, the claim is:**      $3,650.00      $3,650.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.842** | **Priority creditor's name and mailing address**
MARRERO, ROSEMARIE
1754 77 ST. APT# 2FR
BROOKLYN, NY 11214

**As of the petition filing date, the claim is:**      $132.17      $132.17
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.843** | **Priority creditor's name and mailing address**
MARRERO, TIFFANY
400 FREDERICK AVE
SOUTH PLANFIELD, NJ 7080

**As of the petition filing date, the claim is:**      $545.93      $545.93
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.844** | **Priority creditor's name and mailing address**
MARRERO, TIFFANY
400 FREDERICK AVE
SOUTH PLAINFIELD, NJ 07080

**As of the petition filing date, the claim is:**   $205.01   $205.01
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.845** | **Priority creditor's name and mailing address**
MARTE, GENESIS
96 GLENN DRIVE
KEASBEY, NJ 8832

**As of the petition filing date, the claim is:**   $361.84   $361.84
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.846** | **Priority creditor's name and mailing address**
MARTE, GENESIS
96 GLENN DRIVE
KEASBEY, NJ 08832

**As of the petition filing date, the claim is:**   $116.77   $116.77
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.847** | **Priority creditor's name and mailing address**
MARTE, NILDA
2749 SAUNDERS ST
CAMDEN, NJ 8105

**As of the petition filing date, the claim is:**   $151.01   $151.01
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.848** | **Priority creditor's name and mailing address**
MARTE, NILDA
2749 SAUNDERS ST
CAMDEN, NJ 08105

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**   $167.48   $167.48
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**2.849** | **Priority creditor's name and mailing address**
MARTE, NILDA
2749 SAUNDERS ST
CAMDEN, NJ 08105

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**   $94.58   $94.58
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**2.850** | **Priority creditor's name and mailing address**
MARTE, NILDA
2749 SAUNDERS ST
CAMDEN, NJ 08105

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**   $32.47   $32.47
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**2.851** | **Priority creditor's name and mailing address**
MARTIN, LARAY
2859 N. CONGRESS RD
CAMDEN, NJ 8104

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**   $147.61   $147.61
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| | | Total claim | Priority amount |
|---|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

| | | | |
|---|---|---|---|
| **2.852** | **Priority creditor's name and mailing address**<br>MARTIN, LARAY<br>2859 N. CONGRESS RD<br>CAMDEN, NJ 08104 | **As of the petition filing date, the claim is:**<br>[X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | $105.93 / $105.93 |

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.853** **Priority creditor's name and mailing address**
MARTINEZ MEDRANO, AYLLYN
618 KNICKERBOCKER AVE APT# 2R
BROOKLYN, NY 11221

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$627.92 / $627.92

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.854** **Priority creditor's name and mailing address**
MARTINEZ MEDRANO, AYLLYN
618 KNICKERBOCKER AVE APT# 2R
BROOKLYN, NY 11221

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$220.93 / $220.93

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.855** **Priority creditor's name and mailing address**
MARTINEZ MEDRANO, AYLLYN
618 KNICKERBOCKER AVE APT# 2R
BROOKLYN, NY 11221

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$311.15 / $311.15

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                                Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.856**  **Priority creditor's name and mailing address**

MARTINEZ, JOSELYN
6270 KINDRED ST APT B
PHILADELPHIA, PA 19149

**As of the petition filing date, the claim is:**    $88.50    $88.50

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.857**  **Priority creditor's name and mailing address**

MARTINEZ, JOSELYN
6270 KINDRED ST APT B
PHILADELPHIA, PA 19149

**As of the petition filing date, the claim is:**    $961.27    $961.27

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.858**  **Priority creditor's name and mailing address**

MARTINEZ, MICHELLE
2253 2ND AVE APT 4
NEW YORK, NY 10029

**As of the petition filing date, the claim is:**    $2,775.00    $2,775.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.859**  **Priority creditor's name and mailing address**

MARTINEZ, MICHELLE
2253 2ND AVE APT 4
NEW YORK, NY 10029

**As of the petition filing date, the claim is:**    $610.93    $610.93

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                      Case number (if known): **16-22035**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.860** | **Priority creditor's name and mailing address**
MASCH, DEBORAH
442 JEFFERSON ST
CARLSTADT, NJ 7072

**As of the petition filing date, the claim is:**   **$4,142.28**   **$4,142.28**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.861** | **Priority creditor's name and mailing address**
MASON, BRADLEY
295 N WYCOMBE AVENUE
LANSDOWNE, PA 19050

**As of the petition filing date, the claim is:**   **$1,312.08**   **$1,312.08**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.862** | **Priority creditor's name and mailing address**
MASON, BRADLEY
295 N WYCOMBE AVENUE
LANSDOWNE, PA 19050

**As of the petition filing date, the claim is:**   **$360.75**   **$360.75**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.863** | **Priority creditor's name and mailing address**
MATLOCK, TERRA
1936 E MADISON STREET
PHILADELPHIA, PA 19134

**As of the petition filing date, the claim is:**   **$4,000.00**   **$4,000.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.864** | **Priority creditor's name and mailing address**
MATLOCK, TERRA
1936 E MADISON STREET
PHILADELPHIA, PA 19134

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $744.96  **Priority amount** $744.96

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.865** | **Priority creditor's name and mailing address**
MATOS, NORMA
182 PACIFIC ST
PATERSON, NJ 7503

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $410.13  **Priority amount** $410.13

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.866** | **Priority creditor's name and mailing address**
MATOS, NORMA
182 PACIFIC ST
PATERSON, NJ 07503

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $38.62  **Priority amount** $38.62

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.867** | **Priority creditor's name and mailing address**
MATOS, NORMA
182 PACIFIC ST
PATERSON, NJ 07503

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $111.83  **Priority amount** $111.83

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.868**   **Priority creditor's name and mailing address**
MATOS, NORMA
182 PACIFIC ST
PATERSON, NJ 07503

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $149.78   **Priority amount** $149.78

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.869**   **Priority creditor's name and mailing address**
MAW, MELISSA
1315 ABBOTT BLVD
FORT LEE, NJ 7024

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $0.00   **Priority amount** $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.870**   **Priority creditor's name and mailing address**
MCCALLUM, TONI ANN
20 BOND ST
NEW HAVEN, CT 6519

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $406.68   **Priority amount** $406.68

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.871**   **Priority creditor's name and mailing address**
MCCALLUM, TONI ANN
20 BOND ST
NEW HAVEN, CT 06519

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $196.84   **Priority amount** $196.84

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.872** | **Priority creditor's name and mailing address**
MCCLURE, SARAH
132 BERGEN CIRCLE
SLATE HILL, NY 10973

**As of the petition filing date, the claim is:**   **$90.45**   **$90.45**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.873** | **Priority creditor's name and mailing address**
MCCLURE, SARAH
132 BERGEN CIRCLE
SLATE HILL, NY 10973

**As of the petition filing date, the claim is:**   **$473.12**   **$473.12**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.874** | **Priority creditor's name and mailing address**
MCCULLOUGH, SYRIA
532 HIGHRIDGE AVE
CLIFFSIDE PARK, NJ 7010

**As of the petition filing date, the claim is:**   **$0.00**   **$0.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.875** | **Priority creditor's name and mailing address**
MCDANIEL, KENYETT
273 MORSEMERE AVE APT 1B
YONKERS, NY 10703

**As of the petition filing date, the claim is:**   **$513.51**   **$513.51**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.876** | **Priority creditor's name and mailing address**
MCDANIEL, KENYETT
273 MORSEMERE AVE APT 1B
YONKERS, NY 10703

**As of the petition filing date, the claim is:**    $108.29    $108.29
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.877** | **Priority creditor's name and mailing address**
MCGETRICK, SAMANTHA
49 BRADLEY DRIVE
EDISON, NJ 8817

**As of the petition filing date, the claim is:**    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.878** | **Priority creditor's name and mailing address**
MCHUGH, LOIS
5 PINEWOOD COURT
SICKLERVILLE, NJ 8081

**As of the petition filing date, the claim is:**    $4,300.00    $4,300.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.879** | **Priority creditor's name and mailing address**
MCHUGH, LOIS
5 PINEWOOD COURT
SICKLERVILLE, NJ 08081

**As of the petition filing date, the claim is:**    $786.40    $786.40
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.880** | **Priority creditor's name and mailing address**
MCLARTY, DINAMARIE
395B HAWKINS RD
CENTEREACH, NY 11720

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $2,769.14    Priority amount: $2,769.14

---

**2.881** | **Priority creditor's name and mailing address**
MCLARTY, DINAMARIE
395B HAWKINS RD
CENTEREACH, NY 11720

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $675.21    Priority amount: $675.21

---

**2.882** | **Priority creditor's name and mailing address**
MCLEAN, ROBIN
154 LAKEWOOD AVE
ROOSEVELT, NY 11575

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $422.01    Priority amount: $422.01

---

**2.883** | **Priority creditor's name and mailing address**
MCLEAN, ROBIN
154 LAKEWOOD AVE
ROOSEVELT, NY 11575

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $332.97    Priority amount: $332.97

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.884**  Priority creditor's name and mailing address
MEA, LAUREN
40 ENNIS DR
HAZLET, NJ 7730

As of the petition filing date, the claim is:          **$0.00**          **$0.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.885**  Priority creditor's name and mailing address
MEDINA, JENNIFER
1179 STUYVESANT AVE APT #4
IRVINGTON, NJ 7111

As of the petition filing date, the claim is:          **$1,355.76**          **$1,355.76**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.886**  Priority creditor's name and mailing address
MEDINA, JENNIFER
1179 STUYVESANT AVE APT #4
IRVINGTON, NJ 07111

As of the petition filing date, the claim is:          **$453.66**          **$453.66**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.887**  Priority creditor's name and mailing address
MEDINA, JENNIFER
1179 STUYVESANT AVE APT #4
IRVINGTON, NJ 07111

As of the petition filing date, the claim is:          **$445.40**          **$445.40**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.888**   **Priority creditor's name and mailing address**
MEDINA, JENNIFER
1179 STUYVESANT AVE APT #4
IRVINGTON, NJ 07111

As of the petition filing date, the claim is:      $217.79          $217.79
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.889**   **Priority creditor's name and mailing address**
MEDINA, JENNIFER
1179 STUYVESANT AVE APT #4
IRVINGTON, NJ 07111

As of the petition filing date, the claim is:      $161.40          $161.40
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.890**   **Priority creditor's name and mailing address**
MEDRANO, YESENIA
5 GROVE SREET APT 2G
PORT CHESTER, NY 10573

As of the petition filing date, the claim is:      $0.00          $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.891**   **Priority creditor's name and mailing address**
MEJIA, RUTH
1505 GREENE AVE 2ND FLOOR
BROOKLYN, NY 11237

As of the petition filing date, the claim is:      $1,865.88          $1,865.88
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                              Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.892**  Priority creditor's name and mailing address
MEJIA, RUTH
1505 GREENE AVE 2ND FLOOR
BROOKLYN, NY 11237

As of the petition filing date, the claim is:      $103.02      $103.02
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.893**  Priority creditor's name and mailing address
MELEK, AURELIA
349 LIBERTY AVE
JERSEY CITY, NJ 7307

As of the petition filing date, the claim is:      $431.28      $431.28
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.894**  Priority creditor's name and mailing address
MELENDEZ, WINTER
102 POPLAR ST
NEW HAVEN, CT 6513

As of the petition filing date, the claim is:      $444.08      $444.08
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.895**  Priority creditor's name and mailing address
MELENDEZ, WINTER
102 POPLAR ST
NEW HAVEN, CT 06513

As of the petition filing date, the claim is:      $223.27      $223.27
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                                  Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.896** | **Priority creditor's name and mailing address**
MENDEZ, FRANCES
119 HILLSBORO AVE
ELMONT, NY 11003

**As of the petition filing date, the claim is:**   $0.00   $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.897** | **Priority creditor's name and mailing address**
MENDEZ, FRANCES
119 HILLSBORO AVE
ELMONT, NY 11003

**As of the petition filing date, the claim is:**   $228.78   $228.78
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.898** | **Priority creditor's name and mailing address**
MENDEZ, FRANCES
119 HILLSBORO AVE
ELMONT, NY 11003

**As of the petition filing date, the claim is:**   $432.16   $432.16
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.899** | **Priority creditor's name and mailing address**
MENDEZ, JILLIAN
5 WILLIAMS AVE
EGG HARBOR TWP, NJ 8234

**As of the petition filing date, the claim is:**   $465.76   $465.76
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| | | Total claim | Priority amount |
|---|---|---|---|

**Part 1:**    Additional Page

---

**2.900**    **Priority creditor's name and mailing address**
MENDEZ, JILLIAN
5 WILLIAMS AVE
EGG HARBOR TWP, NJ 08234

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$210.32    $210.32

---

**2.901**    **Priority creditor's name and mailing address**
MENDEZ, RUTH
195 CANTON STREET APT A4
WEST HAVEN, CT 6516

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$183.00    $183.00

---

**2.902**    **Priority creditor's name and mailing address**
MENDIETHA, SOLANGE
49 MAYBROOK DRIVE
MAYWOOD, NJ 7607

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$315.17    $315.17

---

**2.903**    **Priority creditor's name and mailing address**
MENDIETHA, SOLANGE
49 MAYBROOK DRIVE
MAYWOOD, NJ 07607

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$194.15    $194.15

---

Debtor Name   **Joyce Leslie, Inc.**                                              Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.904**   **Priority creditor's name and mailing address**
MENDIETHA, SOLANGE
49 MAYBROOK DRIVE
MAYWOOD, NJ 07607

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim $61.30   Priority amount $61.30

---

**2.905**   **Priority creditor's name and mailing address**
MENDIETHA, SOLANGE
49 MAYBROOK DRIVE
MAYWOOD, NJ 07607

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim $194.76   Priority amount $194.76

---

**2.906**   **Priority creditor's name and mailing address**
MENDIETHA, SOLANGE
49 MAYBROOK DRIVE
MAYWOOD, NJ 07607

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim $216.08   Priority amount $216.08

---

**2.907**   **Priority creditor's name and mailing address**
MENDIETHA, SOLANGE
49 MAYBROOK DRIVE
MAYWOOD, NJ 07607

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim $724.14   Priority amount $724.14

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.908**  **Priority creditor's name and mailing address**
MENENDEZ, ROSARIO
222 FULTON ST
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $0.00     **Priority amount** $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.909**  **Priority creditor's name and mailing address**
MERCADO, ALESHA
985 PRATT STREET
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $171.28     **Priority amount** $171.28

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.910**  **Priority creditor's name and mailing address**
MERCADO, ALESHA
985 PRATT STREET
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $48.92     **Priority amount** $48.92

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.911**  **Priority creditor's name and mailing address**
MERCADO, LILLIAN
244 TEXAS AVE APT D
BRIDGEPORT, CT 6601

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $665.28     **Priority amount** $665.28

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.912** **Priority creditor's name and mailing address**
MERCADO, LILLIAN
244 TEXAS AVE APT D
BRIDGEPORT, CT 06601

As of the petition filing date, the claim is:   $243.01   $243.01
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.913** **Priority creditor's name and mailing address**
MEROP, RAY
38 ROBERTSON WAY
LINCOLN PARK, NJ 7035

As of the petition filing date, the claim is:   $5,720.00   $5,720.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.914** **Priority creditor's name and mailing address**
MESSADO-MOLEN, DEANA
132 SPRING STREET
WOODBURY, NJ 08090

As of the petition filing date, the claim is:   $209.89   $209.89
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.915** **Priority creditor's name and mailing address**
MESSINA, ANDREA
15 COLONIAL AVENUE
MILFORD, CT 6461

As of the petition filing date, the claim is:   $0.00   $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Debtor Name   **Joyce Leslie, Inc.**                              Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.916**   **Priority creditor's name and mailing address**
MIGHTY, SHOMARI
105 STATE STREET
HACKENSACK, NJ 07601

As of the petition filing date, the claim is:          $185.72          $185.72
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.917**   **Priority creditor's name and mailing address**
MIHALIK, ERICA
22 COMPTON WAY
HAMILTON, NJ 8690

As of the petition filing date, the claim is:          $62.85          $62.85
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.918**   **Priority creditor's name and mailing address**
MIHALIK, ERICA
22 COMPTON WAY
HAMILTON, NJ 08690

As of the petition filing date, the claim is:          $82.19          $82.19
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.919**   **Priority creditor's name and mailing address**
MIHALIK, ERICA
22 COMPTON WAY
HAMILTON, NJ 08690

As of the petition filing date, the claim is:          $159.58          $159.58
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.920** | Priority creditor's name and mailing address
MIHALIK, ERICA
22 COMPTON WAY
HAMILTON, NJ 08690

**As of the petition filing date, the claim is:**   $263.91 | $263.91
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.921** | Priority creditor's name and mailing address
MILLER, DAQUASHA
8 JOHN DANIELS PLACE APT 8
NEW HAVEN, CT 6511

**As of the petition filing date, the claim is:**   $501.44 | $501.44
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.922** | Priority creditor's name and mailing address
MILLER, DAQUASHA
8 JOHN DANIELS PLACE APT 8
NEW HAVEN, CT 06511

**As of the petition filing date, the claim is:**   $302.88 | $302.88
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.923** | Priority creditor's name and mailing address
MILLER, NIJHIA
91 WARNER AVE 2ND FLOOR
JERSEY CITY, NJ 7305

**As of the petition filing date, the claim is:**   $576.74 | $576.74
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| **Part 1:** | Additional Page |
| --- | --- |

| | | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- | --- |

**2.924** | **Priority creditor's name and mailing address**
MILLER, NIJHIA
91 WARNER AVE 2ND FLOOR
JERSEY CITY, NJ 07305

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $100.56        **Priority amount** $100.56

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.925** | **Priority creditor's name and mailing address**
MITCHELL, EVA
2748 N NEWKIRK ST
PHILADELPHIA, PA 19132

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $64.32        **Priority amount** $64.32

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.926** | **Priority creditor's name and mailing address**
MITCHELL, EVA
2748 N NEWKIRK ST
PHILADELPHIA, PA 19132

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $214.74        **Priority amount** $214.74

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.927** | **Priority creditor's name and mailing address**
MITCHELL, EVA
2748 N NEWKIRK ST
PHILADELPHIA, PA 19132

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $133.71        **Priority amount** $133.71

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.928** | **Priority creditor's name and mailing address**
MODICA, LAUREN
8 ELIZABETH PLACE
MANALAPAN, NJ 7726

**As of the petition filing date, the claim is:**             $809.20             $809.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.929** | **Priority creditor's name and mailing address**
MODICA, LAUREN
8 ELIZABETH PLACE
MANALAPAN, NJ 07726

**As of the petition filing date, the claim is:**             $317.46             $317.46
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.930** | **Priority creditor's name and mailing address**
MOHAMAD, SAMIR
58 NORTH 11TH ST APT 1
PATERSON, NJ 7522

**As of the petition filing date, the claim is:**             $550.23             $550.23
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.931** | **Priority creditor's name and mailing address**
MOHAMAD, SAMIR
58 NORTH 11TH ST APT 1
PATERSON, NJ 07522

**As of the petition filing date, the claim is:**             $223.55             $223.55
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.932** | **Priority creditor's name and mailing address**
MOHAMMED, PARISA
172 BERGEN STREET
WOODBRIDGE, NJ 7095

**As of the petition filing date, the claim is:**    $436.86    $436.86
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.933** | **Priority creditor's name and mailing address**
MOLINA, GENNYLIZ
4601 HURLEY ST
PHILADELPHIA, PA 19120

**As of the petition filing date, the claim is:**    $575.45    $575.45
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.934** | **Priority creditor's name and mailing address**
MOLINA, GENNYLIZ
4601 HURLEY ST
PHILADELPHIA, PA 19120

**As of the petition filing date, the claim is:**    $247.71    $247.71
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.935** | **Priority creditor's name and mailing address**
MOLINA, MADELINE
4325 WALN STREET
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**    $331.52    $331.52
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.936**  **Priority creditor's name and mailing address**
MOLINA, MADELINE
4325 WALN STREET
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**                $188.82                $188.82
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.937**  **Priority creditor's name and mailing address**
MOLNAR, FRANCISCA
33 LA BONNE VIE DR APT F
PATCHOGUE, NY 11772

**As of the petition filing date, the claim is:**                $2,778.75                $2,778.75
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.938**  **Priority creditor's name and mailing address**
MOLNAR, FRANCISCA
33 LA BONNE VIE DR APT F
PATCHOGUE, NY 11772

**As of the petition filing date, the claim is:**                $153.11                $153.11
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.939**  **Priority creditor's name and mailing address**
MONEGO, JANET
2 STEVENS ROAD APT 13
WALLINGTON, NJ 7057

**As of the petition filing date, the claim is:**                $891.00                $891.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |

**2.940**   **Priority creditor's name and mailing address**
MONEGO, JANET
2 STEVENS ROAD
WALLINGTON, NJ 07057

As of the petition filing date, the claim is:        $86.19        $86.19
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.941**   **Priority creditor's name and mailing address**
MONTOYA, ODALY
7 DEKALB AVE
BRENTWOOD, NY 11717

As of the petition filing date, the claim is:        $536.99        $536.99
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.942**   **Priority creditor's name and mailing address**
MONTOYA, ODALY
7 DEKALB AVE
BRENTWOOD, NY 11717

As of the petition filing date, the claim is:        $421.92        $421.92
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.943**   **Priority creditor's name and mailing address**
MOORE, KENNA
25 TYLER RD
OCEAN VIEW, NJ 8230

As of the petition filing date, the claim is:        $599.83        $599.83
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

Basis for the claim:
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.944**  Priority creditor's name and mailing address
MOORE, KENNA
25 TYLER RD
OCEAN VIEW, NJ 08230

As of the petition filing date, the claim is:          **$505.26**          **$505.26**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.945**  Priority creditor's name and mailing address
MOORE, SABRINA
85 EDGEWATER PLACE APT 2A
EDGEWATER, NJ 7020

As of the petition filing date, the claim is:          **$111.10**          **$111.10**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.946**  Priority creditor's name and mailing address
MOORE, SABRINA
85 EDGEWATER PLACE APT 2A
EDGEWATER, NJ 07020

As of the petition filing date, the claim is:          **$246.40**          **$246.40**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.947**  Priority creditor's name and mailing address
MORALES, ALEXIS
742 E FAIRVIEW ST
BETHLEHEM, PA 18018

As of the petition filing date, the claim is:          **$126.02**          **$126.02**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

| | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.948** | Priority creditor's name and mailing address
MORALES, ALEXIS
742 E FAIRVIEW ST
BETHLEHEM, PA 18018

As of the petition filing date, the claim is: **$146.09** **$146.09**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**2.949** | Priority creditor's name and mailing address
MORALES, KARLA
913 E FRONT STREET APT C
PLAINFIELD, NJ 7062

As of the petition filing date, the claim is: **$363.32** **$363.32**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**2.950** | Priority creditor's name and mailing address
MORALES, KARLA
913 E FRONT STREET APT C
PLAINFIELD, NJ 07062

As of the petition filing date, the claim is: **$80.78** **$80.78**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**2.951** | Priority creditor's name and mailing address
MORALES, KARLA
913 E FRONT STREET APT C
PLAINFIELD, NJ 07062

As of the petition filing date, the claim is: **$93.11** **$93.11**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.952**   Priority creditor's name and mailing address
MORALES, KARLA
913 E FRONT STREET APT C
PLAINFIELD, NJ 07062

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

Total claim $70.14    Priority amount $70.14

---

**2.953**   Priority creditor's name and mailing address
MORALES, KARLA
913 E FRONT STREET APT C
PLAINFIELD, NJ 07062

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

Total claim $99.16    Priority amount $99.16

---

**2.954**   Priority creditor's name and mailing address
MORALES, MAGGIE
81 GRANT STREET
FREEPORT, NY 11520

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

Total claim $441.42    Priority amount $441.42

---

**2.955**   Priority creditor's name and mailing address
MORALES, MAGGIE
81 GRANT STREET
FREEPORT, NY 11520

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

Total claim $233.60    Priority amount $233.60

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.956** | **Priority creditor's name and mailing address**
MORAN, SAMANTHA
132 STARLIGHT ROAD
HOWELL, NJ 7731

As of the petition filing date, the claim is:    **$1,106.27**    **$1,106.27**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.957** | **Priority creditor's name and mailing address**
MORAN, SAMANTHA
132 STARLIGHT ROAD
HOWELL, NJ 07731

As of the petition filing date, the claim is:    **$253.29**    **$253.29**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.958** | **Priority creditor's name and mailing address**
MORENO, JASON
130 OVERLOOK AVE APT 8G
HACKENSACK, NJ 7601

As of the petition filing date, the claim is:    **$7,692.32**    **$7,692.32**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.959** | **Priority creditor's name and mailing address**
MORIN, ANA
657 CHESTNUT ST
KEARNY, NJ 7032

As of the petition filing date, the claim is:    **$957.60**    **$957.60**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.960** | Priority creditor's name and mailing address
MORNING, KHADIJAH
23 FELWAY DRIVE
CORAM, NY 11727

**As of the petition filing date, the claim is:**    $676.25    $676.25
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.961** | Priority creditor's name and mailing address
MORNING, KHADIJAH
23 FELWAY DRIVE
CORAM, NY 11727

**As of the petition filing date, the claim is:**    $202.82    $202.82
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.962** | Priority creditor's name and mailing address
MORTELLARO, THOMAS
509 ROSEWOOD DRIVE
NORTHAMPTON, PA 18067

**As of the petition filing date, the claim is:**    $3,846.16    $3,846.16
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.963** | Priority creditor's name and mailing address
MOSELY, VERONICA
311 LIBERTY PARK DR
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

## Part 1:    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.964**  **Priority creditor's name and mailing address**
MOSELY, VERONICA
311 LIBERTY PARK DR
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**          $17.20          $17.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.965**  **Priority creditor's name and mailing address**
MOTHERSIL, THATYANA
338 E CLINTON AVE
ROOSEVELT, NY 11575

**As of the petition filing date, the claim is:**          $69.48          $69.48
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.966**  **Priority creditor's name and mailing address**
MOTHERSIL, THATYANA
338 E CLINTON AVE
ROOSEVELT, NY 11575

**As of the petition filing date, the claim is:**          $116.26          $116.26
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.967**  **Priority creditor's name and mailing address**
MUNOZ, MARIA
536 CENTRAL AVENUE
BETHPAGE, NY 11714

**As of the petition filing date, the claim is:**          $219.54          $219.54
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.968**   **Priority creditor's name and mailing address**
MUNOZ, MARIA
536 CENTRAL AVENUE
BETHPAGE, NY 11714

**As of the petition filing date, the claim is:**    $220.89    $220.89
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.969**   **Priority creditor's name and mailing address**
MUNOZ, MARIA
536 CENTRAL AVENUE
BETHPAGE, NY 11714

**As of the petition filing date, the claim is:**    $213.53    $213.53
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.970**   **Priority creditor's name and mailing address**
MURRAY, ALZANAIA
978 KENYON AVE
PLAINFIELD, NJ 7060

**As of the petition filing date, the claim is:**    $89.41    $89.41
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.971**   **Priority creditor's name and mailing address**
MURRAY, ALZANAIA
978 KENYON AVE
PLAINFIELD, NJ 07060

**As of the petition filing date, the claim is:**    $84.34    $84.34
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.972**  **Priority creditor's name and mailing address**
MYERS, LEXUS
4B WADLEY STREET APT 4B
NEW HAVEN, CT 6515

**As of the petition filing date, the claim is:**    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.973**  **Priority creditor's name and mailing address**
NAGRA, GURLENE
50 HAMPTON CT
MAYWOOD, NJ 7607

**As of the petition filing date, the claim is:**    $522.74    $522.74
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.974**  **Priority creditor's name and mailing address**
NAGRA, GURLENE
50 HAMPTON CT
MAYWOOD, NJ 07607

**As of the petition filing date, the claim is:**    $104.43    $104.43
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

---

**2.975**  **Priority creditor's name and mailing address**
NAGRA, GURLENE
50 HAMPTON CT
MAYWOOD, NJ 07607

**As of the petition filing date, the claim is:**    $49.37    $49.37
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (         )

Debtor Name    **Joyce Leslie, Inc.**                                        Case number (if known): **16-22035**

| **Part 1:** | Additional Page |

|  | | **Total claim** | **Priority amount** |

**2.976** | **Priority creditor's name and mailing address**
NAGRA, GURLENE
50 HAMPTON CT
MAYWOOD, NJ 07607

**As of the petition filing date, the claim is:**                    $215.53            $215.53
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.977** | **Priority creditor's name and mailing address**
NAGRA, GURLENE
50 HAMPTON CT
MAYWOOD, NJ 07607

**As of the petition filing date, the claim is:**                    $224.70            $224.70
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.978** | **Priority creditor's name and mailing address**
NAGRA, GURLENE
50 HAMPTON CT
MAYWOOD, NJ 07607

**As of the petition filing date, the claim is:**                    $153.27            $153.27
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.979** | **Priority creditor's name and mailing address**
NAGRA, GURLENE
50 HAMPTON CT
MAYWOOD, NJ 07607

**As of the petition filing date, the claim is:**                    $143.08            $143.08
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

| Part 1: | Additional Page |
| --- | --- |

| | | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- | --- |

**2.980**  **Priority creditor's name and mailing address**
NAJARRO, OLANDA
27 LACEBARK LN
MEDFORD, NY 11763

As of the petition filing date, the claim is:    $1,711.71    $1,711.71
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.981**  **Priority creditor's name and mailing address**
NAJARRO, OLANDA
27 LACEBARK LN
MEDFORD, NY 11763

As of the petition filing date, the claim is:    $210.03    $210.03
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.982**  **Priority creditor's name and mailing address**
NARANJO, LUCIA
375 S. 16TH STREET
LINDENHURST, NY 11757

As of the petition filing date, the claim is:    $665.40    $665.40
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.983**  **Priority creditor's name and mailing address**
NARCISSE, JUSTINE
425 FERRARIS ST
COPIAGUE, NY 11726

As of the petition filing date, the claim is:    $512.16    $512.16
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.984** **Priority creditor's name and mailing address**
NDIAYE, ANNA
5 NORTH HIGH STREET
ELMSFORD, NY 10523

**As of the petition filing date, the claim is:**    $744.52    $744.52
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.985** **Priority creditor's name and mailing address**
NDIAYE, ANNA
5 NORTH HIGH STREET
ELMSFORD, NY 10523

**As of the petition filing date, the claim is:**    $216.62    $216.62
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.986** **Priority creditor's name and mailing address**
NEAL, KAREN
1771 OLD YORK ROAD
ABINGTON, PA 19001

**As of the petition filing date, the claim is:**    $3,661.52    $3,661.52
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.987** **Priority creditor's name and mailing address**
NEAL, KAREN
1771 OLD YORK ROAD
ABINGTON, PA 19001

**As of the petition filing date, the claim is:**    $678.51    $678.51
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

Debtor Name    **Joyce Leslie, Inc.**                              Case number (if known): **16-22035**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |

**2.988** **Priority creditor's name and mailing address**
NEAL, KAREN
1771 OLD YORK ROAD
ABINGTON, PA 19001

As of the petition filing date, the claim is:    $30.35    $30.35
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**2.989** **Priority creditor's name and mailing address**
NEIGER, RACHAEL
410 RT 211 WEST
MIDDLETOWN, NY 10940

As of the petition filing date, the claim is:    $478.03    $478.03
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**2.990** **Priority creditor's name and mailing address**
NEIGER, RACHAEL
410 RT 211 WEST
MIDDLETOWN, NY 10940

As of the petition filing date, the claim is:    $57.81    $57.81
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**2.991** **Priority creditor's name and mailing address**
NETTLER, YANELA SILVANA
56 HARTSHORE WAY
PARLIN, NJ 8859

As of the petition filing date, the claim is:    $954.81    $954.81
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                        Case number (if known): **16-22035**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.992**  Priority creditor's name and mailing address
NETTLER, YANELA SILVANA
56 HARTSHORE WAY
PARLIN, NJ 08859

As of the petition filing date, the claim is:                    $250.70                $250.70
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a) (        )

---

**2.993**  Priority creditor's name and mailing address
NEW JERSEY - DIV. OF TAXATION
W STATE & WILLOW
TRENTON, NJ 08646

As of the petition filing date, the claim is:                    $12,694.49            $12,694.49
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
SALES TAX

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a) (        )

---

**2.994**  Priority creditor's name and mailing address
NEW YORK STATE - DIV. OF TAX & FIN
P.O. BOX 5300
ALBANY, NY 12205

As of the petition filing date, the claim is:                    $37,188.64            $37,188.64
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
SALES TAX

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a) (        )

---

**2.995**  Priority creditor's name and mailing address
NIEVES, DEZIREE
48 HIGHLAND AVE APT 437
BRIDGEPORT, CT 6604

As of the petition filing date, the claim is:                    $689.05                $689.05
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a) (        )

---

Debtor Name   **Joyce Leslie, Inc.**                                              Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
|---|---|

|  | | **Total claim** | **Priority amount** |

**2.996** | Priority creditor's name and mailing address
NIEVES, DEZIREE
48 HIGHLAND AVE APT 437
BRIDGEPORT, CT 06604

As of the petition filing date, the claim is:          $144.59          $144.59
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.997** | Priority creditor's name and mailing address
NIEVES, JULIA
434 SUMMER AVENUE
NEWARK, NJ 7104

As of the petition filing date, the claim is:          $936.00          $936.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.998** | Priority creditor's name and mailing address
NIEVES, JULIA
434 SUMMER AVENUE
NEWARK, NJ 07104

