UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>JOYCE LESLIE, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No.  16-22035-RDD |

NOTICE OF **RESCHEDULING** OF HEARING
TO CONSIDER LEVIN PROPERTIES, L.P.'S MOTION TO COMPEL
DEBTOR TO PAY REMAINING CURE BALANCE PURSUANT TO THE
ENTERED ORDER APPROVING SALE OF LEASES
AND FOR ATTORNEY FEES AND COSTS

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Robert D. Drain, U.S.B.J., United States Bankruptcy Court for the Southern District of New York, at 300 Quarropas Street, White Plains, New York 10610 on **February 14, 2016 @ 10:00 a.m.** to consider Motion to Compel Debtor to Pay Remaining Cure Balance Pursuant to the Entered Order Approving Sale of Leases and for Attorney Fees and Costs (the "Motion to Compel") filed by Levin Properties, L.P.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion to Compel shall be filed with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedure with a courtesy copy delivered to Judge Drain, and served upon (i) counsel for Levin Properties, L.P., Stark & Stark, P.C., 993 Lenox Drive, Lawrenceville, New Jersey 08648; and (ii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Richard Morrissey, Esquire so as to be received no later than seven (7) days prior to said hearing date.

Date:   New York, New York
           January 27, 2017

By: /s/ Joseph H. Lemkin, Esq.
Stark & Stark, P.C.
*Counsel for Levin Properties, L.P.*

1