| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------x<br>In re:<br><br>JOYCE LESLIE, INC.<br><br>                                    Debtor.<br>-------------------------------------------------------------x | Hearing Date and Time:<br>March 21, 2017 at 10:00 a.m.<br><br>Chapter 11<br><br>Case No. 16-22035 (RDD) |

**NOTICE OF HEARING ON DEBTOR'S OBJECTION TO CLAIM 371
FILED BY MIDWAY INDUSTRIAL TERMINAL LLC**

   PLEASE TAKE NOTICE that upon the annexed objection, Joyce Leslie, Inc., the Debtor herein, will move before the Honorable Robert D. Drain at the U.S. Bankruptcy Court, 300 Quarropas Street, White Plains, New York on March 21, 2017 at 10:00 a.m., for an order reducing Claim 371 filed by Midway Industrial Terminal LLC to no more than $548,269.83, subject to Midway's affirmative and continuous duty to mitigate losses.

   PLEASE TAKE FURTHER NOTICE THAT that any opposition to the Objection must be filed with the Court in accordance with the Court's ECF system, with a copy delivered to Judge Drain, and served upon: (a) counsel to the Debtor, Goldberg Weprin, Finkel Goldstein LLP, 1501 Broadway, 22nd Floor, New York, New York 10036, Attn: Kevin J. Nash; (b) counsel for the Official Committee of Unsecured Creditors, Cooley LLP, 1114 Avenue of the Americas, New York, New York 10036, Attn: Jay R. Indyke and Seth Van Aalten; and (c) the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Susan Golden, so as to be received no later than March 14, 2017.

Dated: New York, New York
       February 8, 2017

                            GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
                            Attorneys for the Debtor
                            1501 Broadway, 22nd Floor
                            New York, New York 10036
                            (212) 221-5700


                            By:    /s/ Kevin J. Nash, Esq.