| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>---------------------------------------------------------x<br>In re:<br><br>JOYCE LESLIE, INC.<br><br>                            Debtor.<br>---------------------------------------------------------x | Hearing on Confirmation:<br>February 10, 2017 at 10:00 a.m.<br><br>Chapter 11<br><br>Case No. 16-22035 (RDD) |

## SUPPLEMENTAL DECLARATION OF LEE DIERCKS
## IN SUPPORT OF CONFIRMATION OF THE DEBTOR'S
## AMENDED PLAN OF LIQUIDATION PLAN

Lee Diercks declares under penalties of perjury pursuant to 28 U.S.C. § 1746 that the following information is true to the best of my knowledge, information and belief:

1. I am the principal of Clear Thinking Group LLC ("CTG") and the Chief Restructuring Officer of Joyce Leslie, Inc., the Debtor herein.

2. Earlier today I submitted a Declaration in Support of Confirmation of the Chapter 11 Plan (ECF #406). In that Declaration I referenced the *Certification of Catherine Nownes-Whitaker of Rust Consulting/Omni Bankruptcy with Respect to Solicitation and Tabulation of Votes with Respect to the Debtor's Plan of Liquidation* (the "Nownes Declaration"). In fact, I reviewed the draft Nownes Declaration, which was subsequently slightly altered.

3. Although the text remains substantially the same, the final version of the certification of balloting was executed by Paul Deutch, the Executive Managing Director of Rust Consulting/Omni, instead of Ms. Nownes. The only reason for the change is that Ms. Nownes is based in California, while Mr. Deutch is based in New York, and is more readily available in the event his testimony is needed.

4. Accordingly, all references in my Declaration to the "Nownes Declaration" should be amended to refer to the "Deutch Declaration".

Dated: New York, NY
      February 8, 2017

/s/ Lee Diercks