As of the petition filing date, the claim is:          $471.60          $471.60
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.999** | Priority creditor's name and mailing address
NIEVES, VANESSA
9 COOLIDGE AVE APT A
EDISON, NJ 8837

As of the petition filing date, the claim is:          $0.00          $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1000** **Priority creditor's name and mailing address**
NIEVES-MATOS, CARLINA
11 FERN AVE APT B
WHARTON, NJ 7885

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $349.95     Priority amount: $349.95

---

**2.1001** **Priority creditor's name and mailing address**
NIEVES-MATOS, CARLINA
11 FERN AVE APT B
WHARTON, NJ 07885

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $158.78     Priority amount: $158.78

---

**2.1002** **Priority creditor's name and mailing address**
NOBLE, TEISHA
1220 W LINDLEY AVE APT 302
PHILADELPHIA, PA 19141

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $428.19     Priority amount: $428.19

---

**2.1003** **Priority creditor's name and mailing address**
NOBLE, TEISHA
1220 W LINDLEY AVE APT 302
PHILADELPHIA, PA 19141

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $132.91     Priority amount: $132.91

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

---

**2.1004**

**Priority creditor's name and mailing address**
NORAKO, VICTORIA
1011 FRONT STREET
UNIONDALE, NY 11553

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Total claim: $424.14    Priority amount: $424.14

---

**2.1005**

**Priority creditor's name and mailing address**
NORAKO, VICTORIA
1011 FRONT STREET
UNIONDALE, NY 11553

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Total claim: $135.83    Priority amount: $135.83

---

**2.1006**

**Priority creditor's name and mailing address**
NOTARO, VERONICA
4009 COTTONWOOD AVE
EGG HARBOR TWP, NJ 8234

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Total claim: $725.60    Priority amount: $725.60

---

**2.1007**

**Priority creditor's name and mailing address**
NOTARO, VERONICA
4009 COTTONWOOD AVE
EGG HARBOR TWP, NJ 08234

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Total claim: $265.88    Priority amount: $265.88

---

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1008**   **Priority creditor's name and mailing address**
NOURELDEEN, SARAH
845 DURHAM RD
EAST MEADOW, NY 11554

As of the petition filing date, the claim is:   $68.22   $68.22
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1009**   **Priority creditor's name and mailing address**
NOURELDEEN, SARAH
845 DURHAM RD
EAST MEADOW, NY 11554

As of the petition filing date, the claim is:   $172.93   $172.93
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1010**   **Priority creditor's name and mailing address**
NYC DEPT. OF FINANCE
PO BOX 680
BROOKLYN BLOCK 6347, LOT59
NEWARK, NJ 07101-0680

As of the petition filing date, the claim is:   $990.24   $990.24
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
REAL ESTATE TAX
STORE # 41

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1011**   **Priority creditor's name and mailing address**
NYC DEPT. OF FINANCE
PO BOX 680
QUEENS BLOCK 4974, LOTS 42/45
NEWARK, NJ 07101-0680

As of the petition filing date, the claim is:   $2,507.83   $2,507.83
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
REAL ESTATE TAX
STORE # 82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1012** **Priority creditor's name and mailing address**
O'BRIEN, ALEXANDRA
290 ECHELON RD
VOORHEES, NJ 8043

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$253.84          $253.84

---

**2.1013** **Priority creditor's name and mailing address**
O'BRIEN, ALEXANDRA
290 ECHELON RD
VOORHEES, NJ 08043

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$216.73          $216.73

---

**2.1014** **Priority creditor's name and mailing address**
O'NEILL, BRITTANY
435 OAK AVENUE
DEPTFORD, NJ 8096

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$111.71          $111.71

---

**2.1015** **Priority creditor's name and mailing address**
O'NEILL, BRITTANY
435 OAK AVENUE
DEPTFORD, NJ 08096

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$126.91          $126.91

---

| **Part 1:** | **Additional Page** |
|---|---|

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1016**  **Priority creditor's name and mailing address**
O'REILLY, CHERYL
85 STONYRIDGE DR
LINCOLN PARK, NJ 7035

**As of the petition filing date, the claim is:**    $5,723.53    $5,723.53
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1017**  **Priority creditor's name and mailing address**
OEST-GAGLIANO, KAYLA
1441 5TH ST
WEST BABYLON, NY 11704

**As of the petition filing date, the claim is:**    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1018**  **Priority creditor's name and mailing address**
OGANISYAN, MARIAM
80 UNION BLVD
WALLINGTON, NJ 7057

**As of the petition filing date, the claim is:**    $573.88    $573.88
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1019**  **Priority creditor's name and mailing address**
OGANISYAN, MARIAM
80 UNION BLVD
WALLINGTON, NJ 07057

**As of the petition filing date, the claim is:**    $169.63    $169.63
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---------|-----------------|

|  | **Total claim** | **Priority amount** |
|--|--|--|

**2.1020**   **Priority creditor's name and mailing address**
OGBU, ESTHER
3B FRANKLIN CT
TARRYTOWN, NY 10591

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim $475.72   Priority amount $475.72

---

**2.1021**   **Priority creditor's name and mailing address**
OGBU, ESTHER
3B FRANKLIN CT
TARRYTOWN, NY 10591

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim $252.39   Priority amount $252.39

---

**2.1022**   **Priority creditor's name and mailing address**
OLIVA, BRENDA
56 DEVON RD
HEMPSTEAD, NY 11550

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim $691.58   Priority amount $691.58

---

**2.1023**   **Priority creditor's name and mailing address**
OLIVA, BRENDA
56 DEVON RD
HEMPSTEAD, NY 11550

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim $248.10   Priority amount $248.10

Debtor Name   **Joyce Leslie, Inc.**                                             Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1024**   **Priority creditor's name and mailing address**
OLIVEIRA, CARLA
1504 RUSTIC DRIVE APT. #10
OCEAN, NJ 7712

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim **$3,000.00**   Priority amount **$3,000.00**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1025**   **Priority creditor's name and mailing address**
OLIVEIRA, CARLA
1504 RUSTIC DRIVE APT. #10
OCEAN, NJ 07712

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim **$174.94**   Priority amount **$174.94**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1026**   **Priority creditor's name and mailing address**
ORLAS, NATALIA
36 JACKSON AVE
DOVER, NJ 7801

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim **$1,058.80**   Priority amount **$1,058.80**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1027**   **Priority creditor's name and mailing address**
ORLAS, NATALIA
36 JACKSON AVE
DOVER, NJ 07801

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim **$294.78**   Priority amount **$294.78**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |

**2.1028** **Priority creditor's name and mailing address**
ORNEGRI, MADELINE
14 BOLTEN PLACE
BLOOMFIELD, NJ 7003

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$4,869.24          $4,869.24

**2.1029** **Priority creditor's name and mailing address**
ORTIZ, CARLOS
13 LAWRIE AVE
HOPATCONG, NJ 7843

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$5,499.96          $5,499.96

**2.1030** **Priority creditor's name and mailing address**
ORTIZ, CARLOS
13 LAWRIE AVE
HOPATCONG, NJ 07843

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$184.43          $184.43

**2.1031** **Priority creditor's name and mailing address**
ORTIZ, KYNAISHA
124B MYRTLE AVE
PASSAIC, NJ 7055

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$443.30          $443.30

Debtor Name    **Joyce Leslie, Inc.**                                        Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
|---|---|

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1032**  **Priority creditor's name and mailing address**
ORTIZ, KYNAISHA
124B MYRTLE AVE
PASSAIC, NJ 07055

**As of the petition filing date, the claim is:**                    $76.68            $76.68
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1033**  **Priority creditor's name and mailing address**
ORTIZ-MATTEY, UNIQUE
32 3RD ST
MIDDLETOWN, NY 10940

**As of the petition filing date, the claim is:**                    $86.58            $86.58
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1034**  **Priority creditor's name and mailing address**
ORTIZ-MATTEY, UNIQUE
32 3RD ST
MIDDLETOWN, NY 10940

**As of the petition filing date, the claim is:**                    $92.00            $92.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1035**  **Priority creditor's name and mailing address**
ORTIZ-MATTEY, UNIQUE
32 3RD ST
MIDDLETOWN, NY 10940

**As of the petition filing date, the claim is:**                    $135.56          $135.56
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1036** Priority creditor's name and mailing address
PABON, FELIX
5701-BLVD EAST APT 11H
WEST NEW YORK, NJ 7093

As of the petition filing date, the claim is: $1,474.00  $1,474.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

**2.1037** Priority creditor's name and mailing address
PADILLA, ANGELIQUE
610 S 6TH ST
CAMDEN, NJ 8103

As of the petition filing date, the claim is: $0.00  $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

**2.1038** Priority creditor's name and mailing address
PADRON, SHIRLEY
894 MARCELLA ST
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is: $526.00  $526.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

**2.1039** Priority creditor's name and mailing address
PADRON, SHIRLEY
894 MARCELLA ST
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is: $1.97  $1.97
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.1040** Priority creditor's name and mailing address
PALACIO, FABIO
294 SOUTH WASHINGTON AVE APT108
BERGENFIELD, NJ 7621

As of the petition filing date, the claim is:   **$2,190.00**   **$2,190.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

**2.1041** Priority creditor's name and mailing address
PANDOLAS, MARYANN
13 HEATHER LANE
MIDDLETOWN, NY 10940

As of the petition filing date, the claim is:   **$5,146.12**   **$5,146.12**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

**2.1042** Priority creditor's name and mailing address
PANDOLAS, MARYANN
13 HEATHER LANE
MIDDLETOWN, NY 10940

As of the petition filing date, the claim is:   **$1,067.57**   **$1,067.57**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

**2.1043** Priority creditor's name and mailing address
PANGOULIDIS, OURANIA
21-21 78TH STREET APT C-1
EAST ELMHURST, NY 11370

As of the petition filing date, the claim is:   **$679.06**   **$679.06**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**     Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1044** | **Priority creditor's name and mailing address**
PANGOULIDIS, OURANIA
21-21 78TH STREET APT C-1
EAST ELMHURST, NY 11370

As of the petition filing date, the claim is:      $211.01     $211.01

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1045** | **Priority creditor's name and mailing address**
PANTRY, CHANIAH
1067 CAMPBELL AVE
WEST HAVEN, CT 6516

As of the petition filing date, the claim is:      $0.00     $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1046** | **Priority creditor's name and mailing address**
PARKER, CHRISTOPHER
279 CLARK STREET A-9
HACKENSACK, NJ 7601

As of the petition filing date, the claim is:      $2,596.14     $2,596.14

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1047** | **Priority creditor's name and mailing address**
PARKER, DEACQUANITA
53 STRONG STREET
HICKSVILLE, NY 11801

As of the petition filing date, the claim is:      $2,122.50     $2,122.50

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

| | | | **Total claim** | **Priority amount** |

**2.1048** | Priority creditor's name and mailing address
PARKER, DEACQUANITA
53 STRONG STREET
HICKSVILLE, NY 11801

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Is the claim subject to offset?
[✓] No
[ ] Yes

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

**Total claim** $139.44    **Priority amount** $139.44

---

**2.1049** | Priority creditor's name and mailing address
PARRIS, ANDREA
334 CONTRY CLUB LA
POMONA, NY 10970

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Is the claim subject to offset?
[✓] No
[ ] Yes

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

**Total claim** $3,200.00    **Priority amount** $3,200.00

---

**2.1050** | Priority creditor's name and mailing address
PARRIS, ANDREA
334 CONTRY CLUB LA
POMONA, NY 10970

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Is the claim subject to offset?
[✓] No
[ ] Yes

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

**Total claim** $636.69    **Priority amount** $636.69

---

**2.1051** | Priority creditor's name and mailing address
PASCARELLA, AMBER
1925 OAKDALE RD
TOMS RIVER, NJ 8753

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Is the claim subject to offset?
[✓] No
[ ] Yes

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

**Total claim** $555.09    **Priority amount** $555.09

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1052** | **Priority creditor's name and mailing address**
PASCARELLA, AMBER
1925 OAKDALE RD
TOMS RIVER, NJ 08753

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $196.16    **Priority amount** $196.16

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.1053** | **Priority creditor's name and mailing address**
PASSO, BRITTANY
164 HAVEN LANE
LEVITTOWN, NY 11756

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $435.21    **Priority amount** $435.21

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.1054** | **Priority creditor's name and mailing address**
PASSO, BRITTANY
164 HAVEN LANE
LEVITTOWN, NY 11756

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $118.60    **Priority amount** $118.60

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.1055** | **Priority creditor's name and mailing address**
PASTORE, SHANNON
7331 SHISLER ST.
PHILADELPHIA, PA 19111

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $574.60    **Priority amount** $574.60

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---------|-----------------|

|  | | | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.1056**  **Priority creditor's name and mailing address**
PASTORE, SHANNON
7331 SHISLER ST.
PHILADELPHIA, PA 19111

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$228.12**      Priority amount: **$228.12**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

---

**2.1057**  **Priority creditor's name and mailing address**
PASTORE, SHANNON
7331 SHISLER ST.
PHILADELPHIA, PA 19111

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$320.27**      Priority amount: **$320.27**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

---

**2.1058**  **Priority creditor's name and mailing address**
PATEMAN, SKYLER
40 ST MARYS PL
DENVILLE, NJ 7834

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$96.05**      Priority amount: **$96.05**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

---

**2.1059**  **Priority creditor's name and mailing address**
PATEMAN, SKYLER
40 ST MARYS PL
DENVILLE, NJ 07834

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$130.61**      Priority amount: **$130.61**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (       )

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1060** | **Priority creditor's name and mailing address**
PATTON, MARINA
119 COUNTRY FARMS RD
MARLTON, NJ 8053

**As of the petition filing date, the claim is:**          $668.34          $668.34
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1061** | **Priority creditor's name and mailing address**
PATTON, MARINA
119 COUNTRY FARMS RD
MARLTON, NJ 08053

**As of the petition filing date, the claim is:**          $243.55          $243.55
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1062** | **Priority creditor's name and mailing address**
PAULIN, SARAH
191 CLINTON AVE
NEW HAVEN, CT 6513

**As of the petition filing date, the claim is:**          $1,343.16          $1,343.16
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1063** | **Priority creditor's name and mailing address**
PAULIN, SARAH
191 CLINTON AVE
NEW HAVEN, CT 06513

**As of the petition filing date, the claim is:**          $131.38          $131.38
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**Part 1:** Additional Page

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1064** Priority creditor's name and mailing address
PAULINO, KAYLA
1306 EAST 224TH ST APT 3
BRONX, NY 10466

As of the petition filing date, the claim is:    $117.45    $117.45
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (            )

---

**2.1065** Priority creditor's name and mailing address
PAULINO, KAYLA
1306 EAST 224TH ST APT 3
BRONX, NY 10466

As of the petition filing date, the claim is:    $145.47    $145.47
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (            )

---

**2.1066** Priority creditor's name and mailing address
PAULINO, KAYLA
1306 EAST 224TH ST APT 3
BRONX, NY 10466

As of the petition filing date, the claim is:    $151.04    $151.04
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (            )

---

**2.1067** Priority creditor's name and mailing address
PEARSON, CARLA
8480 LIMEKILN PIKE APT 126-3
WYNCOTE, PA 19095

As of the petition filing date, the claim is:    $2,588.45    $2,588.45
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (            )

**Part 1:**    Additional Page

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1068**  **Priority creditor's name and mailing address**
PEARSON, CARLA
8480 LIMEKILN PIKE APT 126-3
WYNCOTE, PA 19095

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $90.09    Priority amount: $90.09

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1069**  **Priority creditor's name and mailing address**
PENA, KIANA
41 ARMSTRONG AVE APT 1
JERSEY CITY, NJ 7305

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $58.38    Priority amount: $58.38

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1070**  **Priority creditor's name and mailing address**
PENA, KIANA
41 ARMSTRONG AVE APT 1
JERSEY CITY, NJ 07305

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $122.07    Priority amount: $122.07

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1071**  **Priority creditor's name and mailing address**
PENA, SEBASTIAN
1411-6TH ST APT 2
NORTH BERGEN, NJ 7047

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $840.00    Priority amount: $840.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

## Part 1:   Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1072**   **Priority creditor's name and mailing address**
PENA, SEBASTIAN
1411-6TH ST
NORTH BERGEN, NJ 07047

**As of the petition filing date, the claim is:**   $125.34   $125.34
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1073**   **Priority creditor's name and mailing address**
PENSABENE, DANIELLE
106 BARK ST
TOMS RIVER, NJ 8753

**As of the petition filing date, the claim is:**   $106.68   $106.68
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1074**   **Priority creditor's name and mailing address**
PENSABENE, DANIELLE
106 BARK ST
TOMS RIVER, NJ 08753

**As of the petition filing date, the claim is:**   $243.37   $243.37
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1075**   **Priority creditor's name and mailing address**
PENSON, MARIE
P.O BOX 201
LAKEWOOD, NJ 8701

**As of the petition filing date, the claim is:**   $474.89   $474.89
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**      Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.1076** | **Priority creditor's name and mailing address**
PENSON, MARIE
P.O BOX 201
LAKEWOOD, NJ 08701

**As of the petition filing date, the claim is:**    $172.09    $172.09
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

---

**2.1077** | **Priority creditor's name and mailing address**
PENZA, KIM
12510 QUEENS BLVD APT 503
KEW GARDENS, NY 11415

**As of the petition filing date, the claim is:**    $2,769.24    $2,769.24
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

---

**2.1078** | **Priority creditor's name and mailing address**
PENZA, KIM
12510 QUEENS BLVD APT 503
KEW GARDENS, NY 11415

**As of the petition filing date, the claim is:**    $649.05    $649.05
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

---

**2.1079** | **Priority creditor's name and mailing address**
PERALTA, JOHANNA
1009 14TH ST
WEST BABYLON, NY 11704

**As of the petition filing date, the claim is:**    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( )

---

Debtor Name     **Joyce Leslie, Inc.**                                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1080** | **Priority creditor's name and mailing address**
PERALTA, JOHANNA
1009 14TH ST
WEST BABYLON, NY 11704

**As of the petition filing date, the claim is:**          $652.90          $652.90

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1081** | **Priority creditor's name and mailing address**
PEREZ DIAZ, ROSA
7029 65TH PLACE APT. 2R
GLENDALE, NY 11385

**As of the petition filing date, the claim is:**          $0.00          $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1082** | **Priority creditor's name and mailing address**
PEREZ, JULIA
30 EAST ELM ST APT 2D
LINDEN, NJ 7036

**As of the petition filing date, the claim is:**          $1,408.32          $1,408.32

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1083** | **Priority creditor's name and mailing address**
PEREZ, JULIA
30 EAST ELM ST APT 2D
LINDEN, NJ 07036

**As of the petition filing date, the claim is:**          $167.33          $167.33

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.1084** | **Priority creditor's name and mailing address**
PEREZ, NICOLE
913 W HAMILTON ST APT# 3A
ALLENTOWN, PA 18104

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $1,141.90       **Priority amount** $1,141.90

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1085** | **Priority creditor's name and mailing address**
PEREZ, NICOLE
913 W HAMILTON ST APT# 3A
ALLENTOWN, PA 18104

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $109.69       **Priority amount** $109.69

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1086** | **Priority creditor's name and mailing address**
PEREZ, RANYELY
154 S MAIN ST APT 2
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $613.24       **Priority amount** $613.24

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1087** | **Priority creditor's name and mailing address**
PEREZ, RANYELY
154 S MAIN ST APT 2
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $169.42       **Priority amount** $169.42

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| Part 1: | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1088** Priority creditor's name and mailing address
PEREZ, ROCHELLE
750 MARYS DR
BRICK, NJ 8723

As of the petition filing date, the claim is:   **$1,069.50**   **$1,069.50**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

**2.1089** Priority creditor's name and mailing address
PEREZ, ROCHELLE
750 MARYS DR
BRICK, NJ 08723

As of the petition filing date, the claim is:   **$232.66**   **$232.66**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

**2.1090** Priority creditor's name and mailing address
PERNICE, CARMELA
45 DEER LANE
WANTAGH, NY 11793

As of the petition filing date, the claim is:   **$2,643.75**   **$2,643.75**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

**2.1091** Priority creditor's name and mailing address
PERNICE, CARMELA
45 DEER LANE
WANTAGH, NY 11793

As of the petition filing date, the claim is:   **$203.49**   **$203.49**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

Debtor Name   **Joyce Leslie, Inc.**                                             Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1092**  **Priority creditor's name and mailing address**

PERRETTA, JANET
217 E. SIXTH STREET
CLIFTON, NJ 7011

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $5,330.83    **Priority amount** $5,330.83

---

**2.1093**  **Priority creditor's name and mailing address**

PERRY, TERRESA
101 E GURGAS LN
PHILADELPHIA, PA 19119

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $0.00    **Priority amount** $0.00

---

**2.1094**  **Priority creditor's name and mailing address**

PERRY, TERRESA
101 E GURGAS LN
PHILADELPHIA, PA 19119

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $38.43    **Priority amount** $38.43

---

**2.1095**  **Priority creditor's name and mailing address**

PERRY, VANESSA
244 SCOTT ROAD APT 2
WATERBURY, CT 6705

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $3,742.32    **Priority amount** $3,742.32

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

---

**2.1096** **Priority creditor's name and mailing address**
PERRY, VANESSA
244 SCOTT ROAD APT 2
WATERBURY, CT 06705

**As of the petition filing date, the claim is:** $791.46    $791.46

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1097** **Priority creditor's name and mailing address**
PESANTEZ, ROSA
5 GROVE ST APT 2D
PORT CHESTER, NY 10573

**As of the petition filing date, the claim is:** $570.10    $570.10

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1098** **Priority creditor's name and mailing address**
PESANTEZ, ROSA
5 GROVE ST APT 2D
PORT CHESTER, NY 10573

**As of the petition filing date, the claim is:** $149.03    $149.03

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1099** **Priority creditor's name and mailing address**
PETERKIN, SANCIA
1061 EAST 59TH STREET APT 1
BROOKLYN, NY 11234

**As of the petition filing date, the claim is:** $670.37    $670.37

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

| Part 1: | Additional Page |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1100** Priority creditor's name and mailing address
PETERKIN, SANCIA
1061 EAST 59TH STREET APT 1
BROOKLYN, NY 11234

As of the petition filing date, the claim is:    $169.65    $169.65
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1101** Priority creditor's name and mailing address
PETRAKIS, ALEXIS
206 VAN BUREN AVE
GLASSBORO, NJ 8028

As of the petition filing date, the claim is:    $435.18    $435.18
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1102** Priority creditor's name and mailing address
PETRAKIS, ALEXIS
206 VAN BUREN AVE
GLASSBORO, NJ 08028

As of the petition filing date, the claim is:    $133.85    $133.85
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1103** Priority creditor's name and mailing address
PHAGOO, KAMALWATTIE
1515 WEST 7TH ST
SOUTH PLAINFIELD, NJ 7080

As of the petition filing date, the claim is:    $1,176.90    $1,176.90
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                          Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1104** | **Priority creditor's name and mailing address**
PHAGOO, KAMALWATTIE
1515 WEST 7TH ST
SOUTH PLAINFIELD, NJ 07080

**As of the petition filing date, the claim is:**          $388.71          $388.71
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1105** | **Priority creditor's name and mailing address**
PHAGOO, LATCHMIE
1515 WEST 7TH STREET
S. PLAINFIELD, NJ 7080

**As of the petition filing date, the claim is:**          $28.74          $28.74
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1106** | **Priority creditor's name and mailing address**
PHAGOO, LATCHMIE
1515 WEST 7TH STREET
S. PLAINFIELD, NJ 07080

**As of the petition filing date, the claim is:**          $31.20          $31.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1107** | **Priority creditor's name and mailing address**
PHELAN, GIORGIANNA
152 PLYMOUTH BLVD
SMITHTOWN, NY 11787

**As of the petition filing date, the claim is:**          $316.65          $316.65
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

---

**2.1108** | **Priority creditor's name and mailing address**
PHELAN, GIORGIANNA
152 PLYMOUTH BLVD
SMITHTOWN, NY 11787

**As of the petition filing date, the claim is:**     $704.20     $704.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1109** | **Priority creditor's name and mailing address**
PHUONG, QUE
137-2 KIRKBRIDE RD
VOORHEES, NJ 8043

**As of the petition filing date, the claim is:**     $3,780.00     $3,780.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1110** | **Priority creditor's name and mailing address**
PHUONG, QUE
137-2 KIRKBRIDE RD
VOORHEES, NJ 08043

**As of the petition filing date, the claim is:**     $194.97     $194.97
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1111** | **Priority creditor's name and mailing address**
PICHARDO, JENNIFER
APT. 1 53-19 102ND STREET
CORONA, NY 11368

**As of the petition filing date, the claim is:**     $708.70     $708.70
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

| **Part 1:** | **Additional Page** |
|---|---|

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1112**   **Priority creditor's name and mailing address**
PICHARDO, JENNIFER
APT. 1 53-19 102ND STREET
CORONA, NY 11368

**As of the petition filing date, the claim is:**   $24.28   $24.28
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1113**   **Priority creditor's name and mailing address**
PIERRE LOUIS, CHRISTINA
52 POWELL CT
NORTH BABYLON, NY 11703

**As of the petition filing date, the claim is:**   $693.61   $693.61
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1114**   **Priority creditor's name and mailing address**
PIERRE LOUIS, CHRISTINA
52 POWELL CT
NORTH BABYLON, NY 11703

**As of the petition filing date, the claim is:**   $183.91   $183.91
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1115**   **Priority creditor's name and mailing address**
PIERRE LOUIS, MARLY
14 VERMEER DRIVE
SOUTH AMBOY, NJ 08879

**As of the petition filing date, the claim is:**   $215.59   $215.59
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1116** | **Priority creditor's name and mailing address**
PITTMAN, AYANA
5921 CRYSTAL ST
PHILADELPHIA, PA 19120

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $302.10   **Priority amount** $302.10

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1117** | **Priority creditor's name and mailing address**
PITTMAN, AYANA
5921 CRYSTAL ST
PHILADELPHIA, PA 19120

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $56.61   **Priority amount** $56.61

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1118** | **Priority creditor's name and mailing address**
POOLE, TAMARA
503 RIDGE AVE
NEPTUNE, NJ 7753

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $114.14   **Priority amount** $114.14

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1119** | **Priority creditor's name and mailing address**
POOLE, TAMARA
503 RIDGE AVE
NEPTUNE, NJ 07753

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $152.60   **Priority amount** $152.60

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1120** **Priority creditor's name and mailing address**
POPE, CHRYSTAL
234 STONY HOLLOW RD
GREENLAWN, NY 11740

**As of the petition filing date, the claim is:**    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1121** **Priority creditor's name and mailing address**
PROVILUS, POLEY-INA
1265 E 52ND ST
BROOKLYN, NY 11234

**As of the petition filing date, the claim is:**    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1122** **Priority creditor's name and mailing address**
PROVILUS, POLEY-INA
1265 E 52ND ST
BROOKLYN, NY 11234

**As of the petition filing date, the claim is:**    $197.44    $197.44
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1123** **Priority creditor's name and mailing address**
QUINN, JOHN
365 NEWBRIDGE ROAD
NEW MILFORD, NJ 7646

**As of the petition filing date, the claim is:**    $9,759.68    $9,759.68
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1124** **Priority creditor's name and mailing address**
QUINONES CORTORREAL, YENIFER
45 EAST 18TH ST. APT# 111
BAYONNE, NJ 7002

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$627.44          $627.44

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1125** **Priority creditor's name and mailing address**
QUINONES CORTORREAL, YENIFER
45 EAST 18TH ST.
BAYONNE, NJ 07002

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$231.69          $231.69

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1126** **Priority creditor's name and mailing address**
RAI, SHWETA
3546 29TH ST APT 1R
ASTORIA, NY 11106

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$160.83          $160.83

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1127** **Priority creditor's name and mailing address**
RAI, SHWETA
3546 29TH ST APT 1R
ASTORIA, NY 11106

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$38.65          $38.65

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                 Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1128** Priority creditor's name and mailing address
RAIKER, BRITTANY
222 JEFFERSON AVE
W. BERLIN, NJ 8091

As of the petition filing date, the claim is:  **$3,000.00**   **$3,000.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1129** Priority creditor's name and mailing address
RAIKER, MELISSA
320 WOODLAKE DRIVE
MARLTON, NJ 8053

As of the petition filing date, the claim is:  **$5,523.08**   **$5,523.08**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1130** Priority creditor's name and mailing address
RAIKER, MICHAEL
222 JEFFERSON AVE
W. BERLIN, NJ 8091

As of the petition filing date, the claim is:  **$4,200.00**   **$4,200.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1131** Priority creditor's name and mailing address
RAMBAJAN, DESTINEE
12 WLODARCZYK PL
PARLIN, NJ 8859

As of the petition filing date, the claim is:  **$0.00**   **$0.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

| **Part 1:** | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1132** Priority creditor's name and mailing address
RAMBAJAN, DESTINEE
12 WLODARCZYK PL
PARLIN, NJ 08859

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Is the claim subject to offset?
[✓] No
[ ] Yes

$149.10    $149.10

---

**2.1133** Priority creditor's name and mailing address
RAMIREZ, VIRGINIA
172 8TH ST 2ND FL
PASSAIC, NJ 7055

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Is the claim subject to offset?
[✓] No
[ ] Yes

$780.00    $780.00

---

**2.1134** Priority creditor's name and mailing address
RAMIREZ, VIRGINIA
172 8TH ST
PASSAIC, NJ 07055

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Is the claim subject to offset?
[✓] No
[ ] Yes

$287.32    $287.32

---

**2.1135** Priority creditor's name and mailing address
RAMIREZ-GARCIA, PATRICIA
1723 RIVER ROAD
BELMAR, NJ 7719

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Is the claim subject to offset?
[✓] No
[ ] Yes

$336.95    $336.95

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1136** | **Priority creditor's name and mailing address**
RAMIREZ-GARCIA, PATRICIA
1723 RIVER ROAD
BELMAR, NJ 07719

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $929.42    Priority amount: $929.42

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1137** | **Priority creditor's name and mailing address**
RAMIREZ-GARCIA, PATRICIA
1723 RIVER ROAD
BELMAR, NJ 07719

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $910.62    Priority amount: $910.62

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1138** | **Priority creditor's name and mailing address**
RAMOS RODRIGUEZ, JAQUELINA
281 NORTH STREET APT 1
MIDDLETOWN, NY 10940

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $878.09    Priority amount: $878.09

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1139** | **Priority creditor's name and mailing address**
RAMOS RODRIGUEZ, JAQUELINA
281 NORTH STREET APT 1
MIDDLETOWN, NY 10940

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $185.68    Priority amount: $185.68

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

Debtor Name   **Joyce Leslie, Inc.**                      Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1140**  Priority creditor's name and mailing address
RAMOS RODRIGUEZ, JAQUELINA
281 NORTH STREET APT 1
MIDDLETOWN, NY 10940

As of the petition filing date, the claim is:                **$105.55**        **$105.55**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1141**  Priority creditor's name and mailing address
RAMOS, ANGELICA
5137 FRONT STREET
WHITEHALL, PA 18052

As of the petition filing date, the claim is:                **$73.48**        **$73.48**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1142**  Priority creditor's name and mailing address
RAMOS, ANGELICA
5137 FRONT STREET
WHITEHALL, PA 18052

As of the petition filing date, the claim is:                **$100.15**        **$100.15**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1143**  Priority creditor's name and mailing address
RAMOS, CRYSTA
93 FILMORE ST 1ST FL
NEW HAVEN, CT 6513

As of the petition filing date, the claim is:                **$43.49**        **$43.49**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

Debtor Name     **Joyce Leslie, Inc.**     Case number (if known): **16-22035**

| | |
|---|---|
| **Part 1:** | **Additional Page** |

|  | Total claim | Priority amount |
|---|---|---|

**2.1144** | **Priority creditor's name and mailing address**
RAMOS, CRYSTA
93 FILMORE ST 1ST FL
NEW HAVEN, CT 06513

**As of the petition filing date, the claim is:**           $228.90          $228.90
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1145** | **Priority creditor's name and mailing address**
RAMOS, DIANA
1944 N HANCOCK ST
PHILADELPHIA, PA 19122

**As of the petition filing date, the claim is:**           $0.00          $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1146** | **Priority creditor's name and mailing address**
RAMOS, DIANA
1944 N HANCOCK ST
PHILADELPHIA, PA 19122

**As of the petition filing date, the claim is:**           $699.37          $699.37
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1147** | **Priority creditor's name and mailing address**
RAMOS, SALENA
113 LINCOLN RD
WENONAH, NJ 8090

**As of the petition filing date, the claim is:**           $309.81          $309.81
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1148** Priority creditor's name and mailing address
RAMOS, SALENA
113 LINCOLN RD
WENONAH, NJ 08090

As of the petition filing date, the claim is:   $177.37   $177.37
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1149** Priority creditor's name and mailing address
RAMSEY, TOTTIANA
19 SOMERSET ROAD NORTH
AMITYVILLE, NY 11705

As of the petition filing date, the claim is:   $223.43   $223.43
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1150** Priority creditor's name and mailing address
RAMSEY, TOTTIANA
19 SOMERSET ROAD NORTH
AMITYVILLE, NY 11705

As of the petition filing date, the claim is:   $105.14   $105.14
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1151** Priority creditor's name and mailing address
RAMSEY, TOTTIANA
19 SOMERSET ROAD NORTH
AMITYVILLE, NY 11705

As of the petition filing date, the claim is:   $229.47   $229.47
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.1152** | **Priority creditor's name and mailing address**
RAMSEY, TOTTIANA
19 SOMERSET ROAD NORTH
AMITYVILLE, NY 11705

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $143.81     Priority amount: $143.81

---

**2.1153** | **Priority creditor's name and mailing address**
RANDOLPH, NICHELLE
2141 ROUTE 38
CHERRY HILL, NJ 8002

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $504.56     Priority amount: $504.56

---

**2.1154** | **Priority creditor's name and mailing address**
RANDOLPH, NICHELLE
2141 ROUTE 38
CHERRY HILL, NJ 08002

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $114.70     Priority amount: $114.70

---

**2.1155** | **Priority creditor's name and mailing address**
RASMUSSEN, ELIZABETH
22 ELIZABETH CT SOUTH
MARLTON, NJ 8053

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $2,030.76     Priority amount: $2,030.76

---

Debtor Name   **Joyce Leslie, Inc.**                                        Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1156**  **Priority creditor's name and mailing address**
RASMUSSEN, ELIZABETH
22 ELIZABETH CT SOUTH
MARLTON, NJ 08053

**As of the petition filing date, the claim is:**          $159.44          $159.44
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1157**  **Priority creditor's name and mailing address**
RATTRAY, PRECIOUS-ONIKA
26 HARRISON ST
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**          $558.68          $558.68
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1158**  **Priority creditor's name and mailing address**
RATTRAY, PRECIOUS-ONIKA
26 HARRISON ST
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**          $238.78          $238.78
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1159**  **Priority creditor's name and mailing address**
REED, MORGAN
2920 TYSON AVE
PHILADELPHIA, PA 19149

**As of the petition filing date, the claim is:**          $325.88          $325.88
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1160** | **Priority creditor's name and mailing address**
REED, MORGAN
2920 TYSON AVE
PHILADELPHIA, PA 19149

**As of the petition filing date, the claim is:**    $186.96    $186.96
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1161** | **Priority creditor's name and mailing address**
REID, KEDEMAH
92 STRAWBERRY HILL AVE
WOODBRIDGE, NJ 7095

**As of the petition filing date, the claim is:**    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1162** | **Priority creditor's name and mailing address**
REVILLEZA, GENIVIEVE
109 WEST GROVE STREET
BOGOTA, NJ 07603

**As of the petition filing date, the claim is:**    $266.83    $266.83
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1163** | **Priority creditor's name and mailing address**
REVILLEZA, GENIVIEVE
109 WEST GROVE STREET
BOGOTA, NJ 07603

**As of the petition filing date, the claim is:**    $839.84    $839.84
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

| Part 1: | Additional Page |
| --- | --- |

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1164** **Priority creditor's name and mailing address**
REYES, ASHLEY
156 W 3RD ST APT 334
BAYONNE, NJ 7002

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $143.30   Priority amount: $143.30

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1165** **Priority creditor's name and mailing address**
REYES, ASHLEY
156 W 3RD ST APT 334
BAYONNE, NJ 07002

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $91.74   Priority amount: $91.74

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1166** **Priority creditor's name and mailing address**
REYES, CARMEN
119 6TH AVE
HUNTINGTON STATION, NY 11746

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $406.06   Priority amount: $406.06

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1167** **Priority creditor's name and mailing address**
REYES, CARMEN
119 6TH AVE
HUNTINGTON STATION, NY 11746

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $562.58   Priority amount: $562.58

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Debtor Name    **Joyce Leslie, Inc.**                                              Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1168**  **Priority creditor's name and mailing address**
REYES, ERICKA
208 FRIENDS LANE
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**    $269.23          $269.23
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1169**  **Priority creditor's name and mailing address**
REYES, GIANNA
4308 N 8TH ST
PHILADELPHIA, PA 19140

**As of the petition filing date, the claim is:**    $498.78          $498.78
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1170**  **Priority creditor's name and mailing address**
REYES, GIANNA
4308 N 8TH ST
PHILADELPHIA, PA 19140

**As of the petition filing date, the claim is:**    $304.59          $304.59
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1171**  **Priority creditor's name and mailing address**
REZNIK, JACK
30 MEADOW LANE
OLD BRIDGE, NJ 8857

**As of the petition filing date, the claim is:**    $9,375.00          $9,375.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1172** | **Priority creditor's name and mailing address**
RIBARRO, DARIA
403 ANTHONY AVE
TOMS RIVER, NJ 8753

As of the petition filing date, the claim is:    $3,630.76    $3,630.76
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1173** | **Priority creditor's name and mailing address**
RIBARRO, DARIA
403 ANTHONY AVE
TOMS RIVER, NJ 08753

As of the petition filing date, the claim is:    $575.63    $575.63
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1174** | **Priority creditor's name and mailing address**
RICKER, CASSIDY
8 MARLA DRIVE
CORAM, NY 11727

As of the petition filing date, the claim is:    $642.95    $642.95
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1175** | **Priority creditor's name and mailing address**
RICKER, CASSIDY
8 MARLA DRIVE
CORAM, NY 11727

As of the petition filing date, the claim is:    $189.32    $189.32
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

### 2.1176

**Priority creditor's name and mailing address**
RILEY, RENEE
25. NORTH CLINTON AVE APT. 1B
BAYSHORE, NY 11706

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $69.30   Priority amount: $69.30

### 2.1177

**Priority creditor's name and mailing address**
RILEY, RENEE
25. NORTH CLINTON AVE APT. 1B
BAYSHORE, NY 11706

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $676.90   Priority amount: $676.90

### 2.1178

**Priority creditor's name and mailing address**
RILEY, RENEE
25. NORTH CLINTON AVE APT. 1B
BAYSHORE, NY 11706

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $40.26   Priority amount: $40.26

### 2.1179

**Priority creditor's name and mailing address**
RINCON, IVELISSE
68 CLARK STREET APT 1S
POUGHKEEPSIE, NY 12601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $3,255.00   Priority amount: $3,255.00

Debtor Name   **Joyce Leslie, Inc.**                                                          Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  |  | **Total claim** | **Priority amount** |

**2.1180** | Priority creditor's name and mailing address
RINCON, IVELISSE
68 CLARK STREET APT 1S
POUGHKEEPSIE, NY 12601

As of the petition filing date, the claim is:    $33.81    $33.81
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.1181** | Priority creditor's name and mailing address
RIOS, KARIZMA
315 WILLIAM ST
BRIDGEPORT, CT 6608

As of the petition filing date, the claim is:    $646.38    $646.38
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.1182** | Priority creditor's name and mailing address
RIOS, KARIZMA
315 WILLIAM ST
BRIDGEPORT, CT 06608

As of the petition filing date, the claim is:    $264.89    $264.89
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.1183** | Priority creditor's name and mailing address
RIVERA, ALICIA
52 ST PAULS AVE APT 2L
JERSEY CITY, NJ 7306

As of the petition filing date, the claim is:    $197.59    $197.59
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                      Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |

**2.1184** | **Priority creditor's name and mailing address**
RIVERA, ALICIA
52 ST PAULS AVE APT 2L
JERSEY CITY, NJ 07306

**As of the petition filing date, the claim is:**          $189.28          $189.28
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1185** | **Priority creditor's name and mailing address**
RIVERA, DESIRAE
361 HALL AVENUE APT B
PERTH AMBOY, NJ 8861

**As of the petition filing date, the claim is:**          $0.00          $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1186** | **Priority creditor's name and mailing address**
ROBERTSON, JENIFER
2960 W 24TH ST APT 19T
BROOKLYN, NY 11224

**As of the petition filing date, the claim is:**          $358.06          $358.06
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1187** | **Priority creditor's name and mailing address**
ROBERTSON, JENIFER
2960 W 24TH ST APT 19T
BROOKLYN, NY 11224

**As of the petition filing date, the claim is:**          $311.06          $311.06
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                          Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.1188**   Priority creditor's name and mailing address
ROBINSON, SHARON
500 CENTRAL AVENUE #1503
UNION CITY, NJ 7087

As of the petition filing date, the claim is:          $553.00          $553.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1189**   Priority creditor's name and mailing address
ROBINSON, SHARON
500 CENTRAL AVENUE #1503
UNION CITY, NJ 07087

As of the petition filing date, the claim is:          $187.16          $187.16
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1190**   Priority creditor's name and mailing address
ROCKSON, SANDRA
9 CATTELL DR
SICKLERVILLE, NJ 8081

As of the petition filing date, the claim is:          $169.86          $169.86
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1191**   Priority creditor's name and mailing address
ROCKSON, SANDRA
9 CATTELL DR
SICKLERVILLE, NJ 08081

As of the petition filing date, the claim is:          $202.29          $202.29
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1192** Priority creditor's name and mailing address
RODRIGUES, ZARYIA
67 DERBY AVE APT 1
SEYMOUR, CT 6483

**As of the petition filing date, the claim is:**    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1193** Priority creditor's name and mailing address
RODRIGUES, ZARYIA
67 DERBY AVE
SEYMOUR, CT 06483

**As of the petition filing date, the claim is:**    $58.73    $58.73
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1194** Priority creditor's name and mailing address
RODRIGUEZ, CRISLAINE
2039 N CLEVELAND ST
PHILADELPHIA, PA 19121

**As of the petition filing date, the claim is:**    $369.04    $369.04
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1195** Priority creditor's name and mailing address
RODRIGUEZ, CRISLAINE
2039 N CLEVELAND ST
PHILADELPHIA, PA 19121

**As of the petition filing date, the claim is:**    $250.75    $250.75
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

| Part 1: | Additional Page |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1196** | **Priority creditor's name and mailing address**
RODRIGUEZ, GINA
25-56 89TH ST
E.ELMHURST QUEENS, NY 11369

As of the petition filing date, the claim is:      **$1,037.75**      **$1,037.75**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1197** | **Priority creditor's name and mailing address**
RODRIGUEZ, GINA
25-56 89TH ST
E.ELMHURST QUEENS, NY 11369

As of the petition filing date, the claim is:      **$128.51**      **$128.51**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1198** | **Priority creditor's name and mailing address**
RODRIGUEZ, GINA
25-56 89TH ST
E.ELMHURST QUEENS, NY 11369

As of the petition filing date, the claim is:      **$160.87**      **$160.87**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1199** | **Priority creditor's name and mailing address**
RODRIGUEZ, ISABEL
3439 N G ST
PHILADELPHIA, PA 19134

As of the petition filing date, the claim is:      **$477.12**      **$477.12**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---------|-----------------|

|  | | **Total claim** | **Priority amount** |
|--|--|--|--|

**2.1200** Priority creditor's name and mailing address
RODRIGUEZ, ISABEL
3439 N G ST
PHILADELPHIA, PA 19134

As of the petition filing date, the claim is:    $202.57    $202.57
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.1201** Priority creditor's name and mailing address
RODRIGUEZ, MARXIEL
345 EAGLE AVE APT# 2
PERTH AMBOY, NJ 8861

As of the petition filing date, the claim is:    $2,500.00    $2,500.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.1202** Priority creditor's name and mailing address
RODRIGUEZ, MARXIEL
345 EAGLE AVE APT# 2
PERTH AMBOY, NJ 08861

As of the petition filing date, the claim is:    $579.58    $579.58
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.1203** Priority creditor's name and mailing address
RODRIGUEZ, MICHAEL
204 S 13TH ST
ALLENTOWN, PA 18102

As of the petition filing date, the claim is:    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | | **Total claim** | **Priority amount** |

**2.1204** | **Priority creditor's name and mailing address**
RODRIGUEZ, MICHAEL
204 S 13TH ST
ALLENTOWN, PA 18102

**As of the petition filing date, the claim is:**     $127.13          $127.13
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1205** | **Priority creditor's name and mailing address**
RODRIGUEZ, MONICA
1266 CARL MILLER BLVD
CAMDEN, NJ 08104

**As of the petition filing date, the claim is:**     $44.56           $44.56
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1206** | **Priority creditor's name and mailing address**
RODRIGUEZ, NATALIE
38 8TH AVE APT 2
PASSAIC, NJ 7055

**As of the petition filing date, the claim is:**     $557.81          $557.81
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1207** | **Priority creditor's name and mailing address**
RODRIGUEZ, NATALIE
38 8TH AVE APT 2
PASSAIC, NJ 07055

**As of the petition filing date, the claim is:**     $100.59          $100.59
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1208** Priority creditor's name and mailing address
RODRIGUEZ, REBECCA
21 HERITAGE COURT
MORRIS PLAINS, NJ 7950

As of the petition filing date, the claim is:   $0.00   $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

**2.1209** Priority creditor's name and mailing address
RODRIGUEZ, YAMARIS
1633 J F KENNEDY BLVD APT 3
JERSEY CITY, NJ 7305

As of the petition filing date, the claim is:   $526.09   $526.09
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

**2.1210** Priority creditor's name and mailing address
RODRIGUEZ, YAMARIS
1633 J F KENNEDY BLVD APT 3
JERSEY CITY, NJ 07305

As of the petition filing date, the claim is:   $212.34   $212.34
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

**2.1211** Priority creditor's name and mailing address
ROGERS, TIANA
758 MANOR DRIVE
BRICK, NJ 8723

As of the petition filing date, the claim is:   $552.67   $552.67
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1212** **Priority creditor's name and mailing address**

ROGERS, TIANA
758 MANOR DRIVE
BRICK, NJ 08723

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $236.18     **Priority amount** $236.18

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1213** **Priority creditor's name and mailing address**

ROHNER, KRISTIN
114 E. PROSPECT STREET
WALDWICK, NJ 7463

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $5,942.28     **Priority amount** $5,942.28

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1214** **Priority creditor's name and mailing address**

ROKKAS, PEGGY
11 LILRO CT
WAYNE, NJ 7470

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $5,192.31     **Priority amount** $5,192.31

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1215** **Priority creditor's name and mailing address**

ROKKAS, RENEE
512 BLOOMFIELD AVE APT 3E
CALDWELL, NJ 7006

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $7,211.55     **Priority amount** $7,211.55

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1216**  **Priority creditor's name and mailing address**
ROMAN, KEISHLA
434 B CHURCH ST APT B
BOONTON, NJ 7005

As of the petition filing date, the claim is:            $1,473.38            $1,473.38
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1217**  **Priority creditor's name and mailing address**
ROMAN, KEISHLA
434 B CHURCH ST APT B
BOONTON, NJ 07005

As of the petition filing date, the claim is:            $575.38            $575.38
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1218**  **Priority creditor's name and mailing address**
ROMANELLI, AMANDA
133 N GREENE AVE
LINDENHURST, NY 11757

As of the petition filing date, the claim is:            $555.44            $555.44
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1219**  **Priority creditor's name and mailing address**
ROMANELLI, AMANDA
133 N GREENE AVE
LINDENHURST, NY 11757

As of the petition filing date, the claim is:            $238.93            $238.93
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | **Total claim** | **Priority amount** |
|--|--|-----------------|---------------------|

**2.1220**  **Priority creditor's name and mailing address**
ROSA, ALISSON
23 ARDMORE AVE
RUNNEMEDE, NJ 8078

**As of the petition filing date, the claim is:**  $0.00  $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1221**  **Priority creditor's name and mailing address**
ROSA, ALISSON
23 ARDMORE AVE
RUNNEMEDE, NJ 08078

**As of the petition filing date, the claim is:**  $90.43  $90.43
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1222**  **Priority creditor's name and mailing address**
ROSA, JESSICA
2835 S BEULAH ST
PHILADELPHIA, PA 19148

**As of the petition filing date, the claim is:**  $363.66  $363.66
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1223**  **Priority creditor's name and mailing address**
ROSA, JESSICA
2835 S BEULAH ST
PHILADELPHIA, PA 19148

**As of the petition filing date, the claim is:**  $2.21  $2.21
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1224** | **Priority creditor's name and mailing address**
ROSARIO, MEGAN
176 CEDAR ST
RIDGEFIELD PARK, NJ 7660

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $0.00    **Priority amount** $0.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1225** | **Priority creditor's name and mailing address**
ROUTH, EBONIE
60 PLAINFIELD AVE
WEST HAVEN, CT 06516

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $76.45    **Priority amount** $76.45

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1226** | **Priority creditor's name and mailing address**
ROYAL, YAMINAH
251 NORTH 4TH STREET APT. 2
NEWARK, NJ 7107

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $464.75    **Priority amount** $464.75

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1227** | **Priority creditor's name and mailing address**
ROYAL, YAMINAH
251 NORTH 4TH STREET APT. 2
NEWARK, NJ 07107

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $168.98    **Priority amount** $168.98

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**          Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.1228** **Priority creditor's name and mailing address**
RUBERT, GRISELDA
7 RIDGE STREET
WALDWICK, NJ 7463

**As of the petition filing date, the claim is:**     $3,107.65          $3,107.65
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1229** **Priority creditor's name and mailing address**
RUBERT, GRISELDA
7 RIDGE STREET
WALDWICK, NJ 07463

**As of the petition filing date, the claim is:**     $131.76          $131.76
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1230** **Priority creditor's name and mailing address**
RUPAC, ANGELINA
214 LINDEN AVE APT 10
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**     $0.00          $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1231** **Priority creditor's name and mailing address**
SAGREDO, LUIS
331-47TH STREET APT 2
UNION CITY, NJ 7087

**As of the petition filing date, the claim is:**     $908.00          $908.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Debtor Name | **Joyce Leslie, Inc.** | | Case number (if known): **16-22035** |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1232**  Priority creditor's name and mailing address
SALAS, GABRIELA
274 E 18TH ST 1ST FL
PATERSON, NJ 7524

As of the petition filing date, the claim is:  $368.72  $368.72
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (            )

---

**2.1233**  Priority creditor's name and mailing address
SALERNO, GABRIELLE
435 SECOND AVE
PISCATAWAY, NJ 8854

As of the petition filing date, the claim is:  $108.27  $108.27
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (            )

---

**2.1234**  Priority creditor's name and mailing address
SALERNO, GABRIELLE
435 SECOND AVE
PISCATAWAY, NJ 08854

As of the petition filing date, the claim is:  $208.83  $208.83
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (            )

---

**2.1235**  Priority creditor's name and mailing address
SALMON, KEMOY
284 SO COLUMBUS AVE APT# B-11
MOUNT VERNON, NY 10553

As of the petition filing date, the claim is:  $550.78  $550.78
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (            )

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |

**2.1236** | **Priority creditor's name and mailing address**
SALMON, KEMOY
284 SO COLUMBUS AVE APT# B-11
MOUNT VERNON, NY 10553

**As of the petition filing date, the claim is:**   $123.79   $123.79
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1237** | **Priority creditor's name and mailing address**
SALTSBURG-HILLER, BERYL
833B MAIN STREET
BELLEVILLE, NJ 7109

**As of the petition filing date, the claim is:**   $7,178.44   $7,178.44
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1238** | **Priority creditor's name and mailing address**
SALVI, SANDRA
504 CENTRE AVE
LINDENHURST, NY 11757

**As of the petition filing date, the claim is:**   $564.92   $564.92
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1239** | **Priority creditor's name and mailing address**
SALVI, SANDRA
504 CENTRE AVE
LINDENHURST, NY 11757

**As of the petition filing date, the claim is:**   $154.19   $154.19
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1240**  **Priority creditor's name and mailing address**
SAMARU, URMELLA
2637 WILLARD AVE
BALDWIN, NY 11510

As of the petition filing date, the claim is:          $476.57          $476.57
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1241**  **Priority creditor's name and mailing address**
SAMARU, URMELLA
2637 WILLARD AVE
BALDWIN, NY 11510

As of the petition filing date, the claim is:          $145.71          $145.71
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1242**  **Priority creditor's name and mailing address**
SAMARU, URMELLA
2637 WILLARD AVE
BALDWIN, NY 11510

As of the petition filing date, the claim is:          $72.72          $72.72
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1243**  **Priority creditor's name and mailing address**
SAMUELS, IVAN
120-11 ALDRICH ST
NEW YORK, NY 10475

As of the petition filing date, the claim is:          $598.27          $598.27
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1244** | **Priority creditor's name and mailing address**
SANTIAGO, DANIELLE
418 COLUMBUS AVENUE 1ST FL
WEST HARRISON, NY 10604

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$556.35**     **$556.35**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1245** | **Priority creditor's name and mailing address**
SANTIAGO, DANIELLE
418 COLUMBUS AVENUE 1ST FL
WEST HARRISON, NY 10604

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$759.06**     **$759.06**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1246** | **Priority creditor's name and mailing address**
SANTIAGO, LILLIAN
1220 SIMPSON ST APT 2
BRONX, NY 10459

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$3,570.00**     **$3,570.00**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1247** | **Priority creditor's name and mailing address**
SANTIAGO, LILLIAN
1220 SIMPSON ST APT 2
BRONX, NY 10459

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**$722.11**     **$722.11**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1248** | **Priority creditor's name and mailing address**
SANTIAGO, LIZMARIE
1126 KENWYN ST
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $83.63    Priority amount: $83.63

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1249** | **Priority creditor's name and mailing address**
SANTIAGO, LIZMARIE
1126 KENWYN ST
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $66.14    Priority amount: $66.14

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1250** | **Priority creditor's name and mailing address**
SANTIAGO, YADALYNN
166 BRANCH VILLAGE
CAMDEN, NJ 8104

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $1,163.36    Priority amount: $1,163.36

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1251** | **Priority creditor's name and mailing address**
SANTIAGO, YADALYNN
166 BRANCH VILLAGE
CAMDEN, NJ 08104

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $411.21    Priority amount: $411.21

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1252** | **Priority creditor's name and mailing address**
SARDANA, SUDESH
716 JERICHO TPKE
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**    $729.13    $729.13
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1253** | **Priority creditor's name and mailing address**
SARDANA, SUDESH
716 JERICHO TPKE
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**    $228.88    $228.88
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1254** | **Priority creditor's name and mailing address**
SARDANA, SUDESH
716 JERICHO TPKE
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**    $272.45    $272.45
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1255** | **Priority creditor's name and mailing address**
SARDANA, SUDESH
716 JERICHO TPKE
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**    $278.13    $278.13
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1256** | **Priority creditor's name and mailing address**
SARDANA, SUDESH
716 JERICHO TPKE
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**    $354.82    $354.82
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1257** | **Priority creditor's name and mailing address**
SATRIANO, LORIANN
185 PROSPECT AVE APT 14E
HACKENSACK, NJ 7601

**As of the petition filing date, the claim is:**    $8,709.77    $8,709.77
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1258** | **Priority creditor's name and mailing address**
SAVAGE, TASSI-ANN
85 TRUMBALL AVE
BRIDGEPORT, CT 6606

**As of the petition filing date, the claim is:**    $1,680.00    $1,680.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1259** | **Priority creditor's name and mailing address**
SAVAGE, TASSI-ANN
85 TRUMBALL AVE
BRIDGEPORT, CT 06606

**As of the petition filing date, the claim is:**    $481.17    $481.17
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1260**  **Priority creditor's name and mailing address**
SCOTT, NITAVIA
244 STOCKHOLM STREET
BROOKLYN, NY 11237

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $432.89    **Priority amount** $432.89

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1261**  **Priority creditor's name and mailing address**
SCOTT, NITAVIA
244 STOCKHOLM STREET
BROOKLYN, NY 11237

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $47.34    **Priority amount** $47.34

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1262**  **Priority creditor's name and mailing address**
SEALEY, ZANNA
30 BELLEVUE AVE
WOODBURY, NJ 8096

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $36.62    **Priority amount** $36.62

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1263**  **Priority creditor's name and mailing address**
SEALEY, ZANNA
30 BELLEVUE AVE
WOODBURY, NJ 08096

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $53.37    **Priority amount** $53.37

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**                                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | | **Total claim** | **Priority amount** |

**2.1264** Priority creditor's name and mailing address

SEALEY, ZANNA
30 BELLEVUE AVE
WOODBURY, NJ 08096

As of the petition filing date, the claim is:                    $113.99            $113.99
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1265** Priority creditor's name and mailing address

SEEL, LAUREN
78-07 65TH STREET
GLENDALE, NY 11385

As of the petition filing date, the claim is:                   $1,278.43          $1,278.43
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1266** Priority creditor's name and mailing address

SEEL, LAUREN
78-07 65TH STREET
GLENDALE, NY 11385

As of the petition filing date, the claim is:                    $238.40            $238.40
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1267** Priority creditor's name and mailing address

SEGREST, KRISTINA
1756 FIRESIDE LANE
CHERRY HILL, PA 19115

As of the petition filing date, the claim is:                     $79.61             $79.61
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                     Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1268**   **Priority creditor's name and mailing address**
SEHAPOVIC, CRISTINA
5 GROVE STREET APT 4C
PORT CHESTER, NY 10573

**As of the petition filing date, the claim is:**    $1,340.06     $1,340.06
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1269**   **Priority creditor's name and mailing address**
SEHAPOVIC, CRISTINA
5 GROVE STREET APT 4C
PORT CHESTER, NY 10573

**As of the petition filing date, the claim is:**    $90.82     $90.82
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1270**   **Priority creditor's name and mailing address**
SEKOSAN, MARINEL
2640 1ST AVE
EAST MEADOW, NY 11554

**As of the petition filing date, the claim is:**    $476.05     $476.05
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1271**   **Priority creditor's name and mailing address**
SEKOSAN, MARINEL
2640 1ST AVE
EAST MEADOW, NY 11554

**As of the petition filing date, the claim is:**    $186.31     $186.31
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | Total claim | Priority amount |
| --- | --- | --- |

**2.1272**  **Priority creditor's name and mailing address**
SEKOSAN, MARINEL
2640 1ST AVE
EAST MEADOW, NY 11554

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $188.60     Priority amount: $188.60

---

**2.1273**  **Priority creditor's name and mailing address**
SEKOSAN, MARINEL
2640 1ST AVE
EAST MEADOW, NY 11554

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $234.22     Priority amount: $234.22

---

**2.1274**  **Priority creditor's name and mailing address**
SEKOSAN, MARINEL
2640 1ST AVE
EAST MEADOW, NY 11554

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $167.69     Priority amount: $167.69

---

**2.1275**  **Priority creditor's name and mailing address**
SEMONELLA, ROXANNE
2060 LONGFELOW AVE
EAST MEADOW, NY 11554

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $81.90     Priority amount: $81.90

Debtor Name    **Joyce Leslie, Inc.**                                                    Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1276**  **Priority creditor's name and mailing address**
SEMONELLA, ROXANNE
2060 LONGFELOW AVE
EAST MEADOW, NY 11554

**As of the petition filing date, the claim is:**    $458.60    $458.60
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1277**  **Priority creditor's name and mailing address**
SEPULVEDA, ISABEL
546 ELM AVE
RIDGEFIELD, NJ 7657

**As of the petition filing date, the claim is:**    $1,136.00    $1,136.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1278**  **Priority creditor's name and mailing address**
SHAH, LAIBA
225 MORRIS ST APT 8
FAIRVIEW, NJ 7022

**As of the petition filing date, the claim is:**    $86.70    $86.70
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1279**  **Priority creditor's name and mailing address**
SHAH, LAIBA
225 MORRIS ST APT 8
FAIRVIEW, NJ 07022

**As of the petition filing date, the claim is:**    $65.37    $65.37
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| | | Total claim | Priority amount |
|---|---|---|---|

**Part 1:**  Additional Page

**2.1280** Priority creditor's name and mailing address
SHAH, RAJENDRA
326 8TH STREET APT #B
FAIRVIEW, NJ 7022

As of the petition filing date, the claim is: **$2,850.00**   **$2,850.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

**2.1281** Priority creditor's name and mailing address
SHAPIRO, ANDREW
P.O.BOX 121
ALPINE, NJ 7620

As of the petition filing date, the claim is: **$251.40**   **$251.40**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

**2.1282** Priority creditor's name and mailing address
SHAPIRO, ANDREW
P.O.BOX 121
ALPINE, NJ 07620

As of the petition filing date, the claim is: **$25.93**   **$25.93**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

**2.1283** Priority creditor's name and mailing address
SHAPIRO, NANCY
P.O.BOX 121
ALPINE, NJ 7620

As of the petition filing date, the claim is: **$460.58**   **$460.58**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (      )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1284** **Priority creditor's name and mailing address**
SHEHATA, SARAH
815 ROSETREE DRIVE
WILLIAMSTOWN, NJ 8094

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$201.01   $201.01

---

**2.1285** **Priority creditor's name and mailing address**
SHEHATA, SARAH
815 ROSETREE DRIVE
WILLIAMSTOWN, NJ 08094

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$158.73   $158.73

---

**2.1286** **Priority creditor's name and mailing address**
SHEQI, ESRA
902 RIVER RD #1
EDGEWATER, NJ 7020

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$0.00   $0.00

---

**2.1287** **Priority creditor's name and mailing address**
SHULER-DAVIS, AYSIAH
15 BERKELY ST
MAPLEWOOD, NJ 7040

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$522.24   $522.24

---

Debtor Name    **Joyce Leslie, Inc.**                                                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1288** | **Priority creditor's name and mailing address**
SHULER-DAVIS, AYSIAH
15 BERKELY ST
MAPLEWOOD, NJ 07040

**As of the petition filing date, the claim is:**                    $172.48            $172.48
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1289** | **Priority creditor's name and mailing address**
SICONOLFI, RAYMOND
10 RAINBOW TERRACE
WEST ORANGE, NJ 7052

**As of the petition filing date, the claim is:**                    $9,807.70          $9,807.70
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1290** | **Priority creditor's name and mailing address**
SIDIBEH, FANTA
270 WASHINGTON RD
SAYREVILLE, NJ 8872

**As of the petition filing date, the claim is:**                    $0.00              $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1291** | **Priority creditor's name and mailing address**
SIDIBEH, FANTA
270 WASHINGTON RD
SAYREVILLE, NJ 08872

**As of the petition filing date, the claim is:**                    $493.55            $493.55
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**                                          Case number (if known): **16-22035**

| | |
|---|---|
| **Part 1:** | **Additional Page** |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1292** | **Priority creditor's name and mailing address**

SILVA, TANIA
1054 EDGEWOOD LANE
FORT LEE, NJ 7024

**As of the petition filing date, the claim is:**    **$7,211.55**    **$7,211.55**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1293** | **Priority creditor's name and mailing address**

SIMOES JESUS, VANESSA
47 DIVISION ST
SOUTH RIVER, NJ 8882

**As of the petition filing date, the claim is:**    **$935.80**    **$935.80**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1294** | **Priority creditor's name and mailing address**

SIMOES JESUS, VANESSA
47 DIVISION ST
SOUTH RIVER, NJ 08882

**As of the petition filing date, the claim is:**    **$289.53**    **$289.53**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1295** | **Priority creditor's name and mailing address**

SIMOES JESUS, VANESSA
47 DIVISION ST
SOUTH RIVER, NJ 08882

**As of the petition filing date, the claim is:**    **$352.97**    **$352.97**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

Debtor Name    **Joyce Leslie, Inc.**                          Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1296** Priority creditor's name and mailing address

SIMOES JESUS, VANESSA
47 DIVISION ST
SOUTH RIVER, NJ 08882

**As of the petition filing date, the claim is:**     **$364.52**          **$364.52**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

---

**2.1297** Priority creditor's name and mailing address

SIMONSON, EBONY
562 BAINBRIDGE STREET APT #3B
BROOKLYN, NY 11233

**As of the petition filing date, the claim is:**     **$3,350.00**          **$3,350.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

---

**2.1298** Priority creditor's name and mailing address

SIMONSON, EBONY
562 BAINBRIDGE STREET APT #3B
BROOKLYN, NY 11233

**As of the petition filing date, the claim is:**     **$98.10**          **$98.10**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

---

**2.1299** Priority creditor's name and mailing address

SIMONSON, EBONY
562 BAINBRIDGE STREET APT #3B
BROOKLYN, NY 11233

**As of the petition filing date, the claim is:**     **$725.53**          **$725.53**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

**Part 1:** Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1300** Priority creditor's name and mailing address
SINCLAIR, SARAH
6332 COTTAGE ST
PHILADELPHIA, PA 19135

As of the petition filing date, the claim is:       $99.15       $99.15
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1301** Priority creditor's name and mailing address
SINCLAIR, SARAH
6332 COTTAGE ST
PHILADELPHIA, PA 19135

As of the petition filing date, the claim is:       $178.36       $178.36
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1302** Priority creditor's name and mailing address
SINGH, DAVIE
58 GROVE ST
LITTLE FERRY, NJ 7643

As of the petition filing date, the claim is:       $2,150.00       $2,150.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1303** Priority creditor's name and mailing address
SINGH, DAVIE
58 GROVE ST
LITTLE FERRY, NJ 07643

As of the petition filing date, the claim is:       $68.51       $68.51
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1304** Priority creditor's name and mailing address
**SIRLEAF-BLAMAH, MATENJEH**
**42 UHLIG RD**
**MIDDLETOWN, NY 10940**

As of the petition filing date, the claim is:    $41.85    $41.85
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
**EMPLOYEE WAGES, SALARIES**

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1305** Priority creditor's name and mailing address
**SIRLEAF-BLAMAH, MATENJEH**
**42 UHLIG RD**
**MIDDLETOWN, NY 10940**

As of the petition filing date, the claim is:    $166.58    $166.58
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
**OUTSTANDING PAYROLL CHECKS**

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1306** Priority creditor's name and mailing address
**SISON, RENE**
**380 FULTON AVENUE**
**JERSEY CITY, NJ 7305**

As of the petition filing date, the claim is:    $1,302.22    $1,302.22
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
**EMPLOYEE WAGES, SALARIES**

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1307** Priority creditor's name and mailing address
**SISON, RENE**
**380 FULTON AVENUE**
**JERSEY CITY, NJ 07305**

As of the petition filing date, the claim is:    $117.65    $117.65
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
**OUTSTANDING PAYROLL CHECKS**

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1308** **Priority creditor's name and mailing address**
SISTRUNK, RAQUEEDA
3113 BERKELEY DR APT A
PHILADELPHIA, PA 19129

**As of the petition filing date, the claim is:**    $1,214.16    $1,214.16
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1309** **Priority creditor's name and mailing address**
SISTRUNK, RAQUEEDA
3113 BERKELEY DR APT A
PHILADELPHIA, PA 19129

**As of the petition filing date, the claim is:**    $52.54    $52.54
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1310** **Priority creditor's name and mailing address**
SMALLING, SIERRA
6102 MULBERRY ST
PHILADELPHIA, PA 19135

**As of the petition filing date, the claim is:**    $605.37    $605.37
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1311** **Priority creditor's name and mailing address**
SMALLING, SIERRA
6102 MULBERRY ST
PHILADELPHIA, PA 19135

**As of the petition filing date, the claim is:**    $70.06    $70.06
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| | Total claim | Priority amount |
|---|---|---|

**2.1312** Priority creditor's name and mailing address
SMITH, ALEAH
2049 BARNSBORO RD APT H-10
BLACKWOOD, NJ 8012

As of the petition filing date, the claim is:   $0.00   $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

**2.1313** Priority creditor's name and mailing address
SMITH, AVA
63 WOODLAND ESTATES DRIVE
BALDWIN, NY 11510

As of the petition filing date, the claim is:   $648.70   $648.70
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

**2.1314** Priority creditor's name and mailing address
SMITH, AVA
63 WOODLAND ESTATES DRIVE
BALDWIN, NY 11510

As of the petition filing date, the claim is:   $117.50   $117.50
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

**2.1315** Priority creditor's name and mailing address
SMITH, NADJA
20 ABBETT AVE
MORRISTOWN, NJ 7960

As of the petition filing date, the claim is:   $462.31   $462.31
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (     )

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |

**2.1316** Priority creditor's name and mailing address
SMITH, NADJA
20 ABBETT AVE
MORRISTOWN, NJ 07960

As of the petition filing date, the claim is:     $182.62     $182.62
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

**2.1317** Priority creditor's name and mailing address
SMITH, NANKEIRA
39 WEST DUVAL STREET
PHILADELPHIA, PA 19144

As of the petition filing date, the claim is:     $0.00     $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

**2.1318** Priority creditor's name and mailing address
SMITH, PEGGY
551 CRANBURY RD APT 463
EAST BRUNSWICK, NJ 8816

As of the petition filing date, the claim is:     $466.39     $466.39
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

**2.1319** Priority creditor's name and mailing address
SMITH, PEGGY
551 CRANBURY RD APT 463
EAST BRUNSWICK, NJ 08816

As of the petition filing date, the claim is:     $393.10     $393.10
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1320** **Priority creditor's name and mailing address**
SMITH, ROSEALYN
408 VILLANOVA RD
GLASSBORO, NJ 8028

**As of the petition filing date, the claim is:**    $3,300.00    $3,300.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.1321** **Priority creditor's name and mailing address**
SMITH, ROSEALYN
408 VILLANOVA RD
GLASSBORO, NJ 08028

**As of the petition filing date, the claim is:**    $729.22    $729.22
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.1322** **Priority creditor's name and mailing address**
SMITH, ROSEALYN
408 VILLANOVA RD
GLASSBORO, NJ 08028

**As of the petition filing date, the claim is:**    $488.93    $488.93
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.1323** **Priority creditor's name and mailing address**
SONCINI, WILLIAM
306 DAVIS ROAD
HAVERTOWN, PA 19083

**As of the petition filing date, the claim is:**    $7,692.30    $7,692.30
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1324** | **Priority creditor's name and mailing address**
SOROKINA, MARIYA
11 MADISON AVE 1ST FLOOR
PORT CHESTER, NY 10573

**As of the petition filing date, the claim is:**          $524.31          $524.31
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1325** | **Priority creditor's name and mailing address**
SOROKINA, MARIYA
11 MADISON AVE 1ST FLOOR
PORT CHESTER, NY 10573

**As of the petition filing date, the claim is:**          $219.37          $219.37
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1326** | **Priority creditor's name and mailing address**
SOTELO, KATIA
73 CAMPBELL AVE
HACKENSACK, NJ 7601

**As of the petition filing date, the claim is:**          $547.92          $547.92
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1327** | **Priority creditor's name and mailing address**
SOTELO, KATIA
73 CAMPBELL AVE
HACKENSACK, NJ 07601

**As of the petition filing date, the claim is:**          $206.77          $206.77
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                        Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1328** | **Priority creditor's name and mailing address**
SPANGENBERG, KAREN
27 PATMORE DRIVE
BRICK, NJ 8724

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$622.97 — $622.97

---

**2.1329** | **Priority creditor's name and mailing address**
SPANGENBERG, KAREN
27 PATMORE DRIVE
BRICK, NJ 08724

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$253.80 — $253.80

---

**2.1330** | **Priority creditor's name and mailing address**
SPENCER, MARCY
2540 BARTHOLOMEW DR
VINELAND, NJ 08361

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$379.46 — $379.46

---

**2.1331** | **Priority creditor's name and mailing address**
ST.CYR, PAMELA
730 N 7TH ST 1ST FLOOR
ALLENTOWN, PA 18101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$103.75 — $103.75

Debtor Name    **Joyce Leslie, Inc.**      Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

|  | Total claim | Priority amount |
|---|---|---|

**2.1332**   **Priority creditor's name and mailing address**
ST.CYR, PAMELA
730 N 7TH ST 1ST FLOOR
ALLENTOWN, PA 18101

**As of the petition filing date, the claim is:**    $153.03    $153.03
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.1333**   **Priority creditor's name and mailing address**
STEVENSON, STEPHANIE
8 AUSTIN STREET APT 2
NEW HAVEN, CT 6516

**As of the petition filing date, the claim is:**    $211.97    $211.97
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.1334**   **Priority creditor's name and mailing address**
STEVENSON, STEPHANIE
8 AUSTIN STREET APT 2
NEW HAVEN, CT 06516

**As of the petition filing date, the claim is:**    $176.39    $176.39
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

---

**2.1335**   **Priority creditor's name and mailing address**
STEWART, ARNELL
549 SOUTH 6TH AVE
MT. VERNON, NY 10550

**As of the petition filing date, the claim is:**    $100.80    $100.80
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (    )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| | | | |
|---|---|---|---|
| | | **Total claim** | **Priority amount** |

| **Part 1:** | **Additional Page** |

| | | | |
|---|---|---|---|
| **2.1336** | Priority creditor's name and mailing address<br>STEWART, ARNELL<br>549 SOUTH 6TH AVE<br>MT. VERNON, NY 10550 | As of the petition filing date, the claim is:<br>[X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | $139.57     $139.57 |

**2.1336**  Priority creditor's name and mailing address
STEWART, ARNELL
549 SOUTH 6TH AVE
MT. VERNON, NY 10550

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $139.57    Priority amount: $139.57

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.1337**  Priority creditor's name and mailing address
STEWART, IMANI
12 SCENIC VIEW DRIVE
SICKLERVILLE, NJ 8081

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $172.38    Priority amount: $172.38

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.1338**  Priority creditor's name and mailing address
STEWART, IMANI
12 SCENIC VIEW DRIVE
SICKLERVILLE, NJ 08081

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $111.56    Priority amount: $111.56

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.1339**  Priority creditor's name and mailing address
STEWART, OLIVIA
55 GROVE ST
HEMPSTEAD, NY 11550

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $240.93    Priority amount: $240.93

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1340**  **Priority creditor's name and mailing address**
STEWART, OLIVIA
55 GROVE ST
HEMPSTEAD, NY 11550

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: $68.51    Priority amount: $68.51

---

**2.1341**  **Priority creditor's name and mailing address**
STOKES, SHAQWANNA
3425 LINDEN PLACE APT 6K
FLUSHING, NY 11354

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: $908.00    Priority amount: $908.00

---

**2.1342**  **Priority creditor's name and mailing address**
STOKES, SHAQWANNA
3425 LINDEN PLACE APT 6K
FLUSHING, NY 11354

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: $224.26    Priority amount: $224.26

---

**2.1343**  **Priority creditor's name and mailing address**
STRICKLAND, CHYNA
9 COOPER ST
BERGENFIELD, NJ 7621

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Total claim: $1,920.00    Priority amount: $1,920.00

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

---

**2.1344** | Priority creditor's name and mailing address
STRICKLAND, MONIKA
142 WARNER STREET
HAMDEN, CT 6614

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

As of the petition filing date, the claim is:    $592.72    $592.72
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**2.1345** | Priority creditor's name and mailing address
STRICKLAND, MONIKA
142 WARNER STREET
HAMDEN, CT 06614

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

As of the petition filing date, the claim is:    $279.06    $279.06
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**2.1346** | Priority creditor's name and mailing address
STROUD, EBONY
1515 W 8TH ST
BROOKLYN, NY 11209

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

As of the petition filing date, the claim is:    $176.16    $176.16
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**2.1347** | Priority creditor's name and mailing address
STRUIF, ESTHER
202-36 46 ROAD
BAYSIDE, NY 11361

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

As of the petition filing date, the claim is:    $692.46    $692.46
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1348**   **Priority creditor's name and mailing address**
STRUIF, ESTHER
202-36 46 ROAD
BAYSIDE, NY 11361

**As of the petition filing date, the claim is:**   $177.32   $177.32
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1349**   **Priority creditor's name and mailing address**
STUART, WAYNE
5 WYNDOVER WOODS LN UNIT #6
WHITE PLAINS, NY 10603

**As of the petition filing date, the claim is:**   $1,801.70   $1,801.70
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1350**   **Priority creditor's name and mailing address**
SUBER, DIAMOND
H6 BERGEN STREET
CARTERET, NJ 7008

**As of the petition filing date, the claim is:**   $729.00   $729.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1351**   **Priority creditor's name and mailing address**
SUBER, DIAMOND
H6 BERGEN STREET
CARTERET, NJ 07008

**As of the petition filing date, the claim is:**   $71.28   $71.28
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1352** | Priority creditor's name and mailing address
SWABY, SHARON
3448 FITLER STREET
PHILADELPHIA, PA 19114

As of the petition filing date, the claim is:    **$882.63**    **$882.63**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1353** | Priority creditor's name and mailing address
SWABY, SHARON
3448 FITLER STREET
PHILADELPHIA, PA 19114

As of the petition filing date, the claim is:    **$192.17**    **$192.17**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1354** | Priority creditor's name and mailing address
SWAIN, DOMINIQUE
28 A BORDEN AVE
ASBURY PARK, NJ 7712

As of the petition filing date, the claim is:    **$101.15**    **$101.15**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1355** | Priority creditor's name and mailing address
SWAIN, DOMINIQUE
28 A BORDEN AVE
ASBURY PARK, NJ 07712

As of the petition filing date, the claim is:    **$193.60**    **$193.60**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

---

**Part 1:**    Additional Page

---

**2.1356**   Priority creditor's name and mailing address
SZYMCZAK, BLAIRE
565 BASSO STREET
JACKSON, NJ 8527

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $83.80   Priority amount: $83.80

---

**2.1357**   Priority creditor's name and mailing address
SZYMCZAK, BLAIRE
565 BASSO STREET
JACKSON, NJ 08527

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $68.03   Priority amount: $68.03

---

**2.1358**   Priority creditor's name and mailing address
TALBERT, AMIRA
205 AWALT DR APT M13
GLASSBORO, NJ 8028

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $0.00   Priority amount: $0.00

---

**2.1359**   Priority creditor's name and mailing address
TALLURY, RUTH
38 HOGAN LANE
RED BANK, NJ 7701

Date or dates debt was incurred

Last 4 digits of account
number

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Is the claim subject to offset?
[✓] No
[ ] Yes

Total claim: $1,806.03   Priority amount: $1,806.03

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1360** Priority creditor's name and mailing address
TAX COLLECTOR, MILFORD, CT
PO BOX 3025
MILFORD, CT 06460

As of the petition filing date, the claim is:    $17.51    $17.51

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
REAL ESTATE TAX
STORE # 88

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

---

**2.1361** Priority creditor's name and mailing address
TAX COLLECTOR, N.HAVEN, CT
PO BOX 900
A/C #575005
HARTFORD, CT 06143-0900

As of the petition filing date, the claim is:    $30.37    $30.37

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
REAL ESTATE TAX
STORE # 78

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

---

**2.1362** Priority creditor's name and mailing address
TAYLOR, JESSICA
3236 TYSON AVENUE
PHILADELPHIA, PA 19149

As of the petition filing date, the claim is:    $178.17    $178.17

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

---

**2.1363** Priority creditor's name and mailing address
TAYLOR, JUSONNA
195 SAWMILL RD
BRICK, NJ 8724

As of the petition filing date, the claim is:    $0.00    $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

---

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1364**   Priority creditor's name and mailing address
TAYLOR, JUSONNA
195 SAWMILL RD
BRICK, NJ 08724

As of the petition filing date, the claim is:     **$232.32**          **$232.32**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1365**   Priority creditor's name and mailing address
TELLO, KAREN
50 HUNTINGON RD
NEW HAVEN, CT 06512

As of the petition filing date, the claim is:     **$248.96**          **$248.96**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1366**   Priority creditor's name and mailing address
THOM, YULETTA
892 THOMAS S BOYLAND ST
BROOKLYN, NY 11212

As of the petition filing date, the claim is:     **$631.65**          **$631.65**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1367**   Priority creditor's name and mailing address
THOM, YULETTA
892 THOMAS S BOYLAND ST
BROOKLYN, NY 11212

As of the petition filing date, the claim is:     **$196.26**          **$196.26**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

| **Part 1:** | **Additional Page** | | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1368**   Priority creditor's name and mailing address

THOMAS, D'NAIJA
405A VILLANOVA RD
GLASSBORO, NJ 8028

**As of the petition filing date, the claim is:**   $0.00   $0.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.1369**   Priority creditor's name and mailing address

THOMAS, HEATHER
1925 E. THAYER ST
PHILADELPHIA, PA 19134

**As of the petition filing date, the claim is:**   $2,226.00   $2,226.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.1370**   Priority creditor's name and mailing address

THOMAS, HEATHER
1925 E. THAYER ST
PHILADELPHIA, PA 19134

**As of the petition filing date, the claim is:**   $260.59   $260.59

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

**2.1371**   Priority creditor's name and mailing address

THOMPSON, HAZEL
427 MOORE BLVD
CLAYTON, NJ 8312

**As of the petition filing date, the claim is:**   $384.64   $384.64

[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (        )

---

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | | **Total claim** | **Priority amount** |

**2.1372** | **Priority creditor's name and mailing address**

THOMPSON, HAZEL
427 MOORE BLVD
CLAYTON, NJ 08312

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $418.65    **Priority amount** $418.65

---

**2.1373** | **Priority creditor's name and mailing address**

THOMPSON, TASHONNA
22 DALE AVENUE APT F4
PATERSON, NJ 7505

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $901.91    **Priority amount** $901.91

---

**2.1374** | **Priority creditor's name and mailing address**

THOMPSON, TASHONNA
22 DALE AVENUE APT F4
PATERSON, NJ 07505

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $338.80    **Priority amount** $338.80

---

**2.1375** | **Priority creditor's name and mailing address**

TIMMINS, REBECCA
30A GLENWOOD DRIVE
OLD BRIDGE, NJ 8857

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Total claim** $2,100.00    **Priority amount** $2,100.00

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1376** **Priority creditor's name and mailing address**
TIMMINS, REBECCA
30A GLENWOOD DRIVE
OLD BRIDGE, NJ 08857

**Total claim** $227.19    **Priority amount** $227.19

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1377** **Priority creditor's name and mailing address**
TOLEDO, CHRISTIN
131 JAMES STREET
HOPELAWN, NJ 8861

**Total claim** $3,600.00    **Priority amount** $3,600.00

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1378** **Priority creditor's name and mailing address**
TOLEDO, CHRISTIN
131 JAMES STREET
HOPELAWN, NJ 08861

**Total claim** $260.67    **Priority amount** $260.67

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1379** **Priority creditor's name and mailing address**
TOMAZIEFSKI, LORETTA
1043 MAPLE AVE
ATCO, NJ 8004

**Total claim** $4,000.00    **Priority amount** $4,000.00

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                      Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

---

**2.1380** | **Priority creditor's name and mailing address**
TOMAZIEFSKI, LORETTA
1043 MAPLE AVE
ATCO, NJ 08004

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$803.59**    Priority amount: **$803.59**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1381** | **Priority creditor's name and mailing address**
TOMPKINS, ZARYA
1624 ABBEY ROAD
CHERRY HILL, NJ 8003

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$323.05**    Priority amount: **$323.05**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1382** | **Priority creditor's name and mailing address**
TOMPKINS, ZARYA
1624 ABBEY ROAD
CHERRY HILL, NJ 08003

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$108.50**    Priority amount: **$108.50**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1383** | **Priority creditor's name and mailing address**
TOORI, SABIHA
7337 MILLER AVENUE
UPPER DARBY, PA 19082

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$2,800.00**    Priority amount: **$2,800.00**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

| **Part 1:** | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1384** **Priority creditor's name and mailing address**
TOORI, SABIHA
7337 MILLER AVENUE
UPPER DARBY, PA 19082

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $173.22   **Priority amount** $173.22

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1385** **Priority creditor's name and mailing address**
TOORI, SABIHA
7337 MILLER AVENUE
UPPER DARBY, PA 19082

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $59.06   **Priority amount** $59.06

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1386** **Priority creditor's name and mailing address**
TORIBIO, LUCY
507 UNDERCLIFF AVE APT 03
EDGEWATER, NJ 7020

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $102.25   **Priority amount** $102.25

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1387** **Priority creditor's name and mailing address**
TORIBIO, LUCY
507 UNDERCLIFF AVE APT 03
EDGEWATER, NJ 07020

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $122.40   **Priority amount** $122.40

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | | | **Total claim** | **Priority amount** |

**2.1388** | Priority creditor's name and mailing address
TORIO, TEOFILA
20 STRATHMORE DRIVE
CHERRY HILL, NJ 08003

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$93.13     $93.13

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1389** | Priority creditor's name and mailing address
TORRES TORRES, YARELIS
218 W INDIANA AVE
PHILADELPHIA, PA 19133

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$309.63     $309.63

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1390** | Priority creditor's name and mailing address
TORRES TORRES, YARELIS
218 W INDIANA AVE
PHILADELPHIA, PA 19133

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$145.81     $145.81

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

---

**2.1391** | Priority creditor's name and mailing address
TORRES, ALEXANDRA
1242 SANGER ST
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$324.23     $324.23

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1392** | **Priority creditor's name and mailing address**
TORRES, ALEXANDRA
1242 SANGER ST
PHILADELPHIA, PA 19124

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $148.03    **Priority amount** $148.03

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1393** | **Priority creditor's name and mailing address**
TORRES, JUAN
208 40TH STREET APT 1
UNION CITY, NJ 7087

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $380.00    **Priority amount** $380.00

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1394** | **Priority creditor's name and mailing address**
TORRES, JUAN
208 40TH STREET
UNION CITY, NJ 07087

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $245.64    **Priority amount** $245.64

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1395** | **Priority creditor's name and mailing address**
TORRES, JUAN
208 40TH STREET
UNION CITY, NJ 07087

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $179.50    **Priority amount** $179.50

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name   **Joyce Leslie, Inc.**                                       Case number (if known): **16-22035**

| **Part 1:** | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1396** | **Priority creditor's name and mailing address**
TORRES, THALIA
3044 N FRONT ST
PHILADELPHIA, PA 19133

**As of the petition filing date, the claim is:**           $0.84           $0.84
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1397** | **Priority creditor's name and mailing address**
TREVISO, ELISA
12 CARLISLE COURT
MANALAPAN, NJ 7726

**As of the petition filing date, the claim is:**           $121.51           $121.51
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1398** | **Priority creditor's name and mailing address**
TREVISO, ELISA
12 CARLISLE COURT
MANALAPAN, NJ 07726

**As of the petition filing date, the claim is:**           $715.04           $715.04
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1399** | **Priority creditor's name and mailing address**
TRIANO, ISABELLA
P.O. BOX 1823
YONKERS, NY 10704

**As of the petition filing date, the claim is:**           $767.53           $767.53
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1400** **Priority creditor's name and mailing address**
TRIANO, ISABELLA
P.O. BOX 1823
YONKERS, NY 10704

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $80.26    **Priority amount** $80.26

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1401** **Priority creditor's name and mailing address**
TRUMBULL, CT TAX COLLECTOR
P.O. BOX 110326
TRUMBULL, CT 06611-0326

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $29.08    **Priority amount** $29.08

**Date or dates debt was incurred**

**Basis for the claim:**
REAL ESTATE TAX
STORE # 23

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1402** **Priority creditor's name and mailing address**
TSCHEBOTAREW, ALEXANDRA
515 MULLICA HILL RD #A118
GLASSBORO, NJ 8028

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $640.11    **Priority amount** $640.11

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1403** **Priority creditor's name and mailing address**
TSCHEBOTAREW, ALEXANDRA
515 MULLICA HILL RD #A118
GLASSBORO, NJ 08028

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $278.64    **Priority amount** $278.64

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
|---|---|

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1404**  **Priority creditor's name and mailing address**
TURNER, SHONDANETTE
1502 DUTCH BROADWAY
ELMONT, NY 11003

**As of the petition filing date, the claim is:**   $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1405**  **Priority creditor's name and mailing address**
TZARAS, EKATERINI
287 PARK TERRACE SOUTH
EAST MEADOW, NY 11554

**As of the petition filing date, the claim is:**   $518.95    $518.95
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1406**  **Priority creditor's name and mailing address**
TZARAS, EKATERINI
287 PARK TERRACE SOUTH
EAST MEADOW, NY 11554

**As of the petition filing date, the claim is:**   $103.69    $103.69
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1407**  **Priority creditor's name and mailing address**
UMANZOR, ALICIA
35 CLYDE POTTS COURT
MORRISTOWN, NJ 7960

**As of the petition filing date, the claim is:**   $226.78    $226.78
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |

**2.1408** Priority creditor's name and mailing address
UMANZOR, ALICIA
35 CLYDE POTTS COURT
MORRISTOWN, NJ 07960

As of the petition filing date, the claim is:    $155.10    $155.10
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

**2.1409** Priority creditor's name and mailing address
VALDERRAMA, BARBARA
73 JACKSON AVE
NORTH PLAINFIELD, NJ 7060

As of the petition filing date, the claim is:    $52.21    $52.21
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

**2.1410** Priority creditor's name and mailing address
VALDERRAMA, BARBARA
73 JACKSON AVE
NORTH PLAINFIELD, NJ 07060

As of the petition filing date, the claim is:    $92.54    $92.54
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

**2.1411** Priority creditor's name and mailing address
VALDERRAMA, MARIA
53 FRANK ST #3
STAMFORD, CT 6902

As of the petition filing date, the claim is:    $592.47    $592.47
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

Debtor Name   **Joyce Leslie, Inc.**                              Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

| | | **Total claim** | **Priority amount** |

**2.1412** Priority creditor's name and mailing address
VALDERRAMA, MARIA
53 FRANK ST #3
STAMFORD, CT 06902

As of the petition filing date, the claim is:   $243.42   $243.42
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

**2.1413** Priority creditor's name and mailing address
VALDIVIA MIRANDA DE LOPEZ, ROSA
86 FRANKLIN AVE 1ST FLOOR
NEW ROCHELLE, NY 10805

As of the petition filing date, the claim is:   $499.50   $499.50
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

**2.1414** Priority creditor's name and mailing address
VALERA ACERO, ABIGAIL
53 WISNER AVE
MIDDLETOWN, NY 10940

As of the petition filing date, the claim is:   $148.32   $148.32
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

**2.1415** Priority creditor's name and mailing address
VAN SCOY, AMBER
434 ST LOUIS AVE
EGG HARBOR CITY, NJ 8215

As of the petition filing date, the claim is:   $572.65   $572.65
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (    )

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1416** | **Priority creditor's name and mailing address**
VAN SCOY, AMBER
434 ST LOUIS AVE
EGG HARBOR CITY, NJ 08215

**As of the petition filing date, the claim is:**   $107.80   $107.80
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1417** | **Priority creditor's name and mailing address**
VAUGHAN, CAITLYN
7191 MONTAGUE STREET
PHILADELPHIA, PA 19135

**As of the petition filing date, the claim is:**   $515.54   $515.54
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1418** | **Priority creditor's name and mailing address**
VAUGHAN, CAITLYN
7191 MONTAGUE STREET
PHILADELPHIA, PA 19135

**As of the petition filing date, the claim is:**   $142.29   $142.29
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1419** | **Priority creditor's name and mailing address**
VAUGHN, JESSICA
1030 EAST CHELTEN AVE
PHILADELPHIA, PA 19138

**As of the petition filing date, the claim is:**   $362.62   $362.62
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1420**  **Priority creditor's name and mailing address**
VELAZQUEZ, DAIJAH
350 BLACKWOOD CLM RD
PINEHILL, NJ 08021

As of the petition filing date, the claim is:    $187.85    $187.85
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1421**  **Priority creditor's name and mailing address**
VELIZ, DEISY
135 RICHMOMD ST
BROOKLYN, NY 11208

As of the petition filing date, the claim is:    $651.37    $651.37
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1422**  **Priority creditor's name and mailing address**
VELIZ, DEISY
135 RICHMOMD ST
BROOKLYN, NY 11208

As of the petition filing date, the claim is:    $22.66    $22.66
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1423**  **Priority creditor's name and mailing address**
VERDIN, MARIANA
50A NEPPERHAM AVE
ELMSFORD, NY 10523

As of the petition filing date, the claim is:    $2,643.75    $2,643.75
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                         Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1424** **Priority creditor's name and mailing address**
VERDIN, MARIANA
50A NEPPERHAM AVE
ELMSFORD, NY 10523

**As of the petition filing date, the claim is:**                    $120.61               $120.61
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1425** **Priority creditor's name and mailing address**
VERDIN, MARIANA
50A NEPPERHAM AVE
ELMSFORD, NY 10523

**As of the petition filing date, the claim is:**                    $599.26               $599.26
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1426** **Priority creditor's name and mailing address**
VERDIN, MARIANA
50A NEPPERHAM AVE
ELMSFORD, NY 10523

**As of the petition filing date, the claim is:**                    $608.94               $608.94
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1427** **Priority creditor's name and mailing address**
VESKOV, MARIA
238 TOTOWA ROAD
TOTOWA, NJ 7512

**As of the petition filing date, the claim is:**                    $66.62                $66.62
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1428**  **Priority creditor's name and mailing address**
VESKOV, MARIA
238 TOTOWA ROAD
TOTOWA, NJ 07512

As of the petition filing date, the claim is:    $66.88    $66.88
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1429**  **Priority creditor's name and mailing address**
VILLANUEVA, AILEEN
100 PROSPECT AVE APT# 1
BAYONNE, NJ 7002

As of the petition filing date, the claim is:    $612.24    $612.24
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1430**  **Priority creditor's name and mailing address**
VILLANUEVA, AILEEN
100 PROSPECT AVE APT# 1
BAYONNE, NJ 07002

As of the petition filing date, the claim is:    $222.11    $222.11
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1431**  **Priority creditor's name and mailing address**
VILLAVICENCIO, NICOLE
478 BROADWAY APT 3
BAYONNE, NJ 7002

As of the petition filing date, the claim is:    $115.06    $115.06
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1432** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $727.26 | $727.26

VINCENT, TAQUILLA
848 E. 57TH ST
BROOKLYN, NY 11234

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1433** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $238.28 | $238.28

VINCENT, TAQUILLA
848 E. 57TH ST
BROOKLYN, NY 11234

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1434** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $188.76 | $188.76

VINCULADO, FERNANDO
785 CHASE AVENUE
LYNDHURST, NJ 7071

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1435** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $209.55 | $209.55

VINCULADO, FERNANDO
785 CHASE AVENUE
LYNDHURST, NJ 07071

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

| | Part 1: | Additional Page |

| | | Total claim | Priority amount |

**2.1436** **Priority creditor's name and mailing address**
VIRATA, LUNINGNING
83 WEST 47TH STREET 2ND FLOOR
BAYONNE, NJ 7002

As of the petition filing date, the claim is:   $3,480.00   $3,480.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.1437** **Priority creditor's name and mailing address**
VIRATA, LUNINGNING
83 WEST 47TH STREET 2ND FLOOR
BAYONNE, NJ 07002

As of the petition filing date, the claim is:   $721.99   $721.99
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.1438** **Priority creditor's name and mailing address**
VIVIAN, EDWARD
185 PROSPECT AVE APT 2D
HACKENSACK, NJ 7601

As of the petition filing date, the claim is:   $4,846.09   $4,846.09
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.1439** **Priority creditor's name and mailing address**
VIVIAN, EDWARD
185 PROSPECT AVE APT 2D
HACKENSACK, NJ 07601

As of the petition filing date, the claim is:   $337.47   $337.47
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1440** | Priority creditor's name and mailing address
VUONG, BAN
137-2 KIRKBRIDE ROAD
VOORHEES, NJ 8043

As of the petition filing date, the claim is:    **$508.66**    **$508.66**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.1441** | Priority creditor's name and mailing address
VUONG, BAN
137-2 KIRKBRIDE ROAD
VOORHEES, NJ 08043

As of the petition filing date, the claim is:    **$117.47**    **$117.47**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.1442** | Priority creditor's name and mailing address
WALKER, ALANIS
63-76 SOUTH ST
MIDDLETOWN, NY 10940

As of the petition filing date, the claim is:    **$31.45**    **$31.45**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

**2.1443** | Priority creditor's name and mailing address
WALKER, RENEE
732 OCEAN AVE APT 4
LONG BRANCH, NJ 7740

As of the petition filing date, the claim is:    **$2,075.00**    **$2,075.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    361 of 483

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1444** | **Priority creditor's name and mailing address**
WALKER, RENEE
732 OCEAN AVE APT 4
LONG BRANCH, NJ 07740

**As of the petition filing date, the claim is:**   $266.52   $266.52
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1445** | **Priority creditor's name and mailing address**
WASHINGTON, BRITTANY
36 SUMMITVILLE RD
SUMMITVILLE, NY 12781

**As of the petition filing date, the claim is:**   $286.15   $286.15
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1446** | **Priority creditor's name and mailing address**
WASHINGTON, BRITTANY
36 SUMMITVILLE RD
SUMMITVILLE, NY 12781

**As of the petition filing date, the claim is:**   $125.09   $125.09
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1447** | **Priority creditor's name and mailing address**
WEAVER, ASHLEY
497 FLORIDA GROVE RD
HOPELAWN, NJ 8861

**As of the petition filing date, the claim is:**   $578.17   $578.17
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

---

**2.1448**  **Priority creditor's name and mailing address**

WEAVER, ASHLEY
497 FLORIDA GROVE RD
HOPELAWN, NJ 08861

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Total claim: $231.98    Priority amount: $231.98

---

**2.1449**  **Priority creditor's name and mailing address**

WEIR, TASIA
133 BEDFORD AVE
TEANECK, NJ 7666

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Total claim: $947.70    Priority amount: $947.70

---

**2.1450**  **Priority creditor's name and mailing address**

WEIR, TASIA
133 BEDFORD AVE
TEANECK, NJ 07666

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Total claim: $215.23    Priority amount: $215.23

---

**2.1451**  **Priority creditor's name and mailing address**

WELDON, REGINA
324 POST AVE APT 3E
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Total claim: $2,880.00    Priority amount: $2,880.00

---

Debtor Name    **Joyce Leslie, Inc.**                                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1452** | **Priority creditor's name and mailing address**
WELDON, REGINA
324 POST AVE APT 3E
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**       $337.54      $337.54
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1453** | **Priority creditor's name and mailing address**
WELDON, REGINA
324 POST AVE APT 3E
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**       $145.46      $145.46
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1454** | **Priority creditor's name and mailing address**
WELLS, JOHN
20 EAST 4TH ST APT 2A
MT VERNON, NY 10550

**As of the petition filing date, the claim is:**       $3,100.00      $3,100.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1455** | **Priority creditor's name and mailing address**
WELLS, JOHN
20 EAST 4TH ST APT 2A
MT VERNON, NY 10550

**As of the petition filing date, the claim is:**       $487.68      $487.68
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1456** | **Priority creditor's name and mailing address**
WEST, BRIANNA
76 9TH STREET
BELFORD, NJ 7718

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $60.17    Priority amount: $60.17

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1457** | **Priority creditor's name and mailing address**
WEST, BRIANNA
76 9TH STREET
BELFORD, NJ 07718

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $166.39    Priority amount: $166.39

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1458** | **Priority creditor's name and mailing address**
WHEELER, ANGELA
2112 FLORENCE AVE
HAZLET, NJ 7730

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $619.76    Priority amount: $619.76

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

**2.1459** | **Priority creditor's name and mailing address**
WHEELER, ANGELA
2112 FLORENCE AVE
HAZLET, NJ 07730

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $224.46    Priority amount: $224.46

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (      )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| | | |
|---|---|---|

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1460**   Priority creditor's name and mailing address
WHITE, DAYSHAWN
36 WILLIAM STREET APT 1
BELLEVILLE, NJ 7109

As of the petition filing date, the claim is:    $380.00       $380.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1461**   Priority creditor's name and mailing address
WHITE, DAYSHAWN
36 WILLIAM STREET
BELLEVILLE, NJ 07109

As of the petition filing date, the claim is:    $104.93       $104.93
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1462**   Priority creditor's name and mailing address
WHITE, DAYSHAWN
36 WILLIAM STREET
BELLEVILLE, NJ 07109

As of the petition filing date, the claim is:    $259.38       $259.38
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1463**   Priority creditor's name and mailing address
WHITE, NANCY
186 BELMONT AVENUE
HALEDON, NJ 7522

As of the petition filing date, the claim is:    $3,000.00       $3,000.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1464** **Priority creditor's name and mailing address**
WHITE, NANCY
186 BELMONT AVENUE
HALEDON, NJ 07522

**As of the petition filing date, the claim is:**    **$765.38**    **$765.38**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1465** **Priority creditor's name and mailing address**
WHITE, SHENEOQUA
545 EAST 38TH STREET APT 1
PATERSON, NJ 7513

**As of the petition filing date, the claim is:**    **$2,600.00**    **$2,600.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1466** **Priority creditor's name and mailing address**
WHITE, SHENEOQUA
545 EAST 38TH STREET APT 1
PATERSON, NJ 07513

**As of the petition filing date, the claim is:**    **$4.83**    **$4.83**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1467** **Priority creditor's name and mailing address**
WHITTER, ANN
12 MOUNT AVE
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**    **$1,230.08**    **$1,230.08**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1468**  **Priority creditor's name and mailing address**

WHITTER, ANN
12 MOUNT AVE
FREEPORT, NY 11520

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $352.03    Priority amount: $352.03

---

**2.1469**  **Priority creditor's name and mailing address**

WILES, CASHMERE
3501 SYDENHAM ST
PHILADELPHIA, PA 19140

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $280.96    Priority amount: $280.96

---

**2.1470**  **Priority creditor's name and mailing address**

WILES, CASHMERE
3501  SYDENHAM ST
PHILADELPHIA, PA 19140

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $844.81    Priority amount: $844.81

---

**2.1471**  **Priority creditor's name and mailing address**

WILKINS, DINAJAH
5610 DEVON ST
PHILADELPHIA, PA 19148

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Total claim: $111.00    Priority amount: $111.00

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

| | | | **Total claim** | **Priority amount** |

**2.1472** **Priority creditor's name and mailing address**
WILKINS, DINAJAH
5610 DEVON ST
PHILADELPHIA, PA 19148

As of the petition filing date, the claim is:    $477.71    $477.71
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1473** **Priority creditor's name and mailing address**
WILLCOX, ABIGAIL
6126 LONGWOOD AVE
MAYS LANDING, NJ 8330

As of the petition filing date, the claim is:    $904.50    $904.50
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1474** **Priority creditor's name and mailing address**
WILLCOX, ABIGAIL
6126 LONGWOOD AVE
MAYS LANDING, NJ 08330

As of the petition filing date, the claim is:    $342.51    $342.51
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1475** **Priority creditor's name and mailing address**
WILLIAMS, ASHLEY
48 TIBER AVE
DEER PARK, NY 11729

As of the petition filing date, the claim is:    $0.00    $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1476** **Priority creditor's name and mailing address**
WILLIAMS, ASHLEY
48 TIBER AVE
DEER PARK, NY 11729

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$94.96**  Priority amount: **$94.96**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1477** **Priority creditor's name and mailing address**
WILLIAMS, CHANEL
6901 OLD YORK ROAD APT. B211
PHILADELPHIA, NY 11727

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$170.94**  Priority amount: **$170.94**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1478** **Priority creditor's name and mailing address**
WILLIAMS, CHANEL
6901  OLD YORK ROAD
PHILADELPHIA, PA 19126

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$121.88**  Priority amount: **$121.88**

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

---

**2.1479** **Priority creditor's name and mailing address**
WILLIAMS, JADA
190 WESTERVELT AVE
N PLAINFIELD, NJ 7060

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: **$530.97**  Priority amount: **$530.97**

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**                                                    Case number (if known): **16-22035**

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1480**   **Priority creditor's name and mailing address**
WILLIAMS, JADA
190 WESTERVELT AVE
N PLAINFIELD, NJ 07060

**As of the petition filing date, the claim is:**   $178.31   $178.31
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1481**   **Priority creditor's name and mailing address**
WILLIAMS, KHANDI
1 JEAN ST APT# 312
MORRISTOWN, NJ 7960

**As of the petition filing date, the claim is:**   $488.13   $488.13
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1482**   **Priority creditor's name and mailing address**
WILLIAMS, KHANDI
1 JEAN ST APT# 312
MORRISTOWN, NJ 07960

**As of the petition filing date, the claim is:**   $147.01   $147.01
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1483**   **Priority creditor's name and mailing address**
WILLIAMS, MALIKAH
715 EAST RITTENHOUSE ST
PHILADELPHIA, PA 19144

**As of the petition filing date, the claim is:**   $187.87   $187.87
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✔] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1484**    **Priority creditor's name and mailing address**
WILLIAMS, MALIKAH
715 EAST RITTENHOUSE ST
PHILADELPHIA, PA 19144

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $87.61    **Priority amount** $87.61

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1485**    **Priority creditor's name and mailing address**
WILLIAMS, MICHIKO
288 18TH AVE APT A
NEWARK, NJ 7108

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $354.03    **Priority amount** $354.03

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1486**    **Priority creditor's name and mailing address**
WILLIAMS, MICHIKO
288 18TH AVE APT A
NEWARK, NJ 07108

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $167.23    **Priority amount** $167.23

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1487**    **Priority creditor's name and mailing address**
WILLIAMS, TERRI
1028 PARK AVE
HUNTINGTON, NY 11743

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $386.40    **Priority amount** $386.40

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1488** | **Priority creditor's name and mailing address**
WILLIAMS, TERRI
1028 PARK AVE
HUNTINGTON, NY 11743

**As of the petition filing date, the claim is:**          $49.67          $49.67
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1489** | **Priority creditor's name and mailing address**
WILMORE(ON DIS), KRISTINE
119 CROW POND ROAD
PITTSGROVE, NJ 8318

**As of the petition filing date, the claim is:**          $1,346.16          $1,346.16
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1490** | **Priority creditor's name and mailing address**
WILMOT, SELENA
12 HIGHVIEW DR
MIDDLETOWN, NY 10941

**As of the petition filing date, the claim is:**          $614.22          $614.22
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1491** | **Priority creditor's name and mailing address**
WILMOT, SELENA
12 HIGHVIEW DR
MIDDLETOWN, NY 10941

**As of the petition filing date, the claim is:**          $188.52          $188.52
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  | **Total claim** | **Priority amount** |
| --- | --- | --- |

**2.1492** | Priority creditor's name and mailing address
WILMOT, SELENA
12 HIGHVIEW DR
MIDDLETOWN, NY 10941

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $15.59   **Priority amount** $15.59

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

---

**2.1493** | Priority creditor's name and mailing address
WILSON, ASPEN
2410 DUNCAN STREET
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $2,520.00   **Priority amount** $2,520.00

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

---

**2.1494** | Priority creditor's name and mailing address
WILSON, ASPEN
2410 DUNCAN STREET
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $403.77   **Priority amount** $403.77

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

---

**2.1495** | Priority creditor's name and mailing address
WILSON, ASPEN
2410 DUNCAN STREET
PHILADELPHIA, PA 19124

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $15.06   **Priority amount** $15.06

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (       )

Debtor Name  **Joyce Leslie, Inc.**                                          Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1496**  **Priority creditor's name and mailing address**

WILSON, RONISHA
105 HILLSIDE AVE
MT. VERNON, NY 10553

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$531.18          $531.18

---

**2.1497**  **Priority creditor's name and mailing address**

WILSON, RONISHA
105 HILLSIDE AVE
MT. VERNON, NY 10553

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$258.94          $258.94

---

**2.1498**  **Priority creditor's name and mailing address**

WILTSHIRE, DARRYL
56 NORTH OXFORD WALK APT 9B
BROOKLYN, NY 11205

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$282.81          $282.81

---

**2.1499**  **Priority creditor's name and mailing address**

WILTSHIRE, DARRYL
56 NORTH OXFORD WALK APT 9B
BROOKLYN, NY 11205

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$525.01          $525.01

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1500**   Priority creditor's name and mailing address
WINDROW, WILLIAM
28 REHOBOTH RD
FLANDERS, NJ 7836

As of the petition filing date, the claim is:   **$2,100.00**   **$2,100.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1501**   Priority creditor's name and mailing address
WINDROW, WILLIAM
28 REHOBOTH RD
FLANDERS, NJ 07836

As of the petition filing date, the claim is:   **$452.23**   **$452.23**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1502**   Priority creditor's name and mailing address
WINTERS, JADA
345 WESTCHESTER AVE
WEST BABYLON, NY 11704

As of the petition filing date, the claim is:   **$80.37**   **$80.37**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1503**   Priority creditor's name and mailing address
WINTERS, JADA
345 WESTCHESTER AVE
WEST BABYLON, NY 11704

As of the petition filing date, the claim is:   **$25.92**   **$25.92**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

**Part 1:**    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1504**

Priority creditor's name and mailing address
**WOLF, NICOLE**
**79 VILLAGE DRIVE**
**BARNEGAT, NJ 8005**

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$478.84    $478.84

Date or dates debt was incurred

Basis for the claim:
**EMPLOYEE WAGES, SALARIES**

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1505**

Priority creditor's name and mailing address
**WOLF, NICOLE**
**79 VILLAGE DRIVE**
**BARNEGAT, NJ 08005**

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$153.80    $153.80

Date or dates debt was incurred

Basis for the claim:
**OUTSTANDING PAYROLL CHECKS**

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1506**

Priority creditor's name and mailing address
**WOODFIELD, KATHY**
**84-1B WINDING WOOD DRIVE**
**SAYREVILLE, NJ 8872**

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$3,400.00    $3,400.00

Date or dates debt was incurred

Basis for the claim:
**EMPLOYEE WAGES, SALARIES**

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1507**

Priority creditor's name and mailing address
**WOODFIELD, KATHY**
**84-1B WINDING WOOD DRIVE**
**SAYREVILLE, NJ 08872**

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

$704.83    $704.83

Date or dates debt was incurred

Basis for the claim:
**OUTSTANDING PAYROLL CHECKS**

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

| **Part 1:** | **Additional Page** | | | |

| | | | **Total claim** | **Priority amount** |

**2.1508** | Priority creditor's name and mailing address
WORTHINGTON, REGAN
43 HILLIARD AVE
CENTRAL ISLIP, NY 11722

As of the petition filing date, the claim is: **$3,200.00** **$3,200.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1509** | Priority creditor's name and mailing address
WORTHINGTON, REGAN
43 HILLIARD AVE
CENTRAL ISLIP, NY 11722

As of the petition filing date, the claim is: **$821.26** **$821.26**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1510** | Priority creditor's name and mailing address
WRIGHT, CHASITY
1458 EAST-MAIN STREET
BRIDGEPORT, CT 6608

As of the petition filing date, the claim is: **$0.00** **$0.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

---

**2.1511** | Priority creditor's name and mailing address
WRIGHT, LATORA
236 EAST 28TH ST APT 4B
PATERSON, NJ 7514

As of the petition filing date, the claim is: **$378.86** **$378.86**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (          )

Debtor Name    **Joyce Leslie, Inc.**                                      Case number (if known): **16-22035**

| **Part 1:** | **Additional Page** |

|  | **Total claim** | **Priority amount** |

**2.1512**  **Priority creditor's name and mailing address**
WRIGHT, LATORA
236 EAST 28TH ST APT 4B
PATERSON, NJ 07514

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $130.90    **Priority amount** $130.90

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1513**  **Priority creditor's name and mailing address**
WRIGHT, RACQUEL
12 SPRINGTON CIRCLE
MAYSLANDING, NJ 8330

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $396.30    **Priority amount** $396.30

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1514**  **Priority creditor's name and mailing address**
WRIGHT, RACQUEL
12 SPRINGTON CIRCLE
MAYSLANDING, NJ 08330

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $385.23    **Priority amount** $385.23

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1515**  **Priority creditor's name and mailing address**
WRIGHT, RACQUEL
12 SPRINGTON CIRCLE
MAYSLANDING, NJ 08330

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $211.00    **Priority amount** $211.00

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.1516** | **Priority creditor's name and mailing address**
YEANAY, CHRISTOLINE
6832 SYLVESTER STREET
PHILADELPHIA, PA 19149

**As of the petition filing date, the claim is:**    $511.65    $511.65
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1517** | **Priority creditor's name and mailing address**
YEANAY, CHRISTOLINE
6832 SYLVESTER STREET
PHILADELPHIA, PA 19149

**As of the petition filing date, the claim is:**    $119.61    $119.61
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1518** | **Priority creditor's name and mailing address**
YEKEL, NICOLE
63 MONMOUTH AVE
MIDDLETOWN, NJ 7748

**As of the petition filing date, the claim is:**    $127.21    $127.21
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

---

**2.1519** | **Priority creditor's name and mailing address**
YEKEL, NICOLE
63 MONMOUTH AVE
MIDDLETOWN, NJ 07748

**As of the petition filing date, the claim is:**    $65.78    $65.78
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name   **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 1: | Additional Page |

|  | | | **Total claim** | **Priority amount** |

**2.1520** Priority creditor's name and mailing address
YU, XUEYING
58-44 136TH ST
FLUSHING, NY 11355

As of the petition filing date, the claim is:     $0.00          $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

**2.1521** Priority creditor's name and mailing address
ZAYAS, KARY
229 BENJAMIN ST
TOMS RIVER, NJ 8755

As of the petition filing date, the claim is:     $0.00          $0.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE WAGES, SALARIES

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

**2.1522** Priority creditor's name and mailing address
ZAYAS, KARY
229 BENJAMIN ST
TOMS RIVER, NJ 08755

As of the petition filing date, the claim is:     $74.36          $74.36
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

**2.1523** Priority creditor's name and mailing address
ZAYAS, KARY
229 BENJAMIN ST
TOMS RIVER, NJ 08755

As of the petition filing date, the claim is:     $99.11          $99.11
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
OUTSTANDING PAYROLL CHECKS

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (        )

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1524** | **Priority creditor's name and mailing address**
ZEGAR, MARZENA
1883 MANOR DR APT A
UNION, NJ 7083

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $50.70  **Priority amount** $50.70

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.1525** | **Priority creditor's name and mailing address**
ZEGAR, MARZENA
1883 MANOR DR APT A
UNION, NJ 07083

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $76.95  **Priority amount** $76.95

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.1526** | **Priority creditor's name and mailing address**
ZHOU, HELEN
136-06 35TH AVE 3RD FL
FLUSHING, NY 11354

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $144.90  **Priority amount** $144.90

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE WAGES, SALARIES

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

---

**2.1527** | **Priority creditor's name and mailing address**
ZHOU, HELEN
136-06 35TH AVE 3RD FL
FLUSHING, NY 11354

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $33.40  **Priority amount** $33.40

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (     )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

---

## Part 1:    Additional Page

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1528** | **Priority creditor's name and mailing address**
ZIEGLER, ALEXANDREA
33 CENTRE ST
HADDENFIELD, NJ 08033

**As of the petition filing date, the claim is:**    $59.07    $59.07
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
OUTSTANDING PAYROLL CHECKS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        )

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1**    **Nonpriority creditor's name and mailing address**

26 INTERNATIONAL
1500 S.GRIFFITH AVENUE
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**    $22,387.07

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.2**    **Nonpriority creditor's name and mailing address**

3724 MAIN ST. OWNERS, LLC
29 GREENHAVEN ROAD
RYE, NY 10580

**As of the petition filing date, the claim is:**    $4,441.94

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.3**    **Nonpriority creditor's name and mailing address**

A-3 DESIGN
1015 S.CROCKER ST.
UNIT #R-22
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**    $71,396.75

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.4**    **Nonpriority creditor's name and mailing address**

ACKRIK ASSOCIATES
C/O IRWIN ACKERMAN
187 MILLBURN AVE.SUITE #6
MILLBURN, NJ 7041

**As of the petition filing date, the claim is:**    $4,308.91

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                                      Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.5**

**Nonpriority creditor's name and mailing address**
ADARA CLOTHING, INC.
800 E 12TH STREET
STE 333
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**                    $15,403.84
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**
AFA PROTECTIVE SYSTEMS
155 MICHAEL DRIVE
SYOSSET, NY 11791

**As of the petition filing date, the claim is:**                    $3,719.13
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.7**

**Nonpriority creditor's name and mailing address**
AGAIN TRADING CORP.
1239 BROADWAY
12TH FLOOR
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**                    $34,941.65
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.8**

**Nonpriority creditor's name and mailing address**
AIRPORT PLAZA, LLC.
PO BOX 6203
DEPT CODE:SNYF1363A
HICKSVILLE, NY 11802-6203

**As of the petition filing date, the claim is:**                    $55,840.34
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**                                      Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.9**    **Nonpriority creditor's name and mailing address**
AJG ENTERPRISES, LLC
1105 ARCADIAN WAY
FORT LEE, NJ 7024

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                  $52,612.73
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.10**    **Nonpriority creditor's name and mailing address**
ALLEN ALEXANDER
5225 POOKS HILL RD
APT.1422-SOUTH
BETHESDA, MD 20814

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                  $166.94
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.11**    **Nonpriority creditor's name and mailing address**
ALMONESSON ASSOC II LLC
350 SENTRY PKWY, BLDG 630
SUITE 300
BLUE BELL, PA 19422

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                  $5,057.50
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.12**    **Nonpriority creditor's name and mailing address**
ALMOST FAMOUS
YOUNIQUE BRAND
270 W.38TH ST. 19TH FLOOR
NEW YORK, NY 10018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                  $61,191.61
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                                          Case number (if known): **16-22035**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.13**

**Nonpriority creditor's name and mailing address**
ALPAP, LLC
RAG THERAPY
6 FOXBORO LANE
OLD BROOKVILLE, NY 11545

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$8,215.90

---

**3.14**

**Nonpriority creditor's name and mailing address**
ALPHA GLASS SYSTEMS LLC
827 RIDGEWOOD AVE
NORTH BRUNSWICK, NJ 8902

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,552.57

---

**3.15**

**Nonpriority creditor's name and mailing address**
AMERICAN AGE INC.
MISS THING
800 E.12TH ST. #112
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$14,405.37

---

**3.16**

**Nonpriority creditor's name and mailing address**
AMERICAN ATTITUDE
DIV. KNITWORK PRODUCTION
1410 BROADWAY 24 TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$88,821.39

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

<table>
<tr><td></td><td style="text-align:right"><b>Amount of claim</b></td></tr>
</table>

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 |
|---|---|---|
| AMERICAN BEST LOCKSMITH<br>10871 BUSTLETON AVENUE<br>SUITE 177<br>PHILADELPHIA,, PA 19116 | [X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | |
| | **Basis for the claim:** | |
| **Date or dates debt was incurred** | UNSECURED CREDITORS | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes | |

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,628.02 |
|---|---|---|
| AMERICAN HANGER &<br>FIXTURE CORP.<br>687 LEHIGH AVENUE<br>UNION,, NJ 07083-7625 | [X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | |
| | **Basis for the claim:** | |
| **Date or dates debt was incurred** | UNSECURED CREDITORS | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes | |

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $609.34 |
|---|---|---|
| AMERICAN PAPER &SUPPLY CO<br>PO BOX 346<br>CARLSTADT, NJ 7072 | [X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | |
| | **Basis for the claim:** | |
| **Date or dates debt was incurred** | UNSECURED CREDITORS | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes | |

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.14 |
|---|---|---|
| AMERICAN WATER & ENERGY<br>RESIDENT ID 194310<br>4431 NORTH DIXIE HIGHWAY<br>BOCA RATON, FL 33431 | [X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | |
| | **Basis for the claim:** | |
| **Date or dates debt was incurred** | UNSECURED CREDITORS | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes | |

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.21**  **Nonpriority creditor's name and mailing address**

AMICI ACCESSORIES LTD.
39 WEST 37TH STREET
2ND FLOOR
NEW YORK, NY 10018

As of the petition filing date, the claim is:    $49,820.51

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.22**  **Nonpriority creditor's name and mailing address**

AMSTER & ROSENSWEIG
33 HARRISON AVE.
P.O. BOX 1
WALDWICK, NJ 7463

As of the petition filing date, the claim is:    $390.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.23**  **Nonpriority creditor's name and mailing address**

ANAMA
ANM CLOTHING LLC
784 E.12TH STREET
LOS ANGELES, CA 90021

As of the petition filing date, the claim is:    $12,568.57

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.24**  **Nonpriority creditor's name and mailing address**

ANM LLC
784 E 12TH ST
LOS ANGELES, CA 90021

As of the petition filing date, the claim is:    $5,854.65

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                          Case number (if known): **16-22035**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.25**   **Nonpriority creditor's name and mailing address**

APOLLO APPAREL GROUP LLC
FIRST KISS
1407 BROADWAY SUITE #2000
NEW YORK, NY 10018

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:     $15,497.65

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.26**   **Nonpriority creditor's name and mailing address**

APTOS INC.
(FORM.CRS RETAIL/EPICOR)
15 GOVERNOR DRIVE
NEWBURGH, NY 12550-8337

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:     $598.86

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.27**   **Nonpriority creditor's name and mailing address**

ARISTA AIR CONDITIONING
38-26 TENTH STREET
LONG ISLAND CITY, NY 11101

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:     $7,435.69

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.28**   **Nonpriority creditor's name and mailing address**

ASTORIA HOLDING CORP
2181 RALPH AVENUE
BROOKLYN, NY 11234

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:     $2,092.68

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                                        Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.29** Nonpriority creditor's name and mailing address

ATLANTIC CITY #67
A/C# 5500 0759 583
PO BOX 13610
PHILADELPHIA, PA 19101

As of the petition filing date, the claim is:                    $1,588.06

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.30** Nonpriority creditor's name and mailing address

ATLANTIC CITY ELEC. #27
A/C# 500 0759 930
PO BOX 13610
PHILADELPHIA, PA 19101

As of the petition filing date, the claim is:                    $1,144.60

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.31** Nonpriority creditor's name and mailing address

ATLANTIC TOMORROWS OFFICE
GPO
PO BOX 26200
NEW YORK, NY 10087-6200

As of the petition filing date, the claim is:                    $708.88

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.32** Nonpriority creditor's name and mailing address

ATLAS PEST CONTROL
P.O. BOX 63
GILLETTE, NJ 7933

As of the petition filing date, the claim is:                    $98.02

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | **Amount of claim** |
|---|---|---|

**3.33** **Nonpriority creditor's name and mailing address**

AVR-PORTCHESTER, LLC.
PO BOX 8000
DEPARTMENT 969
BUFFALO, NY 14267

As of the petition filing date, the claim is:                **$13,082.76**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

BAILEY BLUE, LLC
1850 E.15TH STREET
UNIT B
LOS ANGELES, CA 90021

As of the petition filing date, the claim is:                **$8,398.10**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

BAY RIDGE CLEANING CNTRCT
PO BOX 280053
DYKER HEIGHTS STA., NY 11228-0021

As of the petition filing date, the claim is:                **$81.66**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.36** **Nonpriority creditor's name and mailing address**

BBC APPAREL/JOU JOU
1407 BROADWAY
NEW YORK, NY 10018

As of the petition filing date, the claim is:                **$5,403.96**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.37**

Nonpriority creditor's name and mailing address
BE MINE NYC INC.
10 W.33RD STREET
ROOM 515
NEW YORK, NY 10001

As of the petition filing date, the claim is:    $45,427.71
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.38**

Nonpriority creditor's name and mailing address
BECOOL IMPORT&EXPORT INC
20793 E VALLEY BLVD
WALNUT, CA 91789

As of the petition filing date, the claim is:    $3,674.88
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.39**

Nonpriority creditor's name and mailing address
BELGRADE & THOMPSONS
ASSOCIATES,LP
TWO BALA PLAZA, STE 526
BALA CYNWYD, PA 19004

As of the petition filing date, the claim is:    $6,261.38
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.40**

Nonpriority creditor's name and mailing address
BENDERSON WAINBERG ASSOC.
DEPT# 592004W44201
PO BOX 73612
CLEVELAND, OH 44193

As of the petition filing date, the claim is:    $5,413.66
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name     **Joyce Leslie, Inc.**           Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

---

**3.41**

**Nonpriority creditor's name and mailing address**
BERNICE JAMPOL
108-49 WHITE ASPEN LANE
BOCA RATON,, FL 33428

**As of the petition filing date, the claim is:**      $83.47
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.42**

**Nonpriority creditor's name and mailing address**
BEST SECURITY INDUSTRIES
755 NW 17TH AVENUE
SUITE 101
DELRAY BEACH, FL 33445

**As of the petition filing date, the claim is:**      $1,185.23
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.43**

**Nonpriority creditor's name and mailing address**
BETTER SECURITY
1158 PATERSON PLANK RD
SECAUCUS, NJ 7094

**As of the petition filing date, the claim is:**      $1,112.81
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.44**

**Nonpriority creditor's name and mailing address**
BLVD
1130 S CROCKER ST
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**      $38,193.90
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Official Form 206E/F       **Schedule E/F: Creditors Who Have Unsecured Claims**      

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.45**  **Nonpriority creditor's name and mailing address**
BOROUGH OF GLASSBORO
HEALTH AND HOUSING DEPT.
1 SOUTH MAIN STREET
GLASSBORO, NJ 08028-2592

As of the petition filing date, the claim is:                    $10.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.46**  **Nonpriority creditor's name and mailing address**
BPM DESIGNS, LLC
PO BOX 215
KENILWORTH, NJ 7033

As of the petition filing date, the claim is:                    $377.18
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.47**  **Nonpriority creditor's name and mailing address**
BRICKTOWN UE LLC
C/O HACKENSACK UE LLC
PO BOX 416556
BOSTON, MA 02241-6556

As of the petition filing date, the claim is:                    $22,147.03
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.48**  **Nonpriority creditor's name and mailing address**
BRINKS US
555 DIVIDEND DRIVE
ACCT:9999527680
COPPELL, TX 75019

As of the petition filing date, the claim is:                    $5,713.22
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name   **Joyce Leslie, Inc.**                          Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.49**   **Nonpriority creditor's name and mailing address**
BRIXMOR MALL OWNER LLC
C/O BRIXMOR PROPERTY GRP
PO BOX 74285
CLEVELAND, OH 44194-4285

**As of the petition filing date, the claim is:**       $1,707.50
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.50**   **Nonpriority creditor's name and mailing address**
BRIXMOR MIDDLETOWN PLAZA
C/O BRIXMOR PROPERTY GRP
PO BOX 74234
CLEVELAND, OH 44194-4234

**As of the petition filing date, the claim is:**       $5,088.77
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.51**   **Nonpriority creditor's name and mailing address**
BRIXMOR ROOSEVELT MALL
C/O  BRIXMOR PROPERTY GRP
PO BOX 74285
CLEVELAND, OH 44194-4285

**As of the petition filing date, the claim is:**       $16,223.71
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.52**   **Nonpriority creditor's name and mailing address**
BROADWAY SUN BEN TRADING
DBA ACCESSORY LEADERS
821 6TH AVE, 2ND FLOOR
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**       $13,307.25
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name   **Joyce Leslie, Inc.**                                Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.53**

**Nonpriority creditor's name and mailing address**
BROOKAIRE COMPANY
1 KERO ROAD
CARLSTADT, NJ 7072

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$167.98

---

**3.54**

**Nonpriority creditor's name and mailing address**
BUZZ JEANS
1407 BROADWAY
SUITE #1901
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$4,551.36

---

**3.55**

**Nonpriority creditor's name and mailing address**
C & H 1350 ASSOC. LLC
C/O COLLIERS INTL LI MGMT
114 OLD COUNTRY RD #LL2
MINEOLA,, NY 11501

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$3,714.16

---

**3.56**

**Nonpriority creditor's name and mailing address**
C0N EDISON #79
52-2618-0290-1201-8
JAF STATION PO BOX 1702
NEW YORK, NY 10115-1702

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$466.50

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.57**

**Nonpriority creditor's name and mailing address**
CALDWELL TRUST CO AND
HARVEY SCHWAID,COTRUSTEES
1561 MAIN ST
SARASOTA, FL 34236

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

$83.47

---

**3.58**

**Nonpriority creditor's name and mailing address**
CANON SOLUTIONS AMERICA
15004 COLLECTIONS CTR DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

$117.19

---

**3.59**

**Nonpriority creditor's name and mailing address**
CAPELLI OF NY
GMA ACCESSORIES
3 EMPIRE BLVD
SO.HACKENSACK, NJ 7606

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

$7,948.40

---

**3.60**

**Nonpriority creditor's name and mailing address**
CARD SYSTEM TECHNOLOGIES
2012A MORRIS AVE.
UNION, NJ 07083-6014

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

$179.20

---

Debtor Name    **Joyce Leslie, Inc.**                          Pg 418 of 526      Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.61**  **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:      $3,413.55

CAROL FOR EVA GRAHAM, INC
366 FIFTH AVENUE
SUITE # 815
NEW YORK, NY 10001

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**
                                                    UNSECURED CREDITORS

**Last 4 digits of account number**                 **Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.62**  **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:      $403.00

CASHSCAN CORP
1013 EAST 35TH STREET
BROOKLYN, NY 11210

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**
                                                    UNSECURED CREDITORS

**Last 4 digits of account number**                 **Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.63**  **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:      $83.47

CASSIDY TURLEY, JPMORGAN
CHASE & LILLIAN SCHWAID
721 EMERSON, STE 333
ST LOUIS, MO 63141

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**
                                                    UNSECURED CREDITORS

**Last 4 digits of account number**                 **Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.64**  **Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is:      $3,584.85

CERIDIAN CORPORATION
EMPLOYER SERVICES
P.O. BOX 10989
NEWARK, NJ 07193-0989

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**
                                                    UNSECURED CREDITORS

**Last 4 digits of account number**                 **Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.65**

**Nonpriority creditor's name and mailing address**
CHATEAU INTERNATIONAL INC
188 WHITMAN AVENUE
EDISON, NJ 8817

**As of the petition filing date, the claim is:**    $644.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.66**

**Nonpriority creditor's name and mailing address**
CITRIN COOPERMAN
529 FIFTH AVENUE
NEW YORK,, NY 10017

**As of the petition filing date, the claim is:**    $1,741.95
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.67**

**Nonpriority creditor's name and mailing address**
COCOMO CONNECTION
22 WEST 38TH STREET
9TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**    $9,623.95
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.68**

**Nonpriority creditor's name and mailing address**
COFFEE LOVERS COFFEE SER.
1275 BLOOMFIELD AVENUE
FAIRFIELD, NJ 7004

**As of the petition filing date, the claim is:**    $430.85
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                                            Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.69** | **Nonpriority creditor's name and mailing address**
COMMERCIAL AIR SERVICES
244 FOXON ROAD (RTE 80)
NORTH BRANFORD, CT 6471

As of the petition filing date, the claim is: $319.05
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.70** | **Nonpriority creditor's name and mailing address**
COMMERCIAL COOLING
SERVICE, INC
225 49TH STREET
BROOKLYN, NY 11220

As of the petition filing date, the claim is: $1,964.11
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.71** | **Nonpriority creditor's name and mailing address**
CON EDISON #19
#54-4701-0251-0005-4
JAF STATION PO BOX 1702
NEW YORK, NY 10116-1702

As of the petition filing date, the claim is: $987.87
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.72** | **Nonpriority creditor's name and mailing address**
CON EDISON #19
#54-4701-0274-5004-4
JAF BUILDING-PO BOX 1701
NEW YORK, NY 10116-1701

As of the petition filing date, the claim is: $744.93
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | Amount of claim |
|---|---|

**3.73**

**Nonpriority creditor's name and mailing address**
CON EDISON #26
AC#55-5857-4345-0000-7
JAF STATION, PO BOX 1702
NEW YORK, NY 10116-1702

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,414.27

---

**3.74**

**Nonpriority creditor's name and mailing address**
CON EDISON #33
#65 5809 2177 0505 4
JAF STATION-PO BOX 1701
NEW YORK, NY 10116-1701

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$947.74

---

**3.75**

**Nonpriority creditor's name and mailing address**
CON EDISON #33
65 5809 2177 0700 1
JAF STATION- PO BOX 1701
NEW YORK,, NY 10116-1701

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$561.68

---

**3.76**

**Nonpriority creditor's name and mailing address**
CON EDISON #41
A/C# 67-7334-1163-0002-6
JAF STATION- PO BOX 1701
NEW YORK, NY 10116-1701

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$317.17

---

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.77** | **Nonpriority creditor's name and mailing address**
CON EDISON #41
A/C # 67-7334-1142-0006-1
JAF BLDG- PO BOX 1701
NEW YORK, NY 10116-1701

**As of the petition filing date, the claim is:** $460.24
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**
CON EDISON #79
#52-2618-0268-0501-8
JAF STATION PO BOX 1702
NEW YORK, NY 10116-1702

**As of the petition filing date, the claim is:** $634.65
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**
CON EDISON #82
#23-3638-6455-0000-6
JAF STATION-PO BOX 1701
NEW YORK, NY 10116-1701

**As of the petition filing date, the claim is:** $872.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.80** | **Nonpriority creditor's name and mailing address**
CON EDISON #87
A/C#21-1426-0579-0408-0
JAF BLDG- PO BOX 1701
NEW YORK, NY 10116-1701

**As of the petition filing date, the claim is:** $751.84
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**                                          Case number (if known): **16-22035**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

**3.81**

**Nonpriority creditor's name and mailing address**
CON EDISON SOLUTIONS
ACCT #520095
PO BOX 223246
PITTSBURGH, PA 15251-2246

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$2,950.25

---

**3.82**

**Nonpriority creditor's name and mailing address**
CONEDISON SOLUTIONS
ACCT# 567683
PO BOX 223246
PITTSBURGH, PA 15251-2246

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$2,225.09

---

**3.83**

**Nonpriority creditor's name and mailing address**
CONEDISON SOLUTIONS #39
AC# 567682
PO BOX 223246
PITTSBURGH, PA 15251-2246

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$941.28

---

**3.84**

**Nonpriority creditor's name and mailing address**
CONTROL SPEC ELECTRICAL
SYSTEMS, INC.
30-60 REVIEW AVE
LONG ISLAND CITY, NY 11101

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$614.05

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.85**

**Nonpriority creditor's name and mailing address**
COOLRITE, INC
AIR CONDITIONING& HEATING
425 HULMEVILLE AVENUE
PENNDEL, PA 19047

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$4,493.44

**3.86**

**Nonpriority creditor's name and mailing address**
COOPERATIVE COMM., INC.
ATTN:ACCTS.RECEIVABLE
PO BOX 903
BELLEVILLE,, NJ 07109-0903

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$5,704.59

**3.87**

**Nonpriority creditor's name and mailing address**
CORPORATE SERVICES
CONSULTANTS, LLC.
P.O. BOX 1048
DANDRIDGE, TN 37725

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$290.00

**3.88**

**Nonpriority creditor's name and mailing address**
CROWN EQUIPMENT CORP
PO BOX 641173
CINCINNATI, OH 45264-1173

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$288.90

Debtor Name    **Joyce Leslie, Inc.**                                      Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.89**  **Nonpriority creditor's name and mailing address**

DANBEE, INC.
3360 E.PICO BLVD
LOS ANGELES, CA 90023

**As of the petition filing date, the claim is:**                   $41,458.30

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.90**  **Nonpriority creditor's name and mailing address**

DAVID ANDREW CORPORATION
170 W. COMMERCIAL AVENUE
MOONACHIE, NJ 07074

**As of the petition filing date, the claim is:**                   $519,187.50

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.91**  **Nonpriority creditor's name and mailing address**

DEBUT
1015 S. CROCKER STREET
#Q14
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**                   $1,816.50

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.92**  **Nonpriority creditor's name and mailing address**

DELAWARE 1851 ASSOC., LP
C/O RIOCAN(AMERICAN)MGMNT
307 FELLOWSHIP RD STE 116
MOUNT LAUREL, NJ 8054

**As of the petition filing date, the claim is:**                   $24,482.99

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**                          Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.93**   **Nonpriority creditor's name and mailing address**                    $50,722.58
DM MERCHANDISING INC.
835 N.CHURCH COURT
ELMHURST, IL 60126

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.94**   **Nonpriority creditor's name and mailing address**                    $3,954.66
DMX MUSIC
A/C #104249/#106111
PO BOX 602777
CHARLOTTE, NC 28260-2777

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.95**   **Nonpriority creditor's name and mailing address**                    $7,807.23
DREAM STYLE INC.
1113 N.MCKINLEY AVENUE
LOS ANGELES, CA 90059

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.96**   **Nonpriority creditor's name and mailing address**                    $9,812.75
DREAMWEAR INC.
183 MADISON AVENUE
10TH FLOOR
NEW YORK, NY 10016

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**                                   Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.97**  **Nonpriority creditor's name and mailing address**

DUCT MATE, INC.
190 LEXINGTON AVE,
HACKENSACK, NJ 7601

As of the petition filing date, the claim is:                    $1,773.14

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.98**  **Nonpriority creditor's name and mailing address**

DULCE CAROLA
1016 S TOWNE AVE #112
LOS ANGELES, CA 90021

As of the petition filing date, the claim is:                    $17,548.99

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.99**  **Nonpriority creditor's name and mailing address**

E.J.S ELECTRIC, LLC
P.O.BOX 275
N.HAVEN,, CT 6473

As of the petition filing date, the claim is:                    $593.57

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.100**  **Nonpriority creditor's name and mailing address**

E.SAM JONES DIST. INC.
P.O. BOX 536794
ATLANTA, GA 30353-6794

As of the petition filing date, the claim is:                    $1,391.75

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.101** **Nonpriority creditor's name and mailing address**
EAGLE AIR CONDITIONING
16 SHERMAN AVENUE
WHITE PLAINS, NY 10605

**As of the petition filing date, the claim is:**                         $1,051.64
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.102** **Nonpriority creditor's name and mailing address**
EAGLE HOME PRODUCTS
ONE ARNOLD DRIVE
HUNTINGTON, NY 11743

**As of the petition filing date, the claim is:**                         $31,243.17
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.103** **Nonpriority creditor's name and mailing address**
EAST BRUNSWICK UE LLC
C/O HACKENSACK UE LLC
PO BOX 416556
BOSTON, MA 02241-6556

**As of the petition filing date, the claim is:**                         $14,411.35
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.104** **Nonpriority creditor's name and mailing address**
EAST CEDARBOOK PLAZA LLC
PO BOX 823681
PHILADELPHIA, PA 19182-3681

**As of the petition filing date, the claim is:**                         $28,134.33
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.105**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,024.41 |
| --- | --- | --- |
| EAST CEDARBROOK PLAZA LLC<br>PO BOX 823681<br>PHILADELPHIA, PA 19182-3681 | [X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | |
| | **Basis for the claim:** | |
| **Date or dates debt was incurred** | UNSECURED CREDITORS | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes | |

**3.106**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,198.86 |
| --- | --- | --- |
| EASTERN SECURITY CORP.<br>120 BROADWAY<br>36TH FLOOR<br>NEW YORK,, NY 10271 | [X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | |
| | **Basis for the claim:** | |
| **Date or dates debt was incurred** | UNSECURED CREDITORS | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes | |

**3.107**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,477.35 |
| --- | --- | --- |
| EDGEWATER RETAIL PTRS LLC<br>SNJE1375A-LJOYCLE00<br>PO BOX 6203<br>HICKSVILLE, NY 11802-6203 | [X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | |
| | **Basis for the claim:** | |
| **Date or dates debt was incurred** | UNSECURED CREDITORS | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes | |

**3.108**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,305.50 |
| --- | --- | --- |
| EHL IMPORTS<br>501 EAST 89TH STREET<br>BROOKLYN, NY 11236 | [X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | |
| | **Basis for the claim:** | |
| **Date or dates debt was incurred** | UNSECURED CREDITORS | |
| **Last 4 digits of account number** | **Is the claim subject to offset?**<br>[✓] No<br>[ ] Yes | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.109**

Nonpriority creditor's name and mailing address

EHRLICH PEST CONTROL
P.O. BOX 13848
READING, PA 19612-3848

As of the petition filing date, the claim is:    $95.16

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.110**

Nonpriority creditor's name and mailing address

EMERALD SUNDAE
WILD HORSES APPAREL,LLC
4433 PACIFIC BLVD
VERNON, CA 90058

As of the petition filing date, the claim is:    $5,672.84

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.111**

Nonpriority creditor's name and mailing address

ENCHANTE'ACCESSORIES
EDWARD JAY ACCESSORIES
16 E.34TH ST.,16TH FLOOR
NEW YORK, NY 10016

As of the petition filing date, the claim is:    $30,612.55

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

**3.112**

Nonpriority creditor's name and mailing address

ENTICING LINGERIE
P.O.BOX 230224
GRAVESEND STATION
BROOKLYN, NY 11223

As of the petition filing date, the claim is:    $4,550.59

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
[✔] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  | | **Amount of claim** |
| --- | --- | --- |

**3.113**  **Nonpriority creditor's name and mailing address**

ENTRY DBA ALT.B
766 E 12TH STREET# C
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**          $31,974.18

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.114**  **Nonpriority creditor's name and mailing address**

ESTATE OF LEE BRENNER
C/O FRANCESCA BRENNER
5029 WESTWOOD BLVD
CULVER CITY, CA 90230

**As of the petition filing date, the claim is:**          $166.94

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.115**  **Nonpriority creditor's name and mailing address**

EVOLUTIONARY APPAREL INC.
9420 TELSTAR AVENUE
SUITE #201
EL MONTE, CA 91731

**As of the petition filing date, the claim is:**          $7,246.34

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.116**  **Nonpriority creditor's name and mailing address**

EXCELL BRANDS LLC
3 INDEPENDENCE WAY
SUITE 114
PRINCETON, NJ 8540

**As of the petition filing date, the claim is:**          $8,401.87

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**                                   Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.117**  **Nonpriority creditor's name and mailing address**
FANTASIA ACCESSORIES LTD
31 WEST 34TH STREET
SUITE 501
NEW YORK, NY 10001

As of the petition filing date, the claim is:                    $3,655.77
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**
**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.118**  **Nonpriority creditor's name and mailing address**
FASHION AVENUE KNITS, INC
525 7TH AVENUE
4TH FLOOR
NEW YORK, NY 10018

As of the petition filing date, the claim is:                    $77,523.25
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**
**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.119**  **Nonpriority creditor's name and mailing address**
FASHION WILDCAT
164 W.JEFFERSON BLVD.
LOS ANGELES, CA 90007

As of the petition filing date, the claim is:                    $22,575.01
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**
**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.120**  **Nonpriority creditor's name and mailing address**
FEDERAL EXPRESS CORP.
A/C # 1006-2863-5
P.O. BOX 371461
PITTSBURGH, PA 15250-7461

As of the petition filing date, the claim is:                    $732.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**
**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Joyce Leslie, Inc.**                                            Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.121**  **Nonpriority creditor's name and mailing address**

FEIMANN GROUP INC
15333 CULVER DRIVE
UNIT 340/325
IRVINE, CA 92604

**As of the petition filing date, the claim is:**                    $7,334.20

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.122**  **Nonpriority creditor's name and mailing address**

FINESSE NOVELTY CORP.
2 CHANNEL DRIVE
SUITE 200 - 2ND FLOOR
PORT WASHINGTON, NY 11050

**As of the petition filing date, the claim is:**                    $2,628.65

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.123**  **Nonpriority creditor's name and mailing address**

FRAGRANCE ACQUISITIONS
DBA PREFERRED FRAGRANCE
1900 CORPORATE BLVD
NEWBURGH, NY 12550

**As of the petition filing date, the claim is:**                    $15,671.05

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.124**  **Nonpriority creditor's name and mailing address**

FREEPORT ELECTRIC
ACCT # 02-1340-009
46 N. OCEAN AVENUE
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**                    $981.19

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | **Amount of claim** |
| --- | --- | --- |

**3.125**

**Nonpriority creditor's name and mailing address**

FREEZE
A DIV. OF CENTRAL MILLS
473 RIDGE ROAD
DAYTON, NJ 8810

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Is the claim subject to offset?
[✓] No
[ ] Yes

**$27,576.58**

---

**3.126**

**Nonpriority creditor's name and mailing address**

FRONTIER
845-344-455-100402-4
P.O. BOX 20550
ROCHESTER,, NY 14602-0550

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Is the claim subject to offset?
[✓] No
[ ] Yes

**$133.98**

---

**3.127**

**Nonpriority creditor's name and mailing address**

FURMAN FEINER ADVERTISING
801 SECOND AVE
NEW YORK, NY 10017

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Is the claim subject to offset?
[✓] No
[ ] Yes

**$999.43**

---

**3.128**

**Nonpriority creditor's name and mailing address**

G&H TEXTILES TRADING INC.
1988 CAMFIELD AVENUE
COMMERCE, CA 90040

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Is the claim subject to offset?
[✓] No
[ ] Yes

**$1,542.00**

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

|  | | Amount of claim |
|---|---|---|

**3.129**

**Nonpriority creditor's name and mailing address**
GARDEN STATE WASTE MGMT
P.O. BOX 362
WHARTON, NJ 7885

As of the petition filing date, the claim is:    $180.25
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.130**

**Nonpriority creditor's name and mailing address**
GARRISON PROTECTIVE SERV.
C/O MERCHANT
P.O. BOX 716 MIDTOWN STAT
NEW YORK, NY 10018

As of the petition filing date, the claim is:    $1,148.72
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.131**

**Nonpriority creditor's name and mailing address**
GARY LA PELUSA
P.O. BOX 966
BAYONNE,, NJ 07002-0966

As of the petition filing date, the claim is:    $101.65
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.132**

**Nonpriority creditor's name and mailing address**
GAZE U.S.A.
1665 MATEO STREET
1ST FLOOR
LOS ANGELES, CA 90021

As of the petition filing date, the claim is:    $134,875.18
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

| Debtor Name | **Joyce Leslie, Inc.** | Case number (if known): **16-22035** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

---

**3.133**

**Nonpriority creditor's name and mailing address**
GEORGETOWN CTR BROOKLYN
SHOLOM & ZUCKERBROT RLTY
35-11  35TH AVENUE
LONG ISLAND CITY, NY 11106

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[X] No
[ ] Yes

$35,076.35

---

**3.134**

**Nonpriority creditor's name and mailing address**
GEWIRTZ ASSET PARTNERS
C/O JOYCE LESLIE,INC
170 WEST COMMERCIAL AVE
MOONACHIE, NJ 7074

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[X] No
[ ] Yes

$415,969.11

---

**3.135**

**Nonpriority creditor's name and mailing address**
GINA GROUP LLC
10 WEST 33RD STREET
3RD FLOOR
NEW YORK, NY 10001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[X] No
[ ] Yes

$36,539.86

---

**3.136**

**Nonpriority creditor's name and mailing address**
GLEN COVE ROAD
REALTY ASSOCIATES, LLC.
P.O. BOX 1026
MELVILLE, NY 11747

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[X] No
[ ] Yes

$33,981.86

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.137**  **Nonpriority creditor's name and mailing address**

GLOBAL COMPUTER SUPPLIES
ACCT#0090536889
PO BOX 935308
ATLANTA, GA 31193-5308

**As of the petition filing date, the claim is:**          $1,327.44

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.138**  **Nonpriority creditor's name and mailing address**

GOGO JEANS INC.
1407 BROADWAY
SUITE # 1016
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**          $3,595.30

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.139**  **Nonpriority creditor's name and mailing address**

GOLD ELECTRIC, INC.
352 SECOND STREET PIKE
UNIT #310
SOUTHAMPTON, PA 18966

**As of the petition filing date, the claim is:**          $577.50

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.140**  **Nonpriority creditor's name and mailing address**

GOLDBRUN REALTY LLC
1056 E.7TH STREET
BROOKLYN, NY 11230

**As of the petition filing date, the claim is:**          $3,727.70

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.141** | **Nonpriority creditor's name and mailing address**
GOLDEN TOO
1410 BROADWAY
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**                $107,180.35
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.142** | **Nonpriority creditor's name and mailing address**
GREENLAWN WATER DISTRICT
45 RAILROAD STREET
GREENLAWN, NY 11740-1217

**As of the petition filing date, the claim is:**                $10.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.143** | **Nonpriority creditor's name and mailing address**
H.B.C. ELECTRIC, INC.
306 CHESTNUT STREET
P.O. BOX 7155
ROSELLE, NJ 7203

**As of the petition filing date, the claim is:**                $2,352.40
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.144** | **Nonpriority creditor's name and mailing address**
HAGEMAN ROOFING
16 INDUSTRIAL AVENUE
RIDGEFIELD PARK,, NJ 7660

**As of the petition filing date, the claim is:**                $1,492.65
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**                                           Case number (if known): **16-22035**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

|  | | **Amount of claim** |

**3.145**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,111.70 |
| HALLOWEEN RESOURCE CENTER<br>1100 S COLUMBUS BLVD<br>PHILADELPHIA, PA 19147 | [X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | |

Date or dates debt was incurred

Basis for the claim: **UNSECURED CREDITORS**

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.146**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,407.27 |
| HAVE FASHION, INC.<br>3360 E.PICO BLVD<br>LOS ANGELES, CA 90023 | [X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | |

Date or dates debt was incurred

Basis for the claim: **UNSECURED CREDITORS**

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.147**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $722.25 |
| HI TECH AUTO BODY<br>229 S.VAN BRUNDT AVENUE<br>ENGLEWOOD,, NJ 7631 | [X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | |

Date or dates debt was incurred

Basis for the claim: **UNSECURED CREDITORS**

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.148**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $83,329.53 |
| HOT STEPS INC<br>236 5TH AVENUE<br>3RD FLOOR<br>NEW YORK, NY 10001 | [X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | |

Date or dates debt was incurred

Basis for the claim: **UNSECURED CREDITORS**

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.149**  **Nonpriority creditor's name and mailing address**

HUB SIGN & LIGHTING
67 WOOD AVENUE
MANALAPAN, NJ 7726

**As of the petition filing date, the claim is:**    $1,965.91

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.150**  **Nonpriority creditor's name and mailing address**

HUTCH TARRYTOWN LLC
C/O CENTER MANAGEMENT LLC
1250 WATERS PLACE PH 1
BRONX, NY 10461

**As of the petition filing date, the claim is:**    $14,852.97

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.151**  **Nonpriority creditor's name and mailing address**

I JOAH
1100 S SAN PEDRO STREET
#A7
LOS ANGELES, CA 90015

**As of the petition filing date, the claim is:**    $3,377.73

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.152**  **Nonpriority creditor's name and mailing address**

IBM/TOSHIBA GCS
PO BOX 644938
PITTSBURGH, PA 15264-4938

**As of the petition filing date, the claim is:**    $3,114.95

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                     Pg 441 of 526        Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.153**   **Nonpriority creditor's name and mailing address**
INC. VILLAGE OF FREEPORT
ACCT# 36-1776-300
46 N.OCEAN AVE.
FREEPORT, NY 11520-3094

As of the petition filing date, the claim is:                $43.16
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.154**   **Nonpriority creditor's name and mailing address**
INDIAN HEAD PLAZA ASSOC.
C/O JK MANAGEMENT LLC
1051 BLOOMFIELD AVE.
CLIFTON, NJ 7012

As of the petition filing date, the claim is:              $5,065.38
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.155**   **Nonpriority creditor's name and mailing address**
INMOD, INC.
VERTY
777 E.12TH STREET #1-13
LOS ANGELES, CA 90021

As of the petition filing date, the claim is:              $3,168.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.156**   **Nonpriority creditor's name and mailing address**
INTERNATIONAL INTIMATES
31 W.34TH STREET
9TH FLOOR
NEW YORK, NY 10001

As of the petition filing date, the claim is:            $151,562.43
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          422 of 483

Debtor Name    **Joyce Leslie, Inc.**                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

---

**3.157**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $5,442.74

INTIMATECO LLC
149 MADISON AVENUE
SUITE # 300
NEW YORK, NY 10016

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.158**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $190.00

IPPOLITO ELECTRICAL
CONTRACTORS, INC.
204 SUNRISE DRIVE
HAWTHORNE,, NJ 7506

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.159**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $1,644.14

IPPOLITO/WESTPHAL CONTAIN
PO BOX 123
NORWOOD,, NJ 7648

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.160**  **Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is:        $1,314.69

ISLAND PACIFIC SYSTEMS
1940 EAST DEERE AVE
SUITE #200
SANTA ANA, CA 92705

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.161** Nonpriority creditor's name and mailing address

J.C.S. APPAREL GROUP INC.
1407 BROADWAY SUITE 202
NEW YORK, NY 10018

As of the petition filing date, the claim is:                    $4,499.30

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.162** Nonpriority creditor's name and mailing address

JALATE
16014 ADELANTE STREET
UNIT D
IRWINDALE, CA 91706

As of the petition filing date, the claim is:                    $2,899.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.163** Nonpriority creditor's name and mailing address

JANICE FASHION INC.
1015 S.CROCKER ST.
#Q-13
LOS ANGELES, CA 90021

As of the petition filing date, the claim is:                    $11,269.68

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.164** Nonpriority creditor's name and mailing address

JAPNA INC.
19 BARNYARD CT
PLAINSBORO, NJ 08536-3137

As of the petition filing date, the claim is:                    $5,597.89

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              424 of 483

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.165** **Nonpriority creditor's name and mailing address**
JAXI'S II INC.
530 7TH AVENUE
SUITE #606
NEW YORK, NY 10018

As of the petition filing date, the claim is:    $6,406.04
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.166** **Nonpriority creditor's name and mailing address**
JCP & L #68
A/C #100 054 514 839
PO BOX 3687
AKRON, OH 44309-3687

As of the petition filing date, the claim is:    $955.73
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.167** **Nonpriority creditor's name and mailing address**
JCP&L
ACCT# 100 087 612 097
PO BOX 3687
AKRON, OH 44309-3687

As of the petition filing date, the claim is:    $3,149.73
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.168** **Nonpriority creditor's name and mailing address**
JCP&L #06
A/C# 100 006 312 324
PO BOX 3687
AKRON, OH 44309-3687

As of the petition filing date, the claim is:    $755.89
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Joyce Leslie, Inc.**                                        Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

| | | Amount of claim |

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,485.42**

JCP&L #24
A/C#100 063 648 693
PO BOX 3687
AKRON, OH 44309-3687

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,065.38**

JCP&L #56
A/C# 100 017 784 511
PO BOX 3687
AKRON, OH 44309-3687

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,791.36**

JEFFREY MANAGEMENT CORP.
AC# 303123210-72648009
PO BOX 3096
HICKSVILLE, NY 11802-3096

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$26,792.85**

JERRY LEIGH
7860 NELSON ROAD
VAN NUYS, CA 91402

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.173** **Nonpriority creditor's name and mailing address**
JESCO FOOTWEAR GROUP INC.
37 WEST 37TH STREET
SUITE 301
NEW YORK, NY 10018-6225

**As of the petition filing date, the claim is:**                    $68,413.87
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.174** **Nonpriority creditor's name and mailing address**
JNR APPAREL
1570 EAST 23RD STREET
LOS ANGELES, CA 90011

**As of the petition filing date, the claim is:**                    $6,241.41
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.175** **Nonpriority creditor's name and mailing address**
JOAN KENNEDY
4224 E. TANO STREET
AHWATUKEE
PHOENIX, AZ 85044

**As of the petition filing date, the claim is:**                    $166.94
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.176** **Nonpriority creditor's name and mailing address**
JOAN MEISEL
30 FIFTH AVENUE
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**                    $18,237.42
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.177** | **Nonpriority creditor's name and mailing address**
JON BARRY COMPANY
1571 ALBANY AVE.
BROOKLYN,, NY 11210

As of the petition filing date, the claim is:                    **$1,719.00**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.178** | **Nonpriority creditor's name and mailing address**
JRG APPAREL GROUP CO.LTD
1407 BROADWAY
SUITE #817
NEW YORK, NY 10018

As of the petition filing date, the claim is:                    **$2,581.80**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.179** | **Nonpriority creditor's name and mailing address**
JSH OUTERWEAR LLC
1410 BROADWAY
SUITE # 505
NEW YORK, NY 10018

As of the petition filing date, the claim is:                    **$1,581.40**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.180** | **Nonpriority creditor's name and mailing address**
JUST ONE LLC/SECRET LACE
HOT SOUP/BLACK FUCHSIA
1450 BROADWAY 21ST FLOOR
NEW YORK, NY 10018

As of the petition filing date, the claim is:                    **$81,457.82**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.181** | **Nonpriority creditor's name and mailing address**
KAKTUS SPORTSWEAR INC.
390 STARKE ROAD
CARLSTADT, NJ 7072

As of the petition filing date, the claim is:                    $3,145.75
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.182** | **Nonpriority creditor's name and mailing address**
KIOP MEADOWBROOK,L.P.
PO BOX 6208
ACCT#:SNYF0027/LJOYCLE00
HICKSVILLE, NY 11802-6208

As of the petition filing date, the claim is:                    $31,728.32
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.183** | **Nonpriority creditor's name and mailing address**
KR COLLEGETOWN LLC
COLLEGETOWN SHOPPING CNTR
PO BOX 30875
NEW YORK, NY 10087-0875

As of the petition filing date, the claim is:                    $8,383.59
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.184** | **Nonpriority creditor's name and mailing address**
KRT PROP.HOLDINGS LLC
C/O BRIXMOR PROPERTY GRP
PO BOX 645324
CINCINNATI, OH 45264-5324

As of the petition filing date, the claim is:                    $4,778.28
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

|  | **Amount of claim** |
| --- | --- |

**3.185** | **Nonpriority creditor's name and mailing address**

KW FASHION CORP
39 W.29TH STREET
8TH FLOOR
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**            $44,339.27

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.186** | **Nonpriority creditor's name and mailing address**

L.I.LOCKSMITH & ALARM CO.
26 W.OLD COUNTRY RD.
HICKSVILLE,, NY 11801-4708

**As of the petition filing date, the claim is:**            $274.86

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.187** | **Nonpriority creditor's name and mailing address**

LABANGA
726 E.12TH STREET
UNIT # 113
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**            $22,260.33

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.188** | **Nonpriority creditor's name and mailing address**

LANA LEE FASHIONS INC.
9400 ST.LAURENT
SUITE 301
MONTREAL, PQ H2N 1P3
CANADA

**As of the petition filing date, the claim is:**            $5,443.68

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**                                  Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.189**

Nonpriority creditor's name and mailing address
LC APPAREL, INC
1370 BROADWAY
SUITE #1212
NEW YORK, NY 10018

As of the petition filing date, the claim is:                    $9,214.61
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.190**

Nonpriority creditor's name and mailing address
LEAF
CONTRACT# 100-1628767-001
PO BOX 644006
CINCINNATI, OH 45264-4006

As of the petition filing date, the claim is:                    $1,358.90
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.191**

Nonpriority creditor's name and mailing address
LEDA BLUMENTHAL
1608 SUMMERCHASE DRIVE
DULUTH, GA 30096

As of the petition filing date, the claim is:                    $83.47
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.192**

Nonpriority creditor's name and mailing address
LEG RESOURCE, INC.
350 FIFTH AVENUE
SUITE 6408
NEW YORK, NY 10018

As of the petition filing date, the claim is:                    $11,840.42
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                                              Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.193**  **Nonpriority creditor's name and mailing address**
LEGEND FOOTWEAR, INC.
19445 E.WALNUT DR. NORTH
CITY OF INDUSTRY, CA 91789

As of the petition filing date, the claim is:            $27,770.04
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.194**  **Nonpriority creditor's name and mailing address**
LEONARD FEINBERG INC.
P.O.BOX 8533
1824 BYBERRY ROAD
BENSALEM, PA 19020-8533

As of the petition filing date, the claim is:            $6,640.49
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.195**  **Nonpriority creditor's name and mailing address**
LESLIE BALIS
TRUSTEE OF S.B.HURWITZ
4510 W. CULBREATH AVE.
TAMPA, FL 33609

As of the petition filing date, the claim is:            $83.47
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.196**  **Nonpriority creditor's name and mailing address**
LEVCO ROUTE 46 ASSOC
MANDELBAUM & MANDELBAUM
80 MAIN STREET STE 510
WEST ORANGE, NJ 7052

As of the petition filing date, the claim is:            $59,499.70
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              432 of 483

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.197** Nonpriority creditor's name and mailing address

LEVCOM/WALL PLAZA ASSOC.
C/OJK MGMT.LLC-PO BOX1276
1051 BLOOMFIELD AVE.
CLIFTON, NJ 7012

As of the petition filing date, the claim is:     $6,190.69

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.198** Nonpriority creditor's name and mailing address

LEVIN MANAGEMENT CORP
ACCT# 39-068
PO BOX 326
PLAINFIELD, NJ 07061-0326

As of the petition filing date, the claim is:     $3,780.51

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.199** Nonpriority creditor's name and mailing address

LIBERTY POWER
ACCT# 4995824084
25901 NETWORK PLACE
CHICAGO, IL 60673-1259

As of the petition filing date, the claim is:     $5,574.89

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.200** Nonpriority creditor's name and mailing address

LIBERTY POWER #93
ACCT#49951475068
25901 NETWORK PLACE
CHICAGO, IL 60673-1259

As of the petition filing date, the claim is:     $1,169.57

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.201** | **Nonpriority creditor's name and mailing address**

LOUISE PARIS LTD
ATTN:ROSEANNE OR PAUL
1407 BROADWAY  SUITE 1405
NEW YORK, NY 10018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[X] No
[ ] Yes

$116,744.62

---

**3.202** | **Nonpriority creditor's name and mailing address**

LUX ACCESSORIES LTD
362 FIFTH AVENUE
SUITE #601
NEW YORK, NY 10001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[X] No
[ ] Yes

$43,154.37

---

**3.203** | **Nonpriority creditor's name and mailing address**

MACKENZIE DOOR CO.
4900 WEST SIDE AVENUE
NORTH BERGEN, NJ 7047

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[X] No
[ ] Yes

$1,488.91

---

**3.204** | **Nonpriority creditor's name and mailing address**

MAGID PLUS
P.O.BOX 1279
NEW YORK, NY 10156

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[X] No
[ ] Yes

$4,598.77

---

Debtor Name    **Joyce Leslie, Inc.**                              Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.205**  **Nonpriority creditor's name and mailing address**

MANGO USA INC
5620 1ST AVENUE
BROOKLYN, NY 11220

**As of the petition filing date, the claim is:**    **$34,093.18**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.206**  **Nonpriority creditor's name and mailing address**

MARKETPLACE AT ROCKAWAY
2035 LINCOLN HIGHWAY
SUITE 2150
EDISON, NJ 8817

**As of the petition filing date, the claim is:**    **$7,468.42**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.207**  **Nonpriority creditor's name and mailing address**

MARLTON PLAZA II ASSOC. LP
LEASE ID 4240029
PO BOX 30875
NEW YORK, NY 10087-0875

**As of the petition filing date, the claim is:**    **$5,564.72**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.208**  **Nonpriority creditor's name and mailing address**

MAVERICK APPAREL LLC
1384 BROADWAY
14TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**    **$6,780.00**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                                                                      Case number (if known): **16-22035**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.209**  **Nonpriority creditor's name and mailing address**

MAX CORE ACTIVEWEAR
30 RIVER COURT SUITE 2703
JERSEY CITY, NJ 7310

**As of the petition filing date, the claim is:**                    $2,792.80

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.210**  **Nonpriority creditor's name and mailing address**

MAX IMPORTS, INC.
USA
1407 BROADWAY SUITE 1903
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**                    $10,363.93

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.211**  **Nonpriority creditor's name and mailing address**

MEADOWLANDS FUEL STOP LLC
758 PATERSON PLANK RD
EAST RUTHERFORD, NJ 7073

**As of the petition filing date, the claim is:**                    $825.42

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.212**  **Nonpriority creditor's name and mailing address**

MEETU MAGIC INC.
4800 WEST SIDE AVENUE
NORTH BERGEN, NJ 7047

**As of the petition filing date, the claim is:**                    $17,006.11

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.213**  **Nonpriority creditor's name and mailing address**

MEGA WEAR, INC.
1407 BROADWAY
SUITE 2310
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**                           $36,764.98

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.214**  **Nonpriority creditor's name and mailing address**

METRO FIRE & SAFETY EQUIP
509 WASHINGTON AVE
(MIJACK COURT)
CARLSTADT, NJ 7072

**As of the petition filing date, the claim is:**                           $628.84

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.215**  **Nonpriority creditor's name and mailing address**

MIDDLETOWN I RESOURCES LP
C/O NATIONAL REALTY
3 MANHATTANVILLE RD,S#202
PURCHASE, NY 10577-7449

**As of the petition filing date, the claim is:**                           $6,481.37

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.216**  **Nonpriority creditor's name and mailing address**

MIDRANGE REPAIR&PARTS, INC
(FORMERLY QUINN DATA)
3821 WEST 127TH PLACE
ALSIP, IL 60803

**As of the petition filing date, the claim is:**                           $1,684.75

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | **Amount of claim** |
| --- | --- | --- |

**3.217** | **Nonpriority creditor's name and mailing address** | | $8,725.79
MIDWAY AMERICA
10 WEST 33RD STREET
SUITE 1221
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | | $29,848.10
MILFORD CROSSING INVESTOR
1720 POST RD
FAIRFIELD, CT 6824

**As of the petition filing date, the claim is:**
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | | $6,376.40
MILLER DETECTIVE AGENCY
207 CENTRAL AVENUE
CHELTENHAM,, PA 19012

**As of the petition filing date, the claim is:**
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | | $12,608.07
MIRAGE FASHION
1410 BROADWAY
SUITE #505
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.221**
**Nonpriority creditor's name and mailing address**
MISS AVENUE
777 E.10TH STREET
#121
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$42,245.83

---

**3.222**
**Nonpriority creditor's name and mailing address**
MISS POPULAR-1
DIV OF POPULARITY PRODUCT
1800C ATLANTIC AVE
VIRGINIA BEACH, VA 23451

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$7,492.33

---

**3.223**
**Nonpriority creditor's name and mailing address**
MONACO FASHION
777 E.12TH ST #1-5
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$34,632.56

---

**3.224**
**Nonpriority creditor's name and mailing address**
MORRIS PLAINS HOLDING UE
C/O HACKENSACK UE LLC
PO BOX 416556
BOSTON, MA 02241-6556

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$21,577.66

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.225**

**Nonpriority creditor's name and mailing address**
MYRTLE AVE DEVELOPMENT
PARTNERS LLC
PO BOX 67
NEW YORK, NY 10159

**As of the petition filing date, the claim is:**   $5,075.22
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.226**

**Nonpriority creditor's name and mailing address**
MYSTIC, INC.
1188 S.SAN PEDRO STREET
# P
LOS ANGELES, CA 90015

**As of the petition filing date, the claim is:**   $44,897.76
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.227**

**Nonpriority creditor's name and mailing address**
MYSTIQUE INTERNATIONAL
320 5TH AVENUE
SUITE 808
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**   $4,600.06
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.228**

**Nonpriority creditor's name and mailing address**
N.Y. INVASION INC.
132 W. 36TH ST.
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**   $27,537.99
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.229**

**Nonpriority creditor's name and mailing address**
NASHUA
CUST #V572
4616 PAYSPHERE CIRCLE
CHICAGO,, IL 60674

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

$1,107.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.230**

**Nonpriority creditor's name and mailing address**
NATIONAL ASS.OF SPECIALTY
TRADE BENEFIT FUND
157 SUMMERFIELD STREET
SCARSDALE, NY 10583

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

$3,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.231**

**Nonpriority creditor's name and mailing address**
NATIONAL GRID #08
ID# 19773-94005
PO BOX 11791
NEWARK, NJ 07101-4791

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

$255.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.232**

**Nonpriority creditor's name and mailing address**
NATIONAL GRID #09
AC#15291-49014
PO BOX 11791
NEWARK, NJ 07101-4791

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

$86.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.233**

**Nonpriority creditor's name and mailing address**
NATIONAL GRID #28
#05810-55003
PO BOX 11791
NEWARK, NJ 07101-4791

**As of the petition filing date, the claim is:**                    $460.57
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.234**

**Nonpriority creditor's name and mailing address**
NATIONAL GRID #33
A/C# 04660-55701
PO BOX 11741
NEWARK, NJ 07101-4741

**As of the petition filing date, the claim is:**                    $371.41
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.235**

**Nonpriority creditor's name and mailing address**
NATIONAL GRID #36
AC# 82104-11008
PO BOX 11791
NEWARK, NJ 07101-4791

**As of the petition filing date, the claim is:**                    $218.33
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.236**

**Nonpriority creditor's name and mailing address**
NATIONAL GRID #39
AC#75374-96000
PO BOX 11791
NEWARK, NJ 07101-4791

**As of the petition filing date, the claim is:**                    $154.53
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.25 |

**3.237** **Nonpriority creditor's name and mailing address**
NATIONAL GRID #41
ACCT# 20659-82206
PO BOX 11741
NEWARK, NJ 07101-4741

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

$261.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.238** **Nonpriority creditor's name and mailing address**
NATIONAL GRID #59
#19561-14007
PO BOX 11791
NEWARK, NJ 07101-4791

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

$243.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.239** **Nonpriority creditor's name and mailing address**
NATIONAL GRID #87
A/C #09566-57993
PO BOX 11741
NEWARK,, NJ 07101-4741

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

$519.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.240** **Nonpriority creditor's name and mailing address**
NATIONAL REALTY &
DEVELOPMENT CORP.
3 MANHATTANVILLE ROAD
PURCHASE, NY 10577-7449

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

$7,462.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.241**  **Nonpriority creditor's name and mailing address**

NATIONAL RETIREMENT FUND
PO BOX 5426
WHITE PLAINS, NY 10602-5426

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**        $4,888.42

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.242**  **Nonpriority creditor's name and mailing address**

NEW JERSEY AMERICAN WATER
A/C #1018-21002520950
BOX 371331
PITTSBURGH, PA 15250-7331

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**        $40.52

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.243**  **Nonpriority creditor's name and mailing address**

NEW JERSEY NATURAL GAS CO
ACCT# 13-3356-9170-16
PO BOX 11743
NEWARK, NJ 07101-4743

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**        $160.05

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.244**  **Nonpriority creditor's name and mailing address**

NEW JERSEY NATURAL GAS#66
ACCT# 16-4574-5113-26
PO BOX 11743
NEWARK, NJ 07101-4743

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**        $641.16

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.245** | **Nonpriority creditor's name and mailing address** | | **$5,765.68**

NEW PENN MOTOR EXPRESS
24801 NETWORK PLACE
CHICAGO, IL 60673-1248

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | | **$10,441.94**

NEW YORK ELEGANCE ENT. INC
385 FIFTH AVE.
SUITE 709
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | | **$131.16**

NEWRENT, INC.
520 BELLEVILLE PIKE
KEARNY,, NJ 7032

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | | **$11,213.00**

NEXST
11135 E RUSH ST SUITE I
S.EL MONTE, CA 91733

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                                                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.249**   **Nonpriority creditor's name and mailing address**

NICE WEAR
225B WEST 37TH STREET
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**                    $38,015.33

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.250**   **Nonpriority creditor's name and mailing address**

NJ NATURAL GAS
A/C #22 0007 9864 15
PO BOX 11743
NEWARK, NJ 07101-4743

**As of the petition filing date, the claim is:**                    $26.97

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.251**   **Nonpriority creditor's name and mailing address**

NJ NATURAL GAS #32
ACCT #22-0013-9280-19
PO BOX 11743
NEWARK, NJ 07101-4743

**As of the petition filing date, the claim is:**                    $101.99

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.252**   **Nonpriority creditor's name and mailing address**

NJ NATURAL GAS #68
A/C #22-0009-3346-05
P.O. BOX 11743
NEWARK, NJ 07101-4743

**As of the petition filing date, the claim is:**                    $221.65

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                                       Case number (if known): **16-22035**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.253** **Nonpriority creditor's name and mailing address**
NJ NATURAL GAS #75
A/C #22 0008 5232 36
PO BOX 11743
NEWARK, NJ 07101-4743

**As of the petition filing date, the claim is:**    $71.54
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.254** **Nonpriority creditor's name and mailing address**
NJ NATURAL GAS CO #56
AC# 04-4530-0500-20
PO BOX 11743
NEWARK, NJ 07101-4743

**As of the petition filing date, the claim is:**    $91.55
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.255** **Nonpriority creditor's name and mailing address**
NJ NATURAL GAS CO. #24
A/C #22-0010-5541-38
PO BOX 11743
NEWARK, NJ 07101-4743

**As of the petition filing date, the claim is:**    $240.01
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.256** **Nonpriority creditor's name and mailing address**
NORTH HAVEN HOLDINGS, L.P.
C/O NATIONAL REALTY
3 MANHATTANVILLE RD, ST202
PURCHASE, NY 10577

**As of the petition filing date, the claim is:**    $6,375.29
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name   **Joyce Leslie, Inc.**                                 Case number (if known): **16-22035**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | Amount of claim |
|---|---|

**3.257** Nonpriority creditor's name and mailing address

NY-NJ REGIONAL JOINT BRD
33 WEST 14TH STREET
ATTN:DUES DEPT
NY, NY 10011

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:            $9,706.10

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.258** Nonpriority creditor's name and mailing address

NYC DEPT OF FINANCE
CHURCH STREET STATION
PO BOX 3640
NEW YORK,, NY 10008-3640

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:            $1,265.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.259** Nonpriority creditor's name and mailing address

NYC DEPT. OF FINANCE
QUEENS BLOCK 4974 LOT 45
PO BOX 680
NEWARK, NJ 07101-0680

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:            $3,498.07

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.260** Nonpriority creditor's name and mailing address

NYLON APPAREL
DBA IDENTITY APPAREL
777 E.12TH ST. STE# 1-16
LOS ANGELES, CA 90021

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:            $12,585.15

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.261**  **Nonpriority creditor's name and mailing address**

OBJEX FASHION
129 26TH STREET
3RD FLOOR
BROOKLYN, NY 11232

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $12,563.88

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.262**  **Nonpriority creditor's name and mailing address**

OFFICE TWO LT'D.PARTNERS
C/O PNC BANK,NAT'L  ASSOC
PO BOX 827159
PHILADELPHIA, PA 19182-7159

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $5,555.03

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.263**  **Nonpriority creditor's name and mailing address**

OMG! ACCESSORIES
2045 W.GRAND AVE.
# 202
CHICAGO, IL 60612

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $4,743.30

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.264**  **Nonpriority creditor's name and mailing address**

ONE STEP UP
1412 BROADWAY
A/R DEPT.3RD FLOOR
NEW YORK, NY 10018

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $77,248.67

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.265** | **Nonpriority creditor's name and mailing address**
ORANGE & ROCKLAND UTIL#93
PO BOX 1005
A/C #37840-88010
SPRING VALLEY, NY 10977

$587.06

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.266** | **Nonpriority creditor's name and mailing address**
ORECK FLOOR CARE CENTER
484 ROUTE 17 NORTH
PARAMUS,, NJ 7652

$26.70

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.267** | **Nonpriority creditor's name and mailing address**
ORLY SHOE CORP.
15 WEST 34TH ST
7TH FLOOR
NEW YORK, NY 10001

$2,405.19

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.268** | **Nonpriority creditor's name and mailing address**
OVERHEAD DOOR CORPORATION
PO BOX 740702
ATLANTA, GA 30374-0702

$330.54

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.269**  **Nonpriority creditor's name and mailing address**
P.O.P.
PHILOSOPHY OF PAEK
777 E.12TH STREET  #1-10
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**                    $10,317.20
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.270**  **Nonpriority creditor's name and mailing address**
PAPER TEE
1407 BROADWAY
SUITE 1405
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**                    $15,647.52
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.271**  **Nonpriority creditor's name and mailing address**
PARADIS MISS
786 E 12TH STREET
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**                    $3,425.82
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.272**  **Nonpriority creditor's name and mailing address**
PARADISO ROSEN MANAGEMENT
65 LOCUST AVE, SUITE 200
NEW CANAAN, CT 6840

**As of the petition filing date, the claim is:**                    $11,860.37
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.273**  Nonpriority creditor's name and mailing address
PASSAIC VALLEY WATER COMM
CUST# 0122923 AC#063610
PO BOX 11393
NEWARK, NJ 07101-4393

$613.55

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.274**  Nonpriority creditor's name and mailing address
PECO ENERGY
A/C# 11574-02109
PO BOX 37629
PHILADELPHIA, PA 19101

$106.63

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.275**  Nonpriority creditor's name and mailing address
PECO ENERGY #38
A/C #87145-00904
PO BOX 37629
PHILADELPHIA, PA 19101-0629

$1,305.32

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

---

**3.276**  Nonpriority creditor's name and mailing address
PECO-PAYMENT PROCESS
A/C # 06525-01100
PO BOX 37629
PHILADELPHIA, PA 19101-0629

$1,397.42

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✔] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.277**    **Nonpriority creditor's name and mailing address**
PECO-PAYMENT PROCESSING
ACCT# 20831-09060
PO BOX 37629
PHILADELPHIA, PA 19101-0629

**As of the petition filing date, the claim is:**    $747.57
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.278**    **Nonpriority creditor's name and mailing address**
PHILADELPHIA GAS WORKS
ACCT# 0895744184
PO BOX 11700
NEWARK, NJ 07101-4700

**As of the petition filing date, the claim is:**    $725.29
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.279**    **Nonpriority creditor's name and mailing address**
PLANET GOLD
1410 BROADWAY
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**    $762.19
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.280**    **Nonpriority creditor's name and mailing address**
POND ROAD ASSOCIATES
620 TINTON AVENUE
BLDG B, SUITE 200
TINTON FALLS, NJ 7724

**As of the petition filing date, the claim is:**    $5,616.56
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name   **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.281** Nonpriority creditor's name and mailing address

POOF APPAREL CORP.
1407 BROADWAY
SUITE 900
NEW YORK, NY 10018

As of the petition filing date, the claim is:          $22,949.35
[X] Contingent
[ ] Unliquidated
[ ] Disputed
Basis for the claim:
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.282** Nonpriority creditor's name and mailing address

POS REMARKETING GROUP
1059 N. OLD RAND ROAD
WAUCONDA, IL 60084

As of the petition filing date, the claim is:          $155.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed
Basis for the claim:
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.283** Nonpriority creditor's name and mailing address

PPL ELECTRIC UTILITIES
44780-19004
2 NORTH 9TH ST. CPC-GENN1
ALLENTOWN, PA 18101-1175

As of the petition filing date, the claim is:          $895.77
[X] Contingent
[ ] Unliquidated
[ ] Disputed
Basis for the claim:
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.284** Nonpriority creditor's name and mailing address

PREFERRED PLASTICS & PACK
AGING CO., INC.
681 MAIN STREET-BLDG #42
BELLEVILLE, NJ 7109

As of the petition filing date, the claim is:          $51,594.87
[X] Contingent
[ ] Unliquidated
[ ] Disputed
Basis for the claim:
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.285**

**Nonpriority creditor's name and mailing address**

PREMIER SUPPLIES
460 WEST 34TH ST. 5TH FL
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**           $536.77

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.286**

**Nonpriority creditor's name and mailing address**

PRESIDENTS INDUSTRIAL
PRODUCTS
PO BOX 387
WOOD-RIDGE, NJ 07075-0387

**As of the petition filing date, the claim is:**           $675.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.287**

**Nonpriority creditor's name and mailing address**

PRIDE & JOYS, INC.
1400 BROADWAY
SUITE #503
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**           $159,537.45

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

**3.288**

**Nonpriority creditor's name and mailing address**

PRIME FOOTWEAR GROUP
1716 CONEY ISLAND AVE
SUITE 4C
BROOKLYN, NY 11223

**As of the petition filing date, the claim is:**           $15,603.15

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | **Amount of claim** |
|---|---|

**3.289**  **Nonpriority creditor's name and mailing address**
PRIVY, INC.
933 TOWNE AVENUE
# 104
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**                    $143,169.25
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.290**  **Nonpriority creditor's name and mailing address**
PROJECT 28 CLOTHING LLC
1407 BROADWAY
SUITE 2810
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**                    $13,216.40
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.291**  **Nonpriority creditor's name and mailing address**
PSE&G
ACCT# 69 091 437 01
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

**As of the petition filing date, the claim is:**                    $5,409.45
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.292**  **Nonpriority creditor's name and mailing address**
PSE&G # 35
A/C #66 919 485 05
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

**As of the petition filing date, the claim is:**                    $1,664.28
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.293**  **Nonpriority creditor's name and mailing address**                $1,612.98
PSE&G # 45
A/C# 65 118 535 00
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**                **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.294**  **Nonpriority creditor's name and mailing address**                $469.52
PSE&G # 51
A/C # 66 563 916 05
PO BOX 14444
NEW BRUNSWICK,, NJ 08906-4444

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**                **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.295**  **Nonpriority creditor's name and mailing address**                $2,044.31
PSE&G # 84
AC# 65 215 018 01
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**                **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.296**  **Nonpriority creditor's name and mailing address**                $89.51
PSE&G #06
A/C# 66 852 165 06
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**                **Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.297**

**Nonpriority creditor's name and mailing address**
PSE&G #12
A/C# 66 405 871 06
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,402.23

**3.298**

**Nonpriority creditor's name and mailing address**
PSE&G #18
AC #65 511 864 08
PO BOX 14444
NEW BRUNSWICK,, NJ 08906-4444

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$2,168.04

**3.299**

**Nonpriority creditor's name and mailing address**
PSE&G #25
A/C # 66 358 058 18
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,313.03

**3.300**

**Nonpriority creditor's name and mailing address**
PSE&G #45
A/C# 65 301 484 18
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$693.34

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.301** Nonpriority creditor's name and mailing address
PSE&G #48
A/C# 66 286 508 04
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,831.69

**3.302** Nonpriority creditor's name and mailing address
PSE&G #49
AC# 68 995 172 05
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,321.12

**3.303** Nonpriority creditor's name and mailing address
PSE&G #51
A/C# 67 538 909 04
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$12.53

**3.304** Nonpriority creditor's name and mailing address
PSE&G #51
A/C# 66 230 358 18
PO BOX 14444
NEW BRUNSWICK,, NJ 08906-4444

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$517.14

Debtor Name    **Joyce Leslie, Inc.**                              Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.305** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49.73
PSE&G #84
PO BOX 14444
AC# 65 744 911 18
NEW BRUNSWICK,, NJ 08906-4444

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.306** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $605.07
PSE&G #84
A/C # 67 091 894 06
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.307** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,994.71
PSE&G #85
PO BOX 14444
AC# 66 552 691 05
NEW BRUNSWICK, NJ 08906-4444

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,271.60
PSE&G CO
ACCT#71 232 772 01
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.309**  **Nonpriority creditor's name and mailing address**                    $1,235.10
PSE&G CO. #46
A/C 66 945 342 05
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.310**  **Nonpriority creditor's name and mailing address**                    $379.84
PSEGLI
A/C # 0424-9007-65-1
PO BOX 9039
HICKSVILLE, NY 11802-9039

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.311**  **Nonpriority creditor's name and mailing address**                    $460.45
PSEGLI #07
ID#0019-2000-27-1
PO BOX 9039
HICKSVILLE, NY 11802-9039

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.312**  **Nonpriority creditor's name and mailing address**                    $1,358.29
PSEGLI #07
ID# 0019-2000-28-9
PO BOX 9039
HICKSVILLE, NY 11802-9039

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.313** | **Nonpriority creditor's name and mailing address**
PSEGLI #08
A/C #0424-9001-47-2
PO BOX 9039
HICKSVILLE, NY 11802-9039

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[X] No
[ ] Yes

$1,119.63

**3.314** | **Nonpriority creditor's name and mailing address**
PSEGLI #09
0592-8007-45-8
PO BOX 9039
HICKSVILLE, NY 11802-9039

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[X] No
[ ] Yes

$924.76

**3.315** | **Nonpriority creditor's name and mailing address**
PSEGLI #28
# 0752-2002-98-4
PO BOX 9039
HICKSVILLE, NY 11802-9039

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[X] No
[ ] Yes

$789.01

**3.316** | **Nonpriority creditor's name and mailing address**
PSEGLI #36
ID# 0586-8001-27-1
PO BOX 9039
HICKSVILLE,, NY 11802-9039

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[X] No
[ ] Yes

$921.07

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.317**

Nonpriority creditor's name and mailing address
PSEG LI #39
ACCT #0456-2008-24-5
PO BOX 9039
HICKSVILLE, NY 11802-9039

As of the petition filing date, the claim is:    $863.77
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.318**

Nonpriority creditor's name and mailing address
R THE BUG MAN, INC
A/C# 1511
723 CENTER STREET
BETHLEHEM, PA 18018

As of the petition filing date, the claim is:    $80.00
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.319**

Nonpriority creditor's name and mailing address
RAINBOW STITCHES
3113A EAST 11TH STREET
LOS ANGELES, CA 90023

As of the petition filing date, the claim is:    $13,413.01
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.320**

Nonpriority creditor's name and mailing address
RED N BLUE CLOTHING INC
246 WEST 38TH STREET
#703
NEW YORK, NY 10018

As of the petition filing date, the claim is:    $17,127.90
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.321** | **Nonpriority creditor's name and mailing address**
REGIONAL WATER AUTHORITY
ACCT #210208351 (FIRE)
PO BOX 981102
BOSTON, MA 02298-1102

**As of the petition filing date, the claim is:**          $287.39
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.322** | **Nonpriority creditor's name and mailing address**
RGIS INVENTORY SPECIALIST
P.O. BOX 77631
DETROIT, MI 48277

**As of the petition filing date, the claim is:**          $10,703.28
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.323** | **Nonpriority creditor's name and mailing address**
RITE-AIR MECHANICAL
109 EDGEWOOD AVE
BELLMAWR, NJ 8031

**As of the petition filing date, the claim is:**          $9,408.13
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.324** | **Nonpriority creditor's name and mailing address**
RONALD D. WORTHMANN
ELECTRICAL CONTRACTOR
2774 WILLIAMSTOWN RD.
FRANKLINVILLE, NJ 8322

**As of the petition filing date, the claim is:**          $1,558.96
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name   **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.325** | Nonpriority creditor's name and mailing address
ROOMMATES
1561 N.BONNIE BEACH PL
LOS ANGELES, CA 90063

As of the petition filing date, the claim is:                 $19,544.85
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.326** | Nonpriority creditor's name and mailing address
ROSEE FASHION INC
1407 BROADWAY
SUITE 2021
NEW YORK, NY 10018

As of the petition filing date, the claim is:                 $61,666.85
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.327** | Nonpriority creditor's name and mailing address
ROYAL FASHION GROUP LLC
1385 BROADWAY
SUITE 423
NEW YORK, NY 10018

As of the petition filing date, the claim is:                 $8,225.22
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.328** | Nonpriority creditor's name and mailing address
RPAI US MANAGEMENT LLC
13068 COLLECTION CTR DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:                 $41,097.29
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name   **Joyce Leslie, Inc.**                Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.329** Nonpriority creditor's name and mailing address

RYDER TRANSPORTATION
SERVICES
P.O. BOX 96723
CHICAGO, IL 60693-6723

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
UNSECURED CREDITORS

Is the claim subject to offset?
[X] No
[ ] Yes

$25,602.20

---

**3.330** Nonpriority creditor's name and mailing address

S.PRUZANSKY/ROY SCHLEIGH/
LEVY PLUMBING & HEATING
364 OAK STREET
PASSAIC, NJ 7055

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
UNSECURED CREDITORS

Is the claim subject to offset?
[X] No
[ ] Yes

$197.95

---

**3.331** Nonpriority creditor's name and mailing address

S.ROTHCHILD & CO.INC.
MARALYN & ME
500 7TH AVENUE
NEW YORK, NY 10018

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
UNSECURED CREDITORS

Is the claim subject to offset?
[X] No
[ ] Yes

$20,442.00

---

**3.332** Nonpriority creditor's name and mailing address

SABORA FASHION
1013 CROCKER ST.
UNIT # 10
LOS ANGELES, CA 90021

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
UNSECURED CREDITORS

Is the claim subject to offset?
[X] No
[ ] Yes

$13,412.00

---

Debtor Name   **Joyce Leslie, Inc.**                              Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.333** | Nonpriority creditor's name and mailing address

SAMSUNG C&T AMERICA. INC.
ADVANCED CONCEPTS FOOTWR
1430 BROADWAY (22ND FL)
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**                 $39,635.18

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.334** | Nonpriority creditor's name and mailing address

SANS SOUCI
1100 S.SAN PEDRO ST.
# 1-A
LOS ANGELES, CA 90015

**As of the petition filing date, the claim is:**                 $3,118.62

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.335** | Nonpriority creditor's name and mailing address

SASHA HANDBAGS, INC.
460 A MAIN AVENUE
WALLINGTON, NJ 7057

**As of the petition filing date, the claim is:**                 $32,755.29

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.336** | Nonpriority creditor's name and mailing address

SHELLY
1100 S.SAN PEDRO ST
# M-1
LOS ANGELES, CA 90015

**As of the petition filing date, the claim is:**                 $10,163.45

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

|  | | **Amount of claim** |
| --- | --- | --- |

**3.337**  **Nonpriority creditor's name and mailing address**

SHINESTAR
4553 SEVILLE AVENUE
VERNON, CA 90058

**As of the petition filing date, the claim is:**                **$51,417.07**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.338**  **Nonpriority creditor's name and mailing address**

SILHOUETTE NYC
1407 BROADWAY
SUITE 1615
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**                **$1,592.05**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.339**  **Nonpriority creditor's name and mailing address**

SNAP APPAREL/APPAREL CONN
1407 BROADWAY
SUITE 1402
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**                **$33,472.36**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.340**  **Nonpriority creditor's name and mailing address**

SOPRANO
2025 LONG BEACH AVENUE
LOS ANGELES, CA 90058

**As of the petition filing date, the claim is:**                **$42,150.41**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | **Amount of claim** |
|---|---|---|

**3.341** **Nonpriority creditor's name and mailing address**

SOTTILE SECURITY INT'L
40 EXCHANGE PLACE
SUITE 400
NEW YORK,, NY 10005

**As of the petition filing date, the claim is:**                  $4,195.50

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.342** **Nonpriority creditor's name and mailing address**

SOUTH JERSEY GAS #49
ACCT# 9142710000
PO BOX 6091
BELLMAWR, NJ 08099-6091

**As of the petition filing date, the claim is:**                  $343.89

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.343** **Nonpriority creditor's name and mailing address**

SOUTH JERSEY GAS #67
AC# 5750600000
PO BOX 6091
BELLMAWR, NJ 08099-6091

**As of the petition filing date, the claim is:**                  $296.74

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.344** **Nonpriority creditor's name and mailing address**

SOUTH JERSEY GAS COMPANY
A/C #0296520000
PO BOX 6091
BELLMAWR, NJ 08099-6091

**As of the petition filing date, the claim is:**                  $204.52

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                              Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.345**

**Nonpriority creditor's name and mailing address**
SOUTHERN CONNECTICUT GAS
ACCT# 050-0010887-3832
PO BOX 9112
CHELSEA, MA 02150-9112

$389.00

**As of the petition filing date, the claim is:**
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.346**

**Nonpriority creditor's name and mailing address**
SPECIALTY TRADE UNION
LOCAL 741
157 SUMMERFIELD STREET
SCARSDALE, NY 10583

$190.00

**As of the petition filing date, the claim is:**
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.347**

**Nonpriority creditor's name and mailing address**
STAPLES ADVANTAGE
DEPT NY
P.O. BOX 415256
BOSTON, MA 02241-5256

$288.88

**As of the petition filing date, the claim is:**
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.348**

**Nonpriority creditor's name and mailing address**
STILLETTO'S
4871 S.SANTA FE AVENUE
VERNON, CA 90058

$34,030.14

**As of the petition filing date, the claim is:**
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.349** | **Nonpriority creditor's name and mailing address**
SUGHRUE MION, PLLC
2100 PENNSYLVANIA AVE.N.W
WASHINGTON, DC 20037-3213

As of the petition filing date, the claim is: | $1,035.00

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.350** | **Nonpriority creditor's name and mailing address**
SUNRISE DESIGNS 29
1407 BROADWAY
SUITE 2008
NEW YORK, NY 10018

As of the petition filing date, the claim is: | $37,576.19

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.351** | **Nonpriority creditor's name and mailing address**
T & R EXTERMINATORS, INC.
5013 AVENUE N
BROOKLYN,, NY 11234

As of the petition filing date, the claim is: | $3,223.25

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.352** | **Nonpriority creditor's name and mailing address**
TAX COLLECTOR
CITY OF MILFORD
PO BOX 3025
MILFORD, CT 6460

As of the petition filing date, the claim is: | $17.51

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.353** Nonpriority creditor's name and mailing address
TAX COLLECTOR, N.HAVEN
A/C #575005
PO BOX 900
HARTFORD,, CT 06143-0900

As of the petition filing date, the claim is:    $30.37
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.354** Nonpriority creditor's name and mailing address
TEENBELL
906 E 60TH STREET
LOS ANGELES, CA 90001

As of the petition filing date, the claim is:    $71,881.61
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.355** Nonpriority creditor's name and mailing address
TEMPS UNLIMITED INC.
540 HUDSON STREET
HACKENSACK, NJ 7601

As of the petition filing date, the claim is:    $107.25
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.356** Nonpriority creditor's name and mailing address
TERMINIX PROCESSING CENTE
A/C# 1384400
P.O. BOX 742592
CINCINNATI, OH 45274-2592

As of the petition filing date, the claim is:    $49.22
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.357** | **Nonpriority creditor's name and mailing address**
TERMINIX PROCESSING CTR
6770 N SUNRISE BLVD.
SUITE G200
GLENDALE, AR 85305

**As of the petition filing date, the claim is:** $310.12
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.358** | **Nonpriority creditor's name and mailing address**
TESS SPORTSWEAR LTD
LES MODES SPORTIVES
9500 MEILLEUR #400
MONTREAL, QC H2N 2B7
CANADA

**As of the petition filing date, the claim is:** $56,249.89
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.359** | **Nonpriority creditor's name and mailing address**
THE CLASSIC
1118 CROCKER ST
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:** $9,992.70
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.360** | **Nonpriority creditor's name and mailing address**
TKMG ASSOCIATES LP
C/O US REALTY ASSOC S#101
120-124 E.LANCASTER AVE
ARDMORE, PA 19003

**As of the petition filing date, the claim is:** $343.59
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**   Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
</table>

**3.361** Nonpriority creditor's name and mailing address
TKMG ASSOCIATES, LP
120-124 E.LANCASTER AVE
STE 101
ARDMORE, PA 19003

As of the petition filing date, the claim is:     $4,785.49
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

---

**3.362** Nonpriority creditor's name and mailing address
TOP 10
SMB CLOTHING, INC.
747 E.10TH STREET  #114
LOS ANGELES, CA 90021

As of the petition filing date, the claim is:     $6,374.05
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

---

**3.363** Nonpriority creditor's name and mailing address
TOWN OF GREENBURGH
GREENBURGH POLICE DEPT
188 TARRYTOWN ROAD
WHITE PLAINS,, NY 10607

As of the petition filing date, the claim is:     $10.00
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

---

**3.364** Nonpriority creditor's name and mailing address
TOWN OF NORTH HEMPSTEAD
OFFICE OF TOWN CLERK
200 PLANDOME ROAD
MANHASSET, NY 11030

As of the petition filing date, the claim is:     $500.00
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** UNSECURED CREDITORS

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
- [X] No
- [ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.365** **Nonpriority creditor's name and mailing address**

TOWNSHIP OF WHITEHALL
BUSINESS LIC.DEPT./J08280
3221 MACARTHUR ROAD
WHITEHALL, PA 18052

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $35.00

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.366** **Nonpriority creditor's name and mailing address**

TRINITY TRIBE
732 E.10TH STREET
#101
LOS ANGELES, CA 90021

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $18,201.89

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.367** **Nonpriority creditor's name and mailing address**

TRUMBULL TAX COLLECTOR
TOWN OF TRUMBULL
P.O. BOX 110326
TRUMBULL, CT 06611-0326

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $29.08

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.368** **Nonpriority creditor's name and mailing address**

TYCO INTEGRATED SECURITY
CONSOLIDATED BILLING
10405 CROSSPOINT BLVD.
INDIANAPOLIS,, IN 46256-3323

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $1,566.82

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.369**

**Nonpriority creditor's name and mailing address**
U.S. REALTY U&O ACCOUNT
C/O TKMG ASSOCIATE,LP
120-124 E.LANCASTER,S#101
ADRMORE, PA 19003

As of the petition filing date, the claim is:    $441.87
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.370**

**Nonpriority creditor's name and mailing address**
UGI UTILITIES, INC.
AC# 521118572127
PO BOX 15523
WILMINGTON, DE 19886-5523

As of the petition filing date, the claim is:    $134.61
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.371**

**Nonpriority creditor's name and mailing address**
ULINE SHIPPING
SUPPLY SPECIALISTS
PO BOX88741
CHICAGO, IL 60680-1741

As of the petition filing date, the claim is:    $201.61
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.372**

**Nonpriority creditor's name and mailing address**
UNITED ILLUMINATING #23
A/C#010-0000652-5959
P.O. BOX 9230
CHELSEA, MA 02150-9230

As of the petition filing date, the claim is:    $1,407.54
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.373** | **Nonpriority creditor's name and mailing address**

UNITED ILLUMINATING #78
AC# 010-0000527-0268
PO BOX 9230
CHELSEA, MA 02150-9230

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$2,506.23

---

**3.374** | **Nonpriority creditor's name and mailing address**

UNITED ILLUMINATING CO.
A/C #010-0000735-1496 #88
PO BOX 9230
CHELSEA, MA 02150-9230

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$1,271.19

---

**3.375** | **Nonpriority creditor's name and mailing address**

UNITED PARCEL SERVICE
SHIPPER NO.#059045
P.O.BOX 7247-0244
PHILADELPHIA, PA 19170-0001

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$2,445.97

---

**3.376** | **Nonpriority creditor's name and mailing address**

UNITED WATER BAYONNE
ACCT # M 00 630008
P.O. BOX 16
BAYONNE, NJ 7002

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

$16.20

---

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.377** | **Nonpriority creditor's name and mailing address**
UNITED WATER NEW JERSEY
A/C#10001933233333
PO BOX 371804
PITTSBURGH, PA 15250-7804

**As of the petition filing date, the claim is:**    $516.08
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.378** | **Nonpriority creditor's name and mailing address**
UNITED WATER WESTCHESTER
PYMNT CTR #0550982632 0000
PO BOX 371804
PITTSBURGH, PA 15250-7804

**As of the petition filing date, the claim is:**    $69.84
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.379** | **Nonpriority creditor's name and mailing address**
UNIVERSAL ENVIR.CONSLTING
P.O. BOX 346
ATTN:CAROL
CARLE PLACE,, NY 11514

**As of the petition filing date, the claim is:**    $17,285.08
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.380** | **Nonpriority creditor's name and mailing address**
VILLAGE OFFICE SUPPLY
600 APGAR DRIVE
SOMERSET, NJ 8873

**As of the petition filing date, the claim is:**    $747.41
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.381** Nonpriority creditor's name and mailing address

VISION EXPRESS/WRAG-TIME
P.O. BOX 4776 DEPT.200
HOUSTON, TX 77210-4776

As of the petition filing date, the claim is:          $222.54

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.382** Nonpriority creditor's name and mailing address

WANTED SHOES INC.
48 ETHEL ROAD
EDISON, NJ 8817

As of the petition filing date, the claim is:          $2,687.00

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.383** Nonpriority creditor's name and mailing address

WATER REVENUE BUREAU
ACCT#037-20060-02500-007
PO BOX 41496
PHILADELPHIA, PA 19101-1496

As of the petition filing date, the claim is:          $264.88

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.384** Nonpriority creditor's name and mailing address

WATERMARK BEAUTY, LLC
51 FOREST ROAD
SUITE # 316 BOX 15
MONROE, NY 10950

As of the petition filing date, the claim is:          $10,750.92

- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

Debtor Name   **Joyce Leslie, Inc.**                                Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.385**

**Nonpriority creditor's name and mailing address**
WESTERN PEST SERVICES
P.O. BOX 259
SPRING HOUSE, PA 19477-0259

**As of the petition filing date, the claim is:**            $57.77
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.386**

**Nonpriority creditor's name and mailing address**
WHITEHALL TOWNSHIP
AUTHORITY
1901 SCHADT AVENUE
WHITEHALL, PA 18052

**As of the petition filing date, the claim is:**            $75.00
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.387**

**Nonpriority creditor's name and mailing address**
WI OFF PRICE APPAREL
1400 BROADWAY
SUITE 920
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**            $3,804.80
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.388**

**Nonpriority creditor's name and mailing address**
WINBROOK MANAGEMENT, LLC
AS M/A EAST MEADOWS COMM.
370 SEVENTH AVE, STE#1600
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**            $6,892.81
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  |  | **Amount of claim** |
|---|---|---|

**3.389**  **Nonpriority creditor's name and mailing address**

WINGS MFG. CORP.
15 WILKINSON AVENUE
JERSEY CITY, NJ 7305

**As of the petition filing date, the claim is:**    $4,295.21
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.390**  **Nonpriority creditor's name and mailing address**

WLC SHOES
DBA WHITE LINE COLLECTION
1410 BROADWAY SUITE 1502
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**    $6,204.52
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.391**  **Nonpriority creditor's name and mailing address**

WOODBRIDGE CNTR PROP, LLC
C/O WOODBRIGE CTR PROPRTY
7855 SOLUTION CENTER
CHICAGO, IL 60677-7008

**As of the petition filing date, the claim is:**    $17,335.05
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.392**  **Nonpriority creditor's name and mailing address**

WOODROW BLUMENTHAL TRUST
C/O C.A.BRADFORD,TRUSTEE
2000 BROADWAY # 20C
NEW YORK, NY 10023

**As of the petition filing date, the claim is:**    $83.47
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
UNSECURED CREDITORS

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Joyce Leslie, Inc.**                                       Case number (if known): **16-22035**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

                                                                                              Amount of claim

**3.393**    **Nonpriority creditor's name and mailing address**
Y.M.I.JEANSWEAR, INC.
1155 S BOYLE AVE
LOS ANGELES, CA 90023

**As of the petition filing date, the claim is:**      $33,995.60
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.394**    **Nonpriority creditor's name and mailing address**
ZENANA
1100 S. SAN PEDRO ST.
SUITE M-10
LOS ANGELES, CA 90015

**As of the petition filing date, the claim is:**      $40,837.80
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.395**    **Nonpriority creditor's name and mailing address**
ZIVA GEM LLC
200 MADISON AVENUE
SUITE 2225
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**      $30,293.92
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
UNSECURED CREDITORS

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**
Debtor Name

**5a. Total claims from Part 1**                                    $1,608,766.30

**5b. Total claims from Part 2**                                    $5,630,204.33

**5b. Total claims of Parts 1 and 2**                              $7,238,970.63
    Lines 5a + 5b = 5c

| Debtor Name | Joyce Leslie, Inc. |
| --- | --- |
| **United States Bankruptcy Court for the Southern District of New York** | |
| Case number (if known): | **16-22035** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
| --- | --- | --- | --- |
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | 360 MERCHANT SOLUTIONS LLC |
| | State the term remaining | 12/15/2015 - EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 82 FLUSHING | 3724 MAIN STREET OWNERS LLC C/O MARGOT BURGHEIMER 29 GREENHAVEN ROAD RYE, NY 10580 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | A & H ACQUISITION CORP |
| | State the term remaining | 6/1/2015 - EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | A&G REALTY PARTNERS, LLC |
| | State the term remaining | 3/19/2014 - 9/18/2015 | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 85 THE PLAZA AT CHERRY HILL | ACRICK ASSOCIATES 187 MILLBURN AVE SUITE 6 MILLBURN, NJ 07041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name        Joyce Leslie, Inc.

Case number (if known): **16-22035**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | ALARM AND FIRE ALARMS SERVICE (28) STORES | AFA PROTECTIVE SYSTEMS, INC.<br>155 MICHAEL DRIVE<br>SYOSSET, NY 11791 |
| | State the term remaining | 12/31/2014 - RENEWS ANNUALLY | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | AGACI, LLC |
| | State the term remaining | 1/21/2015 - EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES<br>STORE #45<br>PARAMUS | AJG ENTERPRISES, LLC<br>1105 ARCADIAN WAY<br>FORT LEE, NJ 07024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | HVAC PREVENTATIVE MAINT. #07, 08, 09, 19, 28, 36, 39, 59, 82, 93 | ARISTA AIR CONDITIONING<br>38-26 TENTH STREET<br>LONG ISLAND CITY, NY 11101 |
| | State the term remaining | 4/1/2015 - 3/31/2016 | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES<br>STORE# 33<br>GEORGETOWN SC | ASTORIA HOLDING CORP.<br>2181 RALPH AVENUE<br>BROOKLYN, NY 11234 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | ATERIAN INVESTMENT PARTNERS II, LP |
| | State the term remaining | 1/9/2015 - 1/9/2016 | |
| | List the contract number of any government contract | | |

Debtor Name      **Joyce Leslie, Inc.**                                                    Case number (if known): **16-22035**

<table>
<tr><td colspan="3">**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 19 PORT CHESTER SC | AVR—PORTCHESTER, LLC ONE EXECUTIVE BLVD YONKERS, NY 10701 |
| | State the term remaining List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | B.RILEY FINANCIAL |
| | State the term remaining List the contract number of any government contract | 1/28/2015 - EVERGREEN | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | BB&T COMMERCIAL FINANCE 317 W HIGH STREET HIGH POINT, NC 27260 |
| | State the term remaining List the contract number of any government contract | 2/26/2014 - EVERGREEN | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 38 ARAMINGO SUPER CENTER | BELGRADE AND THOMPSON ASSOCIATES TWO BALA PLAZA SUITE 526 BALA CYNWYD, PA 19004 |
| | State the term remaining List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | BHMS INVESTMENTS, LP |
| | State the term remaining List the contract number of any government contract | 8/10/2015 - EVERGREEN | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | BLACKSTREET CAPITAL HOLDINGS, LLC |
| | State the term remaining List the contract number of any government contract | 5/8/2015 - 5/7/2016 | |

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | **HVAC PREVENTATIVE MAINT. #63** | **BPM DESIGNS**<br>**PO BOX 215**<br>**KENILWORTH, NJ 07033** |
| | State the term remaining<br>List the contract number of any government contract | 7/8/2009 - RENEWS ANNUALLY | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES**<br>**STORE# 27**<br>**COLLEGETOWN SHOPPING CENTER** | **BRIXMOR PROPERTY GROUP**<br>**ONE FAYETTE STREET SUITE 300**<br>**CONSHOHOCKEN, PA 19423** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES**<br>**STORE# 37**<br>**ROOSEVELT MALL** | **BRIXMOR PROPERTY GROUP**<br>**ONE FAYETTE STREET, SUITE 300**<br>**CONSHOHOCKEN, PA 19423** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES**<br>**STORE# 48**<br>**MARLTON CROSSING SC** | **BRIXMOR PROPERTY GROUP**<br>**ONE FAYETTE STREET, SUITE 300**<br>**CONSHOHOCKEN, PA 19423** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES**<br>**STORE# 68**<br>**MIDDLETOWN PLAZA** | **BRIXMOR PROPERTY GROUP**<br>**ONE FAYETTE STREET SUITE 300**<br>**CONSHOHOCKEN, PA 19423** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES**<br>**STORE# 95**<br>**WHITEHALL SQUARE MALL** | **BRIXMOR PROPERTY GROUP**<br>**ONE FAYETTE STREET SUITE 300**<br>**CONSHOHOCKEN, PA 19423** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    Joyce Leslie, Inc.                                                    Case number (if known): **16-22035**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 28 LEGRAND PLACE | C&H 1350 ASSOCIATES, LLC 265 PINE RIDGE ROAD BUFFALO, NY 14225 |
| | State the term remaining List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | CASTANEA PARTNERS, INC. |
| | State the term remaining List the contract number of any government contract | 2/4/2015 - EVERGREEN | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT CONTRACT | CELIA CLANCY 102 CLAYBROOK ROAD DOVER, MA 02030 |
| | State the term remaining List the contract number of any government contract | 10/1/2015 - 9/30/2016 | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | PAYROLL PROCESSING | CERIDIAN PAYROLL PROCESSING 3311 EAST OLD SHAKOPEE ROAD MINNEAPOLIS, MN 55425 |
| | State the term remaining List the contract number of any government contract | 3/2/2009 - 90-DAY NOTICE BY EITHER PARTY | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 88 MILFORD CROSSING | CERUZZI HOLDINGS, LLC 1720 POST ROAD FAIRFIELD, CT 06824 |
| | State the term remaining List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | FINANCIAL AUDIT ENGAGEMENT | CITRIN COOPERMAN 529 FIFTH AVENUE NEW YORK, NY 10017 |
| | State the term remaining List the contract number of any government contract | 1/4/2015 - ANNUAL AGREEMENT | |

Debtor Name    Joyce Leslie, Inc.                                                     Case number (if known): **16-22035**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.30** | State what the contract or lease is for and the nature of the debtor's interest | **BENEFIT PROGRAMS AUDIT ENGAGEMENT** | **CITRIN COOPERMAN** 529 FIFTH AVENUE NEW YORK, NY 10017 |
| | State the term remaining List the contract number of any government contract | 9/25/2015 - ANNUAL AGREEMENT | |
| **2.31** | State what the contract or lease is for and the nature of the debtor's interest | **FINANCIAL ADVISORY SERVICES** | **CLEAR THINKING GROUP** 401 TOWNE CENTRE DRIVE HILLSBOROUGH, NJ 08844 |
| | State the term remaining List the contract number of any government contract | 10/1/2015 - OPEN | |
| **2.32** | State what the contract or lease is for and the nature of the debtor's interest | **NON-DISCLOSURE AGREEMENT** | **CLEARLAKE CAPITAL GROUP, LP** |
| | State the term remaining List the contract number of any government contract | 1/29/2015 - 1/29/2016 | |
| **2.33** | State what the contract or lease is for and the nature of the debtor's interest | **HVAC PREVENTATIVE MAINT. #23, #78, #88** | **COMMERCIAL AIR SERVICES** 244 FOXON ROAD NORTH BRANDFORD, CT 06471 |
| | State the term remaining List the contract number of any government contract | 7/1/2015 - 6/30/2016 | |
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | **HVAC SERVICE CONTRACT #33, 41, 87** | **COMMERCIAL COOLING SERVICE, INC.** 225 49TH STREET BROOKLYN, NY 11220 |
| | State the term remaining List the contract number of any government contract | 4/15/2013 - 4/14/2016 | |
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | **HVAC PREVENTATIVE MAINT. #51** | **COMMERCIAL COOLING SERVICE, INC.** 225 49TH STREET BROOKLYN, NY 11220 |
| | State the term remaining List the contract number of any government contract | 1/1/2013 - 12/31/2016 | |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | HVAC PREVENTATIVE MAINTE. #79 | COMMERCIAL COOLING SERVICE, INC.<br>225 49TH STREET<br>BROOKLYN, NY 11220 |
| | State the term remaining<br>List the contract number of any government contract | 7/1/2014 - 6/30/2017 | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | UTILITY SERVICE<br>5948518 | CON EDISON SOLUTIONS<br>100 SUMMIT LAKE DRIVE<br>VALHALLA, NY 10595 |
| | State the term remaining<br>List the contract number of any government contract | 2/2/2014 - 30-DAYS NOTICE BY EITHER PARTY | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | HVAC PREVENTATIVE MAINT. #30, 37, 38, 58 | COOL RITE, INC.<br>425 HULMEVILLE AVE<br>PENNDEL, PA 19047 |
| | State the term remaining<br>List the contract number of any government contract | 9/19/2007 - RENEWS ANNUALLY | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | HVAC PREVENTATIVE MAINT. #61 | COOL RITE, INC.<br>425 HULMEVILLE AVE<br>PENNDEL, PA 19047 |
| | State the term remaining<br>List the contract number of any government contract | 10/14/2013 - RENEWS ANNUALLY | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | CUTTING EDGE BUSINESS SERVICES INC. |
| | State the term remaining<br>List the contract number of any government contract | 1/5/2015 - EVERGREEN | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES<br>STORE# 58<br>COLUMBUS CROSSING | DELAWARE 1851 ASSOCIATES, LP<br>44 SOUTH BALES AVENUE<br>PORT WASHINGTON, NY 11050-3765 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

<table>
<tr><td colspan="3">■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES STORE# 67 WRANGLEBORO CONSUMER SQ** | **DEVELOPERS DIVERSIFIED REALTY CORPORATION 3300 ENTERPRISE PARKWAY BEACHWOOD, OH 44122** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | **NON-DISCLOSURE AGREEMENT** | **DIGITAL BRAND MEDIA & MARKETING, INC.** |
| | State the term remaining | 12/19/2014 - EVERGREEN | |
| | List the contract number of any government contract | | |
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | **HVAC PREVENTATIVE MAINT. #06, 12, 18, 31, 45, 84, 99** | **DUCT MATE INC 190 LEXINGTON AVE HACKENSACK, NJ 07601** |
| | State the term remaining | 2/4/2015 - RENEWS ANNUALLY | |
| | List the contract number of any government contract | | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | **HVAC PREVENTATIVE MAINT. #26** | **EAGLE AIR CONDITIONING 16 SHERMAN AVE WHITE PLAINS, NY 10605** |
| | State the term remaining | 12/12/2012 - RENEWS ANNUALLY | |
| | List the contract number of any government contract | | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES STORE# 30 EAST CEDARBROOK PLAZA** | **EAST CEDARBROOK PLAZA, LLC 370 SEVENTH AVENUE, SUITE 1700 NEW YORK, NY 10001** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES STORE# 43 ECHELON MALL** | **ECHELON TITLE LLC 200 SOUTH BROAD STREET PHILADELPHIA, PA 19102** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE MAINTENANCE STORES | EPICOR/CRS RETAIL SOLUTIONS DIVISION<br>15 GOVENOR DR.<br>NEWBURGH, NY 12550 |
| | State the term remaining<br>List the contract number of any government contract | EVERGREEN | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT OF DEPOSIT ACCOUNT CONTROL AGREEMENT<br>1701277501 | EVERBANK BUSINESS CREDIT<br>ATTN: RICK LAMPACK<br>10 WATERVIEW BOULEVARD<br>PARSIPPANY, NJ 07054 |
| | State the term remaining<br>List the contract number of any government contract | 5/11/2015 - 1/11/2016 | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | FAB/STARPOINT, LLC<br>15 W 34TH STREET<br>NEW YORK, NY 10001 |
| | State the term remaining<br>List the contract number of any government contract | 10/20/2015 - 10/19/2016 | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES<br>STORE# 9<br>COMMACK CORNERS | FEIL ORGANIZATION<br>7 PENN PLAZA<br>NEW YORK, NY 10001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | MERCHANT SERVICES(CREDIT CARD PROCESSING) | FIRST DATA MERCHANT SERVICES CORP<br>225 LIBERTY STREET 29TH FLOOR<br>NEW YORK, NY 10281 |
| | State the term remaining<br>List the contract number of any government contract | 5/2/2012 - 5 YEARS/ANNUALLY THEREAFTER | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | FLACK ATTACK VENTURES, INC. |
| | State the term remaining<br>List the contract number of any government contract | 1/5/2015 - EVERGREEN | |

Debtor Name     **Joyce Leslie, Inc.**                                                        Case number (if known): **16-22035**

███     **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.54** | State what the contract or lease is for and the nature of the debtor's interest | GENERAL INSURANCE, GENERAL LIABILITY, UNBRELLA, AUTO/TRUCK, ETC. 8224-4696 | GENATT V LLC (GENERAL INSURANCE) ATTN: LORI EVES 3333 NEW HYDE PARK ROAD NEW HYDE PARK, NY 11042 |
| | State the term remaining | 4/1/2015 - RENEWS ANNUALLY | |
| | List the contract number of any government contract | | |
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 63 WOODBRIDGE MALL | GENERAL GROWTH PROPERTIES, INC 110 N WACKER DRIVE, 1-25 CHICAGO, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 7 CLOCKTOWER PLACE | GLEN COVE ROAD REALTY ASSOCIATES, LLC PO BOX 1026 MELVILLE, NY 11747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 18 BAYONNE | GOLDBRUN REALTY LLC 1056 EAST 7TH STREET BROOKLYN, NY 11230 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 49 THE COURT AT DEPTFORD II | GOLDENBERG GROUP 350 SENTRY PARKWAY SUITE 300 BLUE BELL, PA 19422 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.59** | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | GOODE PARTNERS |
| | State the term remaining | 10/27/2014 - 4/27/2016 | |
| | List the contract number of any government contract | | |

Debtor Name    **Joyce Leslie, Inc.**                                        Case number (if known): **16-22035**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | ROOF MAINTENANCE | HAGEMAN ROOFING<br>ATTN: WILLIE MULLEN<br>16 INDUSTRIAL AVENUE<br>RIDGEFIELD PARK, NJ 07660 |
| | State the term remaining<br>List the contract number of any government contract | 5/31/2011 - OPEN | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES<br>STORE# 12<br>JOURNAL SQUARE | HERMINE GEWIRTZ<br>150 EAST 69TH STREET APT. 28H<br>NEW YORK, NY 10021 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES<br>STORE# 51<br>PASSAIC | HERMINE GEWIRTZ<br>150 EAST 69TH STREET APT. 28H<br>NEW YORK, NY 10021 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | HILCO MERCHANT RESOURCES, LLC AND<br>HILCO REAL ESTATE, LLC |
| | State the term remaining<br>List the contract number of any government contract | 1/26/2015 - EVERGREEN | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES<br>STORE# 26<br>HILLSIDE SHOPPING CENTER | HUTCH TARRYTOWN LLC<br>1250 WATERS PLACE PENTHOUSE 1<br>BRONX, NY 10461 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | POS MAINTENANCE<br>5286177 | IBM<br>1MACK DRIVE<br>PARAMUS, NJ 07653 |
| | State the term remaining<br>List the contract number of any government contract | EVERGREEN | |

Debtor Name    **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES STORE# 66 INDIAN HEAD PLAZA** | **INDIAN HEAD PLAZA ASSOCIATES 1051 BLOOMFIELD AVENUE CLIFTON, NJ 07012** |
| | State the term remaining List the contract number of any government contract | | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | **SOFTWARE MAINTENANCE CO127** | **ISLAND PACIFIC, INC. 19800 MACARTUR BLVD SUITE 1200 IRVINE, CA 92612** |
| | State the term remaining List the contract number of any government contract | 5/4/2012 - 30-DAY NOTICE BY EITHER PARTY | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | **NON-DISCLOSURE AGREEMENT** | **JASSIN CONSULTING GROUP** |
| | State the term remaining List the contract number of any government contract | 1/15/2015 - EVERGREEN | |
| **2.69** | State what the contract or lease is for and the nature of the debtor's interest | **NON-DISCLOSURE AGREEMENT** | **JRG APPAREL GROUP/INDIGO REIN 1407 BROADWAY SUITE #817 NEW YORK, NY 10018** |
| | State the term remaining List the contract number of any government contract | 12/14/2015 - EVERGREEN | |
| **2.70** | State what the contract or lease is for and the nature of the debtor's interest | **NON-DISCLOSURE AGREEMENT** | **JUDITH HARRISON** |
| | State the term remaining List the contract number of any government contract | 12/15/2014 - EVERGREEN | |
| **2.71** | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES STORE# 8 AIRPORT PLAZA** | **KIMCO REALTY - NEW YORK METROPOLITAN REGION 3333 NEW HYDE PARK ROAD NEW HYDE PARK, NY 11042-0020** |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name      Joyce Leslie, Inc.                                                                    Case number (if known): 16-22035

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 31 EDGEWATER COMMONS | KIMCO REALTY - NEW YORK METROPOLITAN REGION 3333 NEW HYDE PARK ROAD NEW HYDE PARK, NY 11042-0020 |
| | State the term remaining List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 59 MEADOWBROOK COMMONS | KIMCO REALTY - NEW YORK METROPOLITAN REGION 3333 NEW HYDE PARK ROAD NEW HYDE PARK, NY 11042-0020 |
| | State the term remaining List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | COPIER MAINTENANCE | LDI COLOR TOOLBOX (TOSHIBA COLOR COPIER) ATTN: DONALD BAUMAN 140 F COMMERCE WAY TOTOWA, NJ 07512 |
| | State the term remaining List the contract number of any government contract | 9/30/2011 - 9/30/2016 | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 41 86TH ST | LEONA MEISEL AND ABIGAIL MEISEL, C/O DR. ARTHUR M. MEISEL 30 FIFTH AVENUE NEW YORK, NY 10011 |
| | State the term remaining List the contract number of any government contract | | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 84 PLAZA 46 WEST | LEVCO ROUTE 46 ASSOCIATES 1051 BLOOMFIELD AVENUE CLIFTON, NJ 07012 |
| | State the term remaining List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 75 THE PLAZA 35 | LEVCOM WALL PLAZA ASSOCIATES 1051 BLOOMFIELD AVENUE CLIFTON, NJ 07012 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name      **Joyce Leslie, Inc.**                                                    Case number (if known): **16-22035**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES STORE# 25 BLUE STAR SHOPPING CENTER** | **LEVIN MANAGEMENT COMPANY 975 US HIGHWAY 22 N PLAINFIELD, NJ 07061** |
| | State the term remaining List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | **MEDICAL AND VOLUNTARY BENEFITS PORTAL FOR EMPLOYEES** | **LIAZON 199 SCOTT STREET,  SUITE 800 BUFFALO, NY 14204** |
| | State the term remaining List the contract number of any government contract | 1/1/2016 - ONE YEAR | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | **UTILITY SUPPLY SERVICE 211426057904080** | **LIBERTY POWER 1901 CYPRESS CREEK ROAD FORT LAUDERDALE, FL 33309** |
| | State the term remaining List the contract number of any government contract | 5/4/2015 - 5/3/2016 | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | **DRIVERS' UNION** | **LOCAL 124 RAISE ATTN: ROY VARELLA 157 SUMMERFIELD STREET SCARSDALE, NY 10583** |
| | State the term remaining List the contract number of any government contract | 7/1/2013 - 7/1/2016 | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | **STORE AND WARHOUSE UNION** | **LOCAL 340A WORKERS UNITED A/W SEIU ATTN: FRED KAPLAN 133 WEST 14TH STREET NEW YORK, NY 10011** |
| | State the term remaining List the contract number of any government contract | 12/1/2011 - 1/30/2016 | |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES STORE# 24 MARKETPLACE AT ROCKAWAY** | **MARKET PLACE AT ROCKAWAY, LLC 2025 ROUTE 27 SUITE 220 EDISON, NJ 08817** |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name     **Joyce Leslie, Inc.**                                    Case number (if known): **16-22035**

████ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.84** | State what the contract or lease is for and the nature of the debtor's interest | **(4) COMPUTER PRINTERS MAINTENACE** | **MIDRANGE REPAIR AND PARTS (MRP)**<br>**3821 WEST 127TH PLACE**<br>**ALSIP, IL 60803** |
| | State the term remaining<br>List the contract number of any government contract | 10/1/2015 - 9/30/2016 | |
| **2.85** | State what the contract or lease is for and the nature of the debtor's interest | **NON-DISCLOSURE AGREEMENT** | **MOSAICON USA** |
| | State the term remaining<br>List the contract number of any government contract | 12/19/2014 - EVERGREEN | |
| **2.86** | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES**<br>**STORE# 87**<br>**QUEENS** | **MYRTLE AVE DEVELOPMENT PARTNERS C/O BIG INVESTORS**<br>**240 KENT AVENUE**<br>**BROOKLYN, NY 11249** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.87** | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES**<br>**STORE# 39**<br>**EAST MEADOW COMMONS** | **NASSIMI REALTY, LLC**<br>**370 SEVENTH AVE, SUITE 1700**<br>**NEW YORK, NY 10001-3903** |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.88** | State what the contract or lease is for and the nature of the debtor's interest | **ALARM AND FIRE ALARMS SERVICE (1) STORES** | **NB SYSTEMS**<br>**1025 SAW MILL RIVER RD**<br>**YONKERS, NY 10710** |
| | State the term remaining<br>List the contract number of any government contract | UNKNOWN | |
| **2.89** | State what the contract or lease is for and the nature of the debtor's interest | **NON-DISCLOSURE AGREEMENT** | **NEW WATER CAPITAL, LP** |
| | State the term remaining<br>List the contract number of any government contract | 9/21/2015 - 9/20/2016 | |

Debtor Name    **Joyce Leslie, Inc.**                                      Case number (if known): **16-22035**

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 23 HAWLEY LANE MALL | NRDC 3 MANHATTANVILLE RD SUITE 202 PURCHASE, NY 10577 |
| | State the term remaining List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 35 HADLEY CENTER | NRDC 3 MANHATTANVILLE RD, SUITE 202 PURCHASE, NY 10577 |
| | State the term remaining List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 78 NORTH HAVEN PAVILION | NRDC 3 MANHATTANVILLE RD SUITE 202 PURCHASE, NY 10577 |
| | State the term remaining List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 93 ORANGE PLAZA | NRDC 3 MANHATTANVILLE RD SUITE 202 PURCHASE, NY 10577 |
| | State the term remaining List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | INVESTMENT BANKING SERVICES | OBERON SECURITIES 1412 BROADWAY SUITE 2304 NEW YORK, NY 10018 |
| | State the term remaining List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 79 PELHAM SHOPPING PLAZA | P/A ACADIA PELHAM MANOR, LLC C/O ACADIA REALTY TRUST 1311 MAMARONECK AVENUE, SUITE 260 WHITE PLAINS, NY 10605 |
| | State the term remaining List the contract number of any government contract | | |

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 99 JL HEADQUARTERS/WHSE | PARADISO ROSEN MANAGEMENT 68 SOUTHFIELD ACW SUITE 100 STAMFORD, CT 06902 |
| | State the term remaining List the contract number of any government contract | | |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | ALARM AND FIRE ALARMS SERVICE (1) STORES 1400131008750 | PM SYSTEMS 98 8TH AVENUE HOLTSVILLE, NY 11742 |
| | State the term remaining List the contract number of any government contract | UNKNOWN | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | PRIME BUSINESS CREDIT 1055 W.7TH STREET LOS ANGELES, CA 90017 |
| | State the term remaining List the contract number of any government contract | 3/17/2014 - EVERGREEN | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE 401K 41325001 | PRUDENTIAL 500 MAIN STREET DUBUQUE, IA 52001 |
| | State the term remaining List the contract number of any government contract | 1/1/2016 - ONE YEAR | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | RAINBOW NORTHEAST LEASING, INC. |
| | State the term remaining List the contract number of any government contract | 2/5/2015 - 8/6/2016 | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | RAYMOND SICONOLFI 10 RAINBOW TERRACE WEST ORANGE, NJ 07052 |
| | State the term remaining List the contract number of any government contract | 12/1/2014 - OPEN | |

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | HVAC PREVENTATIVE MAINT. #24, 25, 27, 35 | **RITE-AIR MECHANICAL SERVIES**<br>**109 EDGEWOOD AVE**<br>**BELLMAWR, NJ 08031** |
| | State the term remaining<br>List the contract number of any government contract | 4/1/2011 - RENEWS ANNUALLY | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | HVAC PREVENTATIVE MAINT. #95 | **RITE-AIR MECHANICAL SERVIES**<br>**109 EDGEWOOD AVE**<br>**BELLMAWR, NJ 08031** |
| | State the term remaining<br>List the contract number of any government contract | 3/2/2010 - RENEWS ANNUALLY | |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | HVAC PREVENTATIVE MAINT. #85 | **RITE-AIR MECHANICAL SERVIES**<br>**109 EDGEWOOD AVE**<br>**BELLMAWR, NJ 08031** |
| | State the term remaining<br>List the contract number of any government contract | 4/1/2011 - RENEWS ANNUALLY | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | HVAC PREVENTATIVE MAINT. #66, 75 | **RITE-AIR MECHANICAL SERVIES**<br>**109 EDGEWOOD AVE**<br>**BELLMAWR, NJ 08031** |
| | State the term remaining<br>List the contract number of any government contract | 8/22/2014 - RENEWS ANNUALLY | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | HVAC PREVENTATIVE MAINT. #48, 56, 67, 68 | **RITE-AIR MECHANICAL SERVIES**<br>**109 EDGEWOOD AVE**<br>**BELLMAWR, NJ 08031** |
| | State the term remaining<br>List the contract number of any government contract | 11/18/2009 - RENEWS ANNUALLY | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | HVAC PREVENTATIVE MAINT. #49 | **RITE-AIR MECHANICAL SERVIES**<br>**109 EDGEWOOD AVE**<br>**BELLMAWR, NJ 08031** |
| | State the term remaining<br>List the contract number of any government contract | 10/8/2010 - RENEWS ANNUALLY | |

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | HVAC PREVENTATIVE MAINT. #46 | RITE-AIR MECHANICAL SERVIES 109 EDGEWOOD AVE BELLMAWR, NJ 08031 |
| | State the term remaining List the contract number of any government contract | 2/2/2015 - RENEWS ANNUALLY | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | HVAC PREVENTATIVE MAINT. #32 | RITE-AIR MECHANICAL SERVIES 109 EDGEWOOD AVE BELLMAWR, NJ 08031 |
| | State the term remaining List the contract number of any government contract | 8/30/2011 - RENEWS ANNUALLY | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | RIVER CAPITAL FINANCE LLC |
| | State the term remaining List the contract number of any government contract | 3/27/2015 - 3/26/2017 | |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | EXECUTORY CONTRACTS / LEASES STORE# 36 NEW CENTURY PLAZA | RPAI US MANAGEMENT LLC 2021 SPRING ROAD OAK BROOK, IL 60523 |
| | State the term remaining List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | TRUCK LEASE 44204 | RYDER TRUCK LEASING ATTN: TODD SKILES 119 MOONACHIE AVE MOONACHIE, NJ 07074 |
| | State the term remaining List the contract number of any government contract | 12/1/2009 - 6/1/2015 | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | SALE IN CLOSED STORES | SB CAPITAL, LLC 708 THIRD AVENUE NEW YORK, NY 10017 |
| | State the term remaining List the contract number of any government contract | 10/15/2015 - OPEN | |

Debtor Name   **Joyce Leslie, Inc.**                        Case number (if known): **16-22035**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | **NON-DISCLOSURE AGREEMENT** | **SCHLOMO TAMIR** |
| | State the term remaining | 12/18/2015 - EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | **NON-DISCLOSURE AGREEMENT** | **SIMPLY FASHIONS, LTD** |
| | State the term remaining | 1/28/2015 - EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | **NON-DISCLOSURE AGREEMENT** | **STAPLE STREET CAPITAL, LLC** |
| | State the term remaining | 1/9/2015 - EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES STORE# 32 POND ROAD PLAZA-NORTH** | **STAVOLA REALTY CORP 620 TINTON AVE BLDG B, SUITE 200 TINTON, NJ 07724** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | **NON-DISCLOSURE AGREEMENT** | **STEPPINGSTONE GROUP ACQUISITION, LLC** |
| | State the term remaining | 5/28/2015 - 5/27/2017 | |
| | List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES STORE# 61 BAKERS CENTRE** | **TKMG ASSOCIATES, LP 120-124 E LANCASTER AVENUE SUITE 101 ARDMOORE, PA 19003** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name   **Joyce Leslie, Inc.**                                                    Case number (if known): **16-22035**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | **ALARM AND FIRE ALARMS SERVICE (16) STORES** | **TYCO/ADT**<br>**10405 CROSSPOINT BLVD.**<br>**INDIANAPOLIS, IN 46256** |
| | State the term remaining<br>List the contract number of any government contract | UNKNOWN | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | **MEDICAL INSURANCE** | **UNITED HEALTHCARE/OXFORD**<br>**48 MONROE TURNPIKE**<br>**TRUMBALL, CT 06611** |
| | State the term remaining<br>List the contract number of any government contract | 1/1/2016 - ONE YEAR | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | **ALARM AND FIRE ALARMS SERVICE (2) STORES** | **VECTOR SECURITY**<br>**107B GAITHER DRIVE**<br>**MT. LAUREL, NJ 08054** |
| | State the term remaining<br>List the contract number of any government contract | UNKNOWN | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES**<br>**STORE# 6**<br>**MORRIS PLAINS** | **VORNADO REALTY TRUST**<br>**210 ROUTE 4 EAST**<br>**PARAMUS, NJ 07074** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES**<br>**STORE# 46**<br>**TICES CORNER** | **VORNADO REALTY TRUST**<br>**210 ROUTE 4 EAST**<br>**PARAMUS, NJ 07074** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | **EXECUTORY CONTRACTS / LEASES**<br>**STORE# 56**<br>**PARKWAY 70 PLAZA** | **VORNADO REALTY TRUST**<br>**210 ROUTE 4 EAST**<br>**PARAMUS, NJ 07074** |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Joyce Leslie, Inc.**    Case number (if known): **16-22035**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | **NON-DISCLOSURE AGREEMENT** | **WILLIAM SONCINI**<br>**306 DAVIS ROAD**<br>**HAVERTOWN, PA 19083** |
| | State the term remaining<br>List the contract number of any government contract | 12/2/2015 - EVERGREEN | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | **NON-DISCLOSURE AGREEMENT** | **ZURICH NORTH AMERICAN INSURANCE CO.**<br>**ONE LIBERY PLAZA**<br>**NEW YORK, NY 10006** |
| | State the term remaining<br>List the contract number of any government contract | 10/27/2014 - 10/26/2016 | |

| Debtor Name | **Joyce Leslie, Inc.** |

**United States Bankruptcy Court for the Southern District of New York**

| Case number (if known): | **16-22035** |

___ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
**12/15**

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

[X] No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

[ ] Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply |

**NONE**

| Debtor Name | Joyce Leslie, Inc. |
|---|---|

United States Bankruptcy Court for the Southern District of New York

Case Number: 16-22035

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Executory Contracts and Unexpired Leases*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the Controller of the Joyce Leslie, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 526 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on: 02/03/2016
MM / DD / YYYY

Signature *Raymond Siconolfi*

Raymond Siconolfi
Printed Name

Controller
Title